# In The United States Court of Federal Claims

No. 04-1726T

(Filed: July 11, 2006)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on plaintiff's motion for partial summary judgment and defendant's cross motion for summary judgment was held in this case on July 11, 2006. Participating in the argument was Burgess J. W. Raby, on behalf of plaintiff, and Benjamin C. King, Jr., on behalf of defendant. Pursuant to the discussion held therein, the parties shall file a joint status report on or before July 28, 2006, indicating the likelihood of settlement in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge