IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's July 11, 2006, Order, the parties submit the following joint status report. Counsel for the parties have discussed settlement of the above-captioned case but have

concluded that settlement is not possible at this time.

Respectfully submitted,

7/20/06
DATE

s/Burgess J.W. Raby

BURGESS J.W. RABY
Raby Law Office
2164 E. Broadway, Suite 280
Tempe, Arizona 85282
(480) 967-1501

Counsel for Plaintiffs

7/20/06
DATE

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM

7/20/06
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant