# In The United States Court of Federal Claims

No. 04-1726T

(Filed: July 20, 2006)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Oral argument on plaintiff's motion for partial summary judgment and defendant's cross motion for summary judgment was held in this case on July 11, 2006. Upon review of that argument, the parties briefs in support of their cross-motions, and the joint status report filed on July 20, 2006, the court hereby finds that efficient resolution of this matter will be promoted by referral to a settlement judge. Accordingly, the Clerk is directed to assign the instant case to Judge John P. Wiese, who has expressed his willingness to serve as settlement judge, to discuss with the parties the potential for settlement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge