# In the United States Court of Federal Claims

No. 04-1726T
Filed: August 29, 2006

| | |
|---|---|
| EUGENE A. FISHER, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

DIRECTING REASSIGNMENT OF CASE
TO JUDGE ALLEGRA

Pursuant to Judge Francis M. Allegra's July 20, 2006, order, this action was referred to the undersigned to examine the possibility of settlement. Based upon a review of the parties' briefs and an off-the-record telephone conference with the parties on August 28, 2006, the court has determined that this matter is not amenable to settlement. Accordingly, the Clerk is directed to reassign the case to Judge Allegra.

s/John P. Wiese
John P. Wiese
Judge