IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's November 15, 2006, Order, the parties submit the following joint status report. Counsel for the parties have agreed to the following schedule of further proceedings in the above-captioned case. The parties will exchange the expert witness information required by RCFC 26 on, or before, February 20, 2007. The parties will conclude expert witness discovery, including depositions of any expert witnesses, on, or before, March 30, 2007. The parties will file the pre-trial submissions called for by RCFC Appendix A, ¶ 14, on, or before April 30, 2007. The parties will be available for a pre-trial conference and trial any time during the month of May, 2007. The parties have not yet agreed on the location of the trial.

Plaintiffs would like the trial to be held in Arizona. Defendant requests that the trial be held in Washington. The defendant's witnesses are located in Boston, Massachusetts, Haddonfield, New Jersey, and Milwaukee, Wisconsin. The plaintiffs' witness is located in Phoenix, Arizona.

Respectfully submitted,

s/Burgess J.W. Raby

DATE

BURGESS J.W. RABY
Raby Law Office
2164 E. Broadway, Suite 280
Tempe, Arizona 85282
(480) 967-1501

Counsel for Plaintiffs

s/Benjamin C. King, Jr.

DATE

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM

s/Steven I. Frahm

DATE

Of Counsel

Counsel for Defendant