# In The United States Court of Federal Claims

No. 04-1726T

(Filed: January 12, 2007)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On Friday, January 12, 2007, a telephonic status conference was held in this case. Participating in the conference were Burgess J. W. Raby, on behalf of plaintiff, and Benjamin C. King, Jr., on behalf of defendant. In accordance with the discussions held therein, the court adopts the following schedule in this matter:

1. On or before February 27, 2007, the parties shall exchange the expert witness information required by RCFC 26;

2. On or before March 30, 2007, the parties shall conclude expert witness discovery, including depositions of any expert witnesses;

3. On or before April 18, 2007, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

4. On or before May 2, 2007, plaintiff shall file:

   (a) Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

(b) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

(c) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

5. On or before May 21, 2007, defendant shall file:

(d) Its response to plaintiff's Memorandum of Contentions of Fact and Law. *See* Appendix A, ¶ 14(b);

(e) A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15;

(f) A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

6. A telephonic pre-trial conference will be held on May 30, 2007, at 1:30 p.m. (EST). Chambers will contact the parties shortly before the scheduled time; and

7. Trial in this case will be held in Phoenix, Arizona, during the week of June 18, 2007, at a place and time to be determined by future order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge