IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

# MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 6 days, from February 27, 2007, to and including March 5, 2007, of the deadline for the parties to exchange their expert reports. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiff who has stated that the plaintiff has no objection to the enlargement sought by this motion.

As good cause therefor, one of defendant's expert witnesses has been summoned for jury duty, which will prevent him completing his report by the current due date. Defendant's other expert witness has completed his report, however, the opinions of the two experts are interrelated

so defendant would prefer to submit both reports at the same time. The brief enlargement sought by this motion will provide defendant's expert with the time needed to complete his report. This enlargement will not effect any of the other deadlines in this case.

WHEREFORE, the defendant requests that the deadline for the parties to exchange their expert reports be enlarged to March 5, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

February 26, 2007