**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE A. FISHER, Trustee,** | ) | |
| **Seymour P. Nagan Irrevocable Trust,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1726 T** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | **Judge Francis M. Allegra** |
| **Defendant** | ) | |

**LIST OF WITNESSES TO BE CALLED AT TRIAL**

Eugene H. Cole, Jr., who will testify as an expert witness on valuation. Mr. Cole's direct examination should take no more than 45 minutes.

May 2, 2007

s/Burgess J. W. Raby
Burgess J. W. Raby
2164 E. Broadway, Suite 280
Tempe, Arizona 85282
Tel: 480-967-1501 Fax: 480-967-0975