**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE A. FISHER, Trustee,** | ) | |
| **Seymour P. Nagan Irrevocable Trust,** | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 04-1726 T** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | **Judge Francis M. Allegra** |
| **Defendant** | ) | |

**EXHIBIT LIST**

Plaintiff intends to offer at time of trial the following exhibits:

1. Affidavit of Eugene A. Fisher, previously submitted in connection with Plaintiff's Motion for Partial Summary Judgment, as evidence of the testimony on certain uncontroverted facts which would be given if Mr. Fisher were to testify. Defendant has stipulated that it has no objection.

2. Report of Eugene H. Cole, Jr., previously submitted to defendant, to facilitate direct examination of Mr. Cole.

In addition, the parties are submitting joint exhibits and a stipulation.

May 2, 2007

s/Burgess J. W. Raby
Burgess J. W. Raby
2164 E. Broadway, Suite 280
Tempe, Arizona 85282
Tel: 480-967-1501 Fax: 480-967-0975