**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **EUGENE A. FISHER, Trustee,** | ) | |
| **Seymour P. Nagan Irrevocable Trust,** | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **No. 04-1726 T** |
| | ) | |
| **THE UNITED STATES OF AMERICA** | ) | **Judge Francis M. Allegra** |
| **Defendant** | ) | |

**MOTION REQUESTING PERMISSION TO FILE LATE**

Plaintiff hereby requests the Court's permission to file its List of Witnesses and its Exhibit List, due on May 2, 2007, on May 3, 2007. These were not filed at the same time as the Memorandum of Contentions of Fact and Law due to a clerical error in our law office. I deeply regret this mistake and apologize to the Court.

The List of Witnesses and the Exhibit List are being separately filed at the same time as is this motion. Plaintiff requests that the Court grant this motion and accept the two lists as now filed.

Respectfully submitted,

May 3, 2007

s/Burgess J. W. Raby

Burgess J. W. Raby
2164 E. Broadway, Suite 280
Tempe, Arizona 85282
Tel: 480-967-1501 Fax: 480-967-0975