# In The United States Court of Federal Claims

No. 04-1726T

(Filed: May 8, 2007)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Trial in this case will commence at 9:30 a.m. (M.S.T.) on Monday, June 18, 2007, at the United States District Court for the District of Arizona, 130 Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona 85003, Courtroom #602. Each subsequent day of trial will begin at 9:00 a.m. (M.S.T.), unless otherwise ordered.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge