IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 1 day, from May 21, 2007, to and including May 22, 2007, of the deadline for the defendant to file its pre-trial memorandum of contentions of fact and law. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiffs who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, although defendant's counsel will complete the brief this week, additional time is required for that brief to be reviewed before it can be filed. The brief

enlargement sought by this motion will not require any adjustment to any of the other pre-trial dates scheduled by the Court in this case.

WHEREFORE, the defendant requests that the deadline for the defendant to file its pre-trial memorandum of contentions of fact and law be enlarged to May 22, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm

Of Counsel

May 16, 2007