IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOUR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

STIPULATIONS OF FACT

The parties herewith stipulate and agree that the following facts are true for purposes of this case only, subject to the right of each party to introduce additional evidence not inconsistent with the stipulated facts and to introduce other evidence to clarify the meaning of those facts.

1. The parties stipulate to the authenticity of the documents identified as Joint Exhibits 1-5 on the exhibit list attached hereto and agree that those Joint Exhibits may be introduced into evidence without objection.

2. The parties stipulate that, if called to testify at the trial, Eugene Fisher would testify as set forth in the "Affidavit to Accompany Plaintiff's Motion for Partial Summary Judgment and such affidavit may be introduced into evidence as Plaintiff's Exhibit 1 without objection.

3. The parties stipulate that the fair market value of the Financial Services stock plaintiff received on March 22, 2000, was the amount realized as a result of the March 22, 2000 sale of that stock as part of Financial Services' initial public offering.

Respectfully submitted,

s/Burgess J.W. Raby
BURGESS J.W. RABY
Raby Law Office
2164 E. Broadway, Suite 280
Tempe, Arizona 85282
(480) 967-1501

Counsel for Plaintiffs

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM

s/Steven I. Frahm
Of Counsel

Counsel for Defendant