4

## 4. YOUR DEMUTUALIZATION BENEFITS

### 4.1 Conversion Plan

The Conversion Plan is the legal document containing the plan for the demutualization of Sun Life of Canada. The Conversion Plan is attached as Schedule A to Part 1 of this Policyholder Information Circular. Among other things, the Conversion Plan describes in detail the eligibility rules for receiving demutualization benefits and the types of demutualization benefits.

Eligible policyholders will not have to pay any money for their demutualization benefits.

### 4.2 Eligible Policyholders

*Who is an eligible policyholder and what is an eligible policy?*

Eligible policyholders have the right to receive demutualization benefits and to vote at the Special Meeting.

An eligible policyholder is the owner of an eligible policy. In general, eligible policies are participating policies of Sun Life of Canada that were in force on January 27, 1998. That was the day the Sun Life of Canada Board made a public announcement that it had instructed management of Sun Life of Canada to prepare a plan for demutualization.

In addition, eligible policies include:

- participating policies that were applied for on or before January 27, 1998 and issued after that date, if the signed application, dated on or before January 27, 1998, was received at an office of Sun Life of Canada within three business days after January 27, 1998, and
- participating policies that were lapsed on January 27, 1998 but were reinstated 90 days before the Special Meeting (that is, reinstated by September 16, 1999) by the person who was the policyholder at the time the policy lapsed.

*Are you the owner of an eligible policy?*

#### *Who is the Owner of an Eligible Policy?*

Sun Life of Canada determines ownership based on its records. In general, you are the owner of an eligible policy if the policy was issued to you.

There are detailed rules to determine the owners of eligible policies in particular cases. If you are unsure about your own particular circumstances, you should review section 3.5, "Eligible Policyholders", of the Conversion Plan attached as Schedule A to Part 1 of this Policyholder Information Circular. If you are still unsure, then call one of the telephone numbers listed on the inside back cover of this Policyholder Information Circular. Some of these rules are summarized in the remainder of this section.

#### *Special Circumstances*

*What if the owner has died?*

If a person was the owner of an eligible policy and died on or after January 27, 1998, the person's estate will be entitled to receive demutualization benefits.

*What if there is more than one person that owns a policy?*

If more than one person owns an eligible policy, then together they are considered to be a single owner. In that case, the owners are entitled to receive jointly the demutualization benefits distributed in relation to that policy.

*What if a person owns more than one eligible policy?*

If a person or a group of persons owns more than one eligible policy in the same capacity, that person or group will be treated as a single owner of all those policies. There is an exception to this rule in the case of a person who owns policies on behalf of other persons, such as a trustee who owns more than one eligible policy for different beneficiaries. That person will be treated as a separate owner for each eligible policy held for a different beneficiary.



SL-0170

*What if a policy has been irrevocably assigned?*

If a policyholder has irrevocably assigned, except for purposes of giving security, an eligible policy on or before January 27, 1998 in accordance with the terms of the eligible policy and Sun Life of Canada's procedures with respect to assignments, the person to whom the eligible policy has been assigned will be treated as the owner of the eligible policy. Sales and gifts are examples of this type of assignment. If this type of assignment was made after January 27, 1998, the policyholder who assigned the eligible policy will be treated as the owner.

*What if a policy has been assigned as security for a loan?*

If a policyholder has assigned an eligible policy to secure a loan or other obligation of the policyholder, the policyholder will be treated as the owner of the eligible policy.

For more information on how assignments affect rights in the demutualization, see section 5, "Distribution Rules".

*Who owns a group policy or a pension policy which provides benefits to a group of people?*

The owner of a group insurance policy or a pension policy is generally the person named in the master policy or contract as the policy or contract holder. In general, individual insureds or annuitants who are participants in a group insurance policy or a pension policy (which provides benefits to a group but not an individual), including holders of certificates, will not be treated as owners of a policy. However, if a certificate issued to an insured or annuitant under a group insurance policy or a pension policy is a separate contract, that insured or annuitant is the owner of that separate contract.

### *What is an In Force Policy?*

*Is your policy in force?*

Sun Life of Canada determines whether an eligible policy is in force based on its records. In general, a policy is in force if it has been issued and has not:

- lapsed because premiums were not paid,
- matured because of death or for any other reason, or
- been surrendered or otherwise terminated.

If premium payments are overdue, a policy remains in force until the end of any grace period provided for in the policy.

There are detailed rules to determine whether a policy is in force. If you are unsure about whether your policy is in force, you should review section 3.3, "In Force", of the Conversion Plan attached as Schedule A to Part 1 of this Policyholder Information Circular. If you are still unsure, then call one of the telephone numbers listed on the inside back cover of this Policyholder Information Circular for help.

## 4.3 Exchange of Ownership Rights

As a participating policyholder, you currently have ownership rights in Sun Life of Canada. The most important of these are the rights:

- to vote on matters submitted to participating policyholders, such as electing the Sun Life of Canada Board,
- to participate in the distribution of profits of Sun Life of Canada from all its businesses,
- to participate in any distribution of demutualization benefits, and
- in the unlikely event of a liquidation if Sun Life of Canada were ever to become insolvent, to participate in the distribution of any remaining surplus after satisfaction of all obligations.

*Demutualization involves an exchange of ownership rights for benefits*

When Sun Life of Canada demutualizes, eligible policyholders will receive demutualization benefits in exchange for their ownership rights.

On demutualization, all policyholders' rights or interest in Sun Life of Canada as a mutual company, including the ownership rights of eligible policyholders, will cease and be cancelled. The demutualization benefits thus compensate eligible policyholders for the loss of their ownership rights.

## 4.4 Allocation of Financial Services Shares

*The amount of your demutualization benefits is based on the number of Financial Services Shares allocated to you*

The value of Sun Life of Canada will be apportioned among eligible policyholders on the basis of the method described below. The method involves the allocation of Financial Services Shares to all eligible policyholders for the purposes of determining the amount of demutualization benefits each policyholder will receive. Demutualization benefits will be distributed in the form of Financial Services Shares, cash or Policy Credits. See section 4.7, "Form of Demutualization Benefits".

The method was developed following extensive actuarial analysis and has been subjected to thorough testing. The actuarial analysis and the development and testing of the method was done by Sun Life of Canada's actuaries under the supervision of the Appointed Actuary, in consultation with Tillinghast-Towers Perrin, the consulting actuaries.

The method of allocation of Financial Services Shares among eligible policyholders is the same regardless of the jurisdiction in which they are resident.

The Appointed Actuary and the Independent Actuary have each concluded that the benefits and the method to apportion the value of Sun Life of Canada among eligible policyholders are fair and equitable to those policyholders. See section 10, "Summaries of Actuarial Opinions". The Sun Life of Canada Board also believes that the method for determining and allocating demutualization benefits among eligible policyholders is fair and equitable.

### *Two Components*

Your allocation of Financial Services Shares is made up of two components – fixed and variable.

#### *Fixed*

*On demutualization you will be allocated a minimum of 75 Financial Services Shares*

The fixed component consists of a fixed number of 75 Financial Services Shares. It is intended to recognize the loss of voting control in Sun Life of Canada by eligible policyholders on demutualization. Each eligible policyholder has only one vote at policyholders' meetings, regardless of the number or size of eligible policies owned. For this reason, all eligible policyholders will receive the same fixed allocation of shares.

Approximately 20% of the total number of Financial Services Shares to be allocated to all eligible policyholders will be allocated under the fixed allocation.

#### *Variable*

*You may receive additional Financial Services Shares for each eligible policy that you own*

The variable component consists of a variable allocation of Financial Services Shares, in respect of the other ownership rights of eligible policyholders, based on a formula applied to each eligible policy. One formula applies to eligible individual life insurance policies, individual health policies, individual annuities, and to pension policies. Another formula applies to eligible group insurance policies. The variable allocations determined for eligible policies reflect the varying financial interests of eligible policies, including their size, length of time in force with Sun Life of Canada, contribution to the value of Sun Life of Canada and their differing rights to receive surplus. In the case of eligible policies originally issued by companies other than Sun Life of Canada, namely Confederation Life Insurance Company, The Prudential Group Assurance Company of England (Canada) and Teachers Insurance and Annuity Association of America, length of time in force is measured from the effective date Sun Life of Canada acquired those policies – December 31, 1994 for Confederation Life, January 1, 1995 for Prudential Group Assurance and January 1, 1996 for Teachers Insurance and Annuity Association of America.

Approximately 80% of the total number of Financial Services Shares to be allocated to all eligible policyholders will be allocated under the variable allocations.

*There are detailed formulas to calculate the variable allocation amounts*

4

Most eligible policyholders own individual life insurance or group insurance policies. The formulas for calculating the amount of variable allocations with respect to these policies are described in general terms below. Approximately 89% of the total number of Financial Services Shares allocated under the variable allocations will be allocated in respect of individual life insurance policies, approximately 8% will be allocated in respect of group insurance policies and the remaining approximately 3% will be allocated in respect of individual annuity, group pension and other policies. In determining the variable allocation for eligible policies purchased in a currency other than Canadian dollars, Sun Life of Canada used currency exchange rates on January 27, 1998. The exchange rates used are listed in Exhibit B to the Conversion Plan attached as Schedule A to Part 1 of this Policyholder Information Circular. For the full text of the formulas and rules that apply to all types of eligible policies, see Article 4, "Allocation and Distribution of Demutualization Benefits", of the Conversion Plan.

### *Individual Life Insurance Policies*

*If you own an individual life insurance policy...*

If you own an eligible individual life insurance policy, your variable allocation in respect of that policy will be equal to:

1.32 Financial Services Shares for each Can.$1,000 of Time-Weighted Cash Value

plus

64 Financial Services Shares for each Can.$1,000 of Annual Premium Measure,

rounded up to the next whole Financial Services Share.

#### *Time-Weighted Cash Value*

The Time-Weighted Cash Value of a policy will generally be determined by multiplying the cash value of the policy on January 27, 1998 by the number of years (plus any fraction of a whole year) that the policy was then in force with Sun Life of Canada. In general, Sun Life of Canada will calculate the cash value as the amount that you would have received if you had voluntarily terminated your policy on January 27, 1998. The cash value, however, will not include any amount for special maturity dividends or terminal bonuses or premiums that you may have paid in advance and it will not be reduced by any policy loan, together with accrued interest, that you may have or premiums that you owe. If your policy has not yet built up any cash value, you will not receive any Financial Services Shares based on Time-Weighted Cash Value.

#### *Annual Premium Measure*

The Annual Premium Measure of a policy will generally be the amount of annual premium payable under the policy on January 27, 1998. It will not generally include, however, any premium that you pay for additional benefits that you have purchased with your policy, such as term insurance. In addition, it will not include single premiums on the policy or any policy rider. If you pay your premiums other than annually, Sun Life of Canada will determine the amount that you would have paid if premiums were paid annually. If your policy was paid up or beyond the premium paying period on January 27, 1998, you will not receive any Financial Services Shares based on the Annual Premium Measure. In that case, premiums that you paid under your policy will already have been taken into account in calculating the Time-Weighted Cash Value of your policy.

*Example of an Allocation of Financial Services Shares*

***Example for an individual life insurance policy***

As an example, assume that, on January 27, 1998, Mr. Jones:

- has owned an insurance policy on his life for 12 years,
- was paying an annual premium of Can.$900 on the policy, and
- would have been entitled, under the terms of his policy, to a cash amount of Can.$8,500 if he had terminated his policy (excluding any amount for special maturity dividends, terminal bonuses or premiums paid in advance).

Mr. Jones will be entitled to receive the following number of Financial Services Shares:

| | | |
|---|---|---|
| **Fixed Allocation** | | 75 Financial Services Shares |
| **Variable Allocation** | | |
| Years in force: | 12 years | |
| Cash Value: | Can.$8,500 | |
| Time-Weighted Cash Value: | [12 × Can.$8,500 = Can.$102,000] | |
| Number of Financial Services Shares for the Time-Weighted Cash Value | = [1.32 × Can.$102,000 / Can.$1,000] = | 134.64 Financial Services Shares |
| Annual Premium Measure: | Can.$900 | |
| Number of Financial Services Shares for Annual Premium Measure | = [64 × Can.$900 / Can.$1,000] = | 57.60 Financial Services Shares |
| **Total (rounded up)** | | 268 Financial Services Shares |

If you would like more information about your allocation, please call one of the telephone numbers listed on the inside back cover of this Policyholder Information Circular.

## *Group Insurance Policies*

***If you own a group insurance policy...***

If you own an eligible group insurance policy, your variable allocation in respect of that policy will be 4.7 Financial Services Shares for each Can.$1,000 of Time-Weighted Annual Premium Measure, rounded up to the next whole Financial Services Share. The Time-Weighted Annual Premium Measure will be determined by multiplying the Duration of the eligible policy by the Group Annual Premium Measure, each calculated in the manner described below.

### *Duration*

Most group policies of Sun Life of Canada are subject to periodic negotiation of and amendment to the terms of insurance coverage, with the result that a policy must be periodically re-written on a mutually agreed basis. As a result, Sun Life of Canada will measure the Duration of any eligible group insurance policy by reference to the policyholder, and not the policy itself. More specifically, Sun Life of Canada will calculate the Duration with regard to the length of time that the policyholder has continuously held participating group insurance coverage with Sun Life of Canada. To determine the Duration of each eligible policy held by the policyholder, Sun Life of Canada will calculate, as of January 27, 1998, the number of years plus any fraction of a year during which a policyholder continuously held participating group insurance coverage, up to a maximum of 15 years, and will then add five years, with the result that the maximum Duration of any eligible group insurance policy will be 20 years. Each eligible group insurance policy held by the policyholder will have the same duration. If your policy was acquired by Sun Life of Canada from another insurer, Sun Life of Canada will measure the length of time that you continuously had eligible group insurance coverage with Sun Life of Canada from the date of acquisition of the policy and not from its initial issue date, since that is the date the policy first became a policy of Sun Life of Canada. For example, Sun Life of Canada will measure that length of time for policies acquired from Prudential Group Assurance from January 1, 1995.

*Group Annual Premium Measure*

Except in the case of coverage that was shown as paid-up coverage or terminated coverage in Sun Life of Canada's records on January 27, 1998, the Group Annual Premium Measure will generally be the annual premium paid or payable by you to Sun Life of Canada in 1997 in respect of regular group life, survivor income benefit and creditor life coverage under your policy (but excluding premium paid for accidental death and dismemberment and, for policies in all countries except the United Kingdom, premium paid for health insurance). Special rules will apply if you acquired your policy in 1997 or 1998 or for certain reinsured coverage under your policy.

If your eligible policy had paid-up coverage as of January 27, 1998, Sun Life of Canada will calculate a deemed annual premium with respect to paid-up life insurance coverage and disabled life insurance coverage which is approximately the same as the amount of premium that would be payable if the coverage were being paid for with annual premiums. In respect of survivor income benefits or life insurance benefits being paid in installments, as a result of disability, Sun Life of Canada will deem the premium to be the sum of the annual payments to the beneficiaries as at December 31, 1997.

If your eligible policy had both premium-paying and paid-up coverage on January 27, 1998, the Group Annual Premium Measure will be determined by the appropriate combination of the above methods.

*Examples of Allocations of Financial Services Shares*

***Examples for group insurance policies***

As a first example, assume that:

- ABC Company has owned a participating group insurance policy for 10 years on January 27, 1998,
- ABC Company paid a premium of Can.$100,000 in 1997 for regular group life coverage and continued to pay premiums as of January 27, 1998, and
- ABC Company's eligible policy does not have any paid-up coverage or other coverage (such as long-term disability).

ABC Company will be entitled to receive the following number of Financial Services Shares:

| | | |
|---|---|---|
| **Fixed Allocation** | | 75 Financial Services Shares |
| **Variable Allocation** | | |
| Years in force: | 10 years | |
| Duration: | [15 years (10 years in force plus 5 years)] | |
| Group Annual Premium Measure: | Can.$100,000 | |
| Time-Weighted Annual Premium Measure: | = [15 × Can.$100,000 = Can.$1,500,000] | |
| Number of Financial Services Shares for the Time-Weighted Annual Premium Measure | = [(4.7 × Can.$1,500,000) / Can.$1,000] = | 7,050 Financial Services Shares |
| **Total** | | 7,125 Financial Services Shares |



SL-0175

As a second example, assume that:

- XYZ Company owned two participating group insurance policies on January 27, 1998: Policy 1 has been owned for 17 years and Policy 2 has been owned for 10 years,
- Policy 1 and Policy 2 both provide regular group life, accidental death and dismemberment (AD&D) and long-term disability (LTD) coverage,
- In 1997, XYZ Company paid the following premiums:

| | Policy 1 | Policy 2 |
|---|---|---|
| Regular group life | Can.$100,000 | Can.$50,000 |
| AD&D | Can.$ 5,000 | Can.$ 3,000 |
| LTD | Can.$ 80,000 | Can.$40,000 |

and XYZ Company continued to pay premiums as of January 27, 1998, and

- Policy 1 has paid-up coverage for which a deemed annual premium of Can.$5,000 has been determined and Policy 2 has no paid-up coverage.

XYZ Company will be entitled to receive the following number of Financial Services Shares:

| | | |
|---|---|---|
| **Fixed Allocation** | | 75 Financial Services Shares |
| **Variable Allocation** | | |
| Years in force: | [17 years (longer of the two policies)] | |
| Duration: | [20 years (years in force plus 5 years, maximum 20 years)] | |
| Group Annual Premium Measure (Policy 1 plus Policy 2): | | |
| Regular group life | Can.$150,000 | |
| Paid-up coverage | Can.$ 5,000 | |
| Total | Can.$155,000 | |
| (premiums for AD&D and LTD are excluded) | | |
| Time-Weighted Annual Premium Measure: | [20 × Can.$155,000 = Can.$3,100,000] | |
| Number of Financial Services Shares for the Time-Weighted Annual Premium Measure | = [4.7 × Can.$3,100,000 / Can.$1,000] = | 14,570 Financial Services Shares |
| **Total** | | 14,645 Financial Services Shares |

### *Other Allocation Methods*

In testing the fairness and equity of the allocation method, the Appointed Actuary reviewed the "contribution to surplus" method, which has been used in most demutualizations in the United States, and other approaches, which have been used in demutualizations in Canada, the United Kingdom, Australia and South Africa. The Appointed Actuary determined that the contribution to surplus method was not appropriate for Sun Life of Canada because:

- Sun Life of Canada has participating business in a number of international jurisdictions where there are significant differences in the types of products written in each jurisdiction,

- eligible policyholders have contributed only a small proportion of the present value of Sun Life of Canada, and in particular about one-third of eligible policyholders would have received nothing for their variable component allocation under this method, and
- this method is extremely complicated and would not be simple or easily understandable for policyholders.

The Sun Life of Canada Board accepted the Appointed Actuary's recommendation that the contribution to surplus method would not be appropriate for Sun Life of Canada. Instead, the method Sun Life of Canada is using is similar to that used in Canadian and international demutualizations because it satisfies the key allocation principles and the reasonableness testing described in the opinion of the Appointed Actuary. See "Opinion of Sun Life of Canada's Appointed Actuary" attached as Schedule C to Part 1 of this Policyholder Information Circular.



## 4.5 Number of Financial Services Shares Allocated

The total number of Financial Services Shares to be allocated to all eligible policyholders will be approximately 400 million.

## 4.6 Share Allocation Statement

***Please review your Share Allocation Statement***

Accompanying this Policyholder Information Circular is your Share Allocation Statement. Each eligible policyholder will receive one. This statement shows, as of demutualization:

- the number of Financial Services Shares that have been allocated to you based on the allocation method,
- the list of your eligible policies,
- whether Sun Life of Canada requires specific information from you such as a confirmation of your address or a United States Tax Identification Number, and
- any special information that applies to you, including whether there are any title restrictions affecting your eligible policies.

For an explanation of title restrictions that may affect your policy or result in a delay in the receipt of demutualization benefits, see section 5.1, "Title Restrictions".

4

## 4.7 Form of Demutualization Benefits

*How is the form of demutualization benefits determined?*

The form of demutualization benefits you will receive depends primarily on the jurisdiction in which you are resident, as well as the type of policy you hold. The chart below summarizes the form of demutualization benefits for all eligible policyholders. Further explanation of the details in this chart can be found in the remainder of section 4 and in section 5.

| Country of Residence | Type of Eligible Policyholder[1] | Form of Demutualization Benefits |
|---|---|---|
| **Canada, United States, United Kingdom, Philippines and Bermuda – *Principal Jurisdictions*[2]** | All eligible policyholders, except those noted below | Financial Services Shares or cash proceeds |
| | Designated Canadian Policyholders[3] | Financial Services Shares or cash directly from Sun Life of Canada |
| | Title restricted policyholders[3] | Financial Services Shares |
| | United States tax-qualified retirement contracts[3] | Policy Credits |
| | United Kingdom group pension schemes[3] | Financial Services Shares or cash proceeds |
| | Lost policyholders at time of demutualization[3] | Financial Services Shares |
| | Minors[3, 4] | Cash proceeds from mandatory sale of Financial Services Shares |
| **Hong Kong, Republic of Ireland, Channel Islands and Isle of Man – *Secondary Jurisdictions*[2]** | All eligible policyholders, except those noted below | Financial Services Shares or cash proceeds |
| | Title restricted policyholders[3] | Cash directly from Sun Life of Canada |
| | Lost policyholders and policyholders who have not confirmed their address at time of demutualization[3] | Cash proceeds from mandatory sale of Financial Services Shares |
| | Minors[3, 4] | Cash proceeds from mandatory sale of Financial Services Shares |
| **All other countries – *Other Jurisdictions*** | All eligible policyholders, except those noted below | Cash proceeds from mandatory sale of Financial Services Shares |
| | Title restricted policyholders[3] | Cash directly from Sun Life of Canada |
| | Lost policyholders and policyholders who have not confirmed their address at time of demutualization[3] | Cash proceeds from mandatory sale of Financial Services Shares |

1. If you fall within more than one type, you should review the Conversion Plan or call one of the telephone numbers listed on the inside back cover of this Policyholder Information Circular to determine the form of demutualization benefits to which you are entitled.
2. If demutualization is approved at the Special Meeting, policyholders in these jurisdictions will receive a Choices Circular and Choices Form which will describe in more detail the choices available to them.
3. If you are in one of these categories, it is indicated in the "Special Information" section of your Share Allocation Statement.
4. In the case of minors in the Principal Jurisdictions and Secondary Jurisdictions only, a legally appointed guardian may choose cash proceeds by making the Cash Election or Financial Services Shares by making the Share Election.

## 4.8 Financial Services Shares

Almost all eligible policyholders will have Financial Services Shares issued to them as their demutualization benefits. For detailed information about Financial Services and the Financial Services Shares, see Part 2 of this Policyholder Information Circular.

Financial Services Shares will be sold in connection with the initial public offering. Although the initial public offering is expected to take place shortly after demutualization, the Sun Life of Canada Board will determine the exact timing of the initial public offering. See section 4.13, "Initial Public Offering".

### *Principal and Secondary Jurisdictions*

***If you are resident in a Principal Jurisdiction...***

If you are resident in a Principal Jurisdiction (and you are not a trustee of a United Kingdom group pension scheme, a minor or a Designated Canadian Policyholder and you will not be receiving Policy Credits), you may elect to sell the Financial Services Shares issued to you in connection with the initial public offering. This election is referred to as the Cash Election. If you do not make the Cash Election, you will continue to own the Financial Services Shares issued to you. For more details on the Cash Election, see section 4.11, "Cash and Share Elections". If you are a minor, see below under "Other Jurisdictions and Minors – Mandatory Sale", or a Designated Canadian Policyholder, see section 4.9, "Cash from Sun Life of Canada", and if you will be receiving Policy Credits, see section 4.10, "Policy Credits".

***If you are resident in a Secondary Jurisdiction...***

If you are resident in a Secondary Jurisdiction (and you are not a minor) and you want to keep the Financial Services Shares issued to you, you must make an election to do so. This election is referred to as the Share Election. If you do not make the Share Election, your shares will be sold for you in the initial public offering and you will receive the cash proceeds from this sale. In that case, you will be deemed to have elected to sell your shares and that is referred to as the Default Cash Election. For more details on the Share Election, see section 4.11, "Cash and Share Elections".

***If you are a trustee of a United Kingdom group pension scheme...***

If you are a trustee of a United Kingdom group pension scheme, you will have Financial Services Shares issued to you as your demutualization benefits. However, unless you elect to keep the shares by making the Share Election, the shares will be sold for you in the initial public offering and you will receive the cash proceeds from this sale.

Financial Services may vary the manner in which eligible policyholders sell their Financial Services Shares if it would be to the advantage of those policyholders to do so. In that case, those eligible policyholders will be responsible for any additional fees or costs incurred.

### *Secondary Jurisdictions – Receiving Shares or Cash*

***You must confirm your address to get demutualization benefits***

If you are resident in a Secondary Jurisdiction, in order to receive Financial Services Shares or cash proceeds, you must have confirmed your address with Sun Life of Canada. If you did not do this by returning the form sent to you by Sun Life of Canada earlier this year, you can do so by signing and returning the Voting Form. The "Special Information" section of your Share Allocation Statement indicates whether Sun Life of Canada requires you to confirm your address. If you do not confirm your address, you and your demutualization benefits will be treated in the same manner as the demutualization benefits of a policyholder who cannot be located. See section 5.5, "Policyholders Who Cannot Be Located – Secondary Jurisdictions".

### *Special Cases*

If you are a government or government agency, special considerations apply. If your policy is subject to a title restriction, such as a lien, special rules apply. For example, if you are resident in a Secondary Jurisdiction but your policy is subject to a title restriction, you may still make the Share Election. However, in order for that election to be effective, you must have removed the title restriction or settled the entitlement to the receipt of benefits before the deadline for receipt of the Choices Form. If you do not, your Share Election will not be effective, Financial Services Shares will not be issued to you and you will receive cash directly from Sun Life of Canada less applicable withholding taxes. See section 5, "Distribution Rules", and section 11.1.2, "Non-Residents of Canada".

4

### Other Jurisdictions and Minors – Mandatory Sale

*If you are resident in an Other Jurisdiction or you are a minor...*

If you are resident in an Other Jurisdiction, all the Financial Services Shares issued to you will be sold for you in the initial public offering and you will receive the Mandatory Sale Proceeds from this sale.

If you are a minor, all the Financial Services Shares issued to you will also be sold for you in connection with the initial public offering and you will receive the Mandatory Sale Proceeds from this sale. This will apply to all minors, regardless of the jurisdiction in which they reside, unless a legally appointed guardian has made the Cash Election or Share Election on their behalf. A minor is an individual who has not reached the age of majority in the relevant jurisdiction by the deadline for receipt of the Choices Form and for whom Sun Life of Canada does not have notice of the appointment of a guardian.

*Why some eligible policyholders are required to sell*

In deciding whether eligible policyholders in any particular jurisdiction would be required to sell the shares issued to them on demutualization, Sun Life of Canada took into account the following factors:

- the costs of compliance with applicable securities laws in the jurisdiction compared with the number of eligible policyholders resident there,
- the ability of eligible policyholders in the jurisdiction to trade the shares easily after demutualization,
- whether Sun Life of Canada is still carrying on an active protection business in the jurisdiction, and
- in the case of minors, the legal difficulty in transferring their shares.

### Amount of Mandatory Sale Proceeds

The amount of Mandatory Sale Proceeds you receive will be equal to the number of Mandatory Sale Shares issued to you and sold on your behalf in connection with the initial public offering multiplied by the Initial Share Price. You will not have to take any additional steps to arrange for the sale of your shares – they will be sold on your behalf. Financial Services will deduct any applicable withholding taxes from your Mandatory Sale Proceeds. See section 11, "Tax Consequences for Policyholders".

### Receiving Mandatory Sale Proceeds

In order to receive Mandatory Sale Proceeds, you must have confirmed your address with Sun Life of Canada. If you did not do this by returning the form sent to you by Sun Life of Canada earlier this year, you can do so by signing and returning the Voting Form. Your Share Allocation Statement will indicate in the section entitled "Special Information" whether Sun Life of Canada requires you to confirm your address. If you do not confirm your address, you and your demutualization benefits will be treated in the same manner as the demutualization benefits of a policyholder who cannot be located. See section 5.5, "Policyholders Who Cannot Be Located – Other Jurisdictions and Minors". This requirement does not apply to minors in a Principal Jurisdiction.

Cheques will be mailed to policyholders shortly after completion of the initial public offering.



SL-0180