## 4.9 Cash from Sun Life of Canada

*If you are a Designated Canadian Policyholder and you elect to receive cash...*

If you are a Designated Canadian Policyholder, you will have Financial Services Shares issued to you as your demutualization benefits unless you elect to have your demutualization benefits in the form of cash by making the Cash Election. A Designated Canadian Policyholder is a holder of a Canadian group insurance policy or group pension policy or a holder of any other eligible policy who is not shown on Sun Life of Canada's records as an individual. If you make the Cash Election, Financial Services Shares will not be issued to you, but Sun Life of Canada will pay the cash directly to you in an amount equal to the number of Financial Services Shares allocated to you multiplied by the Initial Share Price.

In either case, you should consider your tax position carefully before electing to receive Financial Services Shares or cash from Sun Life of Canada. If you receive cash by making the Cash Election or receive Financial Services Shares which you sell in the public market after demutualization, the tax consequences to you, which relate primarily to receiving dividend income or realizing income or capital gains, may be very different. You may want to consult a tax advisor in order to consider fully these tax consequences. See section 11.1, "Tax Consequences for Policyholders - Canada".

4

If demutualization is approved, Sun Life of Canada will send the Choices Circular to you with detailed information about how to make the election, as well as the Choices Form on which you can make the election. The Choices Circular is expected to be mailed to you in late January or early February 2000.

In other limited circumstances, eligible policyholders will also receive demutualization benefits in the form of cash directly from Sun Life of Canada. See section 5.2, "Effect of Title Restrictions on Distribution of Demutualization Benefits - Secondary Jurisdictions and Other Jurisdictions".

Cash payments are expected to be funded indirectly through the issuance by Financial Services of Financial Services Shares in the initial public offering. Proceeds from the sale of those shares will be invested by Financial Services in Sun Life of Canada to enable Sun Life of Canada to make the cash payments.

### *Summary of Opinion as to Cash in Lieu of Financial Services Shares*

Morgan Stanley and RBC Dominion Securities have given an opinion as of September 24, 1999 to the Sun Life of Canada Board and to the Financial Services Board that the cash paid to eligible policyholders in lieu of Financial Services Shares in an amount equal to the Initial Share Price multiplied by the number of Financial Services Shares allocated to eligible policyholders will be, at the time of determination of the Initial Share Price, an appropriate substitute (as defined in the opinion) for those Financial Services Shares. A copy of this opinion, which describes the information relied on and sets out the applicable assumptions, limitations and qualifications, is attached as Schedule G to Part 1 of this Policyholder Information Circular. This opinion does not constitute a recommendation as to how any eligible policyholder should vote on the Demutualization Resolution or as to whether or not that policyholder should elect to receive cash in lieu of some or all of the Financial Services Shares allocated to that policyholder or to buy or sell Financial Services Shares. This is a summary only, and eligible policyholders should read the complete opinion in order to understand its terms.

## 4.10 Policy Credits

*You will receive Policy Credits if...*

You will receive Policy Credits instead of Financial Services Shares or cash if you are the holder of an eligible policy that is in force at the time of demutualization and that is one of the following types of tax-qualified retirement policies issued in the United States:

- an individual retirement annuity contract within the meaning of section 408(b) of the United States Tax Code, and
- a tax sheltered annuity contract within the meaning of section 403(b) of the United States Tax Code.

4

These contracts include custodial accounts under section 403(b)(7) and retirement income accounts under section 403(b)(9) of the United States Tax Code.

The status of these policies under the United States Tax Code could be jeopardized if the holder were to receive any form of demutualization benefits other than Policy Credits.

In the case of tax-qualified retirement policies that are no longer in force at the time of demutualization and in the case of some tax-qualified retirement contracts that are currently in "payout" status, Financial Services Shares will be issued to holders of those policies instead of applying Policy Credits to their policies. These eligible policyholders may then elect to sell their Financial Services Shares by making the Cash Election. However, if you own an eligible policy that is a tax-qualified retirement policy that terminates or goes into "payout" status after the Choices Form is mailed, you will not be able to make the Cash Election. Financial Services Shares will not be issued to holders of tax-qualified retirement policies in "payout" status if issuing shares would result in adverse tax consequences.

Policy Credits are expected to be funded indirectly through the issuance by Financial Services of Financial Services Shares in the initial public offering. Proceeds from the sale of those shares will be invested by Financial Services in Sun Life of Canada to enable Sun Life of Canada to fund the Policy Credits.

In any circumstances where Sun Life of Canada determines that, for tax reasons, the receipt of demutualization benefits in the form of Financial Services Shares or cash would be disadvantageous to an eligible policyholder, the eligible policyholder will receive Policy Credits as its demutualization benefits. Sun Life of Canada will notify these eligible policyholders of this change.

### *Form of Policy Credits*

There are different types of Policy Credits depending on the type of policy:

- for an individual or joint ordinary life insurance policy, the Policy Credit will be in the form of an increase in the paid-up addition cash value or dividend accumulation value, in accordance with the dividend election for the policy,
- for a policy that is in force as extended term life insurance under a non-forfeiture provision of a life insurance policy, the Policy Credit will be in the form of an extension of the coverage expiry date,
- for a policy that is a deferred annuity certificate, the Policy Credit will be in the form of an increase in the deferred annuity payment, and
- for a policy that is an individual accumulation annuity, the Policy Credit will be in the form of an increase in the account value.

Policy Credits will be applied to your policy shortly after demutualization.



SL-0182

### *Value of Policy Credits*

The value of Policy Credits will be determined by multiplying the number of Financial Services Shares allocated to you by the Initial Share Price. See section 4.15, "Estimated Value of Benefits". Policy Credits will be credited in the currency in which your policy is denominated. Sun Life of Canada will deduct any applicable withholding taxes you are required to pay on your Policy Credits. See section 11, "Tax Consequences for Policyholders".

### *Summary of Opinion on Policy Credits*

The Independent Actuary has given an opinion that, as of the date the Initial Share Price is determined, the Policy Credits will be appropriate substitutes for the Financial Services Shares. This opinion is attached as Schedule D to Part 1 of this Policyholder Information Circular.

## 4.11 Cash and Share Elections

### *Principal Jurisdictions – Cash Election*

*You may elect to sell your Financial Services Shares for cash...*

If you are resident in a Principal Jurisdiction (Canada, the United States, the United Kingdom, the Philippines or Bermuda), you may elect to sell the Financial Services Shares issued to you for cash by making the Cash Election. If you wish to sell Financial Services Shares in connection with the initial public offering and you were allocated less than 1,000 shares, you must make the Cash Election for all of them. If you were allocated 1,000 or more shares, you may make the Cash Election for any number of them. If you are a trustee of a United Kingdom group pension scheme or a minor or are receiving Policy Credits, you will not be able to make the Cash Election.

If you are a Designated Canadian Policyholder and you make the Cash Election, Financial Services Shares will not be issued to you, but Sun Life of Canada will pay cash directly to you. See section 4.9, "Cash from Sun Life of Canada". Other terms of the Cash Election apply to you on the same basis that they apply to other eligible policyholders.

### *Secondary Jurisdictions – Share Election*

*...or elect to keep your Financial Services Shares*

If you are resident in a Secondary Jurisdiction (Hong Kong, the Republic of Ireland, the Channel Islands or the Isle of Man) or you are a trustee of a United Kingdom group pension scheme, unless you make the Share Election and elect to keep the Financial Services Shares issued to you, they will be sold for you in the initial public offering. If you wish to make the Share Election and you were allocated less than 1,000 shares, you must elect to keep all of them. If you were allocated 1,000 or more shares, you may elect to keep any number of them. If you are a minor, you will not be able to make the Share Election.

### *Information about Elections*

*The Choices Circular will provide information about how to make the election*

You cannot make the Cash Election or Share Election now. If demutualization is approved at the Special Meeting, Sun Life of Canada will send the Choices Circular to you containing detailed information about how to make the election, as well as the Choices Form on which to make the relevant election. Sun Life of Canada expects to mail the Choices Circular to you in late January or early February 2000. In order for your election to be effective, the Choices Form must be completed and returned to Sun Life of Canada by the date to be specified on the Choices Form. Before making either election, you should carefully consider the tax consequences to you. You may also want to consult a tax advisor.

If a special ownership consideration applies to your policy, you may have to provide additional documentation to make the Cash Election or the Share Election. See section 5.3, "Special Ownership Considerations".

## Benefits and Risks of Keeping and Selling Financial Services Shares

4

*What are the benefits and risks of owning Financial Services Shares?*

Before deciding whether to elect to keep or sell your Financial Services Shares, you should consider the relative benefits of keeping them or selling them for cash. You should also consider whether to sell Financial Services Shares at the time of the initial public offering or to hold them for investment or sale at a later date. The benefits of share ownership include the right to vote at meetings of shareholders of Financial Services and to receive shareholder dividends when declared by the Financial Services Board. You will also benefit financially if the Financial Services Shares increase in value.

But share ownership also involves risks. These risks include the risk that your shares may fall in value, dividends paid on the shares may be reduced or not paid at all, and additional share issuances by Financial Services may reduce your percentage ownership interest. For a full description of the risks involved in ownership of Financial Services Shares, see Part 2 of this Policyholder Information Circular under "Risk Factors". Your choice may also have tax and other consequences. See section 11, "Tax Consequences for Policyholders", and section 12, "Social Benefits Consequences for Policyholders".

The following chart summarizes some important issues to consider when deciding whether to keep or to sell Financial Services Shares for cash in connection with the initial public offering.

| | Financial Services Shares | Cash* |
|---|---|---|
| *Value of shares* | The value of Financial Services Shares may rise or fall from the Initial Share Price, depending on a number of factors. | The amount of cash you receive will be established by the initial public offering. It will equal the number of Financial Services Shares sold in connection with the initial public offering at your request multiplied by the Initial Share Price of the Financial Services Shares. |
| | The Financial Services Shares can be held as an investment and sold for cash at any time in the future. | If you sell all your Financial Services Shares, you will not benefit from any increase in the share price after the initial public offering, nor will you suffer from any fall in that price. |
| *Commissions or fees* | You will pay a commission or fee on any future sale of your Financial Services Shares. | You will not pay any commission or fee on Financial Services Shares sold in connection with the initial public offering.** |
| *Share dividends* | You will receive any dividends declared on your Financial Services Shares. | You will not receive dividends on the Financial Services Shares you sell. |
| *Ownership interests* | Through your Financial Services Shares, you will have an ownership interest in Financial Services. | If you sell all your Financial Services Shares, you will no longer have an ownership interest in Financial Services. |
| *Voting at shareholder meetings* | As a shareholder, you will have one vote per share at meetings of shareholders of Financial Services. | If you sell all your Financial Services Shares, you will not have a vote at meetings of shareholders of Financial Services. |
| *Tax* | Before making a choice, you should consider carefully the tax consequences to you of that choice. | Before making a choice, you should consider carefully the tax consequences to you of that choice. |

* Designated Canadian Policyholders who make the Cash Election will receive their cash directly from Sun Life of Canada.

** There may be a minimal fee payable by eligible policyholders in the Philippines related to the sale of shares through the Philippine Stock Exchange.



SL-0184

Sun Life of Canada is not making any recommendation as to whether you should keep or sell your shares. You must make this decision after taking into account the information in this Policyholder Information Circular and the Choices Circular, which you will be sent in late January or early February 2000, as well as any other relevant factors.

### *How Shares Will be Sold*

If you are resident in a Principal Jurisdiction (other than Canada) and make the Cash Election or are resident in a Secondary Jurisdiction or are a trustee of a United Kingdom group pension scheme and do not make the Share Election (and so are deemed to have made the Default Cash Election) or if you are a minor resident in a Principal Jurisdiction (other than Canada) or in a Secondary Jurisdiction, your Financial Services Shares will be sold in the initial public offering.

If you are resident in Canada and make the Cash Election (but are not a Designated Canadian Policyholder), or you are a minor resident in Canada, Financial Services will purchase and cancel your Financial Services Shares before the initial public offering. Financial Services will issue new Financial Services Shares in the initial public offering in an amount equal to and in replacement of the cancelled shares. The replacement shares will be sold in the initial public offering. If you are a Designated Canadian Policyholder and you make the Cash Election, you will receive your demutualization benefits directly from Sun Life of Canada in the form of cash.

Sun Life of Canada chose these methods because, in general, they result in preferable tax treatment for residents of the relevant countries. See section 11, "Tax Consequences for Policyholders".

You are required to decide in advance of the initial public offering whether you want to sell your Financial Services Shares so that the Underwriters, who will be offering those shares (or, in the case of Canadian eligible policyholders who make the Cash Election, the replacement shares issued by Financial Services) for sale to investors, will know the number of shares to be sold.

If eligible policyholders wish to sell more Financial Services Shares in this manner than can be sold in the initial public offering (including the shares replacing the shares purchased from Canadian eligible policyholders), some of those Financial Services Shares may not be sold. The reasons why this may happen are discussed under section 4.13, "Initial Public Offering - Size and Price of Initial Public Offering". If your Financial Services Shares are not sold, you can sell them after demutualization.

### *Receiving Cash Proceeds*

*Amount of cash you will receive*

The amount of cash proceeds from the sale of Financial Services Shares under the Cash Election or the Default Cash Election will be determined by multiplying the number of Financial Services Shares sold for you by the Initial Share Price at which the Financial Services Shares are sold in connection with the initial public offering. See section 4.15, "Estimated Value of Benefits". Financial Services will deduct any applicable withholding taxes you are required to pay on the sale of your Financial Services Shares in connection with the initial public offering. See section 11, "Tax Consequences for Policyholders".

Eligible policyholders whose shares are sold will be sent a cheque shortly after completion of the initial public offering. The cheque will be in the currency of the country in which the eligible policyholder is resident, except that eligible policyholders resident in Bermuda will receive United States dollars.

4

## 4.12 Representations of Eligible Policyholders Who Sell Shares in Connection with the Initial Public Offering

### *Non-Canadian Policyholders*

Non-Canadian eligible policyholders whose Financial Services Shares are sold in the initial public offering will be deemed to have:

- appointed Financial Services as their agent to effect the sale of their Financial Services Shares to the Underwriters on their behalf and to sign any documents and take any steps as are appropriate to transfer their shares to the Underwriters,
- agreed to sell their shares at the Initial Share Price,
- represented and warranted to Financial Services, Sun Life of Canada and the Underwriters that they own the shares and are able to sell them free of any charge, claim or other restriction on transfer, and
- represented and warranted to Financial Services, Sun Life of Canada and the Underwriters that they have the power, capacity and authority to sell the shares.

You cannot sell your shares unless you are able to make these statements, but in making them, you are entitled to assume that the shares are properly issued to you. If your policy is subject to a title restriction, such as a lien, special rules apply. See section 5, "Distribution Rules".

### *Canadian Policyholders*

Canadian eligible policyholders whose Financial Services Shares are sold in connection with the initial public offering will be deemed to have:

- appointed Financial Services as their agent to effect the sale of their Financial Services Shares to Financial Services on their behalf and to sign any documents and take any steps as are appropriate to transfer their shares to Financial Services,
- agreed to sell their shares at the Initial Share Price,
- represented and warranted to Financial Services that they own the shares and are able to sell them free of any charge, claim or other restriction on transfer, and
- represented and warranted to Financial Services that they have the power, capacity and authority to sell the shares.

You cannot sell your shares unless you are able to make these statements, but in making them, you are entitled to assume that the shares are properly issued to you. If your policy is subject to a title restriction, such as a lien, special rules apply. See section 5, "Distribution Rules".

## 4.13 Initial Public Offering

### *Plan for Initial Public Offering*

***It is expected that Financial Services Shares will be sold to the public in an initial public offering***

Before Sun Life of Canada demutualizes, Financial Services and Sun Life of Canada must enter into agreements - called underwriting agreements - with the Underwriters. The Underwriters are a group of investment dealers and investment banks with operations in major centres around the world. In the underwriting agreements, Financial Services and Sun Life of Canada will agree to complete the initial public offering shortly after demutualization, subject to certain standard conditions. As part of the initial public offering, Financial Services Shares will be sold to the public and Financial Services intends to apply to list the shares on the Stock Exchanges. The Financial Services Shares are expected to be sold in Canada, the United States, Europe and elsewhere. Although Financial Services expects to complete the initial public offering in the first half of 2000, the timing of the initial public



SL-0186

offering will be determined by the Financial Services Board and may be affected by various factors such as adverse market conditions or the financial performance of Sun Life of Canada.

### *Role of the Underwriters*

*The Underwriters' role is to find purchasers for the Financial Services Shares*

The Underwriters' role in the initial public offering is to buy all the Financial Services Shares to be sold and then arrange for investors to buy the Financial Services Shares from them. Before agreeing to buy the shares, the Underwriters will conduct a sales and marketing campaign to solicit interest from potential investors interested in buying Financial Services Shares. The sales and marketing campaign usually lasts a few weeks. Once completed, the Underwriters will agree to purchase the Financial Services Shares at a fixed price, which will be the Initial Share Price, and then offer the Financial Services Shares to the public at the same price.

By agreeing to purchase the Financial Services Shares and then to sell them in the initial public offering, the Underwriters assume the risk of finding purchasers for the shares. In return, they charge a fee for their services, which is called an underwriting fee or commission and which is charged on a per share basis. Financial Services will pay all these fees, including fees payable on Mandatory Sale Shares and Financial Services Shares subject to the Cash Election and the Default Cash Election which are sold in connection with the initial public offering.

*The initial public offering process will create a market for the Financial Services Shares*

The Underwriters' marketing efforts will increase awareness of Financial Services Shares with investors, especially among large institutional investors such as pension plans and mutual funds, and with stock analysts. This is designed to create an active trading market after the initial public offering, which will benefit policyholders who keep their Financial Services Shares and who may want to sell them in the future.

### *Size and Price of Initial Public Offering*

*The number of Financial Services Shares sold in the initial public offering and their price will depend on investor demand*

Financial Services and the Underwriters will decide how many Financial Services Shares will be sold in the initial public offering and the price at which they will be sold. In making this decision, Financial Services and the Underwriters will consider many factors, such as the likely strength of demand for the Financial Services Shares, market conditions at the time the shares are priced and Financial Services' future business prospects. For an estimate of the Initial Share Price for the Financial Services Shares if they had been offered in the initial public offering as of September 24, 1999, see section 4.15, "Estimated Value of Benefits". Financial Services will also ensure that the number of Financial Services Shares sold by non-Canadian eligible policyholders does not exceed a level required under the United States Tax Code to enable eligible policyholders in the United States to receive Financial Services Shares on a tax free basis.

Sun Life of Canada expects that the size of the initial public offering will be a minimum of 10% of the total market capitalization of Financial Services. In addition, Financial Services expects to grant to the Underwriters an option to acquire additional Financial Services Shares at the Initial Share Price to cover over-allotments and for market stabilization purposes. This type of option is a common feature of initial public offerings.

*If too many shares are subject to the Cash Election and Default Cash Election, not all of them may be sold*

If the demand for Financial Services Shares is greater than the number of shares eligible policyholders are required or elect to sell and the number required to fund indirectly cash payments to eligible policyholders (including Designated Canadian Policyholders) and Policy Credits, Financial Services may issue new Financial Services Shares in the initial public offering to satisfy the additional demand. The new Financial Services Shares will be sold for cash at the Initial Share Price. If the demand is not sufficient for that purpose or the number of Financial Services Shares to be sold by non-Canadian eligible policyholders would exceed a level required to enable eligible policyholders in the United States to receive their Financial Services Shares on a tax free basis, then the Financial Services Board will reduce the number of Financial Services Shares to be sold in connection with the initial public offering.

Ultimately, it is up to the Financial Services Board to decide the size of the initial public offering. In fact, it may decide to raise funds for use by Financial Services for general corporate purposes and payment of expenses of the initial public offering even though this could mean that not all eligible policyholders who made the Cash Election or Default Cash Election would have their shares sold in connection with the initial public offering. The Financial Services Board might take that course if it decided it was in the best interests of Financial Services to do so.

In any case where the Financial Services Board decides to reduce the number of Financial Services Shares to be sold in connection with the initial public offering, all the Mandatory Sale Shares will be sold first. After that, the Financial Services Board will take into account any shares Financial Services may wish to sell to fund cash payments and Policy Credits and to raise funds for its own use. If necessary, Financial Services will reduce the number of shares to be sold by non-Canadian eligible policyholders who elect to sell their shares until the aggregate number of shares to be sold by policyholders who are required or elect to sell their shares is reduced to the number that would enable eligible policyholders in the United States to receive their Financial Services Shares on a tax free basis. If the number of shares to be sold by eligible policyholders who are required or elect to sell their shares is still greater than the demand for the shares, Financial Services will further reduce the number of shares to be sold by eligible policyholders who elect to sell their shares until the number of shares to be sold matches the demand. In either case, the reduction will be made on the basis of the general principle that smallest holdings will be sold first. This is because those holders would incur proportionately higher selling costs than those with larger allocations. Under that principle, shares will be chosen for sale on the following basis:

- Financial Services Shares will be selected for sale in order of the size of the allocation of Financial Services Shares, beginning with the smallest allocation, and
- if not all the Financial Services Shares of a particular size allocation can be sold, those sold will be chosen by lot.

### *Prospectus*

*What is a prospectus?*

The Financial Services Shares sold in the initial public offering will be sold under a prospectus, a document that gives detailed information about a company whose shares are being sold to the public. The prospectus for the Financial Services Shares will be substantially the same as Part 2 of this Policyholder Information Circular, except that the information in the prospectus will be current to the date of the initial public offering.

### *Indemnity for Prospectus Liability*

*Financial Services and Sun Life of Canada will indemnify eligible policyholders selling Financial Services Shares in the initial public offering*

Eligible policyholders whose Financial Services Shares are sold to the Underwriters in the initial public offering may be liable under applicable securities laws or at common law to purchasers of those shares for any information in the prospectus that is incorrect or incomplete in a material way. Although Financial Services regards the risk of liability of eligible policyholders as very low, Financial Services and Sun Life of Canada will protect eligible policyholders against this risk by indemnifying and defending them against any liability that might arise. Also, Financial Services and Sun Life of Canada will agree not to make a claim against eligible policyholders to pay any liability Financial Services or Sun Life of Canada might have because of any incorrect or incomplete information in the prospectus. Sun Life of Canada will use reasonable efforts to include in the underwriting agreements a similar agreement on the part of the Underwriters. This liability will not apply to policyholders whose shares are purchased by Financial Services before the initial public offering. See section 4.11, "Cash and Share Elections - How Shares Will be Sold".

### *Completion of Initial Public Offering*

Completion of initial public offering is subject to conditions

Canadian and other securities regulators must approve the prospectus before the Underwriters can complete the sale of Financial Services Shares in the initial public offering. This approval is likely to occur on the date Sun Life of Canada demutualizes. Financial Services expects that it will take about five business days after the prospectus is approved to complete the initial public offering. The obligation of the Underwriters to purchase the Financial Services Shares for resale to investors and to complete the initial public offering will be subject to a number of standard conditions. If those conditions are not satisfied, the Underwriters will have the right not to proceed with the offering.

### *Summary of Opinion on Access to Public Markets*

Morgan Stanley and RBC Dominion Securities have given an opinion as of September 24, 1999 to the Sun Life of Canada Board and to the Financial Services Board that the measures to be taken by Financial Services in the two years after demutualization – using its reasonable commercial efforts to arrange for the listing of the Financial Services Shares on the Stock Exchanges and to maintain those listings for at least two years after demutualization – are likely to ensure that the eligible policyholders who receive Financial Services Shares will be able to sell those shares within the two years after demutualization on a public market. A copy of this opinion, which describes the information relied on and sets out the applicable assumptions, limitations and qualifications, is attached as Schedule H to Part 1 of this Policyholder Information Circular. This opinion does not constitute a recommendation as to how any eligible policyholder should vote on the Demutualization Resolution or as to whether or not that policyholder should elect to receive cash in lieu of some or all of the Financial Services Shares allocated to that policyholder or to buy or sell Financial Services Shares. This is a summary only, and eligible policyholders should read the complete opinion in order to understand its terms.

## 4.14 Listing on the Stock Exchanges

Financial Services Shares are expected to be listed and sold on the Stock Exchanges

Financial Services intends to apply to list the Financial Services Shares on The Toronto Stock Exchange, the New York Stock Exchange, the London Stock Exchange and the Philippine Stock Exchange. Financial Services may also apply to list the Financial Services Shares on The Montreal Exchange depending on the outcome of a proposal to reorganize stock exchanges in Canada. Under the proposal, equity shares of large companies would no longer be listed on the Montreal Exchange. If that were to occur, the Financial Services Shares will not be listed on the Montreal Exchange. Financial Services expects that the listing of the shares will occur on the first business day after Sun Life of Canada demutualizes.

Eligible policyholders whose Financial Services Shares are not sold in connection with the initial public offering may sell them from the date of listing in accordance with the normal settlement rules of the relevant Stock Exchange. The listings will make it easier for holders of Financial Services Shares to sell their shares. The Financial Services Shares will be bought and sold on the Stock Exchanges at prices which reflect the market trading value of Financial Services.

The volume of trading in Financial Services Shares and the prices at which they may be bought and sold on each Stock Exchange may vary. Generally, a more active market will mean that shares are more competitively priced and can be bought or sold in a timely manner. It is expected that the most active markets for the Financial Services Shares will be the Toronto and New York stock exchanges. The London and Philippine stock exchanges are expected to be less active.

## 4.15 Estimated Value of Benefits

4

*The Initial Share Price of a Financial Services Share is estimated to have been between Can.$14 and Can.$21 at September 24, 1999*

### *Summary of Valuation Report and Valuation Opinion*

Sun Life of Canada retained Morgan Stanley and RBC Dominion Securities to prepare the Valuation Report. The Valuation Report, which is required to be prepared under the Canadian Demutualization Regulations, contains a range of estimated public equity market values for Financial Services (on the basis that this range is the same as that for Sun Life of Canada) based solely on estimated prices at which the Financial Services Shares could have been expected to be offered as of September 24, 1999 (the date of the valuation) in an initial public offering of Financial Services Shares conducted in a manner consistent with the Conversion Plan, as if the date of demutualization were September 24, 1999. This range was estimated at September 24, 1999 to have been between approximately Can.$5.6 billion and Can.$8.4 billion

In the Valuation Report, the financial advisors also estimated that the Initial Share Price for the Financial Services Shares would have been between approximately Can.$14 and Can.$21 on the date of the valuation, based on Sun Life of Canada's advice that approximately 400 million Financial Services Shares would have been outstanding on that date.

These are summaries only, and eligible policyholders should read the complete Valuation Report and related opinion in order to understand their terms. A copy of the Valuation Report is attached as Schedule E to Part 1 of this Policyholder Information Circular and a copy of the related opinion is attached as Schedule F to Part 1 of this Policyholder Information Circular. Each describes the information relied on and sets out the applicable assumptions, limitations and qualifications. The Valuation Report and related opinion do not constitute a recommendation as to how any eligible policyholder should vote on the Demutualization Resolution or as to whether or not that policyholder should elect to receive cash in lieu of some or all of the Financial Services Shares allocated to that policyholder or to buy or sell Financial Services Shares.

### *Initial Share Price and Market Trading Price*

Sun Life of Canada advises eligible policyholders that this estimate of the range of the Initial Share Price is not a prediction of what the actual Initial Share Price will be on any other date, including the date of demutualization. Financial Services and the Underwriters still have to agree on the Initial Share Price and that is not expected to happen until some time in April 2000 at the earliest. In agreeing to a price, the Financial Services Board is not bound to set the price within that range. Sun Life of Canada also advises eligible policyholders that this estimate is also not a prediction of the price at which the Financial Services Shares will trade on the Stock Exchanges after completion of the initial public offering. The market trading price could be higher or lower than the estimated Initial Share Price. The actual Initial Share Price as well as the market trading price of the Financial Services Shares will be affected by a number of factors, including:

- the financial results and business prospects of Financial Services, including Sun Life of Canada, and its other businesses, and
- prevailing industry and general economic conditions and equity market values, including the prices at which shares of comparable public companies are trading.

The experience of Morgan Stanley and RBC Dominion Securities in large public offerings of common shares like the proposed initial public offering leads them to believe that the Initial Share Price would be priced at a discount from the expected fully distributed trading value — generally, this is the price at which the Financial Services Shares may be expected to trade within a short period after all marketing and short-term trading activities (of any person) related to the initial public offering have ended and full information about Financial Services is understood by the marketplace.



SL-0190

The factors affecting this discount include the lack of a public market trading record, the lack of investors' familiarity with Financial Services, the absolute size of the offering, the size of the offering relative to the overall capitalization of Financial Services, the performance of Sun Life and expectations as to the performance of Financial Services, marketing considerations, timing considerations and prevailing market conditions in the overall market, as well as the new issue market, at the time of the initial public offering.

## 4.16 Holding Your Financial Services Shares

*You will have to decide how to hold your Financial Services Shares*

If you are resident in a Principal Jurisdiction or a Secondary Jurisdiction and you decide to keep your Financial Services Shares, you will have to decide how to hold them. Although you do not have to decide now, Sun Life of Canada expects your options may include holding them in the Sun Life of Canada Share Account, having them registered in your own name or arranging to have them held through a broker. The Sun Life of Canada Share Account is a special account set up by Sun Life of Canada to allow eligible policyholders to hold their shares in a safe and convenient manner.

If demutualization is approved at the Special Meeting, Sun Life of Canada will send you more information about your options and their relative merits. That information will be included in the Choices Circular, which is expected to be sent to you in late January or early February 2000.

## 4.17 Share Selling Service

*The Share Selling Service will be convenient and cost-effective*

Financial Services intends to establish a Share Selling Service to allow participants who hold their Financial Services Shares in the Sun Life of Canada Share Account to sell them after the initial public offering. The purpose of the Share Selling Service is to provide those eligible policyholders with a convenient and cost-effective way to sell their shares after demutualization without the need to retain a broker. Sun Life expects that the Share Selling Service will start 30 days after completion of the initial public offering. You will not be able to purchase shares through this service.

Participants will be able to sell their Financial Services Shares at the current market price at the time of the sale. You will have to pay a fee when you sell your shares, which will not be subsidized by Financial Services or Sun Life of Canada. However, Financial Services expects to be able to negotiate fees for the use of the service that are lower than the fees you would pay if you hired your own broker, except perhaps a discount broker.

If demutualization is approved at the Special Meeting, Sun Life of Canada will send the Choices Circular to you which will contain more information about the Share Selling Service, including any limitations in the operation of the service and the jurisdictions in which it will be available. The Choices Circular is expected to be sent in late January or early February 2000. In each jurisdiction, the establishment and maintenance of the Share Selling Service is subject to Sun Life of Canada receiving satisfactory regulatory approval and to the feasibility of offering the service on a commercially reasonable basis. Financial Services intends to arrange to offer the service for at least two years but reserves the right to discontinue it at any time. If it does so, it will give at least 90 days' notice before it discontinues the service in any jurisdiction.

By establishing the Share Selling Service, Financial Services is not recommending that eligible policyholders elect to sell or keep their Financial Services Shares. If you are entitled to use the service, you should make that decision based on your own judgment. You may want to consult an investment advisor before making a decision.

## 4.18 Right to Receive Demutualization Benefits

If Sun Life of Canada demutualizes, all eligible policyholders will receive their demutualization benefits, regardless of whether they voted for or against the Demutualization Resolution.