## *Tax Treatment for Canadian Resident Individuals and Trusts*

*If you are an individual resident in Canada...*

### Tax Treatment of Your Policy

The demutualization will not affect the tax treatment of your insurance policy or policy benefits.

### Receiving Financial Services Shares in Exchange for Your Ownership Rights

If you receive Financial Services Shares on the demutualization in exchange for your ownership rights, you will not have to pay any income tax when you receive these shares. Your cost of these shares will be deemed to be zero.

### Receiving Dividends on Your Financial Services Shares

Any dividends you receive on Financial Services Shares while you hold them will be included in your income. Policyholders who are individuals or certain types of trusts will be subject to the gross-up and dividend tax credit rules applicable to taxable dividends received from taxable Canadian corporations.

### Selling Your Financial Services Shares Under the Cash Election

If you sell your Financial Services Shares under the Cash Election, those shares will be purchased by Financial Services and you will be taxed as if you received a dividend equal to the amount paid by Financial Services to you for your shares. The tax treatment of this dividend will be as set out above under "Receiving Dividends on Your Financial Services Shares".

### Selling Your Financial Services Shares After the Initial Public Offering

If you sell your Financial Services Shares after the initial public offering, through the Share Selling Service or otherwise, and you hold your shares as capital property, in general, you will realize a capital gain (or capital loss) equal to the amount by which the proceeds of sale, less the amount you paid in brokerage commissions and any other reasonable costs on the sale, exceed (or are less than) your adjusted cost base of the shares. Your cost of Financial Services Shares acquired in exchange for your ownership rights in Sun Life of Canada will be deemed to be zero. If you acquire Financial Services Shares after demutualization, the adjusted cost base to you of each of your Financial Services Shares will be the average of the adjusted cost base to you of all your Financial Services Shares. In general, three-quarters of any capital gain must be included in income as a taxable capital gain and three-quarters of any capital loss may be deducted against taxable capital gains, subject to the detailed tax rules in the Canadian Tax Act. The amount of any capital loss realized on the disposition of Financial Services Shares may be reduced by the amount of dividends received on the Financial Services Shares to the extent and under the circumstances set out in the Canadian Tax Act. If you do not hold your shares as capital property for tax purposes you should consult your own tax advisor regarding the tax consequences to you of holding or disposing of your shares in your circumstances.

### Receiving Cash in Exchange for Your Ownership Rights

If you receive cash directly from Sun Life of Canada on the demutualization in exchange for your ownership rights, you will be taxed as if you received a dividend in an amount equal to the amount of the cash. The tax treatment of this dividend will be as set out above under "Receiving Dividends on your Financial Services Shares".

## *Tax Treatment for Canadian Resident Corporations*

For corporations resident in Canada for purposes of the Canadian Tax Act, in general the tax treatment will be similar to that outlined above for Canadian individuals and trusts except as indicated below.

*If you are a Canadian corporation...*

Receiving Dividends on Your Financial Services Shares

Dividends received by a corporation on Financial Services Shares held by the corporation will be included in computing the corporation's income and generally will be deductible in computing its taxable income. However, a "private corporation" (as defined in the Canadian Tax Act) or another type of "subject corporation" (as defined in the Canadian Tax Act), may be liable to pay a refundable tax at the rate of 33⅓% of the amount of these dividends to the extent that the dividends are deductible in computing taxable income.

Receiving Cash in Exchange for Your Ownership Rights Under the Cash Election

A corporation which receives cash in exchange for its ownership rights under the Cash Election will be deemed to have received a dividend in an amount equal to the amount of such cash. The tax treatment to the corporation of this dividend will be the same as that outlined above under "Tax Treatment for Canadian Resident Corporations – Receiving Dividends on Your Financial Services Shares".

### *Tax Treatment Where RRSPs or Other Registered Plans are Involved*

*If RRSPs or other registered plans are involved...*

Your tax treatment will not change from that outlined above if your policy is an RRSP, RRIF or superannuation or pension fund or plan under the Canadian Tax Act.

However, if the policy is held by a trust governed by an RRSP, RRIF, DPSP or superannuation or pension fund or plan registered under the Canadian Tax Act, demutualization benefits will be paid to the trustee of the registered plan and generally will be tax free until they are withdrawn from that registered plan. Financial Services Shares will be qualified investments for these types of RRSPs, RRIFs or DPSPs and for registered education savings plans. The receipt of demutualization benefits by a trust governed by a RRSP or DPSP will be disregarded for the purposes of the special rules in the Canadian Tax Act relating to the eligibility for investment for such a trust of life insurance policies.

### *Tax Treatment Where Employee-Paid Group Insurance Plans are Involved*

Where a policyholder is an employer or other sponsor of a group insurance policy under which individuals have been insured in the course of or because of their employment, and the full cost of a particular insurance coverage under such policy has been borne by the individuals who have been insured under the particular insurance coverage, and (i) the policyholder receives Financial Services Shares or cash in exchange for its ownership rights relating to the particular insurance coverage, (ii) pays a premium under the policy in respect of the particular coverage, and (iii) the purpose of the premium is to apply all or part of the fair market value of such Financial Services Shares or the amount of such cash for the benefit of employees insured under the particular insurance coverage, then, for the purposes of the Canadian Tax Act, the premium will be deemed to be an amount paid by the employees and no amount may be deducted by the policyholder in computing its income in respect of such premium.

11

## *11.1.2 Non-Residents of Canada*

*Tax consequences — Non-Residents of Canada*

**The following summary applies to eligible policyholders who, for purposes of the Canadian Tax Act, are neither residents nor deemed to be residents of Canada and who do not use or hold and are not deemed to use or hold ownership rights, and who will not use or hold and will not be deemed to use or hold their Financial Services Shares, in carrying on a business in Canada.**

**Policyholders who are not residents of Canada will find information about the tax treaties that apply to them in the tax section for the country in which they are resident.**

### Receiving Financial Services Shares in Exchange for Your Ownership Rights

If you receive Financial Services Shares on the demutualization in exchange for your ownership rights, you will not have to pay any tax under the Canadian Tax Act when you receive them. Your cost of these shares will be deemed to be zero.

### Receiving Dividends on Your Financial Services Shares

Dividends paid or credited on Financial Services Shares will be subject to withholding tax under the Canadian Tax Act at a rate of 25%, subject to reduction under the provisions of any applicable international tax treaty.

### Selling Your Financial Services Shares Under the Cash Election or Default Cash Election or Selling Mandatory Sale Shares

If you sell your Financial Services Shares under the Cash Election or the Default Cash Election or you sell your Mandatory Sale Shares, those shares will be sold in the initial public offering. You will not be subject to tax under the Canadian Tax Act as a result of selling your Financial Services Shares in the initial public offering. However, because Financial Services will be paying the underwriting fee on the sale of your shares, you will be considered to have received a dividend from Financial Services equal to the amount of that fee. This dividend will be subject to withholding tax under the Canadian Tax Act at a rate of 25%, subject to reduction under the provisions of any applicable international tax treaty. The amount of tax to be withheld will be deducted from your proceeds of sale. For example, if you sell Can.$5,000 of Financial Services Shares, the underwriting fee would be approximately Can.$150 (assuming that the rate of this fee is 3% of the initial public offering price). In this case, Can.$37.50 would be required to be withheld from your proceeds of sale (computed by applying the 25% Canadian withholding tax rate to the Can.$150 underwriting fee). Accordingly, in this example you would receive net sale proceeds of Can.$4,962.50 (Can.$5,000 – Can.$37.50). Your net sale proceeds would be higher in this example if the rate of Canadian withholding tax is reduced under any applicable international tax treaty.

### Selling Your Financial Services Shares After the Initial Public Offering

If you sell your Financial Services Shares after the initial public offering, capital gains that you may realize on the sale will not be subject to tax under the Canadian Tax Act unless the shares are taxable Canadian property to you within the meaning of the Canadian Tax Act. Financial Services Shares generally will not be taxable Canadian property to you unless, at any time during the five-year period immediately preceding the disposition, you, persons with whom you did not deal at arm's length, or you and persons with whom you did not deal at arm's length, owned 25% or more of the issued shares of any class or series of shares of Financial Services. Even if Financial Services Shares constitute taxable Canadian property to you, an exemption from tax under the Canadian Tax Act may be available under the provisions of an applicable international tax treaty.

### Receiving Policy Credits in Exchange for Your Ownership Rights

If you receive Policy Credits on the demutualization in exchange for your ownership rights, you will be taxed as if you received a dividend from Sun Life of Canada in an amount equal to the fair market value of your Policy Credits and will be subject to withholding tax on this amount under the Canadian Tax Act at the rate of 25%, subject to reduction under any applicable international tax treaty.

Under the Canada-United States tax treaty, dividends paid to a trust, company, organization or other arrangement that is a resident of, and generally exempt from income taxation in, the United States and operated exclusively to administer or provide pension, retirement or employee benefits, are exempt from Canadian non-resident withholding tax. Revenue Canada has provided written confirmation to Sun Life of Canada that this exemption will apply in respect of Policy Credits provided under each eligible policy, issued to a resident of the United States, that is an

11

individual retirement annuity satisfying the requirements of section 408(b) of the United States Tax Code or a tax-sheltered annuity satisfying the requirements of section 403(b) of the United States Tax Code. Accordingly, Sun Life of Canada will not withhold non-resident withholding tax from these Policy Credits.

Receiving Cash in Exchange for Your Ownership Rights

Some policyholders will receive cash directly from Sun Life of Canada on the demutualization in exchange for their ownership rights and will not have Financial Services Shares issued to them. See section 4.8, "Financial Services Shares - Principal and Secondary Jurisdictions", and section 4.9, "Cash from Sun Life of Canada". If you are one of these policyholders, you will be taxed as if you received a dividend from Sun Life of Canada in an amount equal to the amount of the cash payment and will be subject to withholding tax under the Canadian Tax Act on the cash payment at the rate of 25%, subject to reduction under any applicable international tax treaty.

## 11.2 United States

*Tax consequences – United States*

In the opinion of LeBoeuf, Lamb, Greene & MacRae, L.L.P., as of the date of this Policyholder Information Circular, the following is a fair summary of the principal United States federal income tax considerations generally applicable to eligible policyholders who are subject to United States income tax and who receive Financial Services Shares or Policy Credits in exchange for their ownership rights in Sun Life of Canada on the demutualization of Sun Life of Canada in accordance with the Conversion Plan. This summary is based on the current United States Federal income tax law and certain representations from Sun Life of Canada and Financial Services and certain other information, data, documentation and materials. Neither the opinion of Leboeuf, Lamb, Greene & MacRae, L.L.P. nor this summary is binding on the IRS or the courts.

Sun Life of Canada has requested a private letter ruling from the IRS regarding certain of the tax consequences described below. While Sun Life of Canada expects the IRS to rule in its favour, in the unlikely event it does not and if any adverse IRS position ultimately is sustained, the United States Federal income tax consequences of the demutualization may differ from those described below. The effectiveness of the Conversion Plan is not conditioned on Sun Life of Canada's receipt of favourable IRS rulings.

Some United States policyholders may be subject to special rules that are not described here, so policyholders should consult their own tax advisors to find out how the demutualization will affect their particular circumstances. You should also read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not resident in Canada.

### *Residents of the United States*

#### *Tax Treatment for United States Individuals*

Treatment of Your Policy

11

*If you are an individual resident in the United States...*

The demutualization will not change the tax treatment of your insurance policy or policy benefits. For example, the tax rules that currently determine whether your policy is treated as life insurance or an annuity or as a modified endowment contract, or whether policy loan interest is deductible, will continue to apply after the demutualization. Sun Life of Canada has requested the IRS to rule on these matters.

Receiving Financial Services Shares in Exchange for Your Ownership Rights

If you receive Financial Services Shares in the demutualization in exchange for your ownership rights, you should not have to pay any tax as a result of receiving these shares. Your cost basis of these shares for tax purposes will be zero and your holding period for these shares generally will include the period of time you held your policy with Sun Life of Canada. Sun Life of Canada has requested the IRS to rule on these matters. However, if you own a policy through a tax-qualified retirement account in "payout" status or which is terminated, you will have to pay tax upon your receipt of

Financial Services Shares in the same manner as you are taxed on the distributions you currently receive from your tax-qualified retirement account. For special rules regarding the taxation of Financial Services Shares received by holders of certain tax-qualified retirement contracts that are currently in "payout" status or that terminate before demutualization, see "Tax Treatment for Tax Qualified Retirement Contracts Held by Individuals - Receipt of Stock by Holders of Certain Tax-Qualified Retirement Contracts will be Taxed".

### Receiving Dividends on Your Financial Services Shares

Any dividends you receive on Financial Services Shares while you hold them will be included in your income and will be taxed at the rates applicable to ordinary income. Dividends Financial Services pays to United States individuals also will be subject to Canadian non-resident withholding tax generally at a rate of 15% under the Canada-United States tax treaty. United States individuals may be able to claim a foreign tax credit against their United States federal income tax for Canadian tax withheld from dividends received on Financial Services Shares, subject to limitations on foreign tax credits under the United States Tax Code. United States individuals with no more than United States $300 (or more than United States $600 in the case of married persons filing jointly) of creditable foreign taxes, and no foreign source income other than passive income (such as dividends and interest), may be eligible to credit such foreign taxes against their United States federal income tax liability without regard to the general foreign tax credit limitation rules. United States individuals who do not claim a foreign tax credit may instead be able to claim a deduction for Canadian tax withheld on dividends received from Financial Services.

### Selling Your Financial Services Shares Under the Cash Election

If you sell your Financial Services Shares under the Cash Election, those shares will be purchased by the Underwriters and you will have a gain equal to the amount of the proceeds from the sale. The gain will generally be taxed as long-term capital gain, because most policyholders will have held their policies as a capital asset for at least one year before demutualization. Because Financial Services will be paying the Underwriters' fee on the sale of your shares pursuant to the Cash Election, Financial Services will treat that fee as a deemed distribution to you. While the amount of that deemed distribution should be reported as income for United States federal income tax purposes, you should be able to reduce the amount of the gain otherwise realized on the proceeds from the sale of your shares by a commission expense equal to the amount of that deemed distribution. The deemed distribution will be subject to Canadian non-resident withholding tax, generally at the reduced rate of 15% under the Canada-United States tax treaty. The amount remitted to you from the sale of your Financial Services Shares will be reduced by that withholding tax amount. You may be able to take the amount of the Canadian withholding tax into account as a credit or deduction in the determination of your United States federal income tax as discussed above.

### Selling Your Financial Services Shares After the Initial Public Offering

If you sell your Financial Services Shares after the initial public offering, through the Share Selling Service or otherwise, in general you will have a capital gain equal to the amount by which the proceeds of sale, less the amount you pay in brokerage commissions and any other reasonable costs of the sale, exceed your adjusted cost basis of the shares. Your cost basis of Financial Services Shares acquired in exchange for your ownership rights in Sun Life of Canada will be zero. The gain with respect to the sale of shares you receive in the demutualization generally will be capital gain and taxed as long term or short term, depending on whether the length of time you owned your policy through the date the Conversion Plan becomes effective plus the length of time you held your Financial Services Shares is more than one year.

### Tax Treatment for Tax Qualified Retirement Contracts Held by Individuals

Certain tax-qualified retirement contracts (such as individual retirement annuities (IRAs) and tax sheltered annuities) will receive Policy Credits (rather than Financial Services Shares) as demutualization benefits. The receipt of Policy Credits will not be currently taxable to you. The payment of Policy Credits should not cause disqualification of the tax-qualified status accorded to the policies to which Policy Credits are posted and should not result in other adverse tax consequences with respect to those policies. The amounts ultimately paid under your tax-qualified retirement policy will be taxed at the time of payment in accordance with the rules governing the taxation of the distribution of benefits under your policy. Sun Life of Canada has requested the IRS to rule on some of the above matters.

### Receipt of Shares by Holders of Certain Tax-Qualified Retirement Contracts Will be Taxed

In the case of holders of certain tax-qualified retirement contracts that currently are in "payout" status or that terminate before the Conversion Plan becomes effective, Financial Services Shares (rather than Policy Credits) will be issued as demutualization benefits provided that the issuance of shares would not be subject to excise tax and would not result in a disqualification of the tax qualified retirement contract or a prohibited transaction under the United States Tax Code. These shares will be issued through the policy to the policyholder and treated as a distribution from the tax-qualified retirement account. If you own a tax-qualified retirement contract and receive such a distribution from your account, you will be taxed on the receipt of such shares in the same manner as you are taxed on the distributions you currently receive from your tax-qualified retirement account and your basis in those shares for tax purposes will equal the value at the time of receipt. If you are the holder of a tax-qualified retirement contract that terminates before demutualization, you will also receive Financial Services Shares as demutualization benefits, and you will be taxed on the receipt of those shares in the same manner as you are taxed on distributions you receive from your contract at termination.

### *Tax Treatment for United States Corporations*

***If you are a United States corporation...***

For a United States corporation, in general, the tax treatment will be similar to that outlined above for United States individuals except as indicated below. While the corporation may be able to deduct or credit Canadian withholding taxes imposed on dividends received on Financial Services Shares, the corporation will not be eligible for the provision that permits certain individuals to credit those foreign taxes against United States income tax liability without regard to the general foreign tax credit limitation rules. If the corporation elects to sell Financial Services Shares, like individuals the corporation will have a gain equal to the amount of the proceeds from the sale, but unlike individuals the corporation will be taxed at ordinary corporate income tax rates (rather than capital gains tax rates) on the amount realized.

11

### *Tax Treatment for United States Trusts*

***If you are a United States trust...***

In general, a trust treated as a "grantor trust" for United States federal income tax purposes is not a tax paying entity. Instead, the grantor of the trust generally is the United States taxpayer in respect of the trust. If the grantor is an individual or corporation, the tax treatment of the grantor with respect to the trust's receipt of Financial Services Shares, receipt of dividends on those shares, and the sale of those shares generally will be the same as that outlined above for United States individuals and corporations.



SL-0220

For simple or complex trusts, the receipt of demutualization benefits generally should be subject to the same United States federal income tax treatment as in the case of United States individuals and corporations. For a simple trust, ordinary dividends paid on Financial Services Shares generally are includible in gross income for federal income tax purposes, but the trust will have a corresponding distribution deduction. Any gain recognized on the sale of shares generally is includible in gross income without any corresponding distribution deduction. For a complex trust, both dividends and gains on the sale of Financial Services Shares will be included in gross income for federal income tax purposes and the trust will receive a corresponding deduction for such amounts to the extent that they are currently distributed to beneficiaries. Trusts should consult their own tax advisor concerning the specific tax rules applicable to the type of trust.

### *Some Special Rules*

***If employee benefit plans or IRAs are involved...***

The receipt of demutualization benefits by policyholders that are employee benefit plans or IRAs may be considered "prohibited transactions" under section 406 of ERISA and/or section 4975 of the United States Tax Code. Sun Life of Canada has applied for an administrative exemption from both sections from the Department of Labor to cover the receipt of demutualization benefits by employee benefit plans, which is expected to be received prior to the effective date of demutualization.

The IRS has adopted a policy of not issuing rulings with respect to the application of the section 4975 "prohibited transaction" rules to the crediting of demutualization benefits to IRAs. However, those IRAs which are employee benefit plans under ERISA will be directly covered by the Department of Labor exemption. With respect to IRAs which are not part of employee benefit plans, based on the IRS's inaction in prior demutualizations, and in light of the administrative exemptions the Department of Labor issues with respect to the distribution of such benefits to employee benefit plans, Sun Life of Canada believes that the IRS will not seek to treat Sun Life of Canada's crediting of demutualization benefits to IRAs as a prohibited transaction.

For fiduciaries owning a policy that funds a benefit plan (pension or profit sharing, for example) and where the policy is not held through a trust, direct receipt of Financial Services Shares with respect to that policy could result in disqualification of the plan or certain other adverse legal consequences. Fiduciaries should consider setting up a trust prior to the demutualization to hold the Financial Services Shares or make some other appropriate provision for the benefit of participants to avoid these risks. Fiduciaries should consult their tax or benefits advisor about whether a trust is required and for other options available for their plan. In addition, fiduciaries of policies where the participants have paid some or all of the premiums under a policy, may be required to share some or all of the demutualization benefits received with the participants. Fiduciaries should consult their tax or benefits advisor for more details.

In general, receipt of demutualization benefits by a pension or profit-sharing trust or voluntary employee beneficiary association (VEBA) will be tax free to the trust. The Financial Services Shares, like any other asset of the plan, must be held by the trustee for the exclusive benefit of the plan participants and beneficiaries.

An employer or fiduciary that owns a policy that funds a welfare benefit plan may be required to take action to avoid being subject to a 100% excise tax on employer reversions caused by the receipt of demutualization benefits. Consult your tax advisor for more details.

11

***Receipt of demutualization benefits by other tax-exempt entities***

Other tax-exempt entities, such as charitable organizations and governmental bodies, generally will not be taxed in the United States on the receipt of any form of demutualization benefits. Special rules may apply to certain types of tax-exempt entities, and tax-exempt policyholders, should consult with a tax advisor regarding the consequences of receiving demutualization benefits.

*United States Tax Return Reporting*

Following the demutualization, Sun Life of Canada may fall within the technical definition of a controlled foreign corporation with respect to a portion of its United States insurance income under a special rule in the United States Tax Code for Captive Insurance Companies ("Captive CFCs"). If Sun Life of Canada were a Captive CFC within the meaning of the United States Tax Code, subject to certain exceptions, United States shareholders of Financial Services would have an obligation to report on IRS Form 5471 certain information regarding their indirect ownership of Sun Life of Canada. Should this information reporting obligation apply, it would be administratively impracticable for Financial Services to identify all of its United States shareholders who would be subject to that reporting obligation. Moreover, Sun Life of Canada's accounting records will not be prepared on a basis that would allow Financial Services to generate the requisite financial information for those shareholders. Because Sun Life of Canada will pay United States income tax on all of its income attributed to its United States insurance operations, the information called for by the IRS Form 5471 should have no relevance to the amount of United States taxable income reportable by Financial Services' United States shareholders. It is possible, although in Financial Services' view extremely unlikely, that the IRS would seek to impose a penalty for a United States shareholder's failure to file a Form 5471 in this circumstance.

Backup Withholding

***If Sun Life of Canada does not have your United States Taxpayer Identification Number complete, sign and return the request form...***

If Sun Life of Canada does not have a certified Taxpayer Identification Number (TIN) for you, this is indicated in the Special Information section of your Share Allocation Statement included in this package. If this applies to you, it is important that you complete, sign, and return that TIN request form. The TIN request form can be found at the back of the booklet entitled "Sun Life's Plan to Demutualize - A guide for eligible policyholders living in the United States." For individuals, your TIN is your social security number. If you fail to complete, sign and return the form, you may be subject to a U.S.$50 IRS penalty, and Financial Services, or another responsible party, may be required to withhold and remit to the IRS 31% of the gross amount otherwise payable to you, including the gross proceeds from the sale of your Financial Services Shares at the time of demutualization if you elect to sell those shares and any future dividends payable to you on your Financial Services Shares if you retain those shares. The 31% backup withholding amount may be claimed on your United States federal income tax return as a credit against your tax liability for the year. Instructions for completing the TIN request form are included with the TIN form.

## 11.3 United Kingdom

***Tax consequences – United Kingdom***

11

In the opinion of Freshfields, as of the date of this Policyholder Information Circular, the following is a fair summary of the principal United Kingdom tax considerations generally applicable to eligible policyholders resident or ordinarily resident in the United Kingdom who receive demutualization benefits in exchange for their ownership rights in Sun Life of Canada on the demutualization of Sun Life of Canada in accordance with the Conversion Plan.

This summary is based on the current provisions of United Kingdom tax legislation, and on current understanding of the Inland Revenue's interpretation and application of that legislation. It assumes that you do not hold your policy as an asset of a trade. You should also read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not resident in Canada.

## *Residents of the United Kingdom*

*If you are resident in the United Kingdom...*

### Tax Treatment of Your Policy

The demutualization will not change the tax treatment of benefits under your policy.

### Receiving Financial Services Shares

If you receive Financial Services Shares on the demutualization you will not have to pay any tax when you receive your Financial Services Shares. Your cost of these shares will be deemed to be zero.

### Receiving Dividends on Your Financial Services Shares

Any dividends you receive on Financial Services Shares will be subject to United Kingdom income tax or corporation tax on the total of the dividend received plus any withholding tax deducted in Canada. Dividends Financial Services pays to United Kingdom residents will be subject to Canadian non-resident withholding tax generally at a rate of 15% under the Canada-United Kingdom tax treaty. You will be allowed a credit against United Kingdom income tax or corporation tax for any Canadian withholding tax deducted from dividends. The credit for Canadian withholding tax cannot exceed the United Kingdom tax payable on the total of the dividend plus the withholding tax.

### Selling Your Financial Services Shares Under the Cash Election or After the Initial Public Offering

If you sell your Financial Services Shares under the Cash Election or after the initial public offering, through the Share Selling Service or otherwise, you will have a capital gain equal to the amount of the proceeds of sale less the costs of the sale which you have paid. For most United Kingdom eligible policyholders who are individuals or trustees this will mean that, provided that the value of the shares sold, together with any capital gains realized in the same tax year, is within the annual capital gains tax exemption, no capital gains tax will be payable. The annual capital gains tax exemption for the tax year commencing April 6, 1999 is £7,100 for individuals and £3,550 for trustees.

If you are an individual or other non-corporate shareholder and have held the shares for a number of years, taper relief may be available to reduce the chargeable gain. This relief reduces your chargeable gain by a fixed percentage for each year of ownership after a certain period. If you are a corporate shareholder indexation allowance should be available to reduce any chargeable gain. Your Financial Services Shares will be treated as acquired not when the ownership rights were acquired but when the shares were issued to you.

If you sell your Financial Services Shares under the Cash Election, Financial Services will pay the Underwriter's fee on the sale of your shares. For Canadian taxation purposes, you will be considered to have received a dividend from Financial Services equal to the amount of that fee even though no dividend will actually be paid. Accordingly, this dividend will be subject to withholding tax under the Canadian Tax Act and the amount of tax withheld will be deducted from your proceeds of sale. Under the current provisions of the Canada-United Kingdom tax treaty, the Canadian withholding tax will generally be at the reduced rate of 15% of the amount of the underwriting fee. For United Kingdom taxation purposes, you should not be treated as having been paid a dividend but the Inland Revenue will not treat the amount of tax withheld as deductible as an incidental cost of disposal in computing your gain for capital gains tax or corporation tax purposes. Accordingly, the amount of tax withheld will be included in calculating the proceeds of sale subject to capital gains tax or corporation tax.

Trustees of pension schemes

Trustees of Pension Schemes

Trustees of pension schemes will receive Financial Services Shares. Unless the trusts allow you to hold Financial Services Shares, you will need to sell the Financial Services Shares within five days after the Financial Services Shares are listed. Even if the trusts allow you to hold Financial Services Shares, the trusts of group insured pension schemes will lose their special treatment unless you sell the Financial Services Shares and invest the proceeds in additional policy benefits.

Trustees of group insured pension schemes will be assumed to have elected to sell the Financial Services Shares issued to them unless they elect to keep the Financial Services Shares. You may also elect for the proceeds to be invested on your behalf in additional policy benefits.

Tax Treatment if You Hold Financial Services Shares Through the Sun Life of Canada Share Account

If you hold Financial Services Shares through the Sun Life of Canada Share Account in the United Kingdom, on accounting to you for dividends received on the shares, the Sun Life of Canada Share Account will be obliged to withhold United Kingdom income tax at the Schedule F ordinary rate which for 1999/2000 is 10%. However, in applying this withholding the Sun Life of Canada Share Account must give credit for Canadian tax withheld if it does not exceed the applicable rate under the Canada-United Kingdom tax treaty. Therefore, at the current rates of Canadian withholding tax, there would be no liability to United Kingdom withholding tax by reason of holding the Financial Services Shares through the Sun Life of Canada Share Account in the United Kingdom because those rates exceed the Schedule F ordinary rate.

## 11.4 Philippines

Tax consequences – Philippines

In the opinion of Sycip Gorres Velayo & Co., as of the date of this Policyholder Information Circular, the following is a fair summary of the principal Philippine income tax considerations generally applicable to eligible policyholders who are individuals resident in, or who are individuals that are non-resident citizens or aliens of, the Philippines who receive demutualization benefits in exchange for their ownership rights in Sun Life of Canada on the demutualization of Sun Life of Canada in accordance with the Conversion Plan.

This is a summary based on the current provisions of the National Internal Revenue Code of the Philippines. It is for general information of individuals only. It does not attempt to address all tax consequences that may apply to any given taxpayer. You should consult your own tax advisor as to the tax treatment applicable to your specific circumstances. You should also read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not resident in Canada.

11

### *Individual Residents and Non-Resident Citizens or Aliens of the Philippines*

If you are an individual resident or non-resident citizen or alien of the Philippines...

Tax Treatment of Your Policy

The demutualization will not affect the tax treatment of benefits under your policy.

Receiving Financial Services Shares in Exchange for Your Ownership Rights

Sun Life of Canada has received a tax ruling from the Bureau of Internal Revenue to the effect that if you receive and retain Financial Services Shares on the demutualization in exchange for your ownership rights, you will not have to pay any tax as a result of receiving these shares. Your cost of these shares for tax purposes will be deemed to be zero.



SL-0224

## Receiving Dividends on Your Financial Services Shares

### Resident Citizens of the Philippines

If you are a resident citizen of the Philippines, any dividends received on Financial Services Shares while you hold them will be subject to income tax in the Philippines at the regular graduated rates ranging from 5% to 32%. These dividends will also be subject to a withholding tax in Canada generally at the rate of 15% under the Canada-Philippines tax treaty. However, you may be able to claim a foreign tax credit against your Philippine income tax for tax withheld from dividends received pursuant to the Canada-Philippines tax treaty as well as the provisions of the National Internal Revenue Code of the Philippines, subject to the limitations on foreign tax credits under the National Internal Revenue Code.

### Non-Resident Citizens and Aliens of the Philippines

If you are a non-resident citizen of the Philippines or an alien (whether resident or non-resident) of the Philippines, any dividends you receive on the Financial Services Shares while you hold them will not be subject to the Philippine income tax. The dividends will, however, be subject to withholding tax in Canada at the rate of 25% unless you are a resident of a country with which Canada has an income tax treaty and you are entitled to preferential rates under such treaty.

## Selling Your Financial Services Shares Under the Cash Election

If you sell your Financial Services Shares under the Cash Election, those shares will be purchased from you by the Underwriters. The sale of those shares through the facilities of the Philippine Stock Exchange (PSE) will be subject to a Stock Transaction Tax (STT) of 50% of 1% of the gross selling price. If you are a non-resident alien of the Philippines, you may be entitled to exemption from the STT if you are a resident of a country with which the Philippines has a tax treaty. The sale will also be subject to a Documentary Stamp Tax (DST) of 25% of 1% of the original issue price of the Financial Services Shares.

Moreover, since Financial Services will be paying the underwriting fee on the sale of your shares you will be considered to have received a dividend from Financial Services equal to the amount of the underwriting fee. As discussed above, if you are a resident citizen of the Philippines, any dividends received on Financial Services Shares will be subject to the regular graduated rates ranging from 5% to 32%. These deemed dividends will also be subject to a withholding tax in Canada generally at the rate of 15% under the Canada-Philippines tax treaty. However, you may be able to claim a foreign tax credit against your Philippine income tax for tax withheld from dividends received, pursuant to the Canada-Philippines tax treaty as well as the provisions of the National Internal Revenue Code, subject to the limitations on foreign tax credits under the National Internal Revenue Code. If you are a non-resident citizen of the Philippines or an alien (whether resident or non-resident), you will not be subject to Philippine income tax on the dividends deemed to arise from payment by Financial Services of the underwriting fees on your behalf. These deemed dividends will, however, be subject to withholding tax in Canada at the rate of 25% unless you are a resident of a country with which Canada has an income tax treaty and you are entitled to preferential rates under that treaty.

### Selling Your Financial Services Shares After the Initial Public Offering

#### Citizens (whether resident or non-resident) and Resident Aliens of the Philippines

If you are a citizen whether resident or non-resident or resident alien of the Philippines and you sell your Financial Services Shares after the initial public offering through the facilities of the PSE (including sales through the Share Selling Service), there will be an STT of 50% of 1% of the gross selling price. If after the initial public offering you sell your shares in the Philippines but outside the facilities of the PSE, you will be subject to income tax on the gain at the regular graduated rates ranging from 5% to 32%. If the Financial Services Shares that you hold are capital assets and you hold these for more than 12 months before selling, only 50% of the gain from the sale will be recognized and subject to income tax. Otherwise 100% of the gain will be recognized and subject to income tax. In both cases, there will be a DST of 25% of 1% of the original issue price of the Financial Services Shares.

#### Non-Resident Aliens of the Philippines

If you are a non-resident alien and you sell your Financial Services Shares after the demutualization through the facilities of the PSE (including sales through the Share Selling Service), there will be an STT of 50% of 1% of the gross selling price. If you are a non-resident alien engaged in trade or business in the Philippines and you sell your Financial Services Shares in the Philippines but outside the facilities of the PSE, you will be subject to Philippine income tax on the gain on such sale in the same manner as a resident citizen and a resident alien of the Philippines. A non-resident alien is considered to be engaged in trade or business in the Philippines if he comes to the Philippines and stays therein for an aggregate period of 180 days or more in a calendar year. On the other hand, if you are a non-resident alien who is not engaged in trade or business in the Philippines, and you sell your Financial Services Shares in the Philippines outside the facilities of the PSE, the gain you derive from such sale will be subject to tax at the rate of 25%. In both cases, you may be entitled to an exemption from the STT as well as Philippine income tax on the gain if you are a resident of a country with which the Philippines has a tax treaty. For as long as you sell your Financial Services Shares in the Philippines, there will be a DST of 25% of 1% of the original issue price thereof.

#### Sale of Financial Services Shares Outside the Philippines

If you are a non-resident citizen of the Philippines or an alien (whether resident or non-resident) and you sell your Financial Services Shares after the initial public offering outside the Philippines, you will not be subject to Philippine income tax and DST.

## 11.5 Hong Kong

11

*Tax consequences – Hong Kong*

In the opinion of Freshfields, as of the date of this Policyholder Information Circular, the following is a fair summary of the principal Hong Kong income tax considerations generally applicable to eligible policyholders resident in Hong Kong who receive demutualization benefits in exchange for their ownership rights in Sun Life of Canada on the demutualization of Sun Life of Canada in accordance with the Conversion Plan. The tax position in Hong Kong is the same whether you receive Financial Services Shares and dividends on those shares directly for your own account or as a trustee.

The following summary applies to all eligible policyholders (both individuals and companies), who are resident in Hong Kong for Hong Kong tax purposes. However, in the unlikely event that you are carrying on a business of dealing in insurance policies, there may be additional tax consequences. In these circumstances, you should seek the advice of your tax advisor. You should also read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not resident in Canada.



SL-0226

***Residents of Hong Kong***

Tax Treatment of Your Policy

The demutualization will not change the tax treatment of benefits under your policy.

*If you are resident in Hong Kong...*

Receiving Financial Services Shares

If you receive Financial Services Shares on the demutualization, you will not have to pay any Hong Kong tax when you receive your Financial Services Shares.

Receiving Dividends on Your Financial Services Shares

You will not have to pay any Hong Kong tax on any dividends you receive on Financial Services Shares. Withholding tax will be deducted in Canada from dividends paid to you by Financial Services. You will not be entitled to receive any refund of the tax withheld in Canada, nor will you be entitled to receive any credit against Hong Kong tax for the tax withheld in Canada. Currently, the rate of Canadian withholding tax on dividends is 25% of the gross amount of the dividend.

Selling Your Financial Services Shares

If you do not make the Share Election or you sell your Financial Services Shares after the initial public offering, you will not be liable for any Hong Kong tax or any Hong Kong stamp duty as a result of the sale of your Financial Services Shares.

Estate Duty

The Financial Services Shares are Hong Kong property under Hong Kong law and therefore may be subject to estate duty on the death of the beneficial owner of the shares. Hong Kong estate duty is currently imposed on a progressive scale from 5% to 15%. No estate duty is payable where the aggregate value of the dutiable estate does not exceed HK$7.5 million. The maximum rate of duty of 15% applies where the aggregate value of the dutiable estate exceeds HK$10.5 million.

## 11.6 Bermuda

*Tax consequences – Bermuda*

In the opinion of Appleby, Spurling & Kempe, as of the date of this Policyholder Information Circular, the following is a fair summary of the principal Bermuda income tax considerations generally applicable to eligible policyholders resident in Bermuda who receive demutualization benefits in exchange for their ownership rights in Sun Life of Canada on the demutualization of Sun Life of Canada in accordance with the Conversion Plan.

This summary is based on the Exempted Undertakings Tax Protection Act, 1966 (as amended) and The Land Tax Act 1967 of Bermuda. You should also read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not resident in Canada.

***Residents of Bermuda***

Tax Treatment of Your Policy

The demutualization will not change the tax treatment of benefits under your policy.

*If you are resident in Bermuda...*

Receiving Financial Services Shares

If you receive Financial Services Shares on the demutualization, you will not have to pay any tax when you receive your Financial Services Shares.

Receiving Dividends on Your Financial Services Shares

You will not have to pay any tax in Bermuda on any dividends you receive on Financial Services Shares. Withholding tax will be deducted in Canada from dividends paid to you by Financial Services. You will not be entitled to receive any refund of the tax withheld in Canada. Currently, the rate of Canadian withholding on dividends is 25% of the gross amount of the dividend.

Selling Your Financial Services Shares

If you sell your Financial Services Shares under the Cash Election or after the initial public offering, through the Share Selling Service or otherwise, you will not be liable for any tax as a result of the sale of your Financial Services Shares.

*Tax consequences – Ireland*

## 11.7 Ireland

In the opinion of A&L Goodbody, as of the date of this Policyholder Information Circular, the following is a fair summary of the principal Irish income tax and capital gains tax considerations generally applicable to eligible policyholders resident in Ireland who receive demutualization benefits in exchange for their ownership rights in Sun Life of Canada on the demutualization of Sun Life of Canada in accordance with the Conversion Plan.

This summary is based on the current provisions of Irish tax legislation and on current understanding of the Irish Revenue Commissioner's interpretation and application of that legislation. It assumes that you do not hold your policy as an asset of a trade. You should also read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not resident in Canada.

### *Residents of Ireland*

*If you are resident in Ireland...*

#### Tax Treatment of Your Policy

The demutualization will not change the tax treatment of benefits under your policy.

#### Receiving Financial Services Shares

As an Irish eligible policyholder you will receive Financial Services Shares, which you may elect to keep. If you elect to keep your Financial Services Shares, then no tax will arise on your receipt of the Financial Services Shares, but on any subsequent disposal of those Financial Services Shares by you, you will be subject to capital gains tax in the same manner as outlined below.

#### Receiving Dividends on Your Financial Services Shares

Any dividends which you receive on your Financial Services Shares will be subject to Irish taxation on the amount received by you. Dividends Financial Services pays to Irish residents will also be subject to Canadian non-resident withholding tax generally at the rate of 15% under the Canada-Ireland tax treaty. You will be entitled to a credit against your Irish tax liability on the dividends in respect of any Canadian withholding and in respect of Canadian underlying corporate income tax paid by Financial Services but such that the total credit can not exceed the Irish tax liability in respect of the dividend.

#### Selling Your Financial Services Shares

If you do not make the Share Election, your Financial Services Shares will be sold in the initial public offering. This will constitute a sale by you for capital gains tax purposes of Financial Services Shares which were acquired by you for a deemed zero consideration. The measure of the gain, subject to tax, will be the net amount of cash you receive. The amount of Canadian withholding on the deemed income payment for Canadian tax purposes, and permitted by the Canada-Ireland tax treaty, may represent an incidental cost of the disposal, and accordingly may be deductible for Irish tax purposes. The maximum permitted withholding rate under the Canada-Ireland tax treaty is 15%, and accordingly for every $100 worth of shares sold, the Canadian withholding will be $0.45 (assuming the underwriting fee is 3%), yielding taxable proceeds to you of $99.55. The rate of capital gains tax which will be applicable to your net proceeds of sale will be 20%, which is the current standard rate of capital gains tax in Ireland. An individual is entitled to an annual tax free allowance of IR£1,000 which may be set off against capital gains for the year.

If you make the Share Election and, therefore, keep your Financial Services Shares, any subsequent disposal will be subject to capital gains tax in the same manner. If the disposal is by way of a gift, the gain will be calculated by reference to the market value of the Financial Services Shares.

## 11.8 Other Countries

If you are a resident of another country, you should read section 11.1.2, "Non-Residents of Canada", for a summary of Canadian tax consequences generally applicable to eligible policyholders who are not residents of Canada. You may also wish to consult a tax advisor to determine the tax consequences to you of receiving demutualization benefits in your country of residence.

## 12. SOCIAL BENEFITS CONSEQUENCES FOR POLICYHOLDERS

Depending on the country in which you live and your personal circumstances, there may be some social benefits consequences from the receipt of demutualization benefits. In addition, if Financial Services pays shareholder dividends in the future, receipt of those dividends would increase your income and may have some social benefits consequences. In exceptional cases where the receipt of demutualization benefits may be disadvantageous, some eligible policyholders may wish to renounce their right to receive them. For information about this, see section 12.8, "Right to Renounce Demutualization Benefits".

### 12.1 Canada

*Will receiving demutualization benefits impact entitlement to social benefits?*

If you elect to sell Financial Services Shares issued to you on demutualization, either under the Cash Election or after the initial public offering, you will increase your income. This may reduce your entitlement (or those of your dependents) to income-based social benefits. Examples of benefits that may be affected include the Guaranteed Income Supplement, Old Age Security, provincial public drug plans, provincial long term care and home care programs, and other similar programs. In many cases, the demutualization benefits will more than compensate you for the reduction in your social benefits entitlement. However, there may be instances where the reduction in your social benefits entitlement is very significant compared to your demutualization benefits. If receiving demutualization benefits will reduce your social benefits entitlement, you will see a change in your social benefits entitlement in the year after the year in which you receive demutualization benefits.

Since many of the social benefits are determined based on your income, if you keep the Financial Services Shares issued to you, there will not be any immediate impact on these income-based social benefits entitlements.

Your eligibility for some social benefits programs is determined based on your financial resources or wealth. Accordingly, your entitlement to these programs may be affected even if you keep your Financial Services Shares.

If you are concerned that your eligibility or entitlement under a social benefits program may be affected by the receipt of demutualization benefits, you should contact the federal or provincial government agencies which administer the social benefits programs in which you participate for more details. You should also read the fact sheet prepared by the federal government for use by Canadian policyholders called "Information", which is included with the materials in this package.

### 12.2 United States

If you keep Financial Services Shares issued to you on demutualization or elect to sell them, either under the Cash Election or after the initial public offering, it should not disqualify you from most federal, state or municipal social benefits programs. Eligibility for Social Security income and other programs (for example, Medicare and unemployment insurance) will not be affected if you keep Financial Services Shares issued to you on demutualization or you elect to sell them, either under the Cash Election or after demutualization, since eligibility for these programs is not determined based on your income or total assets. However, the receipt of additional income above specified levels, including the receipt of cash on the sale of Financial Services Shares or dividends paid on Financial Services Shares, can have the effect of making your Social Security benefits taxable for the period in which you receive the additional income.

Your total assets will increase by the value of the Financial Services Shares issued to you or by the amount of the cash proceeds from the sale of Financial Services Shares.