(xii) the likelihood of consummation of the Plan or any other aspect of the Plan;

(xiii) the appropriateness of the Conversion relative to any other transaction Sun Life could undertake;

(xiv) how Eligible Policyholders should vote in connection with the Plan or whether or not they should elect to receive cash in lieu of some or all of their allocated Common Shares or buy or sell Common Shares; or

(xv) whether any Eligible Policyholder or group of Eligible Policyholders will be legally permitted or otherwise capable of selling Common Shares on any public market.

The opinion expressed herein is provided to the boards of directors of Sun Life and Financial Services in connection with the Plan and, without our prior written consent, such opinion is not to be quoted, summarized, paraphrased, excerpted or referred to, in whole or in part, in any prospectus, registration statement, information circular or proxy statement, or in any other report, document, filing, release or other written or oral communication prepared, issued or transmitted by Financial Services or Sun Life, except the Plan and the Policyholder Information Circular to be mailed to all Eligible Policyholders.

The opinion expressed herein is being provided to the boards of directors of Sun Life and Financial Services for their benefit and for the benefit of Eligible Policyholders as a group, as required by the Regulations. This opinion should be read in light of all of the information provided in the Policyholder Information Circular. We assume no obligation to update, revise, reaffirm or withdraw this letter as a result of any subsequent events or developments or otherwise.

We note the following:

(i) we do not know the circumstances of any Eligible Policyholders and therefore are not in a position to advise any Eligible Policyholders; and

(ii) the opinion expressed herein is subject to the assumptions, qualifications, limitations and uncertainties described herein.

Based upon and subject to the limitations, qualifications and assumptions discussed herein, in our opinion as investment bankers, the Measures are likely to ensure that the Eligible Policyholders who receive Common Shares will be able to sell those shares within the two years following the Effective Date on a public market.

Very truly yours,

Morgan Stanley & Co. Incorporated

RBC Dominion Securities Inc.

# Policyholder Information Circular

# Part 2

This part contains information about Sun Life of Canada and its business, including financial statements, and certain considerations relevant to the ownership of common shares of Sun Life of Canada Holdings Corp. This part also contains additional information about Sun Life of Canada's plan to convert from a mutual company to a company with common shares.

No securities commission, financial institutions regulator or similar authority in Canada has in any way passed upon the merits of the securities offered in Part 1 and Part 2 of this Policyholder Information Circular, which constitutes a prospectus under the *Securities Act* (Québec), and any representation to the contrary is an offence. The *Securities Act* (Québec) provides remedies for damages where this document contains a misrepresentation. Damages may be claimed from the issuer, its senior executives or from the expert whose opinion, containing a misrepresentation, appears with his consent in this document. Policyholders should refer to the applicable provisions of the *Securities Act* (Québec) for the particulars of this right to claim damages or consult with a legal adviser. The Office of the Superintendent of Financial Institutions of Canada has reviewed Sun Life of Canada's plan to convert from a mutual life insurance company to a company with common shares but does not make any recommendation to eligible policyholders as to how to vote on the plan. A copy of this Policyholder Information Circular has been registered by the Registrar of Companies in Hong Kong as required by Section 342C of the *Companies Ordinance* of Hong Kong. Neither the Securities and Futures Commission of Hong Kong nor the Registrar of Companies in Hong Kong takes any responsibility for the contents of the Policyholder Information Circular.

**Sun Life Assurance Company of Canada**

EXPANDING OUR HORIZONS

IN MAKING A DECISION REGARDING THE PLAN OF DEMUTUALIZATION, ELIGIBLE POLICYHOLDERS MUST RELY ON THEIR OWN EXAMINATION OF SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE OF CANADA HOLDINGS CORP. AND THE TERMS OF THE PLAN OF DEMUTUALIZATION, INCLUDING THE MERITS AND RISKS INVOLVED. IF YOU ARE IN ANY DOUBT ABOUT THIS DOCUMENT, YOU SHOULD CONSULT YOUR STOCKBROKER, BANK MANAGER, SOLICITOR, PROFESSIONAL ACCOUNTANT OR OTHER PROFESSIONAL ADVISOR. THE SHARES OF SUN LIFE OF CANADA HOLDINGS CORP. HAVE NOT BEEN RECOMMENDED BY ANY CANADIAN PROVINCIAL SECURITIES COMMISSION OR OTHER SECURITIES REGULATORY AUTHORITY, ANY UNITED STATES FEDERAL OR STATE SECURITIES COMMISSION OR SECURITIES REGULATORY AUTHORITY OR THE SECURITIES COMMISSION OR SECURITIES REGULATORY AUTHORITY OF ANY OTHER JURISDICTION. FURTHERMORE, THE FOREGOING AUTHORITIES HAVE NOT CONFIRMED THE ACCURACY OR DETERMINED THE ADEQUACY OF THIS PART 2 OF THE POLICYHOLDER INFORMATION CIRCULAR. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENCE.

## FORWARD-LOOKING STATEMENTS

THIS PART 2 OF THE POLICYHOLDER INFORMATION CIRCULAR INCLUDES FORWARD-LOOKING STATEMENTS WITH RESPECT TO THE COMPANY, INCLUDING ITS BUSINESS OPERATIONS AND STRATEGY AND FINANCIAL PERFORMANCE AND CONDITION. THESE STATEMENTS, WHICH APPEAR UNDER THE HEADINGS "SUMMARY", "BUSINESS OF THE COMPANY", "RESTRUCTURING OF PARTICIPATING AND OTHER ACCOUNTS ON DEMUTUALIZATION", "MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS", "RISK MANAGEMENT" AND "RISK FACTORS", AS WELL AS ELSEWHERE IN THIS PART 2 OF THE POLICYHOLDER INFORMATION CIRCULAR, GENERALLY CAN BE IDENTIFIED BY THE USE OF FORWARD-LOOKING WORDS SUCH AS "MAY", "WILL", "EXPECT", "INTEND", "ESTIMATE", "ANTICIPATE", "BELIEVE", OR "CONTINUE" OR THE NEGATIVE THEREOF OR SIMILAR VARIATIONS. ALTHOUGH MANAGEMENT BELIEVES THAT THE EXPECTATIONS REFLECTED IN SUCH FORWARD-LOOKING STATEMENTS ARE REASONABLE, SUCH STATEMENTS INVOLVE RISKS AND UNCERTAINTIES AND ACTUAL RESULTS MAY DIFFER MATERIALLY FROM THOSE EXPRESSED OR IMPLIED BY SUCH FORWARD-LOOKING STATEMENTS. IMPORTANT FACTORS THAT COULD CAUSE ACTUAL RESULTS TO DIFFER MATERIALLY FROM THE COMPANY'S EXPECTATIONS INCLUDE, AMONG OTHER THINGS, GENERAL ECONOMIC AND MARKET FACTORS, INCLUDING INTEREST RATES, BUSINESS COMPETITION, CHANGES IN GOVERNMENT REGULATIONS OR IN TAX LAWS AND OTHER FACTORS DISCUSSED UNDER "RISK FACTORS".

## TABLE OF CONTENTS – PART 2


| | Page |
|---|---|
| INTRODUCTION | 4 |
| EXCHANGE RATE INFORMATION | 4 |
| SUMMARY | 6 |
| SUMMARY CONSOLIDATED FINANCIAL INFORMATION | 10 |
| BUSINESS OF THE COMPANY | 14 |
| Overview | 14 |
| The Wealth Management and Insurance Industries | 20 |
| Strategy | 21 |
| Wealth Management Business | 23 |
| Protection Business | 41 |
| SELECTED CONSOLIDATED FINANCIAL INFORMATION | 50 |
| RESTRUCTURING OF PARTICIPATING AND OTHER ACCOUNTS ON DEMUTUALIZATION | 52 |
| Overview | 52 |
| SLC Pre-Demutualization Participating Policies (Canada, the United States and the Philippines) | 53 |
| SLC Post-Demutualization Participating Policies (Canada and the United States) | 54 |
| Operation of the Participating Policyholders' Account of Sun Life Assurance | 55 |
| Participating Policyholders' Funds in Sun Life of Canada (Philippines) | 55 |
| Participating Policyholders' Funds in Sun Life of Canada (U.K.) | 55 |
| Participating Policyholders' Funds in Sun Life of Canada (International) (Hong Kong) | 56 |
| PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS | 58 |
| CAPITALIZATION | 69 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 70 |
| Overview | 70 |
| Certain Items Affecting Net Income | 71 |
| Challenges in United Kingdom Operations | 75 |
| Six Months Ended June 30, 1999 Compared to Six Months Ended June 30, 1998 | 75 |
| Year Ended December 31, 1998 Compared to Year Ended December 31, 1997 | 79 |
| Year Ended December 31, 1997 Compared to Year Ended December 31, 1996 | 90 |
| Liquidity and Capital Resources | 101 |
| Year 2000 Issues | 103 |
| INVESTMENTS OF THE COMPANY | 104 |
| RISK MANAGEMENT | 115 |
| RATINGS | 119 |
| LEGAL MATTERS | 119 |
| Proceedings Relating to Unicover | 119 |
| Matters Relating to Premium Offset | 121 |
| Other Matters | 121 |
| RISK FACTORS | 122 |
| REGULATORY MATTERS | 131 |
| Canada | 131 |
| United States | 134 |
| United Kingdom | 138 |
| Asia | 140 |
| DIRECTORS AND EXECUTIVE OFFICERS OF FINANCIAL SERVICES | 142 |
| Directors | 142 |
| Committees of the Board | 143 |
| Executive Officers | 144 |
| DIRECTORS' AND OFFICERS' REMUNERATION | 144 |
| Directors' Compensation | 144 |
| Executive Compensation | 145 |
| Pension Plan Table | 146 |
| Indebtedness of Directors, Executive Officers and Senior Officers | 147 |
| OWNERSHIP OF SHARES | 148 |
| STOCK OPTION AND EMPLOYEE SHARE PURCHASE PLANS | 148 |
| DESCRIPTION OF SHARE CAPITAL OF FINANCIAL SERVICES | 148 |
| DIVIDEND POLICY OF FINANCIAL SERVICES | 149 |
| CONSTRAINTS ON OWNERSHIP OF FINANCIAL SERVICES SHARES | 150 |
| CORPORATE GOVERNANCE OF SUN LIFE ASSURANCE | 151 |
| AUDITORS | 151 |
| TRANSFER AGENTS AND REGISTRARS | 151 |
| AVAILABILITY OF CERTAIN DOCUMENTS | 152 |
| ENFORCEABILITY OF CIVIL LIABILITIES | 152 |
| APPOINTED ACTUARY'S REPORT (1996) | 153 |
| APPOINTED ACTUARY'S REPORT (1997) | 153 |
| APPOINTED ACTUARY'S REPORT (1998) | 153 |
| AUDITORS' REPORT | 154 |
| CONSOLIDATED FINANCIAL STATEMENTS | 155 |
| UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS AT AND FOR THE SIX MONTHS ENDED JUNE 30, 1999 | 198 |
| AUDITORS' REPORT | 205 |
| BALANCE SHEET OF SUN LIFE OF CANADA HOLDINGS CORP. | 206 |
| PART 2 GLOSSARY | 207 |
| CERTIFICATE OF SUN LIFE OF CANADA HOLDINGS CORP. | 211 |

## INTRODUCTION

This part of the Policyholder Information Circular provides you with all material information about Sun Life of Canada, as well as Sun Life of Canada Holdings Corp. (to be renamed Sun Life Financial Services of Canada Inc ("Financial Services") prior to the Special Meeting), which will become Sun Life of Canada's new holding company through the demutualization, and the common shares of the holding company. This information provides you with the same type of information about Sun Life of Canada and Sun Life of Canada Holdings Corp. as will be provided to new investors who purchase common shares of Sun Life of Canada Holdings Corp. in the initial public offering to be completed following demutualization. These new investors will receive a prospectus and not a copy of this Policyholder Information Circular. Eligible policyholders are urged to read both Part 1 and Part 2 of the Policyholder Information Circular.

In this part of the Policyholder Information Circular, the term "Sun Life of Canada" refers to Sun Life Assurance Company of Canada together with its consolidated subsidiaries and "Sun Life Assurance" refers only to Sun Life Assurance Company of Canada. For the purposes of this part of the Policyholder Information Circular, the term "Company" refers, at all times prior to the demutualization, to Sun Life Assurance and its consolidated subsidiaries, including Financial Services, and, at all times on or after the demutualization, to Financial Services and its consolidated subsidiaries, including Sun Life Assurance. The term "Financial Services" refers only to Sun Life of Canada Holdings Corp.

Certain capitalized terms used in this part of the Policyholder Information Circular are defined in the Part 1 Glossary. An explanation of certain insurance and investment terms as well as certain capitalized terms used in this Part 2 of the Policyholder Information Circular is contained in the Part 2 Glossary.

## EXCHANGE RATE INFORMATION

**Unless otherwise indicated, references in this part of the Policyholder Information Circular to "$", "Can.$" or "dollars" are to Canadian dollars.** In accordance with Canadian GAAP, the Company uses period end exchange rates to convert balance sheet amounts and average exchange rates in effect during reporting periods to convert statement of operations amounts. Rates shown below are the Canadian dollar price per unit of foreign currency and are based upon closing bid rates published by Reuters.

| | Six Months Ended June 30, | | Year Ended December 31, | | |
|---|---|---|---|---|---|
| | 1999 | 1998 | 1998 | 1997 | 1996 |
| **U.S. Dollar:** | | | | | |
| Period-end rates | 1.460 | 1.460 | 1.550 | 1.430 | 1.370 |
| Average for the period | 1.492 | 1.438 | 1.483 | 1.384 | 1.363 |
| High for the period | 1.534 | 1.474 | 1.582 | 1.439 | 1.398 |
| Low for the period | 1.447 | 1.407 | 1.407 | 1.337 | 1.329 |
| **U.K. Pound:** | | | | | |
| Period-end rates | 2.310 | 2.430 | 2.570 | 2.370 | 2.320 |
| Average for the period | 2.416 | 2.373 | 2.457 | 2.269 | 2.128 |
| High for the period | 2.539 | 2.464 | 2.638 | 2.409 | 2.320 |
| Low for the period | 2.306 | 2.306 | 2.306 | 2.158 | 2.031 |
| **Philippine Peso:** | | | | | |
| Period-end rates | 0.039 | 0.036 | 0.040 | 0.036 | 0.052 |
| Average for the period | 0.039 | 0.037 | 0.037 | 0.048 | 0.052 |
| High for the period | 0.040 | 0.039 | 0.040 | 0.053 | 0.053 |
| Low for the period | 0.038 | 0.032 | 0.032 | 0.035 | 0.051 |
| **Hong Kong Dollar:** | | | | | |
| Period-end rates | 0.189 | 0.189 | 0.200 | 0.185 | 0.177 |
| Average for the period | 0.193 | 0.186 | 0.192 | 0.179 | 0.176 |
| High for the period | 0.198 | 0.191 | 0.204 | 0.186 | 0.179 |
| Low for the period | 0.187 | 0.182 | 0.182 | 0.173 | 0.172 |

As at September 17, 1999, the closing bid rates published by Reuters for currency conversion to Canadian dollars were: U.S. $1.00 = Can. $1.471; U.K. £1.00 = Can. $2.387; Philippine Peso 1.00 = Can. $0.037; and Hong Kong $1.00 = Can. $0.189.

The exchange rates to convert a Canadian dollar to each of a U.S. Dollar, a U.K. Pound, a Philippine Peso and a Hong Kong Dollar for the relevant periods are summarized in the following table:

| | Six Months Ended June 30, | | Year Ended December 31, | | |
|---|---|---|---|---|---|
| | 1999 | 1998 | 1998 | 1997 | 1996 |
| **U.S. Dollar:** | | | | | |
| Period-end rates | 0.685 | 0.685 | 0.645 | 0.699 | 0.730 |
| Average for the period | 0.670 | 0.695 | 0.674 | 0.723 | 0.734 |
| **U.K. Pound:** | | | | | |
| Period-end rates | 0.433 | 0.412 | 0.389 | 0.422 | 0.431 |
| Average for the period | 0.414 | 0.421 | 0.407 | 0.441 | 0.470 |
| **Philippine Peso:** | | | | | |
| Period-end rates | 25.641 | 27.778 | 25.000 | 27.778 | 19.231 |
| Average for the period | 25.641 | 27.027 | 27.027 | 20.833 | 19.231 |
| **Hong Kong Dollar:** | | | | | |
| Period-end rates | 5.291 | 5.291 | 5.000 | 5.405 | 5.650 |
| Average for the period | 5.181 | 5.376 | 5.208 | 5.587 | 5.682 |

As at September 17, 1999, the closing bid rates published by Reuters for currency conversion from a Canadian dollar to each of a U.S. Dollar, a U.K. Pound, a Philippine Peso and a Hong Kong Dollar were: Can. $1 = U.S. $0.680; Can. $1 = U.K. £0.419; Can. $1 = Philippine Peso 27.248; and Can. $1 = Hong Kong $5.280.

## SUMMARY

*The following summary does not purport to be complete and is qualified in its entirety by the more detailed information appearing elsewhere in this Part 2 of the Policyholder Information Circular and policyholders should read the Policyholder Information Circular in its entirety. Unless otherwise indicated, information in the Policyholder Information Circular is as at September 28, 1999.*

## The Company

### Business of the Company

The Company is a leading international financial services company, providing a wide range of savings, retirement, pension and life and health insurance products and services to individual and corporate customers. The Company operates primarily in Canada, the United States and the United Kingdom and also has operations in Asia and South America. At June 30, 1999, Sun Life of Canada was the largest life insurance company in Canada, based on total assets under management of approximately $265.6 billion. For the year ended December 31, 1998, Sun Life of Canada had consolidated revenues of $13.7 billion ($7.7 billion for the six-month period ended June 30, 1999). Sun Life Assurance is one of the highest rated Canadian-based insurance companies, with an AA+ rating from Standard & Poor's (for financial strength) and an AAA rating from Duff & Phelps (for claims paying ability). At June 30, 1999, the Company had approximately 11,200 employees worldwide and an extensive global distribution network of more than 65,000 distributors, including career sales forces in certain countries, independent insurance agents, investment dealers and financial planners.

The Company operates in two principal businesses. The Wealth Management Business comprises all of the Company's asset management, mutual fund, pension, annuity and trust and banking operations. These operations are conducted principally in Canada, the United States and the United Kingdom. The Protection Business comprises the Company's insurance, or protection, operations around the world, including its group life and health insurance businesses in the United States, Canada and the United Kingdom, its individual insurance businesses in the United States, Canada, the United Kingdom, the Philippines, Hong Kong, Bermuda and Indonesia and the Company's reinsurance operations. The Company has a third reporting area, Corporate and Other Business, which comprises revenues and expenses not directly attributable to the Wealth Management and Protection Businesses, including income on corporate capital and unallocated corporate office costs.

#### *Wealth Management Business*

Through its Wealth Management Business, the Company provides mutual funds and unit trusts, pensions and pooled institutional funds, fixed and variable annuity products, asset management services and trust, banking and brokerage services. The Wealth Management Business comprised $6.1 billion, or 44%, of the Company's consolidated revenues in 1998 ($3.8 billion, or 49%, of consolidated revenues for the six-month period ended June 30, 1999) and accounted for $235.7 billion, or 89%, of the Company's total assets under management at June 30, 1999. The Wealth Management Business' clients included approximately 2.8 million individual investors and 7,000 institutional investors worldwide at that date. In 1998, approximately 96% of the Company's wealth management products, measured by dollars of sales, were sold by independent third parties, with the balance being sold by career agents.

The Company operates its Wealth Management Business in the United States primarily through its subsidiaries, Massachusetts Financial Services Company ("MFS") and Sun Life Assurance Company of Canada (U.S.) ("Sun Life of Canada (U.S.)"). At June 30, 1999, MFS managed over $168.0 billion in assets for individual and institutional mutual fund and annuity investors worldwide, including $20.9 billion of assets managed on behalf of other business units of the Company. At August 31, 1999, Morningstar Inc. awarded four or five stars to 19 of 55 MFS funds ranked by Morningstar, representing 62% of total U.S. mutual fund assets under management by MFS which were ranked by Morningstar at that date. MFS has also been ranked among the top four large mutual fund organizations in terms of overall service provided for each of the past five years in the DALBAR, Inc. industry survey of broker/dealers in the U.S. In 1998, MFS funds accounted for 6.7% of new sales in the United States of non-proprietary retail mutual funds distributed by third parties and, according to Strategic Insight, ranked third among mutual fund companies in the U.S. in mutual fund net new flows, being the net flow of funds into or out of a fund. The Company also conducts substantial wealth management operations in the United States through the sale by MFS and Sun Life of Canada (U.S.) of variable and fixed annuity products. At June 30, 1999, the Company had $23.8 billion of assets under management relating to its U.S. annuity products with more than 282,000 individual annuity contracts.

In Canada, the Company administers and manages group retirement products, including pension plans. According to Benefits Canada, the Company was ranked first in Canada among providers of defined contribution pensions and first among life insurance companies which provide group retirement products (including defined contribution pension plans, group registered retirement savings plans and deferred profit sharing plans) based on assets under

management at December 31, 1998. In addition, the Company offers mutual funds, institutional investment funds and investment management services to individual and institutional clients through its subsidiaries, Spectrum United Mutual Funds Inc. ("Spectrum United") and McLean Budden Limited ("McLean Budden"). At June 30, 1999, assets under management in the Canadian Wealth Management Business were $36.1 billion, including $1.9 billion sub-managed by MFS.

The Company offers unit trusts, unit-linked pension products, annuities, pension fund management services and banking operations in the United Kingdom. At June 30, 1999, the Company's U.K. Wealth Management Business had approximately $20.8 billion of assets under management.

The Company believes that the strength of its Wealth Management Business results from the variety and quality of its products and services, its investment management performance, the effectiveness of its multiple channels of distribution and the quality of its customer service.

### *Protection Business*

Through its Protection Business, the Company offers protection products and services primarily in Canada, the United States, the United Kingdom and Asia and engages in reinsurance operations. The Company's protection products and services include whole life, term life, universal life, variable universal life, unit-linked life and corporate-owned life insurance for individuals and life, health and disability insurance for groups. Measured by premium income, in 1998 the Company was ranked second in Canada among insurance providers of group life and health insurance in Canada by Benefits Canada and was ranked third in group life and health insurance in the United Kingdom in terms of premium revenue by ERC Frankona. The Protection Business comprised $7.3 billion, or 54%, of the Company's consolidated revenues for the year ended December 31, 1998 ($3.8 billion, or 50%, of consolidated revenues for the six-month period ended June 30, 1999) and accounted for $28.0 billion, or 10%, of the Company's total assets under management at June 30, 1999. In 1998, approximately 59% of the sales of the Company's protection products, measured by dollars of sales, were made by career agents and approximately 41% were made by independent third parties.

The Company believes that its success in the Protection Business results from the variety and quality of the Company's protection products, the Company's financial strength, as measured by its claims paying ability, the effectiveness of the Company's underwriting and the quality of its customer service.

## Strategy

The Company's strategic objective is to be a leading financial services provider with a significant presence in each of its chosen markets, with increasing emphasis on its Wealth Management Business. To achieve this objective, the Company intends to pursue the following strategies: (i) aggressively expand the Wealth Management Business; (ii) strategically grow higher return Protection Business lines; (iii) capitalize on distribution strengths; (iv) leverage strong brands across multiple product offerings; (v) pursue expansion in key strategic markets; and (vi) achieve superior shareholder returns while maintaining financial discipline.

### *Aggressively Expand the Wealth Management Business*

The Company seeks to continue the growth of its Wealth Management Business, which generates fee income and requires relatively low levels of capital. The Company has been successful in increasing assets under management in its Wealth Management Business, having generated a compound annual growth rate for the five-year period ended December 31, 1998 of approximately 25%. The Company is committed to increasing its share in the expanding global market for savings and retirement products by offering its customers a wide range of innovative wealth management products designed to address customers' changing needs in various stages of life and in different financial market cycles. The Company also seeks to grow its Wealth Management Business by increasing marketing initiatives which target individual participants in group plans, as well as by expanding third party distribution channels.

### *Strategically Grow Higher Return Protection Business Lines*

The Company believes that its ability to design and distribute innovative protection products will allow for profitable growth in the individual Protection Business. Over the past few years, the Company has repositioned its individual life product offerings in Canada and the United States from traditional products to higher value-added products designed to respond to customers' needs for estate planning and intergenerational wealth transfer. As a result, the Company has gained an attractive niche position in the high net worth segment of the U.S. life insurance market. Through its demonstrated expertise in servicing large group customers, the Company has developed a diverse portfolio of products with customized services. The Company has also been able to enhance and expand its array of services

through partnerships and other initiatives. By providing a broad range of value-added services to its group clients, the Company expects to provide a foundation for continued growth of the Protection Business.

### *Capitalize on Distribution Strengths*

The Company has a leading market position in group distribution of life and health products in Canada, the U.S. and the U.K. With the trend for group plan sponsors to outsource many elements of benefits administration to financial service providers, the Company increasingly has the opportunity to establish direct contact with individual plan members through the Internet and telephone, thereby providing significant new marketing opportunities. The Company intends to capitalize on this and other emerging distribution channels to expand its customer base and increase the profitability of products and services offered to those customers. The Company believes that, as financial services and products are increasingly distributed through the channel of the customer's choice, its expertise in managing multi-channel distribution networks provides a competitive advantage.

### *Leverage Strong Brands Across Multiple Product Offerings*

The Company has been selling its products under the *Sun Life* name since 1871. Additionally, the MFS organization, which started the first mutual fund in the United States, has been operating since 1924, McLean Budden since 1947 and Spectrum United since 1987. Due to their long operating histories and broad distribution of high quality products, these entities have established strong brand recognition in the markets in which they operate. The Company seeks to capitalize on cross-selling opportunities by leveraging its position in established distribution channels and by exploiting the strength of its respected brand names.

### *Pursue Expansion in Key Strategic Markets*

The Company intends to pursue strategic acquisitions and alliances that will enhance its performance and deliver attractive returns on invested capital. In its existing markets, the Company seeks acquisitions and alliances that would help achieve economies of scale, reduce costs, increase the range of products offered and expand or add distribution channels. When expanding into new markets, the Company primarily intends to pursue joint ventures with local partners. The Company believes that this approach allows it to leverage its competitive strengths in product development, distribution, investment management and technology with its partners' knowledge of local markets. The Company believes that, following demutualization, it will be better positioned to pursue strategic alliances and acquisitions by having greater access to capital markets and the ability to issue shares as consideration for acquisitions.

### *Achieve Superior Shareholder Returns While Maintaining Financial Discipline*

The Company will be focused on effectively deploying its capital to maximize its return to shareholders. The Company maintains financial discipline in each of its strategic business units, targeting a minimum return on capital allocated to each unit. The Company intends to divest businesses that do not achieve an adequate level of shareholder return within a prescribed timeframe, that do not fit with the Company's overall strategic objective, or that are unlikely to achieve a significant market presence. In addition, the Company intends to aggressively implement cost reduction measures designed to improve profitability and to contribute to shareholder returns. The Company intends to maintain appropriate financial strength to protect the interests of its stakeholders while maximizing shareholder returns.

## Stock Exchange Listings

There is currently no market for Financial Services Shares. However, Financial Services intends to apply to list the Financial Services Shares on The Toronto Stock Exchange, the New York Stock Exchange, the London Stock Exchange and the Philippine Stock Exchange. Financial Services may also apply to list the Financial Services Shares on the Montreal Exchange depending on the outcome of a proposal to reorganize that exchange.

## Risk Factors

In addition to the other information contained in this Policyholder Information Circular, eligible policyholders should carefully consider the following important factors relating to owning Financial Services Shares:

(a) obligations of the Company in respect of compensation for prior pension sales practices in the United Kingdom;

(b) obligations of the Company in respect of liabilities relating to certain guaranteed annuity products in the United Kingdom;

(c) potential reinsurance liabilities of the Company relating to Unicover;

(d) the fact that Financial Services is a holding company and that there are certain restrictions on the payment of dividends to Financial Services by its subsidiaries;

(e) the continuing obligations of the Company to its participating policyholders;

(f) certain restrictions on the ownership of Financial Services Shares which have the effect of preventing an acquisition of, or certain other transactions by, the Company;

(g) certain factors affecting the wealth management industry, such as the effect of changes in market conditions on fee income, investment performance and the retention of qualified personnel;

(h) fluctuations in interest rates;

(i) obligations of the Company in respect of "premium offset" class action litigation;

(j) potential U.S. tax liabilities;

(k) dependence on certain third-party relationships;

(l) the fact that the insurance and wealth management industries are significantly regulated in each of the jurisdictions in which the Company carries on business;

(m) the effect of market changes on the Company's investment portfolio and on fee income earned by the Company, primarily in the Wealth Management Business;

(n) fluctuations in currency exchange rates;

(o) variations in the claims experience of the Company's Protection Business;

(p) increases in surrenders of annuity products offered by the Company;

(q) the effect of the Year 2000 issue on the Company's information systems;

(r) changes in ratings assigned to Sun Life Assurance or its subsidiaries which carry on the Protection Business;

(s) potential changes in tax laws which could reduce the attractiveness of certain of the Company's products;

(t) intense competition in both the insurance and wealth management industries;

(u) the immediate eligibility of Financial Services Shares issued on the demutualization for resale in the public market without restriction;

(v) the absence of a prior public market for Financial Services Shares; and

(w) potential environmental liabilities in connection with investments of the Company.

See "Risk Factors".

## SUMMARY CONSOLIDATED FINANCIAL INFORMATION

The following summary consolidated financial data at and for the years ended December 31, 1998, 1997 and 1996, except for "Other Data" and "Certain Pro Forma Information", have been extracted without adjustment from the audited consolidated financial statements of Sun Life of Canada. The following summary consolidated financial data at and for the six-month periods ended June 30, 1999 and 1998, except for "Other Data" and "Certain Pro Forma Information", have been extracted without adjustment from the unaudited consolidated financial statements of Sun Life of Canada. Except as indicated, the following data show the historical results of Sun Life of Canada and do not give effect to the demutualization. For a description of the effect of, among other things, the demutualization and the initial public offering of Financial Services Shares following the demutualization on the consolidated financial results of Sun Life of Canada, see "Pro Forma Condensed Consolidated Financial Statements". Following the demutualization, Sun Life Assurance and its subsidiaries will be subsidiaries of Financial Services. The consolidated financial statements of Sun Life of Canada have been prepared in accordance with generally accepted accounting principles in Canada ("Canadian GAAP"). Canadian GAAP differs in certain significant respects from accounting principles generally accepted in the United States ("U.S. GAAP"), the United Kingdom, Hong Kong and the Philippines. For a discussion of the differences between Canadian GAAP and U.S. GAAP and a reconciliation of Sun Life of Canada's Consolidated Financial Statements at and for the years ended December 31, 1998 and December 31, 1997 to U.S. GAAP, see Note 32 to the Consolidated Financial Statements.

| | Six Months Ended June 30, | | Year Ended December 31, | | |
|---|---|---|---|---|---|
| | 1999 | 1998 | 1998 | 1997 | 1996 |
| | | | (in millions) | | |
| **Statement of Operations Data:** | | | | | |
| **Canadian GAAP** | | | | | |
| **Revenue** | | | | | |
| Premiums: | | | | | |
| Life insurance | $ 1,806 | $1,771 | $ 3,541 | $ 3,126 | $ 2,968 |
| Health insurance | 916 | 764 | 1,633 | 1,325 | 1,208 |
| Annuities | 1,718 | 1,022 | 2,408 | 2,488 | 1,917 |
| | 4,440 | 3,557 | 7,582 | 6,939 | 6,093 |
| Net investment income | 2,046 | 2,074 | 4,097 | 3,836 | 3,526 |
| Fee income | 1,239 | 967 | 2,017 | 1,430 | 1,113 |
| Total revenue | 7,725 | 6,598 | 13,696 | 12,205 | 10,732 |
| **Policy benefits and expenses** | | | | | |
| Payments to policyholders, beneficiaries and depositors | 3,700 | 3,418 | 6,898 | 6,240 | 5,769 |
| Net transfers to segregated funds | 965 | 781 | 1,493 | 994 | 315 |
| Increase in actuarial liabilities | 568 | 234 | 473 | 710 | 931 |
| Commissions and operating expenses | 1,777 | 1,559 | 3,262 | 2,625 | 2,193 |
| Interest on borrowed funds | 43 | 54 | 106 | 99 | 95 |
| Taxes | 179 | 119 | 310 | 269 | 304 |
| | 7,232 | 6,165 | 12,542 | 10,937 | 9,607 |
| **Operating income** | 493 | 433 | 1,154 | 1,268 | 1,125 |
| Policyholder dividends | 405 | 374 | 764 | 711 | 635 |
| Cumulative capital securities dividends | 38 | 37 | 76 | 46 | – |
| Confederation Life goodwill write-off | – | 260 | 260 | – | – |
| **Net income** | $ 50 | $ (238) | $ 54 | $ 511 | $ 490 |

| | Year Ended December 31, 1998 | Year Ended December 31, 1997 |
|---|---|---|
| | (in millions) | |
| **U.S. GAAP** | | |
| Premiums | $ 5,298 | $ 4,641 |
| Total revenue | 12,543 | 10,896 |
| Net income | $ 448 | $ 790 |

| | At June 30, 1999 | At June 30, 1998 | At December 31, 1998 | At December 31, 1997 |
|---|---|---|---|---|
| | (in millions) | | | |
| **Balance Sheet Data:** | | | | |
| **Canadian GAAP** | | | | |
| **Assets** | | | | |
| Total general fund assets | $53,363 | $50,979 | $54,150 | $49,564 |
| Segregated funds net assets | $39,880 | $35,825 | $39,213 | $30,519 |
| **Liabilities and surplus** | | | | |
| Total general fund liabilities | $45,978 | $43,825 | $46,375 | $42,263 |
| Subordinated debt | 737 | 737 | 764 | 728 |
| Cumulative capital securities of a subsidiary | 876 | 876 | 930 | 858 |
| Surplus | 5,772 | 5,541 | 6,081 | 5,715 |
| Total general fund liabilities and surplus | $53,363 | $50,979 | $54,150 | $49,564 |
| Segregated funds contract liabilities | $39,880 | $35,825 | $39,213 | $30,519 |

| | At December 31, 1998 | At December 31, 1997 |
|---|---|---|
| | (in millions) | |
| **U.S. GAAP** | | |
| Total consolidated assets | $101,932 | $87,315 |
| Total consolidated liabilities and segregated funds liabilities | 91,551 | 78,115 |
| Equity | $ 8,687 | $ 7,614 |

## Data for the Wealth Management and Protection Businesses

The following table summarizes certain historical financial data for the Wealth Management Business and the Protection Business at and for the years ended December 31, 1998, 1997 and 1996 and the six-month periods ended June 30, 1999 and 1998.

| | At and for the Six Months Ended June 30, | | | | At and for the Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 | | 1998 | | 1998 | | 1997 | | 1996 | |
| | ($ in millions) | % of Total | ($ in millions) | % of Total | ($ in millions) | % of Total | ($ in millions) | % of Total | ($ in millions) | % of Total |
| **Revenues:** | | | | | | | | | | |
| Wealth Management | $ 3,769 | 49% | $ 2,791 | 42% | $ 6,086 | 44% | $ 5,565 | 46% | $ 4,649 | 43% |
| Protection | 3,846 | 50 | 3,604 | 55 | 7,331 | 54 | 6,439 | 53 | 5,843 | 55 |
| Corporate and Other | 110 | 1 | 203 | 3 | 279 | 2 | 201 | 1 | 240 | 2 |
| Total | $ 7,725 | 100% | $ 6,598 | 100% | $ 13,696 | 100% | $ 12,205 | 100% | $ 10,732 | 100% |
| **Net Income (Loss):** | | | | | | | | | | |
| Wealth Management | $ (156) | N/A | $ (324) | N/A | $ (279) | N/A | $ 113 | 22% | $ 296 | 60% |
| Protection | 159 | N/A | 182 | N/A | 438 | N/A | 317 | 62 | 128 | 26 |
| Corporate and Other | 47 | N/A | (96) | N/A | (105) | N/A | 81 | 16 | 66 | 14 |
| Total | $ 50 | N/A | $ (238) | N/A | $ 54 | N/A | $ 511 | 100% | $ 490 | 100% |
| **Total Assets Under Management:** | | | | | | | | | | |
| Wealth Management | $235,693 | 89% | $192,818 | 87% | $220,646 | 88% | $158,839 | 85% | $117,155 | 83% |
| Protection | 28,025 | 10 | 26,120 | 12 | 28,427 | 11 | 24,241 | 13 | 21,867 | 15 |
| Corporate and Other | 1,840 | 1 | 2,855 | 1 | 1,364 | 1 | 3,038 | 2 | 2,646 | 2 |
| Total | $265,558 | 100% | $221,793 | 100% | $250,437 | 100% | $186,118 | 100% | $141,668 | 100% |

## Other Data

The following table summarizes the growth experienced by the Company in net mutual fund sales and gross additional segregated fund deposits, as well as the growth in assets under management by the Company, other than its general funds and segregated funds.

| | At and for the Six Months Ended June 30, | | At and for the Year Ended December 31, | | |
|---|---|---|---|---|---|
| | 1999 | 1998 | 1998 | 1997 | 1996 |
| | | | (in millions) | | |
| Mutual fund sales (net) | $ 10,689 | $ 9,897 | $ 19,815 | $ 9,400 | $ 6,095 |
| Segregated fund deposits | 2,153 | 2,387 | 4,345 | 3,430 | 3,719 |
| Other assets under management | $172,315 | $134,989 | $157,074 | $106,035 | $69,820 |

## Certain Items Affecting Net Income

Sun Life of Canada recorded significant charges in 1998 and during the first half of 1999 with respect to its business in the United Kingdom. In 1998, these charges related principally to compensation for prior pension sales practices, minimum rate guarantees on annuities which may be purchased in connection with certain pension policies and, in connection with both of these matters, the write-off of goodwill recorded on the acquisition in 1994 of a U.K. subsidiary of Confederation Life Insurance Company. In the six-month period ended June 30, 1999, the Company recorded additional charges with respect to prior pension sales practices. The following table sets forth these and certain other significant items which are reflected in the Company's results of operations in the six-month period ended June 30, 1999 and the year ended December 31, 1998 and, for comparative purposes, the amount of the same items in 1997 and 1996. For an explanation of these items, see "Management's Discussion and Analysis of Financial Condition and Results of Operations – Certain Items Affecting Net Income".

| | Six Months Ended June 30, 1999 | Year Ended December 31, | | |
|---|---|---|---|---|
| | | 1998 | 1997 | 1996 |
| | | (in millions) | | |
| Net income as reported | $ 50 | $ 54 | $511 | $490 |



SL-0360

| | Six Months Ended June 30, 1999 | Year Ended December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| **Adjustments** | | | | |
| **United Kingdom Adjustments** | | | | |
| Pension Sales Provisions | $354 | $ 347 | $196 | $ 24 |
| Annuity Rate Provisions | (28) | 313 | 31 | 35 |
| Write-off of goodwill recorded on the 1994 acquisition of Confederation U.K. Holdings | - | 260 | - | - |
| Change in actuarial liabilities on participating business in the United Kingdom | 28 | (178) | - | 41 |
| Tax impact of U.K. Adjustments | - | (56) | (64) | (18) |
| Total United Kingdom Adjustments | 354 | 686 | 163 | 82 |
| **MFS Adjustments** | | | | |
| Gain on issue of MFS shares to certain MFS employees | (27) | (66) | (11) | (30) |
| Tax impact of MFS Adjustments | 9 | 22 | 4 | 10 |
| Total MFS Adjustments | (18) | (44) | (7) | (20) |
| Total Adjustments | $336 | $ 642 | $156 | $ 62 |

## Certain Pro Forma Information

The following table sets forth certain pro forma financial data extracted without adjustment from the pro forma condensed consolidated financial information of the Company for the year ended December 31, 1998 and at and for the six-month period ended June 30, 1999 contained in this Policyholder Information Circular. This pro forma financial data gives effect at each date to (i) the demutualization, including the restructuring of the Participating Policyholders' Account of Sun Life Assurance described under "Restructuring of Participating and Other Accounts on Demutualization", (ii) the initial public offering of Financial Services Shares following the demutualization described under "Your Demutualization Benefits – Initial Public Offering" in Part 1 of this Policyholder Information Circular and (iii) the application of any net proceeds of the initial public offering to Financial Services to pay the expenses of the initial public offering and for general corporate purposes. See "Pro Forma Condensed Consolidated Financial Statements".

| | Six Months Ended June 30, 1999 | Year Ended December 31, 1998 |
|---|---|---|
| | (in millions, except earnings per share data) | |
| **Canadian GAAP** | | |
| Pro forma revenue | $7,725 | $13,696 |
| Pro forma operating income | 470 | 911 |
| Pro forma net income (loss) attributable to shareholders[1] | 25 | (156) |
| Pro forma basic earnings (loss) per common share | $ 0.06 | $ (0.39) |
| Shares used in calculation of pro forma basic earnings (loss) per common share | 400 | 400 |

| | Year Ended December 31, 1998 |
|---|---|
| | (in millions, except earnings per share data) |
| **U.S. GAAP** | |
| Pro forma revenue | $12,543 |
| Pro forma net income before extraordinary item attributable to shareholders[1] | 353 |
| Pro forma basic earnings before extraordinary item per common share | $ 0.88 |

1. During the six-month period ended June 30, 1999 and for the year ended December 31, 1998, the Company recorded the significant charges described above under "Certain Items Affecting Net Income". Certain of these charges (aggregating $788 million for the year ended December 31, 1998, $308 million for the six-month period ended June 30, 1999 and, on a U.S. GAAP basis, $574 million for the year ended December 31, 1998) are reflected in the Company's pro forma net income (loss) attributable to shareholders for those periods. See "Management's Discussion and Analysis of Results of Operations – Certain Items Affecting Net Income – Pro Forma Consolidated Statement of Operations."

# BUSINESS OF THE COMPANY

## Overview

The Company is a leading international financial services company, providing a wide range of savings, retirement, pension and life and health insurance products and services to individual and corporate customers. The Company operates primarily in Canada, the United States and the United Kingdom and also has operations in Asia and South America. At June 30, 1999, Sun Life of Canada was the largest life insurance company in Canada, based on total assets under management of approximately $265.6 billion. For the year ended December 31, 1998, Sun Life of Canada had consolidated revenues of $13.7 billion ($7.7 billion for the six-month period ended June 30, 1999). Sun Life Assurance is one of the highest rated Canadian-based insurance companies, with an AA+ rating from Standard & Poor's (for financial strength) and an AAA rating from Duff & Phelps (for claims paying ability). At June 30, 1999, the Company had approximately 11,200 employees worldwide and an extensive global distribution network of more than 65,000 distributors, including career sales forces in certain countries, independent insurance agents, investment dealers and financial planners.

While the Company's management structure and internal financial reporting are segmented primarily along geographic lines, the Company operates two principal businesses in these geographic areas. For purposes of presentation in this Policyholder Information Circular, the business and operations of the Company are described along these principal business lines. The Wealth Management Business comprises all of the Company's asset management, mutual fund, pension, annuity and trust and banking operations. These operations are conducted principally in Canada, the United States and the United Kingdom. The Protection Business comprises the Company's insurance, or protection, operations around the world, including its group life and health insurance businesses in the United States, Canada and the United Kingdom, its individual insurance businesses in the United States, Canada, the United Kingdom, the Philippines, Hong Kong, Bermuda and Indonesia and the Company's reinsurance operations.

### *Corporate Structure*

The Company's Wealth Management Business is conducted primarily through direct and indirect subsidiaries of Sun Life Assurance in Canada, the United States and the United Kingdom. The Company currently conducts the majority of its protection operations through Sun Life Assurance and branch operations in Hong Kong and the Philippines and subsidiaries and branch operations in the United States and the United Kingdom (including operations in the Republic of Ireland and the Channel Islands).

In Canada, the Company's wealth management operations are principally conducted through its wholly-owned subsidiary, Spectrum United Mutual Funds Inc. ("Spectrum United") and its 58%-owned subsidiary, McLean Budden Limited ("McLean Budden"). Wealth management operations in the United States are conducted primarily through the Company's 85%-owned (as at June 30, 1999) subsidiary, Massachusetts Financial Services Company ("MFS"), and through the Company's wholly-owned subsidiary, Sun Life Assurance Company of Canada (U.S.) ("Sun Life of Canada (U.S.)"). The main operating subsidiaries in the Company's U.K. wealth management business are SLC Asset Management Limited ("SLC Asset Management"), Sun Life of Canada Unit Managers Limited ("SLOCUM"), Langbourn Property Investment Services Limited ("Langbourn") and Sun Bank plc ("Sun Bank"), all of which are wholly-owned, indirect subsidiaries of Sun Life Assurance.

In Canada, the Company's protection operations are carried on directly by Sun Life Assurance. The Company's protection operations in the United States are carried on through branch operations and through its subsidiary, Sun Life of Canada (U.S.). In the United Kingdom, the Company's protection operations are presently conducted through branch operations and through its indirect subsidiary, Confederation Life Insurance Company (U.K.) Limited ("Confederation Life (U.K.)"). The Company's protection operations in Hong Kong and the Philippines are currently conducted through branch operations.

The material subsidiaries of Sun Life Assurance currently include the principal direct and indirect subsidiaries shown below. Unless otherwise indicated, all subsidiaries are 100% owned.




(1) As at June 30, 1999

Subject to the receipt of satisfactory regulatory approvals, Sun Life Assurance will transfer its business conducted in the Philippines, on an indemnity reinsurance basis, to Sun Life of Canada (Philippines), Inc. ("Sun Life of Canada (Philippines)") prior to or, as soon as reasonably practicable, after demutualization. Under the terms of the indemnity reinsurance arrangement, Sun Life of Canada (Philippines) will assume all the risk of Sun Life of Canada with respect to policies sold by the Philippines branch. Holders of the affected policies will continue to have direct contractual relationships with Sun Life of Canada.

Subject to the receipt of satisfactory regulatory and court approvals, the business of Sun Life Assurance currently conducted through its United Kingdom branch and related businesses (including its operations in the Republic of Ireland and the Channel Islands) and its Hong Kong branch will be transferred to subsidiaries. The business conducted through the United Kingdom branch and related businesses (including the business of Confederation Life (U.K.)) will be transferred to Sun Life Assurance Company of Canada (U.K.) Limited ("Sun Life of Canada (U.K.)") on demutualization. In addition, the assets of Confederation U.K. Holdings plc will be transferred to Sun Life of Canada UK Holdings plc. It is expected that the business conducted through the Hong Kong branch will be transferred to Sun Life of Canada (International) Limited ("Sun Life of Canada (International)") simultaneously with or, as soon as reasonably practicable, after demutualization. In each case, the transfers are proposed to be made through statutory schemes under applicable insurance legislation.

Following demutualization and the completion of the corporate reorganization described in "Financial Services and Corporate Reorganization" in Part 1 of this Policyholder Information Circular, the corporate structure of the Company will include the principal direct and indirect subsidiaries shown below. Unless otherwise indicated, all subsidiaries are 100% owned.




(1) As at June 30, 1999

In contemplation of the demutualization, Financial Services was incorprated under the Canadian Insurance Act on August 5, 1999, and is currently a wholly-owned subsidiary of Sun Life Assurance. Financial Services' head office is located at Sun Life Centre, 150 King Street West, Toronto, Ontario Canada, M5H 1J9.

***Wealth Management Business***

Through its Wealth Management Business, the Company provides mutual funds and unit trusts, pensions and pooled institutional funds, fixed and variable annuity products, asset management services and trust, banking and brokerage services. The Wealth Management Business comprised $6.1 billion, or 44%, of the Company's consolidated revenues in 1998 ($3.8 billion, or 49%, of consolidated revenues for the six-month period ended June 30, 1999) and

accounted for $235.7 billion, or 89%, of the Company's total assets under management at June 30, 1999. The Wealth Management Business' clients included approximately 2.8 million individual investors and 7,000 institutional investors worldwide at that date. In 1998, approximately 96% of the Company's wealth management products, measured by dollars of sales, were sold by independent third parties, with the balance being sold by career agents.

The Company operates its Wealth Management Business in the United States primarily through its subsidiaries, MFS and Sun Life of Canada (U.S.). At June 30, 1999, MFS managed over $168.0 billion in assets for individual and institutional mutual fund and annuity investors worldwide, including $20.9 billion of assets managed on behalf of other business units of the Company. Morningstar, Inc. ("Morningstar") and Lipper Analytical Services Inc. ("Lipper"), independent providers of information concerning mutual fund performance, rank many of the MFS funds among the industry leaders. At August 31, 1999, Morningstar awarded four or five stars to 19 of 55 MFS funds ranked by Morningstar, representing 62% of total U.S. mutual fund assets under management by MFS which were ranked by Morningstar at that date. In addition, for the ten-year period ended August 31, 1999, Lipper ranked the two largest MFS funds, Massachusetts Investors Trust (A) and Massachusetts Emerging Growth Fund (B), in the top 14% and 5%, respectively, of their fund categories for ten year performance. MFS has also been ranked among the top four large mutual fund organizations in terms of overall service provided for each of the past five years in the DALBAR, Inc. industry survey of broker/dealers in the U.S. In 1998, MFS funds accounted for 6.7% of new sales in the United States of non-proprietary retail mutual funds distributed by third parties and, according to Strategic Insight, a mutual fund industry monitoring organization, ranked third among mutual fund companies in the U.S. in mutual fund net new flows, being the net flow of funds into or out of a fund. The Company also conducts substantial wealth management operations in the United States through the sale by MFS and Sun Life of Canada (U.S.) of variable and fixed annuity products. At June 30, 1999, the Company had $23.8 billion of assets under management relating to its U.S. annuity products, with more than 282,000 individual annuity contracts. According to the Kehrer Report, a quarterly report produced by Kenneth Kehrer Associates Inc., a financial services consulting company, on the sale of financial products through bank channels, for the year ended December 31, 1998, Sun Life of Canada ranked fourth among insurers in sales (by dollar amount) of variable annuity products through U.S. financial institutions.

In Canada, the Company administers and manages group retirement products, including pension plans, and, according to Benefits Canada, was ranked first in Canada among providers of defined contribution pensions and first among life insurance companies which provide group retirement products (including defined contribution pension plans, group registered retirement savings plans and deferred profit sharing plans) based on assets under management at June 30, 1998. In addition, the Company, through its subsidiaries, Spectrum United and McLean Budden, offers mutual funds and investment management services to individual and institutional clients. At June 30, 1999, assets under management in the Canadian Wealth Management Business were $36.1 billion, including $1.9 billion sub-managed by MFS.

The Company offers unit trusts, unit-linked pension products, annuities, pension fund management services and banking services in the United Kingdom. At June 30, 1999, the Company's U.K. Wealth Management Business had approximately $20.8 billion of assets under management.

The Company believes that the strength of its Wealth Management Business results from the variety and quality of its products and services, its investment management performance, the effectiveness of the Company's multiple channels of distribution and the quality of its customer service.

### *Protection Business*

The Company offers protection products and services primarily in Canada, the United States, the United Kingdom and Asia. The Company's protection products and services include whole life, term life, universal life, unit-linked life and corporate-owned life insurance for individuals and life, health and disability insurance for groups. The Company also offers life, health and financial reinsurance, primarily in the United States. The Protection Business comprised $7.3 billion, or 54%, of the Company's consolidated revenues for the year ended December 31, 1998 ($3.8 billion, or 50%, of consolidated revenues for the six-month period ended June 30, 1999) and accounted for $28.0 billion, or 10%, of the Company's total assets under management at June 30, 1999. According to Benefits Canada, measured by premium income in 1998, the Company was ranked second in Canada among insurance providers of group life and health insurance. In 1998, the Company was ranked third in group life and health insurance in the United Kingdom in terms of premium revenue based on surveys by ERC Frankona, a subsidiary of Employers Re International, an international reinsurer. In 1998, approximately 59% of sales of the Company's protection products, measured by dollars of sales, were made by career agents and approximately 41% were made by independent third parties.

The Company believes that its success in the Protection Business results from the variety and quality of the Company's protection products, the Company's financial strength, as measured by its claims paying ability, the effectiveness of the Company's underwriting and the quality of its customer service.

*orldwide Operations*

The Company operates in four principal geographic areas: Canada, the United States, the United Kingdom and ther International, which includes operations in Asia and South America. The Company's revenues, net income and nsolidated assets under management at and for the year ended December 31, 1998 and the six-month period ended ne 30, 1999, by business in each of the four principal geographic areas in which the Company operates, are set forth in e following tables.

**Business Operation Data by Geographic Area**
**At and for the Year Ended December 31, 1998**

| | Canada | U.S. | U.K. | Other International | Consolidation Adjustments[1] | Total |
|---|---|---|---|---|---|---|
| | | | | (in millions) | | |
| **Vealth Management Business** | | | | | | |
| Revenues | $ 1,463 | $ 3,595 | $ 1,055 | $ 1 | $ (28) | $ 6,086 |
| Net income | 100 | 172 | (531) | 1 | (21) | (279) |
| Assets under management | 34,887 | 183,436 | 21,964 | 182 | (19,823) | 220,646 |
| **Protection Business** | | | | | | |
| Revenues | 2,147 | 2,483 | 1,523 | 1,178 | – | 7,331 |
| Net income | 111 | 201 | 170 | (44) | – | 438 |
| Assets under management | 8,308 | 8,622 | 8,733 | 2,764 | – | 28,427 |

**Business Operation Data by Geographic Area**
**At and for the Six Months Ended June 30, 1999**

| | Canada | U.S. | U.K. | Other International | Consolidation Adjustments[1] | Total |
|---|---|---|---|---|---|---|
| | | | | (in millions) | | |
| **Wealth Management Business** | | | | | | |
| Revenues | $ 746 | $ 2,490 | $ 544 | $ 4 | $ (15) | $ 3,769 |
| Net income | 38 | 117 | (302) | 3 | (12) | (156) |
| Assets under management | 36,073 | 199,482 | 20,802 | 199 | (20,863) | 235,693 |
| **Protection Business** | | | | | | |
| Revenues | 1,122 | 1,211 | 804 | 709 | – | 3,846 |
| Net income | 51 | 83 | 26 | (1) | – | 159 |
| Assets under management | 8,532 | 7,989 | 8,618 | 2,886 | – | 28,025 |

1. Adjustments reflect assets managed on behalf of other business areas of the Company and related revenues and net income.

The principal products and services, distribution channels and customers of the Wealth Management Business and the Protection Business at June 30, 1999 are summarized in the following chart.

## WEALTH MANAGEMENT[1]

| Business Line | Products and Services | Distribution Channels[2] | Customers[3] |
|---|---|---|---|
| **U.S.** | | | |
| Mutual Funds (MFS) | – 77 U.S. mutual funds including domestic equity, bond, money market and international equity funds<br>– 27 off-shore international funds | – approximately 800 broker/dealers<br>– approximately 1,800 financial advisors<br>– approximately 300 banks/financial institutions | 4,082,000 accounts |
| Individual Retirement Products and Services (Sun Life of Canada (U.S.) and MFS) | – individual variable annuity<br>– individual fixed annuity | – approximately 2,000 independent broker dealers representing 65,000 sales representatives<br>– U.S. banks<br>– wholesale distribution by Sun Life of Canada (U.S.) and MFS | 282,000 variable and fixed annuity contracts |
| Institutional Asset Management (MFS) | – advice to public and private institutions<br>– separate and commingled vehicles | – in-house sales force | over 100 institutional clients |
| **Canada** | | | |
| Group Pension and Retirement Products | – defined contribution plans<br>– defined benefit plans<br>– deferred profit sharing plans<br>– RRSP, RRIF, LIF<br>– accumulation, deferred and pay-out annuities<br>– self-directed savings | – Sun Life of Canada agents<br>– independent pension brokers and consultants<br>– Sun Life Securities brokerage | over 336,000 plan members |
| Individual Savings Products | – fixed annuities<br>– variable annuities<br>– RRIF<br>– LIF | – independent life insurance brokers<br>– investment dealer sales representatives<br>– Sun Life of Canada agents | 120,000 individual annuity contracts |
| Mutual Funds (Spectrum United, McLean Budden) | – 33 mutual funds (Spectrum) and 6 mutual funds (McLean Budden) including North American equity, global equity, income and diversified funds | – independent brokers<br>– mutual fund dealers<br>– Sun Life of Canada agents | over 382,000 investors |
| Asset Management Services (McLean Budden) | – advice to institutions and high net worth individuals<br>– separate or pooled funds | – agents<br>– discount brokers<br>– in-house sales force<br>– pension fund consultants | over 200 institutions<br>over 600 individuals<br>6 mutual fund clients |
| Trust and Brokerage (Sun Life Trust, Sun Life Securities) | – deposits, mortgage lending, trust services, Interac<br>– RRSP, discount brokerage | – independent agents<br>– Sun Life of Canada agents<br>– discount brokers | over 72,000 customers |
| **U.K.** | | | |
| Individual Annuities and Pension | – unit trusts<br>– unit-linked pension<br>– immediate/deferred annuities<br>– compulsory purchase annuities | – Sun Life of Canada agents<br>– independent brokers | 400,000 investors<br>97,000 unit trust accounts |
| Pension Fund Management Services (SLC Asset Management) | – institutional pooled pension fund trusts<br>– segregated pension funds | – specialist intermediaries | over 500 clients |
| Banking (Sun Bank) | – residential mortgages<br>– commercial mortgages<br>– asset financing<br>– deposits and credit | – Sun Life of Canada agents<br>– financial advisors | over 52,000 customers |

1. For an explanation of certain wealth management and protection industry terms, see "Business of the Company", the Part 1 Glossary and the Part 2 Glossary.

2. Distribution channels may be included in more than one business line.

3. Individuals and entities may be customers of more than one business line.



SL-0366

## PROTECTION[1]

| Business Line | Products and Services | Distribution Channels[2] | Customers[3] |
|---|---|---|---|
| **U.S.** | | | |
| Individual Life | – term insurance<br>– fixed and variable universal life<br>– participating whole life<br>– corporate-owned life insurance | – general agents<br>– investment advisors<br>– banks<br>– independent producer groups<br>– independent brokers<br>– financial planners | 210,000 individual policyholders |
| Group Life and Health | – life insurance<br>– short and long term disability<br>– medical stop-loss plans | – in-house sales representatives<br>– benefits consultants | 3,100,000 lives covered |
| **Canada** | | | |
| Group Life and Health | – life insurance<br>– short and long term disability<br>– dental plans<br>– extended health care plans<br>– administration services only | – independent brokers<br>– benefits consultants<br>– in-house sales representatives<br>– Sun Life of Canada agents<br>– associations (professional and alumni) | 3,100,000 lives covered |
| Individual Life | – term insurance<br>– non-participating and participating whole life<br>– fixed and variable universal life | – independent brokers<br>– Sun Life of Canada agents<br>– financial planners<br>– investment dealers | 420,000 individual policyholders |
| **U.K.** | | | |
| Individual Life | – participating whole life<br>– participating endowment<br>– term insurance<br>– unit-linked life insurance products | – Sun Life of Canada agents | 432,000 policies in force |
| Group Life and Health | – life insurance<br>– permanent health | – independent brokers | 1,215,000 lives covered |
| **Other International** | | | |
| Individual Life<br>Philippines, Hong Kong, Indonesia | – participating whole life<br>– participating endowments | Sun Life of Canada agents:<br>– Philippines: 1,500<br>– Hong Kong: 250 agents and 400 independent brokers<br>– Indonesia: 1,000 | Policies in force:<br>Philippines: 304,000<br>Hong Kong: 70,000<br>Indonesia: 22,000 |
| Group Life<br>Philippines | – life insurance | – 1,500 Sun Life of Canada agents<br>– 15 brokers | 82,000 lives covered |
| Life, Health and Financial Reinsurance | – retrocessionaire<br>– reinsurer | – direct by Company<br>– reinsurance brokers<br>– managing general underwriters | 553 treaties |

1. For an explanation of certain wealth management and protection industry terms, see "Business of the Company", the Part 1 Glossary and the Part 2 Glossary.
2. Distribution channels may be included in more than one business line.
3. Individuals and entities may be customers of more than one business line.



SL-0367

## The Wealth Management and Insurance Industries

The global financial services industry is undergoing a period of significant evolution, particularly in North America. The insurance and wealth management industries are transforming rapidly in response to demographic shifts, changing government regulation, advances in technology and increased competition and consolidation in the financial services market.

Global demographic shifts, particularly in North America, have resulted in significant changes in the consumer base of the insurance and wealth management industries. In the United States, the number of Americans between the ages of 45 and 64 is projected to grow from 53.7 million in 1996 to over 70 million in 2005, while in Canada, approximately 4.3 million people are expected to reach retirement age by 2005. In addition, increasing life expectancies are expected to result in longer retirement periods for this growing segment of the population. As a result, consumers of financial products have demonstrated an increased emphasis on retirement planning and saving, with a focus on generational wealth transfer vehicles. Concerns about the ability of governments to finance traditional sources of retirement income have led consumers to focus on self-directed investments intended to supplement these sources of retirement income. Customers in the insurance and wealth management industries have also grown increasingly sophisticated which, together with a growing desire for self-directed investments, has resulted in a more knowledgeable customer base that requires more customer-focused products.

Changes in the regulation of the financial services industry in North America have reduced the traditional barriers between the banking, insurance and investment industries, heightening competition in these markets. For example, several of the major Canadian banks have significant operations in securities, insurance and wealth management operations. A recent government report on the future of the Canadian financial services industry advocated further dismantling of the barriers between the banking, insurance and investment industries. In the United States, recent consolidation has created larger financial institutions involved in the banking, insurance and investment management businesses.

Financial services companies, particularly in North America, are developing multiple distribution channels, including independent third party brokers and financial planners, and making increasing use of electronic communication channels, such as the Internet, to reach customers.

### *The Wealth Management Industry*

The trend towards increasing emphasis on retirement planning and savings, coupled with strong capital markets over the past decade, has resulted in significant growth in the wealth management industry, particularly in North America. Investments in mutual funds and variable annuities have shown strong growth in recent years. Total assets under management in the Canadian mutual fund industry grew from $25 billion at December 31, 1990 to $360 billion at June 30, 1999, while in the United States total assets under management in mutual funds grew from $1.6 trillion to $8.9 trillion at June 30, 1999. Sales of variable annuity products in the United States grew from $36 billion in 1992 to approximately $153 billion in 1998 (while variable annuity assets grew from $269 billion at December 31, 1991 to $1.3 trillion at June 30, 1999). Employers in Canada and the United States have increasingly shifted from offering defined benefit plans (where the employer makes the investment decisions) to employee directed, defined contribution retirement and savings plans (where employees generally make investment decisions within a range of investment options established by the employer).

Generally, investment and wealth management services provided to retail mutual funds, segregated or separate funds underlying individual variable annuities, and institutional clients are performed under advisory contracts which provide for a fee payable to the managers. The amount of the fee varies depending on the type of mutual fund, segregated or separate fund, or client and is usually based upon a sliding scale in relation to the amount of assets under management and, in certain circumstances, investment performance.

North American mutual fund markets are highly competitive and new participants continue to enter the market. In Canada, the market has recently experienced more intense competition from new insurance company-sponsored individual variable annuity products, sometimes referred to as segregated fund contracts, which offer professional portfolio investment management as well as enhancements such as guarantees and protection of the investor's assets from creditors in the event of the investor's insolvency. Competitive trends in the North American mutual fund industries have resulted in increasing pressures on mutual fund pricing and greater investor sensitivity to the management expense ratios of, and sales charges associated with, mutual fund products and variable annuity products in North America.

The North American markets for institutional money management services are also highly competitive, with the key determinant being strong, long-term investment performance. The principal participants in this market are well diversified institutional money management firms, companies which offer indexed mutual fund and institutional pooled fund products and foreign investment management organizations. Competition in this market is often product specific, with competitors vying for new mandates for specific products.

Competition for group retirement business, including for the management and administration of defined contribution and defined benefit pension plans, is also intense in Canada and the United States. Competitors in those countries include insurance companies, banks, trust companies and investment companies.

The market in the United Kingdom for unit-linked products and annuity products is competitive, particularly as a result of new market entrants. Banks now sell unit-linked products, and direct marketers, including telemarketers, have become increasingly active sellers of these products. The insurance industry has suffered significant financial loss and loss of market share to banks and direct marketers in the pensions area as a result of the pressure exerted by the U.K. government since 1994 with respect to pension sales practices compensation.

### *The Insurance Industry*

In North America and the United Kingdom, the traditional individual life and group health and life insurance businesses are mature and, generally, highly competitive. In North America, industry consolidation and the entrance of non-traditional competitors, such as banks, have exerted downward pressure on product pricing margins. The U.K. market for individual insurance products has become increasingly competitive in recent years, also as a result of new market entrants. Banks have increasingly begun to sell traditional insurance products. In addition, direct marketers, including telemarketers, have become increasingly active sellers of insurance products. The group life and health insurance business in the United Kingdom is a stable and mature business in which products are generally differentiated by cost.

In response to increased focus on retirement planning and saving by consumers, many insurance companies have decreased their emphasis on traditional participating life insurance products in favour of products such as universal life insurance in Canada, variable universal life insurance in the United States and unit-linked life insurance products in the United Kingdom. In less mature insurance markets, however, such as Asia, participating life insurance products continue to enjoy strong customer demand.

## Strategy

The Company's strategic objective is to be a leading financial services provider with a significant presence in each of its chosen markets, with increasing emphasis on its Wealth Management Business. In order to achieve this objective, the Company intends to pursue the following strategies: (i) aggressively expand the Wealth Management Business, (ii) strategically grow higher return Protection Business lines, (iii) capitalize on distribution strengths, (iv) leverage strong brands across multiple product offerings, (v) pursue expansion in key strategic markets and (vi) achieve superior shareholder returns while maintaining financial discipline.

### *Aggressively Expand the Wealth Management Business*

The Company seeks to continue the growth of its Wealth Management Business, which generates fee income and requires relatively low levels of capital. The Company has been successful in increasing assets under management in its Wealth Management Business, having generated a compound annual growth rate for the five-year period ended December 31, 1998 of approximately 25%. The Company is committed to increasing its share in the expanding global market for savings and retirement products by offering its customers a wide range of wealth management products designed to address customers' changing needs in various stages of life and in different financial market cycles. The Company plans to develop innovative products designed to fill the growing demands of its customer base. For example, the Company has introduced variable annuity products in the United States that appeal to high net worth customers in that market. The Company also seeks to grow its Wealth Management Business by increasing marketing initiatives which target individual participants in group plans, as well as by expanding third party distribution channels. The Company believes that the growth of its Wealth Management Business will continue due to its ability to provide and distribute a wide variety of wealth management products, its strong investment management performance and capabilities, and an increasing savings and investment rate within its target markets.

### *Strategically Grow Higher Return Protection Business Lines*

The Company believes that its ability to design and distribute innovative protection products will allow for profitable growth in the individual Protection Business. Over the past few years, the Company has repositioned its individual life product offerings in Canada and the U.S. from traditional products to higher value-added products designed to respond to customers' needs for estate planning and intergenerational wealth transfer. As a result, the Company has gained an attractive niche position in the high net worth segment of the U.S. life insurance market. Through its demonstrated expertise in servicing large group customers, the Company has developed a diverse portfolio of products with customized services and a reputation for delivering superior customer service. For example, the Company has recently launched SunAdvisor in Canada, an early claims management and intervention service for employers who want to supplement their own self-insured, self-administered programs. The Company has also been able to enhance and expand its array of services through partnerships and other initiatives. By providing a broad range



SL-0369

of value-added services to its group clients, the Company expects to provide a foundation for continued growth of the Protection Business.

### *Capitalize on Distribution Strengths*

The Company has a leading market position in group distribution of life and health products in Canada, the U.S. and the U.K. With the trend for group plan sponsors to outsource many elements of benefits administration to financial service providers, the Company increasingly has the opportunity to establish direct contact with individual plan members through the Internet and telephone, thereby providing significant new marketing opportunities. For example, the Company has entered into an alliance through which Sun Life of Canada licenses technology from an Internet health care management company which facilitates the management of member information, claims administration and payments to group policy members over the Internet. The Company intends to use this low cost administration technology as an innovative distribution platform from which it can market wealth management products to individual participants in group plans. The Company intends to capitalize on this and other emerging distribution channels to expand its customer base and increase the profitability of products and services offered to those customers. The Company believes that, as financial services and products are increasingly distributed through the channel of the customer's choice, its expertise in managing multi-channel distribution networks provides a competitive advantage.

### *Leverage Strong Brands Across Multiple Product Offerings*

The Company has been selling its products under the *Sun Life* name since 1871. Additionally, the MFS organization, which started the first mutual fund in the United States, has been operating since 1924, McLean Budden since 1947 and Spectrum United since 1987. Due to their long operating histories and broad distribution of high quality products, these entities have established strong brand recognition in the markets in which they operate. The Company seeks to capitalize on cross-selling opportunities by leveraging its position in established distribution channels and by exploiting the strength of its respected brand names. For example, the Company intends to use its strong market presence and significant brand recognition in the high net worth segment of the U.S. individual life insurance market as a platform for cross-selling increasingly sophisticated wealth management and retirement planning products to those customers. The Company believes that it is in a strong position to exploit such opportunities by leveraging its brand strength.

### *Pursue Expansion in Key Strategic Markets*

The Company intends to pursue strategic acquisitions and alliances that will enhance its performance and deliver attractive returns on invested capital. In its existing markets, the Company seeks acquisitions and alliances that would help achieve economies of scale, reduce costs, increase the range of products offered and expand or add distribution channels. In 1997, the Company complemented its Canadian Wealth Management Business by acquiring a 60% equity interest in McLean Budden, an investment management company. When expanding into new markets, the Company primarily intends to pursue joint ventures with local partners. The Company believes that this approach allows it to leverage its competitive strengths in product development, distribution, investment management and technology with its partners' knowledge of local markets. The Company recently acquired a 32% equity interest in Administradora de Fondos de Pensiones Cuprum, S.A., one of the leading pension fund administrators in Chile, to gain access to wealth management markets in Chile and other South American countries. In addition, the Company has entered into a joint venture agreement with Aditya Birla Group, a major Indian industrial group, to market and distribute a broad range of financial products and services in India. As well, the Company recently received approval from applicable regulatory authorities to prepare for market entry to participate in China's financial services industry. The Company believes that following demutualization, it will be better positioned to pursue strategic alliances and acquisitions by having greater access to capital markets and the ability to issue shares as consideration for acquisitions.

### *Achieve Superior Shareholder Returns While Maintaining Financial Discipline*

The Company will be focused on effectively deploying its capital to maximize its return to shareholders. The Company maintains financial discipline in each of its strategic business units, targeting a minimum return on capital allocated to each unit. The Company intends to divest businesses that do not achieve an adequate level of shareholder return within a prescribed timeframe, that do not fit with the Company's overall strategic objective, or that are unlikely to achieve a significant market presence. For example, the Company is seeking to sell substantially all of its reinsurance business, other than contracts related to Unicover Managers, Inc., and has agreed to sell its Canadian GIC and residential mortgage lending businesses. In addition, the Company intends to aggressively implement cost reduction measures designed to improve profitability and to contribute to shareholder returns including, for example, as part of the strategic plan being developed for its United Kingdom operations. The Company intends to maintain appropriate financial strength to protect the interests of its stakeholders while maximizing shareholder returns.