*Data for the Wealth Management Business and the Protection Business*

The following table summarizes certain historical financial data for the Wealth Management, Protection and Corporate and Other Businesses at and for the years ended December 31, 1998, 1997 and 1996 and the six-month periods ended June 30, 1999 and 1998.

| | At and for the Six Months Ended June 30, | | | | At and for the Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 | | 1998 | | 1998 | | 1997 | | 1996 | |
| | ($ in millions) | % of Total | ($ in millions) | % of Total | ($ in millions) | % of Total | ($ in millions) | % of Total | ($ in millions) | % of Total |
| **Revenues:** | | | | | | | | | | |
| Wealth Management | $ 3,769 | 49% | $ 2,791 | 42% | $ 6,086 | 44% | $ 5,565 | 46% | $ 4,649 | 43% |
| Protection | 3,846 | 50 | 3,604 | 55 | 7,331 | 54 | 6,439 | 53 | 5,843 | 55 |
| Corporate and Other | 110 | 1 | 203 | 3 | 279 | 2 | 201 | 1 | 240 | 2 |
| Total | $ 7,725 | 100% | $ 6,598 | 100% | $ 13,696 | 100% | $ 12,205 | 100% | $ 10,732 | 100% |
| **Net Income:** | | | | | | | | | | |
| Wealth Management | $ (156) | N/A | $ (324) | N/A | $ (279) | N/A | $ 113 | 22% | $ 296 | 60% |
| Protection | 159 | N/A | 182 | N/A | 438 | N/A | 317 | 62 | 128 | 26 |
| Corporate and Other | 47 | N/A | (96) | N/A | (105) | N/A | 81 | 16 | 66 | 14 |
| Total | $ 50 | N/A | $ (238) | N/A | $ 54 | N/A | $ 511 | 100% | $ 490 | 100% |
| **Total Assets Under Management:** | | | | | | | | | | |
| Wealth Management | $235,693 | 89% | $192,818 | 87% | $220,646 | 88% | $158,839 | 85% | $117,155 | 83% |
| Protection | 28,025 | 10 | 26,120 | 12 | 28,427 | 11 | 24,241 | 13 | 21,867 | 15 |
| Corporate and Other | 1,840 | 1 | 2,855 | 1 | 1,364 | 1 | 3,038 | 2 | 2,646 | 2 |
| Total | $265,558 | 100% | $221,793 | 100% | $250,437 | 100% | $186,118 | 100% | $141,668 | 100% |

## RESTRUCTURING OF PARTICIPATING AND OTHER ACCOUNTS ON DEMUTUALIZATION

### Overview

Policy benefits payable under participating policies sold by Sun Life Assurance prior to demutualization will not be reduced by demutualization and policy premiums will not be affected by demutualization. As described in Part 1 of this Policyholder Information Circular, however, policies sold before demutualization through the Company's United Kingdom and related insurance businesses (consisting of operations in the Republic of Ireland and the Channel Islands), will be transferred to Sun Life of Canada (U.K.), at the time of demutualization. In addition, policies sold before demutualization through the Company's Hong Kong business are proposed to be transferred to Sun Life of Canada (International), at the time of, or shortly after, demutualization. After these transfers, those subsidiaries will become responsible for the respective policy obligations. The Company intends to continue to sell participating policies after demutualization.

As a mutual life insurance company, Sun Life Assurance sells participating insurance policies, which entitle their owners to participate in the profits of Sun Life Assurance, and non-participating policies. As required by the Canadian Insurance Act, Sun Life Assurance maintains a Participating Policyholders' Account to which assets, liabilities and surplus relating to participating policies are allocated and which is separate from the accounts which Sun Life Assurance maintains for its non-participating policies and other businesses. All of Sun Life Assurance's assets are, nevertheless, available for the purpose of meeting its obligations to its policyholders.

The Company will complete the corporate reorganization described in Part 1 of this Policyholder Information Circular and restructure its accounts on demutualization so that future earnings which are not required to support participating policies sold before demutualization will be available to Financial Services and its shareholders. Careful consideration has been given to the amounts of assets, and earnings on assets, which must be maintained by Sun Life Assurance and its insurance subsidiaries to support these participating policies and to special arrangements designed to protect reasonable expectations in respect of future policy dividends and other non-guaranteed policy benefits and meet contractual obligations under these policies.

Under the Conversion Plan, Sun Life Assurance will be required to maintain its Participating Policyholders' Account and, within that account, will maintain and operate sub-accounts for participating policies sold by it before demutualization which have not been transferred to Sun Life of Canada (U.K.) or Sun Life of Canada (International) ("SLC Pre-Demutualization Participating Policies"). Sun Life Assurance will maintain a sub-account with respect to each of the major territories in which it conducts business: Canada (including Bermuda and certain foreign countries), the United States and the Philippines. Sun Life Assurance will set aside sufficient assets in each of these territorial sub-accounts to protect reasonable expectations in respect of future policy dividends and other non-guaranteed policy

benefits and meet contractual obligations under these SLC Pre-Demutualization Participating Policies. Sun Life Assurance will also maintain and operate territorial sub-accounts for participating policies sold by it after demutualization in Canada (including Bermuda) and the United States ("SLC Post-Demutualization Participating Policies"). In the Philippines, participating policies will be sold only by the Company's Philippines subsidiary, Sun Life of Canada (Philippines), after demutualization.

Sun Life of Canada's subsidiaries, Sun Life of Canada (U.K.) and Sun Life of Canada (International), will also maintain accounts for participating policies, including participating policies transferred to them by Sun Life Assurance ("Transferred Participating Policies"). Appropriate arrangements will be put in place to protect reasonable expectations in respect of future policy dividends – or bonuses, as they may be known in those jurisdictions – and other non-guaranteed policy benefits, under Transferred Participating Policies.

On demutualization, Sun Life Assurance will establish a shareholders' account for the benefit of its shareholder, Financial Services, from which dividends and other shareholder payments may be made. Similarly, Sun Life of Canada (U.K.), Sun Life of Canada (International) and Sun Life of Canada (Philippines) will have shareholders' accounts from which dividends and other shareholder payments may be made to their respective shareholders. Dividends and other shareholder payments from Sun Life Assurance, together with dividends and distributions from other subsidiaries, are expected to comprise the principal source of cash for Financial Services.

The shareholders' account for Sun Life Assurance will include all of the assets and liabilities maintained by Sun Life Assurance in respect of its non-participating insurance policies and its investments in its insurance and other subsidiaries and non-insurance businesses. As well, at the time of demutualization, all assets of the Participating Policyholders' Account which, at that time, are not required to be transferred to subsidiaries in the corporate reorganization or are not required by law or otherwise, as described below, to be included in the sub-accounts for SLC Pre-Demutualization Participating Policies and SLC Post-Demutualization Participating Policies, will be allocated to the shareholders' account. For a description of amounts that may be allocated to the shareholders' account of Sun Life Assurance, consolidated with the shareholders' accounts of Sun Life of Canada (U.K.), Sun Life of Canada (Philippines) and Sun Life of Canada (International), see Note 6 to the pro forma financial information contained under "Pro Forma Condensed Consolidated Financial Statements".

As described below, certain amounts may be required to be transferred from time to time from the shareholders' accounts of Sun Life Assurance and its insurance subsidiaries to the accounts maintained by them for participating policies in order to protect policyholders' interests. In addition, there are limited circumstances in which earnings in respect of certain participating policies may be transferred to the shareholders' accounts of Sun Life Assurance or its subsidiaries.

## SLC Pre-Demutualization Participating Policies (Canada, the United States and the Philippines)

Under the Conversion Plan, each territorial sub-account for SLC Pre-Demutualization Participating Policies will include liabilities associated with individual annuity policies and individual life insurance policies, as well as amounts on deposit associated with those policies, such as accumulated dividends and certain policy proceeds, and the liabilities associated with group life insurance policies and pension policies.

Within each territorial sub-account, individual life insurance policies, which are the policies which generally receive policy dividends, will be maintained separately in a special sub-fund (the "Individual Sub-Fund"). Estimated future policyholder dividend payments will be included in the actuarial liabilities for each Individual Sub-Fund on a basis that reflects the current scale of policy dividends and that future policy dividends will be adjusted to reflect future experience. All other liabilities in each territorial sub-account, including those associated with group life insurance policies and pension policies, will be maintained separately in another sub-fund (the "Ancillary Sub-Fund"). The Ancillary Sub-Fund will also include actuarially determined provisions for adverse deviation ("PFADS") and amounts on deposit in respect of all SLC Pre-Demutualization Participating Policies in the territorial sub-account. PFADS represent a margin to account for potential differences in actual experience, compared to the assumptions made in the calculation of the liabilities, with respect to future mortality trends, investment yields, asset loss levels, policy lapses, policy maintenance expenses, and renewal premium payments in connection with these policies.

Within each territorial sub-account for SLC Pre-Demutualization Participating Policies, Sun Life Assurance will allocate to the Individual Sub-Fund and Ancillary Sub-Fund assets in amounts that are equal to the respective liabilities in those sub-funds. These assets, together with anticipated earnings, are expected to be sufficient to support those policies, including, but not limited to, contractual obligations, such as provisions for payment of claims and surrender benefits, certain expenses and taxes, and to protect reasonable expectations in respect of future policy dividends and other non-guaranteed policy benefits. In the event, however, that at the end of any fiscal quarter, the liabilities of the policies in any territorial sub-account for SLC Pre-Demutualization Participating Policies are, in the opinion of the Appointed Actuary, greater than the assets in the sub-account available to be allocated to these policies, Sun Life

Assurance will be required to transfer sufficient assets from the shareholders' account into that sub-account to eliminate the deficit. In particular, if, at the end of any fiscal quarter, the liabilities in the Individual Sub-Fund in any territorial sub-account are, in the opinion of the Appointed Actuary, greater than the assets in that Individual Sub-Fund, Sun Life Assurance will be required to transfer sufficient assets to eliminate the deficit from the Ancillary Sub-Fund in the territorial sub-account or, as necessary, from the shareholders' account of Sun Life Assurance.

Under the Conversion Plan, the assets and earnings allocated to each Individual Sub-Fund may be used only for the purpose of supporting those policies, including to pay benefits, policy dividends and other non-guaranteed policy benefits. Any surplus in any Ancillary Sub-Fund may be available, however, to benefit Financial Services. This surplus will arise as a result of net income earned on deposits, net income earned on group life and pension policies and net income earned on the assets supporting PFADS, plus or minus, as applicable, any decrease or increase in PFADS. Under the Conversion Plan, subject to the approval of the Appointed Actuary, such surplus may be transferred to the shareholders' account to the extent that it is not required to cover any deficit with respect to the Individual Sub-Fund in the territorial sub-account. The exact amount permitted to be transferred from any Ancillary Sub-Fund to the shareholders' account in each year will not be known until the financial statements for that Ancillary Sub-Fund are available. However, although no assurances can be given in this regard, based upon financial statements of the Company for the year ended December 31, 1998, and upon actuarial estimates of future experience made in accordance with the requirements of the Canadian Demutualization Regulations, the Company estimates that the amount that it will transfer to the shareholders' account in this regard during the first twelve months after demutualization will be approximately $52 million, after tax. In subsequent years the amount is expected to vary with experience. Although no assurance can be given, by the twenty-fifth year the annual amount so transferred is expected to be approximately $60 million and thereafter declines.

The Appointed Actuary will be required periodically to provide an opinion to OSFI to the effect that the assets in the sub-account for SLC Pre-Demutualization Participating Policies are sufficient to provide for contractual benefits, together with reasonable expectations with respect to policy dividends and other non-guaranteed policy benefits.

In order to ensure that policy dividends on SLC Pre-Demutualization Participating Policies in Canada and the United States will not be affected by costs associated with remaining claims in the settlement of the Canadian and United States market conduct litigation described under "Legal Matters", the assets in the territorial sub-accounts for SLC Pre-Demutualization Participating Policies will not be permitted to be used for settlement purposes. On the date of demutualization, the liability with respect to this matter, as well as the reserve established for this purpose, will be allocated to the shareholders' account. When the settlement of a claim involves enhancing future policy benefits or dividends on a policy in an Individual Sub-Fund, sufficient assets will be transferred from the shareholders' account into the applicable Individual Sub-Fund to cover the resulting increase in the liabilities.

### SLC Post-Demutualization Participating Policies (Canada and the United States)

Each territorial sub-account for SLC Post-Demutualization Participating Policies will include the liabilities associated with participating insurance policies sold by Sun Life Assurance following demutualization. Under the Conversion Plan, the Company will initially allocate sufficient assets to each such sub-account to support all participating policies that Sun Life Assurance expects to issue in the applicable territory over at least the five-year period after the date of demutualization. See Note 2(a) to the pro forma financial information contained under "Pro Forma Condensed Consolidated Financial Statements". The dividend policy for SLC Post-Demutualization Participating Policies will provide that dividends on those policies will depend upon a number of factors including, without limitation, the experience of the SLC Post-Demutualization Participating Policies, the growth of that business, the need to retain earnings to support that business and the overall capital adequacy of Sun Life Assurance.

Under the Conversion Plan, except as described below, the assets, including the earnings derived from the assets, allocated to each territorial sub-account for SLC Post-Demutualization Participating Policies, will not be available to Financial Services for five years from the date of demutualization. If, at the end of any fiscal quarter during the five years following demutualization, the liabilities of the SLC Post-Demutualization Participating Policies in any territorial sub-account are, in the judgment of the Appointed Actuary, greater than the assets in the sub-account, Sun Life Assurance will be required to transfer sufficient assets from the shareholders' account to the sub-account to eliminate the deficit.

Under the Canadian Insurance Act, a life insurance company with share capital is permitted to make transfers from participating accounts to accounts for shareholders on the basis of a prescribed percentage of profits determined by the application of a graduated scale to the balance in the company's participating account. For the purposes of these permitted transfers under the Canadian Insurance Act, the Conversion Plan provides that Sun Life Assurance will not include any profits or other amounts referable to SLC Pre-Demutualization Participating Policies.

After the fifth anniversary of demutualization, if the Appointed Actuary determines at the end of any fiscal quarter that the amounts allocated to any territorial sub-account for SLC Post-Demutualization Participating Policies, together with accrued interest, are no longer required to support new participating policies issued by Sun Life Assurance in the

territorial sub-account, then, subject to the approval of the Superintendent, such amounts may generally be transferred to the shareholders' account, for the benefit of Financial Services.

## Operation of the Participating Policyholders' Account of Sun Life Assurance

Cash flows and allocations including, but not limited to, premiums, death benefits, policy dividends, surrenders, expenses, taxes, and reinsurance cash flows with respect to SLC Pre-Demutualization Participating Policies and SLC Post-Demutualization Participating Policies will be credited or charged, as applicable, to the relevant territorial sub-account and, as applicable, to the Individual Sub-Fund or Ancillary Sub-Fund. In addition, the actual mortality, lapse and dividend experience of the SLC Pre-Demutualization Participating Policies and the SLC Post-Demutualization Participating Policies will be charged to the appropriate sub-accounts and sub-funds.

Sun Life Assurance will initially allocate taxes between the Participating Policyholders' Account and the shareholders' account in a manner which is consistent with Sun Life of Canada's current methodology with respect to tax allocation between its participating and non-participating business. Policy maintenance expenses will be initially set at the levels prevailing in 1998 and will generally be indexed to inflation in accordance with an appropriate consumer price index. Commission expenses, distribution expenses, taxes and other operational expenses and overhead expenses related to the participating policies will be allocated to the appropriate sub-accounts and sub-funds within the Participating Policyholders' Account. The Appointed Actuary will be required periodically to provide an opinion to OSFI to the effect that the allocation of expenses and taxes is fair and equitable to the policies contained in each Individual Sub-Fund.

With respect to investment cash flows following demutualization, the sub-accounts for SLC Pre-Demutualization Participating Policies and for SLC Post-Demutualization Participating Policies in any territory will, generally, share the investment income earned on assets allocated to that territory within the Participating Policyholders' Account on a proportionate basis. In accordance with the Canadian Insurance Act, the Appointed Actuary will be required, annually, to review the methodology for allocating investment income between the Participating Policyholders' Account and the shareholders' account and to provide an opinion that the allocation is fair and equitable. The investment policies for each territorial sub-account within the Participating Policyholders' Account following demutualization will initially be substantially the same as the investment policies in effect for that account prior to demutualization. The Appointed Actuary will be required periodically to provide an opinion to OSFI to the effect that the allocation of investment income is fair and equitable to the policies contained in each Individual Sub-Fund.

The Appointed Actuary will also be required periodically to provide such opinions and reports as OSFI may require as to whether the Participating Policyholders' Account is being maintained in accordance with the terms of the Conversion Plan and any related commitments of Sun Life of Canada at the time of demutualization. The Appointed Actuary will, from time to time, provide the Michigan Insurance Commissioner with those opinions and reports which are provided to OSFI, as well as any additional opinions and reports as the Michigan Insurance Commissioner may require relating to the Company's compliance with the Conversion Plan, in each case relating to the territorial sub-account maintained with respect to the United States.

## Participating Policyholders' Funds in Sun Life of Canada (Philippines)

Following the completion of the indemnity reinsurance arrangement described in Part 1 of the Policyholder Information Circular, all new participating policies in the Philippines will be issued by Sun Life of Canada (Philippines). These policies, together with any non-participating policies of Sun Life of Canada (Philippines), will be maintained in an account separate from the shareholder's account established by Sun Life of Canada (Philippines) and the assets allocated to that account will be used to support these policies. To the extent permitted by insurance laws in the Philippines, any amounts in that account in excess of prescribed policy support amounts may be transferred to the shareholder's account maintained for the benefit of its shareholder.

## Participating Policyholders' Funds in Sun Life of Canada (U.K.)

Following demutualization, Sun Life of Canada (U.K.) will maintain separate funds for the benefit of its policyholders and shareholders, including separate sub-funds for participating, or "with profits", policies and for non-participating policies. The sub-fund for participating policies will include all applicable Transferred Participating Policies (other than former policies of Confederation Life) and participating policies sold by Sun Life of Canada (U.K.) following demutualization. Former participating policies of Confederation Life will be allocated to a separate sub-fund maintained exclusively for these policies, consistent with current arrangements. Following demutualization, all of the assets of Sun Life of Canada (U.K.) will be available to support the payment of contractual obligations on the participating and non-participating policies of Sun Life of Canada (U.K.).

Unlike the Participating Policyholders' Account for Sun Life Assurance, the participating account of Sun Life of Canada (U.K.) will not contain separate sub-accounts for participating policies sold before demutualization and after demutualization. The rules of operation for the participating sub-funds, however, contain safeguards designed to ensure that substantially all of the assets initially allocated to a sub-fund will be used only for the purpose of meeting contractual obligations, including dividends – or bonuses, as they are known – relating to policies sold before demutualization which are allocated to that sub-fund. The Company expects that the number of participating policies sold by Sun Life of Canada (U.K.) will decline following demutualization as it increasingly markets non-participating insurance products. New participating policies will only be written on terms which are approved by Sun Life of Canada (U.K.)'s appointed actuary so as to protect policyholders' reasonable expectations.

Sufficient assets will be allocated to the sub-fund for participating policies to provide for the contractual obligations and reasonable bonus expectations of policies included in the sub-fund. The assets will include an amount to provide additional capital support to the participating policies sold before demutualization and to support new business written by the U.K. subsidiary and allocated to the sub-fund. All of the assets and liabilities relating to the former Confederation Life policies will be allocated to a separate sub-fund for those policies.

In general, cash flows and allocations related to U.K. Transferred Participating Policies and any new participating policies, including, but not limited to, related premiums, death benefits, policy dividends, surrenders, expenses, taxes and reinsurance cash flows will be credited or charged, as applicable to the sub-fund for participating policies. In addition, the actual mortality, investment, lapse and dividend experience of the participating policies will be charged to that sub-fund. Pursuant to the statutory U.K. schemes, however, investment management fees charged to this participating sub-fund are limited to current levels for a three-year period. The amount of other regular expenses that may be charged to this participating sub-fund is limited to the current level of expenses, with permitted increments for inflation, for a five-year period. Accordingly, Sun Life of Canada (U.K.) may be required to contribute amounts for excess expenses, if any, from its shareholders' account. In addition, Sun Life of Canada (U.K.) has agreed to set aside, in a segregated sub-fund outside the participating sub-fund, an additional amount of £50 million to provide support for the participating sub-fund to the extent that, in the judgment of Sun Life of Canada (U.K.)'s appointed actuary, transfers are required to support the reasonable expectations of policyholders. Transfers of investment income on this segregated sub-fund may be made each year to the shareholders' account of Sun Life of Canada (U.K.), provided, however, that the amount transferred in each year may not exceed six per cent (after tax) of the value of the segregated sub-fund as at the end of the immediately preceding year. The capital allocated to the segregated sub-fund may also be transferred to the shareholders' account in proportion to the reduction in liabilities of all participating policies in the participating sub-fund against the liabilities of participating policies sold before demutualization in the participating sub fund, if Sun Life of Canada (U.K.)'s appointed actuary considers that there is no reasonable prospect of the assets in the segregated sub-fund being required to be transferred to support the participating policies. Commencing ten years following demutualization, the outstanding balance of capital in the segregated sub-fund may be transferred to the shareholders' account at any time, subject to regulatory approval and provided that Sun Life of Canada (U.K.)'s appointed actuary considers that there is no reasonable prospect of the assets in the segregated sub-fund being required to be transferred to support the participating policies.

Although it is expected that all of the Company's United Kingdom and related insurance business will be transferred to Sun Life of Canada (U.K.) contemporaneously with demutualization, it is possible that the regulatory approval required in connection with the business in the Republic of Ireland and the Channel Islands may not be received prior to demutualization. In that case, pending receipt of such approval, the policies sold before demutualization in the affected business will be reinsured by Sun Life of Canada (U.K.) under an indemnity reinsurance arrangement with Sun Life of Canada (U.K.) and will remain, during the course of the arrangement, in the Participating Policyholders' Account of Sun Life Assurance. Sun Life Assurance will then put arrangements in place, including the establishment of such accounts and allocation of assets and liabilities, as the Appointed Actuary of Sun Life Assurance deems necessary and appropriate pending the completion of the transfer of the business. These arrangements will be designed to meet contractual obligations, and to protect reasonable expectations in respect of future dividends and other non-guaranteed policy benefits, under the affected policies.

## Participating Policyholders' Funds in Sun Life of Canada (International) (Hong Kong)

Following demutualization, and provided all necessary regulatory and court approvals have been obtained, the Company's subsidiary, Sun Life of Canada (International), will maintain separate funds for the benefit of its policyholders and shareholder. The long-term business fund for the benefit of policyholders will comprise one part for Hong Kong Transferred Participating Policies and another part for new participating and any non-participating policies of Sun Life of Canada (International). The assets allocated to support the part for Hong Kong Transferred Participating Policies, together with any earnings, will be held for the benefit of those policyholders only, in order to support contractual obligations and reasonable expectations with respect to policy dividends and non-guaranteed policy benefits. These assets and earnings, accordingly, will not be available to support non-participating policies transferred

to Sun Life of Canada (International), insurance policies sold by Sun Life of Canada (International) following demutualization or for transfer to the shareholders' account. If, at any time following demutualization, the liabilities in the part of the long-term business fund for Hong Kong Transferred Participating Policies are greater than the assets in that part, Sun Life of Canada (International) will be required to transfer sufficient assets to that account from the shareholders' account to eliminate any deficit. All of the assets of Sun Life of Canada (International) will be available at any time to support the payment of contractual obligations on the Hong Kong Transferred Participating Policies and any other policies of Sun Life of Canada (International).

The assets allocated to the part of the long-term business fund to support policies of Sun Life of Canada (International) issued following demutualization will be used to support those policies. To the extent, however, that a margin of solvency prescribed by Hong Kong insurance legislation is maintained, any assets in excess of this amount may be transferred to the shareholder's account maintained for the benefit of Sun Life Assurance.

Cash flows and allocations related to the Hong Kong Transferred Participating Policies, including, but not limited to, related premiums, death benefits, policy dividends, surrenders, expenses, taxes and reinsurance cash flows will be credited or charged, as applicable, to the part of the long-term business fund for Hong Kong Transferred Participating Policies. In addition, the actual mortality, lapse and dividend experience of these policies will be charged to that account. Pursuant to the proposed statutory Hong Kong scheme, however, the amount of expenses that may be charged to the part of the long-term business fund for Hong Kong Transferred Participating Policies is limited to the current level of expenses charged, with permitted increments for inflation, for a five-year period. Accordingly, Sun Life of Canada (International) may be required to contribute amounts for excess expenses, if any, from its shareholders' account.

It is expected that the Company's Hong Kong business will be transferred to Sun Life of Canada (International) on or shortly after demutualization. In the event that the transfer of the insurance business of Sun Life Assurance in Hong Kong has not been completed on demutualization, the affected policies will remain in the Participating Policyholders' Account, and Sun Life Assurance will put arrangements in place, including the establishment of such accounts and allocation of assets and liabilities, as the Appointed Actuary of Sun Life Assurance deems necessary and appropriate pending the completion of the transfer. These arrangements will be designed to meet contractual obligations, and to protect reasonable expectations in respect of future dividends and other non-guaranteed policy benefits, under the affected policies.

## PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

The Pro Forma Condensed Consolidated Financial Statements give effect to (i) the restructuring of the Participating Policyholders' Account as described under "Restructuring of Participating and Other Accounts on Demutualization", (ii) the demutualization and (iii) the initial public offering of Financial Services Shares following the demutualization as described under "Your Demutualization Benefits – Initial Public Offering" in Part 1 of this Policyholder Information Circular. These transactions have been reflected as if they had occurred as of June 30, 1999 for purposes of the Pro Forma Condensed Consolidated Balance Sheet and as of January 1, 1998 for purposes of the Pro Forma Condensed Consolidated Statements of Operations for the year ended December 31, 1998 and for the six-month period ended June 30, 1999.

The Pro Forma Condensed Consolidated Financial Statements are not intended to reflect the consolidated results of operations or the consolidated financial position that would actually have resulted had the transactions been consummated on the dates indicated, and do not represent a projection or forecast of the results which may be reported in the future.

The specific pro forma adjustments and the basic assumptions used in the preparation of the Pro Forma Condensed Consolidated Financial Statements are described in detail in the notes thereto. The pro forma adjustments are based on assumptions and estimates that management believes are reasonable based on the information currently available. The Pro Forma Condensed Consolidated Financial Statements do not include an adjustment for the incremental costs that Financial Services will incur as a result of its status as a public company with common shares. These costs were excluded as the complete financial effects of such costs upon conversion are not objectively determinable.

The Pro Forma Condensed Consolidated Financial Statements should be read in conjunction with the information set forth under "Your Demutualization Benefits – Initial Public Offering" in Part 1 of this Policyholder Information Circular and "Restructuring of Participating and Other Accounts on Demutualization" in this part of the Policyholder Information Circular.

## COMPILATION REPORT

The Board of Directors,
SUN LIFE OF CANADA HOLDINGS CORP.

We have reviewed, as to compilation only, the accompanying Pro Forma Condensed Consolidated Balance Sheet of Sun Life of Canada Holdings Corp. as at June 30, 1999 and the Pro Forma Condensed Consolidated Statements of Operations for the year ended December 31, 1998 and for the six-month period ended June 30, 1999, respectively, which have been prepared solely for inclusion in the Policyholder Information Circular. In our opinion, the Pro Forma Condensed Consolidated Balance Sheet and the Pro Forma Condensed Consolidated Statements of Operations have been properly compiled to give effect to the proposed transactions and the assumptions described in the notes thereto.

Toronto, Canada
September 28, 1999

(Signed) Deloitte & Touche LLP
Chartered Accountants

## CHIEF FINANCIAL OFFICER'S REPORT

The Pro Forma Condensed Consolidated Balance Sheet of Sun Life of Canada Holdings Corp. as at June 30, 1999 and the Pro Forma Condensed Consolidated Statements of Operations for the year ended December 31, 1998 and for the six-month period ended June 30, 1999 have not been audited but have, in all material respects, been prepared in accordance with generally accepted accounting principles applicable to the preparation of Pro Forma Financial Statements, including the accounting requirements of the Superintendent of Financial Institutions.

Toronto, Canada
September 28, 1999

(Signed) Michael A. Hasley
Senior Vice-President, Finance
Sun Life of Canada Holdings Corp.



SL-0406

# PRO FORMA CONDENSED CONSOLIDATED BALANCE SHEET

June 30, 1999

(in millions of Canadian dollars)
(unaudited)

| | Sun Life of Canada Historical | Adjustments | | Financial Services Pro Forma |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Bonds | $24,852 | | | $24,852 |
| Mortgages | 11,714 | | | 11,714 |
| Stocks | 4,295 | | | 4,295 |
| Real estate | 2,451 | | | 2,451 |
| Policy loans | 1,214 | | | 1,214 |
| Cash and short-term securities | 2,934 | $ (245) | 3 (a) | 2,860 |
| | | (385) | 3 (b) | |
| | | (75) | 3 (d) | |
| | | 631 | 3 (f) | |
| Other invested assets | 1,099 | | | 1,099 |
| **Invested assets** | 48,559 | (74) | | 48,485 |
| Other assets | 4,804 | (58) | 3 (d) | 4,746 |
| **Total general fund assets** | $53,363 | $ (132) | | $53,231 |
| **Segregated funds net assets** | $39,880 | | | $39,880 |
| **LIABILITIES** | | | | |
| Actuarial liabilities | $33,260 | $ 1 | 3 (a) | $33,261 |
| Amounts on deposit | 5,315 | | | 5,315 |
| Borrowed funds | 408 | | | 408 |
| Other liabilities | 6,995 | | | 6,995 |
| | 45,978 | 1 | | 45,979 |
| **Subordinated debt** | 737 | | | 737 |
| **Cumulative capital securities of a subsidiary** | 876 | | | 876 |
| **SURPLUS AND SHAREHOLDERS' EQUITY** | | | | |
| Participating Policyholders' Account surplus | – | 84 | 2 (a) | 84 |
| Surplus as a mutual company | 5,772 | (246) | 3 (a) | – |
| | | (5,526) | 3 (c) | |
| Shareholders' equity | – | 5,526 | 3 (c) | 5,555 |
| | | (84) | 2 (a) | |
| | | (385) | 3 (b) | |
| | | (133) | 3 (d) | |
| | | 631 | 3 (f) | |
| **Total surplus and shareholders' equity** | 5,772 | (133) | | 5,639 |
| **Total general fund liabilities, surplus and shareholders' equity** | $53,363 | $ (132) | | $53,231 |
| **Segregated funds contract liabilities** | $39,880 | | | $39,880 |



SL-0407

## PRO FORMA CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS

Year ended December 31, 1998

(in millions of Canadian dollars)
(unaudited)

| | Sun Life of Canada Historical | Adjustments | | Financial Services Pro Forma |
|---|---|---|---|---|
| **Revenue** | | | | |
| Premiums | $ 7,582 | | | $ 7,582 |
| Net investment income | 4,097 | | | 4,097 |
| Fee income | 2,017 | | | 2,017 |
| | 13,696 | | | 13,696 |
| **Policy benefits and expenses** | | | | |
| Payments to policyholders, beneficiaries and depositors | 6,898 | | | 6,898 |
| Net transfers to segregated funds | 1,493 | | | 1,493 |
| Increase in actuarial liabilities | 473 | $ 300 | 2(b) | 773 |
| Commissions | 1,212 | | | 1,212 |
| Operating expenses | 2,050 | | | 2,050 |
| Interest on borrowings | 106 | | | 106 |
| Taxes | 310 | (68) | 2(b) | 253 |
| | | 11 | 3(e) | |
| | 12,542 | 243 | | 12,785 |
| **Operating income** | 1,154 | (243) | | 911 |
| Policyholder dividends | 764 | | | 764 |
| Cumulative capital securities dividends | 76 | | | 76 |
| Confederation Life goodwill write-off | 260 | | | 260 |
| **Net income (loss)** | $ 54 | $(243) | | $ (189) |
| **Net loss attributable to:** | | | | |
| Participating Policyholders | | | 2(c) | $ (33) |
| Shareholders | | | 2(d) | (156) |
| | | | | $ (189) |
| **Pro forma basic loss per common share** | | | | $ (0.39) |
| **Shares used in the calculation of pro forma basic loss per common share (in millions)** | | | 4 | 400 |



SL-0408

# PRO FORMA CONDENSED CONSOLIDATED STATEMENT OF OPERATIONS

Six months ended June 30, 1999

(in millions of Canadian dollars)
(unaudited)

| | Sun Life of Canada Historical | Adjustments | | Financial Services Pro Forma |
|---|---|---|---|---|
| **Revenue** | | | | |
| Premiums | $4,440 | | | $4,440 |
| Net investment income | 2,046 | | | 2,046 |
| Fee income | 1,239 | | | 1,239 |
| | 7,725 | | | 7,725 |
| **Policy benefits and expenses** | | | | |
| Payments to policyholders, beneficiaries and depositors | 3,700 | | | 3,700 |
| Net transfers to segregated funds | 965 | | | 965 |
| Increase in actuarial liabilities | 568 | $ 48 | 2(b) | 616 |
| Commissions | 679 | | | 679 |
| Operating expenses | 1,098 | | | 1,098 |
| Interest on borrowings | 43 | | | 43 |
| Taxes | 179 | (28) | 2(b) | 154 |
| | | 3 | 3(e) | |
| | 7,232 | 23 | | 7,255 |
| **Operating income** | 493 | (23) | | 470 |
| Policyholder dividends | 405 | | | 405 |
| Cumulative capital securities dividends | 38 | | | 38 |
| **Net income** | $ 50 | $(23) | | $ 27 |
| **Net income attributable to:** | | | | |
| Participating Policyholders | | | 2(c) | $ 2 |
| Shareholders | | | 2(d) | 25 |
| | | | | $ 27 |
| **Pro forma basic earnings per common share** | | | | $ 0.06 |
| **Shares used in the calculation of pro forma basic earnings per common share (in millions)** | | | 4 | 400 |



SL-0409

## NOTES TO THE PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

**As at June 30, 1999 and for the periods ended December 31, 1998 and June 30, 1999**

**(unaudited)**

### 1. BASIS OF PRESENTATION

The Pro Forma Condensed Consolidated Financial Statements give effect to (i) the restructuring of the Participating Policyholders' Account, (ii) the demutualization and (iii) the initial public offering of Financial Services Shares following demutualization, as if they had occurred as of June 30, 1999 for purposes of the Pro Forma Condensed Consolidated Balance Sheet and as of January 1, 1998 for purposes of the Pro Forma Condensed Consolidated Statements of Operations for the year ended December 31, 1998 and for the six-month period ended June 30, 1999.

The historical financial data in the Pro Forma Condensed Consolidated Financial Statements are derived from the unaudited interim consolidated financial statements at and for the six-month period ended June 30, 1999 and the audited consolidated financial statements of Sun Life of Canada for the year ended December 31, 1998, contained elsewhere in this Policyholder Information Circular. Following demutualization, Financial Services will be reporting following a continuity of interest approach whereby Financial Services will be a continuation of the historical operations of Sun Life of Canada. The Pro Forma Condensed Consolidated Financial Statements are prepared on a basis consistent with this approach.

### 2. PARTICIPATING POLICYHOLDERS' ACCOUNT ASSUMPTIONS AND ADJUSTMENTS

The following adjustments reflect the pro forma effects of the restructuring of the Participating Policyholders' Account on the Pro Forma Condensed Consolidated Financial Statements:

(a) Balance Sheet – Participating Policyholders' Account Surplus

The adjustment to the Participating Policyholders' Account Surplus of $84 million represents capital provided to support SLC Post-Demutualization Participating Policies in Canada and the United States that Sun Life Assurance expects to issue over the five-year period subsequent to the demutualization.

(b) Statement of Operations – Policy Benefits and Expenses

The Pro Forma Statement of Operations for 1998 reflects a net increase of $300 million – $232 million, net of tax ($48 million – $20 million, net of tax for the six month period ended June 30, 1999) to policy benefits and expenses to eliminate certain amounts reflected in net income during the period, in respect of individual participating policies. The adjustment represents estimated earnings that would have been available solely for the benefit of the owners of these policies and other adjustments that would not have affected net income had the demutualization occurred on January 1, 1998. The components of the net increase of $232 million for 1998 ($20 million for the six-month period ended June 30, 1999) are as follows:

- *an increase for 1998 of $86 million (a $48 million increase for the six-month period ended June 30, 1999) representing the estimated net experience gains, net of changes in actuarial liabilities, earned by the Company during the period.* Historically as a mutual company, earnings resulting from net experience gains would have been reported as net income. Subsequent to demutualization, net experience gains, under normal operating conditions, would not impact net income as they would be entirely attributable to individual participating policies issued prior to demutualization. As a result, there would be an offsetting adjustment to the actuarial liabilities on the basis that dividends in the future would be adjusted to reflect the cumulative financial effect of such gains and losses;
- *an increase for 1998 of $178 million to eliminate the credit to net income in 1998 resulting from the change to the dividend scale in the Company's United Kingdom operations and the corresponding change in related reserve requirements. The six-month period ended June 30, 1999 reflects a decrease of $28 million to eliminate the charge to net income in 1999 resulting from a change in the reserve for future policy dividends.* Had the demutualization occurred on January 1, 1998 these adjustments would have been made to actuarial liabilities prior to that date in conjunction with the establishment of the Participating Policyholders' Account, with no resulting impact on net income; and
- *a decrease for 1998 of $32 million ($0 for the six-month period ended June 30, 1999) to eliminate the impact of the 1998 write-off of the unamortized portion of goodwill that was allocated to the individual Participating Policies in the U.K.* This goodwill was recorded upon the 1994 acquisition of Confederation U.K. Holdings. Had the demutualization occurred on January 1, 1998, this goodwill write-off would have been offset in the statement of operations by a corresponding adjustment to actuarial liabilities with no resulting impact on net income in 1998.

(c) Statement of Operations – Net Income (Loss) Attributable to Participating Policyholders

The Pro Forma Condensed Consolidated Statement of Operations for 1998 shows an after tax Participating Policyholders' Account net loss of $33 million ($2 million net income for the six-month period ended June 30, 1999) after the transfers

# NOTES TO THE PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## As at June 30, 1999 and for the periods ended December 31, 1998 and June 30, 1999

**(unaudited)**

### 2. PARTICIPATING POLICYHOLDERS' ACCOUNT ASSUMPTIONS AND ADJUSTMENTS (Continued)

permitted to the shareholders' account as described under Note 2 (d) below. This amount is made up of the following components:

- an estimated loss for 1998 of $56 million ($8 million for the six-month period ended June 30, 1999) on the sale of new participating business issued during the period following demutualization had the demutualization occurred on January 1, 1998;
- estimated investment earnings for 1998 of $4 million ($2 million for the six-month period ended June 30, 1999) on the surplus maintained in the Participating Policyholders' Account in respect of SLC Post-Demutualization Participating Policies – see Note 2(a); and
- estimated earnings for 1998 of $19 million ($8 million for the six-month period ended June 30, 1999) on the group pension business in the United Kingdom that would not have been available for transfer to shareholders.

(d) Statement of Operations – Net Income (Loss) Attributable to Shareholders

The net loss attributable to shareholders of $156 million for 1998 (net income of $25 million for the six-month period ended June 30, 1999) includes the pro forma net results of operations during the period on the Company's non-participating insurance business and non-insurance operations. This amount includes the earnings on excess assets that would have been transferred from the Participating Policyholders' Account, as these assets would not have been required to support participating policies.

From time to time, there may be a surplus of assets over liabilities relating to the Ancillary Sub-Funds maintained in respect of the SLC Pre-Demutualization Participating Policies. The Canadian Insurance Act permits transfers of such surplus to be made from the Participating Policyholders' Account to the shareholders' account. Had the demutualization occurred on January 1, 1998, an estimated $64 million of after-tax earnings would have been transferred from the Ancillary Sub-Funds to the shareholders' account during 1998 ($31 million during the six-month period ended June 30, 1999). This transfer comprises the following:

- an estimated $14 million for 1998 ($7 million for the six-month period ended June 30, 1999) relating to the net income earned on amounts on deposit in respect of individual SLC Pre-Demutualization Participating Policies in Canada and the United States. This amount is derived from the investment income earned on the assets supporting the amounts on deposit less interest paid and applicable taxes;
- an estimated $25 million for 1998 ($18 million for the six-month period ended June 30, 1999) relating to the net income earned in respect of the PFADS on individual SLC Pre-Demutualization Participating Policies in Canada and the United States. This amount includes the investment income earned on the assets supporting the PFADS, net of applicable taxes, and changes that would have occurred in the PFADS during the period had the demutualization taken place on January 1, 1998; and
- an estimated $25 million for 1998 ($6 million for the six-month period ended June 30, 1999) relating to the net after tax income earned on participating group insurance and pension policies in Canada and the United States.

### 3. DEMUTUALIZATION AND OFFERING ASSUMPTIONS AND ADJUSTMENTS

The following adjustments reflect the pro forma effects of the demutualization and the initial public offering of Financial Services Shares following the demutualization on the Pro Forma Condensed Consolidated Financial Statements. Adjustments relating to the initial public offering and the distribution of demutualization benefits are based on certain assumptions that may differ significantly from the actual amounts.

(a) Represents (i) the estimated provision of $1 million for Policy Credits granted to certain eligible policyholders and (ii) an estimated $245 million for direct cash payments granted to Designated Canadian Policyholders who make the Cash Election. These amounts are based on the assumptions that eligible policyholders who receive Policy Credits are allocated 62,500 shares, Designated Canadian Policyholders elect to sell 14 million shares and the initial offering price is $17.50 per share.

(b) Represents an estimate of $385 million of Financial Services Shares repurchased by the Company, at an assumed initial offering price of $17.50 per share, from eligible policyholders in Canada (except Designated Canadian Policyholders) who make the Cash Election. This amount is based on the assumption that these policyholders elect to sell 22 million shares.



SL-0411

# NOTES TO THE PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## As at June 30, 1999 and for the periods ended December 31, 1998 and June 30, 1999

## (unaudited)

### 5. PRO FORMA NET INCOME (LOSS) BY BUSINESS

The information set out below gives the effect of the pro forma adjustments presented in the Pro Forma Condensed Consolidated Statements of Operations on the net income (loss) attributable to each of the Company's businesses. The pro forma adjustments to the Company's businesses are consistent with the Company's management structure and internal financial reporting. The historical financial data set out below for the year ended December 31, 1998 and for the six-month period ended June 30, 1999 is derived from Note 28 of the audited consolidated financial statements of Sun Life of Canada and Note 1 of the unaudited interim consolidated financial statements, respectively.

**PRO FORMA NET INCOME (LOSS) BY BUSINESS**
**Year Ended December 31, 1998**
**(in millions of Canadian dollars)**

| | Canada | United States | | United Kingdom | Asia Pacific | Other | Consolidation Adjustments | Total |
|---|---|---|---|---|---|---|---|---|
| | | Sun Life | MFS | | | | | |
| Net income (loss) | | | | | | | | |
| i) Wealth Management – Historical | $100 | $ 59 | $113 | $(531) | $ – | $ 1 | $(21) | $(279) |
| Pro forma adjustments | – | – | – | – | – | – | – | – |
| Wealth Management – Pro forma | 100 | 59 | 113 | (531) | – | 1 | (21) | (279) |
| ii) Protection – Historical | 111 | 201 | – | 170 | 30 | (74) | – | 438 |
| Pro forma adjustments(1) | (74) | (84) | – | (189) | – | – | – | (347) |
| Protection – Pro forma | 37 | 117 | – | (19) | 30 | (74) | – | 91 |
| iii) Corporate and Other – Historical | 55 | (15) | – | (235) | – | 69 | 21 | (105) |
| Pro forma adjustments(2) | 30 | 20 | – | 54 | – | – | – | 104 |
| Corporate and Other – Pro forma | 85 | 5 | – | (181) | – | 69 | 21 | (1) |
| Pro forma net income (loss) attributable to: | | | | | | | | |
| Participating Policyholders(3) | (12) | (13) | – | (8) | – | – | – | (33) |
| Shareholders(4) | 234 | 194 | 113 | (723) | 30 | (4) | – | (156) |
| **Pro forma net income (loss)** | $222 | $181 | $113 | $(731) | $30 | $ (4) | $ – | $(189) |

1. Represents (i) the estimated after tax increase in actuarial liabilities of $232 million in respect of individual participating policies issued before demutualization – see Note 2(b); (ii) the estimated net increase in taxes of $22 million allocated to the Participating Policyholders' Account which relates to the demutualization and subsidiarization of branch operations – see Note 3(e), and (iii) the estimated allocation of $93 million of earnings on excess assets relating to the Participating Policyholders' Account that would not have been required to fund policies sold before and after demutualization.

2. Represents the estimated tax effect of $11 million relating to the demutualization and subsidiarization of branch operations as described in Note 3(e) and $93 million of earnings on assets as described in footnote 1 above.

3. Represents the estimated after tax loss attributable to the Participating Policyholders' Account after the transfers permitted to the shareholders' account – see Note 2(c).

4. Represents the amount of net income (loss) attributable to shareholders including the estimated earnings transferred from the Participating Policyholders' Account to the shareholders' account – see Note 2(d).



SL-0413

## NOTES TO THE PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

**As at June 30, 1999 and for the periods ended December 31, 1998 and June 30, 1999**

**(unaudited)**

5. **PRO FORMA NET INCOME (LOSS) BY BUSINESS (Continued)**

**PRO FORMA NET INCOME (LOSS) BY BUSINESS**
**Six Months Ended June 30, 1999**
**(in millions of Canadian dollars)**

| | Canada | United States Sun Life | United States MFS | United Kingdom | Asia Pacific | Other | Consolidation Adjustments | Total |
|---|---|---|---|---|---|---|---|---|
| Net income (loss) | | | | | | | | |
| i) Wealth Management – Historical | $ 38 | $ 35 | $82 | $(302) | $(1) | $ 4 | $(12) | $(156) |
| Pro forma adjustments | – | – | – | – | – | – | – | – |
| Wealth Management – Pro forma | 38 | 35 | 82 | (302) | (1) | 4 | (12) | (156) |
| ii) Protection – Historical | 51 | 83 | – | 26 | 34 | (35) | – | 159 |
| Pro forma adjustments(1) | (23) | (33) | – | (4) | (5) | – | – | (65) |
| Protection – Pro forma | 28 | 50 | – | 22 | 29 | (35) | – | 94 |
| iii) Corporate and Other – Historical | 10 | 12 | – | 39 | – | (26) | 12 | 47 |
| Pro forma adjustments(2) | 10 | (1) | – | 33 | – | – | – | 42 |
| Corporate and Other – Pro forma | 20 | 11 | – | 72 | – | (26) | 12 | 89 |
| Pro forma net income (loss) attributable to: | | | | | | | | |
| Participating Policyholders(3) | (2) | (3) | – | 7 | – | – | – | 2 |
| Shareholders(4) | 88 | 99 | 82 | (215) | 28 | (57) | – | 25 |
| **Pro forma net income (loss)** | $ 86 | $ 96 | $82 | $(208) | $28 | $(57) | $ – | $ 27 |

1. Represents (i) the estimated after tax increase in actuarial liabilities of $20 million in respect of individual participating policies issued before demutualization – see Note 2(b); (ii) the estimated net increase in taxes of $4 million allocated to the Participating Policyholders' Account which relates to the demutualization and subsidiarization of branch operations – see Note 3(e), and (iii) the estimated allocation of $41 million of earnings on excess assets relating to the Participating Policyholders' Account that would not have been required to fund policies sold before and after demutualization.

2. Represents the estimated tax effect of $1 million relating to the demutualization and subsidiarization of branch operations as described in Note 3(e) and $41 million of earnings on assets as described in footnote 1 above.

3. Represents the estimated after tax income (loss) attributable to the Participating Policyholders' Account after the transfers permitted to the shareholders' account – see Note 2(c).

4. Represents the amount of net income (loss) attributable to shareholders including the estimated earnings transferred from the Participating Policyholders' Account to the shareholders' account – see Note 2(d).

## NOTES TO THE PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

### As at June 30, 1999 and for the periods ended December 31, 1998 and June 30, 1999

### (unaudited)

#### 6. PRO FORMA GENERAL FUND ASSETS AND LIABILITIES

The information set out below provides summarized financial information of the estimated pro forma assets and liabilities in respect of participating policyholders and shareholders as at June 30, 1999. The allocation of assets and liabilities to the participating policyholders is based on the estimated amounts necessary to support the SLC Pre-Demutualization and Post-Demutualization Participating Policies of Sun Life Assurance and the participating businesses in Sun Life of Canada (U.K.) and Sun Life of Canada (International). As the allocation of assets and liabilities to accounts for participating policies will not occur until demutualization, the actual assets and liabilities ultimately allocated will not be known until such date.

**PRO FORMA GENERAL FUND ASSETS AND LIABILITIES**
**As at June 30, 1999**
**(in millions of Canadian dollars)**

| | Participating Policyholders | Shareholders | Total |
|---|---|---|---|
| **ASSETS** | | | |
| Bonds | $ 6,018 | $18,834 | $24,852 |
| Mortgages | 2,198 | 9,516 | 11,714 |
| Stock | 3,390 | 905 | 4,295 |
| Real estate | 1,722 | 729 | 2,451 |
| Policy loans | 1,075 | 139 | 1,214 |
| Cash and short-term investments | 961 | 1,899 | 2,860 |
| Other invested assets | – | 1,099 | 1,099 |
| Invested assets | 15,364 | 33,121 | 48,485 |
| Other assets | 236 | 4,510 | 4,746 |
| Total general fund assets | $15,600 | $37,631 | $53,231 |
| **LIABILITIES AND CAPITAL** | | | |
| Actuarial liabilities | $11,875 | $21,386 | $33,261 |
| Amounts on deposit | 1,230 | 4,085 | 5,315 |
| Borrowed funds | – | 408 | 408 |
| Other liabilities | 2,411 | 4,584 | 6,995 |
| | 15,516 | 30,463 | 45,979 |
| Subordinated debt | – | 737 | 737 |
| Cumulative capital securities of a subsidiary | – | 876 | 876 |
| Participating Policyholders' Account surplus | 84 | – | 84 |
| Shareholders' equity | – | 5,555 | 5,555 |
| Total general fund liabilities, surplus and shareholders' equity | $15,600 | $37,631 | $53,231 |

# NOTES TO THE PRO FORMA CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

## As at June 30, 1999 and for the periods ended December 31, 1998 and June 30, 1999

## (unaudited)

### 7. PRO FORMA U.S. GAAP INFORMATION

The historical data in the Pro Forma Condensed Consolidated Financial Statements is prepared in accordance with accounting principles generally accepted in Canada (Cdn. GAAP). These accounting principles differ in certain respects from accounting principles generally accepted in the United States (U.S. GAAP). These differences are summarized in Note 32 of the Consolidated Financial Statements.

The adjustments reflected in the Pro Forma Statement of Operations and the Pro Forma Balance Sheet would not result in further U.S. GAAP differences, with the exception of the following:

(a) Pro Forma Statement of Operations

(i) ***Participating policyholders' earnings:*** Under Cdn. GAAP, the Pro Forma Statement of Operations for 1998 reflects a net increase of $300 million ($232 million, net of tax) to policy benefits and expenses to eliminate certain amounts reflected in net income in 1998, in respect of individual participating policies – See Note 2(b). Under U.S. GAAP there would have been an adjustment to liabilities for individual participating policies which, net of tax, would have reduced net income by $75 million.

Under U.S. GAAP, net income would also have been decreased at the date of demutualization by a one time charge of $43 million, net of tax. This charge primarily reflects additional amortization of deferred acquisition costs due to lower than expected future gross margins in respect of individual participating policies.

(ii) ***Pro forma net income before extraordinary item and pro forma earnings before extraordinary item per common share:*** Under U.S. GAAP pro forma net income before extraordinary item attributable to shareholders would be $353 million for the year ended December 31, 1998. Pro forma earnings before extraordinary item per common share would be $0.88 for the year ended December 31, 1998. The extraordinary item consists of demutualization costs, net of taxes, as summarized in Note 32 to the audited consolidated financial statements.

(b) Pro Forma Balance Sheet

(i) ***Surplus and shareholders' equity:*** Under U.S. GAAP, pro forma surplus and shareholders' equity would be $8,588 million as at December 31, 1998. For U.S. GAAP purposes, the historical equity of Sun Life Assurance of $8,687 million would be reclassified to shareholders' equity to reflect the conversion to a life insurance company with common shares, wholly-owned by Fianncial Services — See Note 3(c). This amount would be decreased by $99 million for the after tax costs relating to the demutualization and the initial public offering estimated to be incurred after December 31, 1998 ($34 million has been incurred and expensed in 1998 for U.S. GAAP purposes).

## CAPITALIZATION

As a mutual life insurance company, Sun Life Assurance currently has no shares outstanding. The following table sets forth the audited consolidated capitalization of Sun Life of Canada as at December 31, 1998 and the unaudited consolidated capitalization of Sun Life of Canada as at August 31, 1999. The table also sets forth the pro forma consolidated capitalization of Financial Services at August 31, 1999, giving effect to the restructuring of the Participating Policyholders' Account, the demutualization and the initial public offering of Financial Services Shares following the demutualization. See "Pro Forma Condensed Consolidated Financial Statements".

### Consolidated Capitalization

| | Sun Life of Canada at December 31, 1998 | Sun Life of Canada at August 31, 1999 (unaudited) | Financial Services Pro Forma at August 31, 1999 (unaudited) |
|---|---|---|---|
| | | (in millions) | |
| **Debt** | | | |
| Bank indebtedness[1] | $ 259 | $ 195 | $ 195 |
| 6.63% Subordinated Notes due December 15, 2007[2] | 232 | 224 | 224 |
| 7.25% Subordinated Notes due December 15, 2015[2] | 232 | 224 | 224 |
| 8.49% Capital Debentures[3] | 300 | 300 | 300 |
| Real estate encumbrances | 47 | 55 | 55 |
| Total debt | 1,070 | 998 | 998 |
| **8.526% Cumulative Capital Securities of subsidiary trust[4]** | 930 | 895 | 895 |
| **Surplus as a mutual company** | | | |
| Surplus | 5,325 | 5,375[5] | – |
| Currency translation account | 756 | 397[5] | – |
| Total surplus as a mutual company | 6,081 | 5,772[5] | – |
| **Surplus and Shareholders' Equity[6]** | | | |
| Participating Policyholders' Account Surplus | – | – | 84 |
| Share capital | – | – | 631[7] |
| Retained earnings | – | – | 4,527 |
| Currency translation account | – | – | 397 |
| Total shareholders' equity | – | – | 5,555 |
| Total surplus and shareholders' equity | – | – | 5,639 |
| **Total capitalization** | $8,081 | $7,665 | $7,532 |

1. Consists of U.K. pound and U.S. dollar credit facilities of various terms, each bearing interest at floating rates, converted to Canadian dollars at exchange rates in effect on December 31, 1998 and August 31, 1999, respectively.
2. Represents the 6.63% Subordinated Notes due December 15, 2007 and the 7.25% Subordinated Notes due December 15, 2015, in each case denominated in U.S. dollars, converted to Canadian dollars at the exchange rate in effect on December 31, 1998 and August 31, 1999, respectively.
3. Consists of 8.49% Capital Debentures due in 2005 issued by the Company on July 28, 1995 and October 27, 1995.
4. Represents U.S.$600 million of Cumulative Capital Securities, converted to Canadian dollars at the exchange rate in effect on December 31, 1998 and August 31, 1999, respectively.
5. Amounts are at June 30, 1999.
6. Surplus and shareholders' equity amounts are at June 30, 1999.
7. Represents estimated gross proceeds to Financial Services from the sale of Financial Services Shares in the initial public offering. See Note 3(f) to the Pro forma Condensed Consolidated Financial Statements.

# MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## Overview

The Company operates two principal businesses. The Wealth Management Business of the Company comprises all of the Company's asset management, mutual fund, pension, annuity and trust and banking operations, while the Protection Business comprises the Company's insurance, or protection, operations, including its individual life, group life and health and reinsurance operations. The Company has another reporting area, Corporate and Other Business, which comprises revenues and expenses not directly attributable to the Wealth Management Business or the Protection Business, including income on corporate capital and unallocated corporate office costs.

### *The Wealth Management Business*

The Wealth Management Business is the largest of the Company's businesses measured by assets under management, with $235.7 billion in assets under management as at June 30, 1999 (December 31, 1998 – $220.6 billion; 1997 – $158.8 billion; 1996 – $117.2 billion). The Company derives revenues in the Wealth Management Business principally from (i) investment advisory fees, distribution fees, shareholder servicing fees and redemption fees on the sale or redemption of mutual fund products, (ii) mortality and expense fees, distribution fees and investment advisory fees from the sale and management of individual annuities, (iii) investment advisory fees for management of funds on behalf of institutional investors, (iv) annuity premiums on the sale of fixed annuities, (v) net investment income on general fund assets held primarily in the pension and annuity businesses and (vi) other fee income earned by the Company.

For the six-month period ended June 30, 1999 and for the years ended December 31, 1998, 1997 and 1996, the Company's revenues from the Wealth Management business were as follows:

| | Six Months Ended June 30, 1999 | | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | % of Total | 1998 | % of Total | 1997 | % of Total | 1996 | % of Total |
| | | | | ($ in millions) | | | | |
| United States | $2,490 | 66 | $3,595 | 59 | $3,225 | 58 | $2,214 | 47 |
| Canada | 746 | 20 | 1,463 | 24 | 1,504 | 27 | 1,720 | 37 |
| United Kingdom | 544 | 14 | 1,055 | 17 | 859 | 15 | 741 | 16 |
| Other | 4 | – | 1 | – | – | – | – | – |
| Consolidation Adjustment | (15) | N/A | (28) | N/A | (23) | N/A | (26) | N/A |
| Total | $3,769 | 100 | $6,086 | 100 | $5,565 | 100 | $4,649 | 100 |

### *The Protection Business*

The Protection Business had $28.0 billion in assets under management as at June 30, 1999 (December 31, 1998 – $28.4 billion; 1997 – $24.2 billion; 1996 – $21.9 billion). In the Protection Business, the principal sources of revenue are (i) premiums earned on the sale of individual life, group life and group health insurance contracts, (ii) net investment income on general fund assets and (iii) fees earned primarily on the provision of services under administration services only contracts where no insurance risk is assumed by the Company.

For the six-month period ended June 30, 1999 and for the years ended December 31, 1998, 1997 and 1996, revenues from the Protection Business were as follows:

| | Six Months Ended June 30, 1999 | | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | % of Total | 1998 | % of Total | 1997 | % of Total | 1996 | % of Total |
| | | | | ($ in millions) | | | | |
| United States | $1,211 | 31% | $2,483 | 34% | $2,125 | 33% | $1,961 | 34% |
| Canada | 1,122 | 29 | 2,147 | 29 | 2,047 | 32 | 1,932 | 33 |
| United Kingdom | 804 | 21 | 1,523 | 21 | 1,419 | 22 | 1,216 | 21 |
| Asia | 190 | 5 | 344 | 5 | 346 | 5 | 317 | 5 |
| Other | 519 | 14 | 834 | 11 | 502 | 8 | 417 | 7 |
| Total | $3,846 | 100% | $7,331 | 100% | $6,439 | 100% | $5,843 | 100% |

### *Factors Affecting Profitability*

The Company's expenses for the Wealth Management Business and the Protection Business include payments to policyholders, beneficiaries and depositors, net transfers to and from segregated funds, net changes in actuarial liabilities, commissions paid to various distributors of the Company's products and other general business expenses, including income taxes.

The Company's profitability depends in large part upon (i) the amount and composition of its assets under management (which are primarily a function of sales generated, investment performance, the rate of redemptions and cancellations and fluctuations in financial markets), (ii) the management of product pricing and terms (which is, in part, influenced by competitive conditions), (iii) mortality and morbidity rates, (iv) the ability to maintain expenses within pricing assumptions, (v) the maintenance of target spreads between credited rates on policyholder account balances and the rate of earnings on its investments, (vi) the rate of surrender and lapses of its products and (vii) the ability to manage the market and credit risks associated with assets under management. In addition, external factors such as the impact of legislation and regulation of the insurance industry may also affect the Company's profitability. See also "Risk Factors".

## Certain Items Affecting Net Income

The Company recorded several significant charges in 1998 and in the six-month period ended June 30, 1999, which, together with certain other significant items, are set forth below, together, for comparative purposes, with the amount of the same items in 1997 and 1996. These charges and credits are discussed below, following the table.

| | Six Months Ended June 30, 1999 | Year Ended December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| Net income as reported | $ 50 | $ 54 | $511 | $490 |
| **Adjustments** | | | | |
| **United Kingdom Adjustments** | | | | |
| Pension Sales Provisions | $354 | $ 347 | $196 | $ 24 |
| Annuity Rate Provisions | (28) | 313 | 31 | 35 |
| Write-off of goodwill recorded on the 1994 acquisition of Confederation U.K. Holdings | – | 260 | – | – |
| Change in actuarial liabilities on participating business in the United Kingdom | 28 | (178) | – | 41 |
| Tax impact of U.K. Adjustments | – | (56) | (64) | (18) |
| Total United Kingdom Adjustments | 354 | 686 | 163 | 82 |
| **MFS Adjustments** | | | | |
| Gain on issue of MFS shares to certain MFS employees | (27) | (66) | (11) | (30) |
| Tax impact of MFS Adjustments | 9 | 22 | 4 | 10 |
| Total MFS Adjustments | (18) | (44) | (7) | (20) |
| Total Adjustments | $336 | $ 642 | $156 | $ 62 |

### *United Kingdom Adjustments*

#### Provisions for Prior U.K. Pension Sales

In recent years, the Company has been required to record substantial provisions ("Pension Sales Provisions") as a result of liabilities to customers arising out of sales of individual pension plans in the United Kingdom from 1988 to 1994, including sales made by Confederation Life (U.K.) prior to its acquisition by the Company in 1994. Such sales were made possible by legislation that was enacted in the U.K. in 1988 allowing individuals to "opt out" of, or not join, employer-sponsored pension plans and to transfer the benefits accrued under such plans to personal pension plans. During the following years, a large number of individuals transferred their pensions from employers' pension plans to personal pension plans or opted not to join their employers' pension plans but to contribute instead to personal pension plans. In 1993, the Securities and Investments Board (the "SIB"), which at the time regulated marketing activities in the investment management business in the United Kingdom, a role subsequently assumed by the Personal Investment Authority ("PIA"), conducted a systematic survey of pension transfers and concluded, as a general matter, that there were concerns with respect to inappropriate advisory practices by independent financial advisers and direct sales agents in the sales of personal pension plans. In particular, the SIB expressed concern that, in many instances, the advice received by customers was inappropriate and that the individuals would have been better advised not to



SL-0419