increased by $29 million, or 42%, from $69 million in 1997 to $98 million in 1998, primarily as a result of increased sales of universal life insurance, particularly through third party brokerage distribution channels.

Group life premiums remained relatively consistent in 1998 compared to 1997, increasing by $2 million $267 million. Group health premiums increased by $59 million, or 9%, to $719 million in 1998 from $660 million in 1997. Most of the increase was attributable to price increases in the long term disability line in response to adverse morbidity and the decline in Canadian interest rates. Fee income earned on administration services only business in the group health line remained relatively consistent in 1998, increasing to $27 million from $25 million in 1997.

Net income in the Canadian Protection Business increased by $7 million, or 7%, to $111 million in 1998, up from $104 million in 1997. Lower distribution expenses resulting from the restructuring of the individual agency system in 1997 were a significant factor in the increase in net income. Expenses in 1997 included a one-time agency restructuring expense of $11 million. These contributions to earnings in 1998 were partially offset by lower investment income from the term insurance business as a result of the decline in interest rates in Canada during the year. In addition, mortality experience in 1998 was less favourable than in 1997. Group life and health net income in Canada increased by $1 million, or 3%, in 1998 to $34 million from $33 million in 1997, with adverse morbidity in health offset by reserve releases where improved actuarial data for certain lines of business led to reserve reductions.

*United Kingdom*

The U.K. Protection Business comprises individual insurance, including participating and non-participating whole life and term insurance and unit-linked life insurance products, in which contract holders participate in the performance of various investment funds, as well as group life and health insurance. Set forth below is selected financial information for this business:

**Protection – U.K. Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income (Loss) Year Ended December 31, | |
|---|---|---|---|---|
| | 1998 | 1997 | 1998 | 1997 |
| | (in millions) | | | |
| Individual Life | $582 | $511 | $170 | $12 |
| Group Life and Health | 334 | 294 | (1) | 43 |
| Total | $916 | $805 | $169 | $55 |

Premium revenue in the U.K. increased by $111 million, or 14%, in 1998 to $916 million, compared to $805 million in 1997. The increase was primarily attributable to the appreciation of the U.K. pound against the Canadian dollar.

The U.K. Protection Business realized net income of $169 million in 1998, an increase of $114 million, or 207%, from net income of $55 million in 1997, all of which resulted from a significant one-time reduction in actuarial liabilities of $178 million. This reduction resulted from changes to the dividend scale in the Company's U.K. operations initiated in 1998. See "– Certain Items Affecting Net Income – United Kingdom Adjustments – Change in Actuarial Liabilities". Excluding this release, net income in the U.K. Protection Business declined by $64 million to a loss of $9 million in 1998 compared to net income of $55 million in 1997. The decline reflected poor performance in the individual participating life insurance business, where investment income declined by 3% to $510 million from $527 million in 1997. The decline in investment income reflected in part non-recurring special dividends received on invested assets in 1997, which increased net investment income in that year by $10 million. Net income of $10 million was earned in the individual non-participating business, relating primarily to the Company's unit-linked life products. The group life and health business lost $1 million in 1998 compared to net income of $43 million in 1997, with poor claims experience in a survivor income benefit product contributing to the poor performance. In addition, the loss in the group life and health business in 1998 was partly attributable to the significant drop in U.K. interest rates, combined with the fact that the Company's survivor income benefit product was typically sold with three year premium guarantees, giving rise to the need for increased reserves in this product.

*Asia*

The Asia Protection Business comprises individual insurance, primarily participating products, and, in the Philippines, group insurance. Set forth below is selected financial information for this business operating area:

**Protection – Asia Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income Year Ended December 31, | |
|---|---|---|---|---|
| | 1998 | 1997 | 1998 | 1997 |
| | (in millions) | | | |
| Asia | $242 | $250 | $30 | $37 |

Premium income in the Asia Protection Business declined by $8 million, or 3%, to $242 million in 1998, from $250 million in 1998. Net income declined in 1998 by $7 million, or 19%, to $30 million from $37 million in 1997. Premium income and earnings from the Philippines operation declined substantially, primarily due to the decline of the Philippine peso relative to the Canadian dollar. Investment income was also lower due to reduced stock market gains in 1998 compared with 1997. Earnings in Hong Kong improved as a result of improved investment performance and modest reductions in expenses.

The Company's Indonesian operations are carried on through a subsidiary, PT Asuransi Sun Life Indonesia. The Company's investment in this operation is less than $25 million.

*Reinsurance*

Set forth below is selected financial information for the Company's reinsurance operations:

**Protection – Reinsurance Operations**
**Selected Financial Information**

| | Premium Income Year Ended December 31, | | Net Income (Loss) Year Ended December 31, | |
|---|---|---|---|---|
| | 1998 | 1997 | 1998 | 1997 |
| | (in millions) | | | |
| Accident and Health | $523 | $262 | $(102) | $(30) |
| Life | 227 | 171 | 21 | 27 |
| Financial Reinsurance | – | – | 3 | 1 |
| | $750 | $433 | $ (78) | $ (2) |

The Company currently offers A&H, life and financial reinsurance, primarily in the United States. The Company's A&H reinsurance operations experienced a third consecutive year of poor results in 1998, losing $102 million, compared to a loss of $30 million in 1997. The losses in A&H were primarily related to a significant deterioration in claims experience in the U.S. group major medical business, as well as significant reserve strengthening to reflect the expected continuation of the high level of claims beyond 1998. This resulted in an overall loss for Sun Life of Canada's reinsurance operations of $78 million in 1998, compared to a loss of $2 million in 1997.

The North American A&H reinsurance market experienced poor financial results in 1998, resulting in several market participants withdrawing from certain lines of business, cancelling contracts or exiting the A&H market altogether. A significant proportion of Sun Life of Canada's A&H reinsurance business was generated through a contractual relationship with a managing general underwriter in the U.S. market. Based on the Company's assessment of the future of the U.S. group major medical market, this contract was discontinued in 1998 and the remaining book of business will run off over the next several years. Of the total A&H premiums in 1998, $305 million, or 59%, was derived from this contract.

The Company's life reinsurance business made a profit of $21 million in 1998, representing a decrease of $6 million, or 22%, from $27 million in 1997. The decrease was almost entirely a result of a return to normal mortality in 1998 from the very strong mortality results in 1997.

Financial reinsurance, which earns fee income as opposed to premium revenue, produced a profit of $3 million in 1998, compared with $1 million in 1997, on stable business volumes.

### *Results of Operations – Corporate and Other*

The Corporate and Other Business includes earnings on capital not deployed in the Wealth Management Business or the Protection Business and unallocated corporate office costs.

The Corporate and Other area reported a loss of $105 million in 1998 compared to a profit of $81 million in 1997. These results for 1998 include $228 million of goodwill write-off, offset in part by an after-tax gain of $44 million on the issue of MFS shares to MFS management. See "– Certain Items Affecting Income". The residual income of $79 million reflects net earnings on capital not allocated to the Company's other business units.

## Year Ended December 31, 1997 Compared to Year Ended December 31, 1996

### *Results of Operations – Consolidated Operations*

In 1997, net income rose by $21 million, or 4%, to $511 million, compared to $490 million in 1996. This net income was adversely affected, however, by an after tax increase in Pension Sales Provisions of $141 million. Excluding these Pension Sales Provisions and the other adjustment items set forth under "– Certain Items Affecting Net Income", net income in 1997 would have been $667 million, representing an increase of $115 million, or 21% from the comparable figure for 1996.

The Company's surplus increased by $563 million in 1997 to $5.7 billion, reflecting net income of $511 million and an additional increase in surplus of $52 million due to the effect of changes in foreign currency exchange rates, which directly affect the CTA, a component of surplus. The decline in value of the Canadian dollar against the U.S. dollar and pound sterling resulted in increases to the CTA of $111 million and $23 million, respectively, in 1997. The decline of the Philippine peso against the Canadian dollar produced a $68 million decline in the CTA in 1997.

The Company's total assets under management, made up of its general funds, segregated funds and other assets under management, grew from $141.7 billion at December 31, 1996 to $186.1 billion at December 31, 1997, representing an increase of $44.4 billion, or 31%. The following chart summarizes the growth in these assets in 1997:

**Total Assets under Management**

| | At December 31, 1997 | At December 31, 1996 |
|---|---|---|
| | (in millions) | |
| General funds | $ 49,564 | $ 45,598 |
| Segregated funds[(1)] | 30,519 | 26,250 |
| Other assets under management | 106,035 | 69,820 |
| Total assets under management | $186,118 | $141,668 |

1. Segregated funds are held in accounts separate from the general funds of the Company. The assets are carried at fair value. Deposits, investment income and net realized capital gains and losses from these assets are not included in the Company's Consolidated Statement of Operations.

Sun Life of Canada's general fund assets increased in 1997 by $4.0 billion, or 9%, to $49.6 billion at December 31, 1997. The issue of Cumulative Capital Securities by a subsidiary of Sun Life Assurance accounted for $858 million of this increase and $795 was attributable to fluctuations in foreign currency rates against the Canadian dollar.

Segregated fund assets grew to $30.5 billion at December 31, 1997, compared to $26.2 billion at December 31, 1996, representing an increase of $4.3 billion, or 16%. This growth reflected in part the continued strong sales of variable annuities in the United States. The decline of the Canadian dollar against the U.S. dollar and the pound sterling contributed $769 million of the increase in 1997. See Consolidated Statement of Changes in Segregated Funds Net Assets.

Other assets under management increased by $36.2 billion, or 52%, in 1997 to $106.0 billion, of which $3.8 billion was attributable to fluctuations in currency exchange rates. Of the increase, $28.7 billion was attributable to growth in assets under management at MFS, both as a result of net new sales in 1997 of $11.6 billion and market appreciation of

$12.2 billion of assets under management. The acquisition of McLean Budden in August 1997 increased other assets under management by $8.7 billion.

Sun Life of Canada's total revenue increased by $1.5 billion, or 14%, in 1997 to $12.2 billion from $10.7 billion in 1996. The growth in revenues reflected increases in each of premium revenue, fee income and net investment income, as outlined below. The remainder of this increase, $215 million, was attributable to fluctuations in currency exchange rates.

## Components of Consolidated Revenue

| | Year Ended December 31, 1997 | Year Ended December 31, 1996 |
|---|---|---|
| | (in millions) | |
| Premiums: | | |
| Life insurance | $ 3,126 | $ 2,968 |
| Health insurance | 1,325 | 1,208 |
| Annuities | 2,488 | 1,917 |
| Total premiums | 6,939 | 6,093 |
| Net investment income | 3,836 | 3,526 |
| Fee income | 1,430 | 1,113 |
| | $12,205 | $10,732 |

Premium revenue increased by 14% to $6.9 billion in 1997, an $846 million increase of which $113 million was attributable to fluctuations in currency exchange rates. Individual life insurance premiums increased by 7% to $2.3 billion in 1997 and were higher in all geographic areas, with Asia increasing by $19 million, or 8%, to $246 million despite a decline in value of the Philippine peso against the Canadian dollar. Group life insurance premiums, excluding reinsurance, decreased by $13 million, or 2%, to $672 million in 1997 from $685 million in 1996. Group life insurance premiums in the United States decreased by 10%, or $21 million, to $193 million in 1997 primarily due to the Company's decision to withdraw from the federal and state employee group life insurance market. This withdrawal resulted in a $53 million reduction in group premiums in 1997. Health insurance premiums increased by $117 million, or 9%, to $1.3 billion in 1997 from $1.2 billion in 1996, with the U.S. group health business and reinsurance contributing a combined $91 million of the increase. Annuity premiums increased in 1997 by $571 million, or 30%, to $2.5 billion in 1997 compared to 1996. This increase was due primarily to growth in premium revenue from the Company's Regatta fixed annuity product in the U.S., which increased by $933 million to $1.3 billion in 1997 compared to $384 million in 1996. The increase in Regatta fixed annuity sales principally reflected growth in premiums received on Regatta products offering the dollar cost averaging feature, which were introduced in 1996. This was partially offset by declines in group annuity premiums in the U.S. and Canada. Group annuity premiums in the United States in 1997 decreased $192 million, to $69 million, compared to $261 million in 1996, due to the Company's decision to withdraw from the group annuity guaranteed investment contract market. In Canada, annuity premiums decreased $224 million, or 29%, to $542 million in 1997 compared to $766 million in 1996, primarily due to the inclusion of $200 million of group annuity business acquired from Teachers Insurance and Annuity Association of America and the College Retirement Equities Fund ("TIAA-CREF") in 1996 premiums.

Net investment income increased by $310 million to $3.8 billion in 1997 from $3.5 billion in 1996. The increase was primarily attributable to higher bond income, which increased $168 million to $2.0 billion in 1997, higher returns from equity securities, which increased $96 million to $520 million in 1997, a $62 million increase to $182 million in 1997 real estate income and $74 million attributable to fluctuations in currency exchange rates. The provision for asset write-downs decreased by $32 million, from $44 million in 1996 to $12 million in 1997. Net investment income in Sun Bank increased by $34 million compared to 1996 due in part to the acquisition of Exeter Bank during the year.

Fee income for 1997 increased by 28% to $1.4 billion in 1997, compared to $1.1 billion in 1996. Of this increase, $28 million was attributable to fluctuations in currency exchange rates. The increase reflected a $222 million increase in fees in MFS, an increase of $28 million in fees at the Canadian mutual fund operations, primarily from Spectrum United, as well as a $39 million increase in fees related to U.S. individual annuity products. McLean Budden, in which the Company acquired its 60% interest in August 1997, contributed an increase of $7 million. These increases reflect growth in assets under management in MFS and Spectrum, including $12.8 billion due to market appreciation and $12.2 billion due to net new sales in 1997.

Payments to policyholders and depositors by Sun Life of Canada rose $471 million, or 8%, from $5.8 billion in 1996 to $6.2 billion in 1997. Of the total increase, $96 million was attributable to fluctuations in the currency exchange rate. Health benefits payments rose by $138 million in the Canadian and U.S. group operations. Surrenders and maturities

increased by $117 million in the Canadian annuity operations and by $37 million in the U.S. individual life operations. Surrenders and maturities in the U.S. individual life operations declined by $11 million, which was offset by a $48 million increase attributable to fluctuations in currency exchange rates. Pre-tax accruals for pension sales compensation in the U.K. increased by 717% to $196 million in 1997, compared to $24 million in 1996, as described under "Certain Items Affecting Net Income – United Kingdom Adjustments – Provisions for Prior U.K. Pension Sales".

Transfers to segregated funds rose $679 million in 1997 to $994 million, from $315 million in 1996, an increase of 216%. This increase includes transfers related to the dollar cost averaging product in the Company's U.S. individual annuity operations. The product was introduced in 1996 and did not generate significant transfers until 1997.

The increase in actuarial liabilities in 1997 was $710 million compared to $931 million in 1996. The $221 million difference was primarily attributable to lower annuity reserve increases in Canadian operations of $360 million and was partially offset by higher reserve increases in U.S. operations of $90 million. The increase in such reserves in 1996 included $200 million associated with the acquisition of business from TIAA-CREF in that year.

Commission expense increased by $176 million, or 24%, to $913 million in 1997, from $737 million in 1996. Approximately $13 million of this increase was attributable to fluctuations in currency exchange rates, $84 million was attributable to the U.S. variable annuity operations, $10 million was attributable to Spectrum United, $38 million of the increase was attributable to MFS and $22 million was attributable to the reinsurance operations. The increased commissions for U.S. variable annuity operations, Spectrum United and MFS principally reflect increased sales in those operations.

Policyholder dividends increased by $76 million, or 12%, to $711 million in 1997.

The Company's operating expenses were $1.7 billion in 1997, representing an increase of $256 million, or 17%, over 1996, of which $28 million was attributable to fluctuations in currency exchange rates. Of the total increase, $97 million, or 39%, was at MFS, primarily reflecting the growth in that business during the year. The increased expense level also reflects $44 million of costs associated with the restructuring of the Canadian and U.S. career agency distribution channels to a more variable cost-based distribution system. Provisions of $21 million were taken in the U.K. operations to accrue for the future cost of vacated premises, primarily the former U.K. head office of the Confederation Life operations acquired in 1994. Expenses in 1997 also included $22 million of costs associated with the Company's Year 2000 project, compared to minimal amounts in 1996.

Interest on borrowed funds rose $4 million, or 4%, to $99 million in 1997. With most of the Company's subordinated debt and bank debt borrowed in U.S. dollars and U.K. pounds, the effect of the decline of the Canadian dollar against the U.S. dollar and the pound sterling more than offset the effect of lower average borrowed funds during the year.

In 1997, the Company's total worldwide taxes were $269 million, consisting of income taxes of $205 million and premium taxes of $64 million. In 1996 the Company's worldwide taxes were $304 million, with income taxes of $242 million and premium taxes of $62 million, respectively. The decline in income taxes resulted from a slight decrease in income before taxes and a reduction in the Company's effective tax rate. The Company's effective income tax rate in 1997 was 28.7%, down from 33.1% in 1996. This reduction arose from increased use of Canadian capital tax credits and lower effective income tax rates in the United States.

The Company's results of operations for 1997 and 1996 and assets under management for those years are further summarized by business operating area in the tables below:

## Consolidated Net Income by Business

| | Year Ended December 31, 1997 | | | | Year Ended December 31, 1996 | | | |
|---|---|---|---|---|---|---|---|---|
| | Wealth Management | Protection | Corporate & Other | Total | Wealth Management | Protection | Corporate & Other | Total |
| | | | | (in millions) | | | | |
| **Revenue** | | | | | | | | |
| Premiums | $2,456 | $4,483 | $ – | $ 6,939 | $1,898 | $4,195 | $ – | $ 6,093 |
| Net investment income[1] | 1,765 | 1,870 | 201 | 3,836 | 1,719 | 1,571 | 236 | 3,526 |
| Fee income | 1,344 | 86 | – | 1,430 | 1,032 | 77 | 4 | 1,113 |
| | 5,565 | 6,439 | 201 | 12,205 | 4,649 | 5,843 | 240 | 10,732 |
| **Expenses** | | | | | | | | |
| Payments to policyholders, beneficiaries and depositors[2] | 3,675 | 3,276 | – | 6,951 | 3,342 | 3,062 | – | 6,404 |
| Net transfers to segregated funds | 994 | – | – | 994 | 315 | – | – | 315 |
| Change in actuarial liabilities[3] | (725) | 1,426 | 9 | 710 | (615) | 1,529 | 17 | 931 |
| Other expenses and taxes[3] | 1,508 | 1,420 | 111 | 3,039 | 1,311 | 1,124 | 157 | 2,592 |
| | 5,452 | 6,122 | 120 | 11,694 | 4,353 | 5,715 | 174 | 10,242 |
| Net Income | $ 113 | $ 317 | $ 81 | $ 511 | $ 296 | $ 128 | $ 66 | $ 490 |

1. Includes, in respect of Corporate and Other, gains on the issue of shares of MFS to certain MFS employees in 1997 and 1996 of $11 million and $30 million, respectively.

2. Includes, in respect of Wealth Management, Pension Sales Provisions of $196 million in 1997 and $24 million in 1996.

3. Includes, in respect of Wealth Management, Annuity Rate Provisions of $31 million in 1997 and $35 million in 1996 and, in respect of Protection, an increase of actuarial liabilities totalling $41 million in the participating business in the United Kingdom in 1996.

## Selected Summary Data

| | At and for the Year Ended December 31, | | | |
|---|---|---|---|---|
| | 1997 | | 1996 | |
| | ($ in millions) | % of Total | ($ in millions) | % of Total |
| **Revenues:** | | | | |
| Wealth Management | $ 5,565 | 46% | $ 4,649 | 43% |
| Protection | 6,439 | 53 | 5,843 | 55 |
| Corporate and Other | 201 | 1 | 240 | 2 |
| Total | $ 12,205 | 100% | $ 10,732 | 100% |
| **Net Income:** | | | | |
| Wealth Management | $ 113 | 22% | $ 296 | 60% |
| Protection | 317 | 62 | 128 | 26 |
| Corporate and Other | 81 | 16 | 66 | 14 |
| Total | $ 511 | 100% | $ 490 | 100% |
| **Total Assets Under Management:** | | | | |
| Wealth Management | $158,839 | 85% | $117,155 | 83% |
| Protection | 24,241 | 13 | 21,867 | 15 |
| Corporate and Other | 3,038 | 2 | 2,646 | 2 |
| Total | $186,118 | 100% | $141,668 | 100% |



SL-0441

***Results of Operations – Wealth Management Business***

*United States – MFS*

As at December 31, 1997, the Company had a 93.6% ownership interest in MFS. Set forth below is a summary statement of operations for MFS for the years ended December 31, 1997 and 1996:

**MFS**
**Summary of Operations**

| | Year Ended December 31, 1997 | Year Ended December 31, 1996 |
|---|---|---|
| | (in millions) | |
| **Revenue:**[1] | | |
| Investment management fees | $484 | $379 |
| Underwriting and distribution fees | 325 | 232 |
| Service fees | 94 | 70 |
| Other income | 6 | 5 |
| | 909 | 686 |
| **Expenses:** | | |
| Commissions | 238 | 154 |
| Operating expenses | 496 | 402 |
| Other expenses and taxes[2] | 89 | 62 |
| | 823 | 618 |
| **Net Income** | $ 86 | $ 68 |

1. Includes $25 million and $26 million of revenues arising from intercompany transactions eliminated upon consolidation in 1997 and 1996, respectively.
2. Includes non-controlling interest share of earnings of $6 million in 1997 and $4 million in 1996.

MFS revenues increased by $223 million, or 33%, to $909 million in 1997, from $686 million in 1996. Of the increase, $14 million was attributable to fluctuations in the currency exchange rate. The total increase was primarily attributable to a $105 million, or 28%, increase in investment management fees, to $484 million in 1997 and a $93 million, or 40%, increase in underwriting and distribution fees to $325 million in 1997. The increase both in investment management fees and underwriting and distribution fees resulted from the growth in average assets under management in 1997 as compared to 1996.

Sales commissions increased $84 million, or 55%, due to the higher level of sales in 1997. Total operating expenses increased in 1997 to $496 million, representing an increase of $94 million, or 23%, from 1996. Increases in compensation and benefit costs, excluding sales commissions, accounted for $63 million of the total increase in operating expenses reflecting primarily higher staffing levels and merit compensation increases. Total staffing levels increased 12% from December 31, 1996 to December 31, 1997. Other increases in operating expenses were attributable to increased expenditures on computers and equipment, increased advertising and promotional expenditures related in part to higher sales volumes, and increased amortization of deferred dealer commissions due to growth in net sales of back-end load fund securities in 1997. Net income for MFS increased by $18 million, or 26%, to $86 million in 1997 from $68 million in 1996.



SL-0442

## MFS

## Sales and Assets Under Management by Business Operating Area

| | At and for the Year Ended December 31, | |
|---|---|---|
| | 1997 | 1996 |
| | (in millions) | |
| **Gross Sales** | | |
| U.S. retail funds[1] | $ 15,757 | $10,647 |
| International products | 1,591 | 1,249 |
| MFS/Sun Life of Canada annuity products[2] | 1,625 | 1,865 |
| MFS-managed annuity products[3] | 4,389 | —[8] |
| Institutional asset management[4][5] | 2,577 | 1,991 |
| Total | $ 25,939 | $15,752 |
| **Assets Under Management** | | |
| U.S. retail funds[1] | $ 68,534 | $49,506 |
| International products | 4,379 | 3,052 |
| MFS/Sun Life of Canada annuity products[2] | 13,043 | 9,475 |
| MFS-managed annuity products[3] | 4,907 | 836 |
| Institutional asset management[4][6] | 9,449 | 8,789 |
| Total[7] | $100,312 | $71,658 |

1. Includes U.S. retail mutual funds and U.S. closed end funds.
2. Includes assets managed for Sun Life of Canada by MFS.
3. Includes assets managed for other insurance companies (including variable annuity separate accounts and variable insurance trusts).
4. Includes both institutional separate accounts and institutional funds.
5. Includes sales of Spectrum Funds of $42 million in 1997 and $62 million in 1996.
6. Includes funds managed on behalf of Spectrum United of $862 million in 1997 and $726 million in 1996.
7. Includes assets managed on behalf of other operating areas of the Company in the following amounts: $13.9 billion as at December 31, 1997; and $10.3 billion as at December 31, 1996. Excludes miscellaneous operating assets of $783 million in 1997 and $536 million in 1996.
8. Gross sales of MFS-managed annuity products for 1996 were not reported separately and are included in gross sales of institutional asset management products for that year.

Gross sales by MFS in 1997 were $25.9 billion, representing an increase of $10.2 billion, or 65%, over 1996. Net sales were $11.6 billion, representing an increase of $4.1 billion, or 55%, over net sales in 1996. Net sales of U.S. mutual funds at MFS were $8.7 billion in 1997, an increase of $3.3 billion, or 60%, from 1996.

Assets under management at MFS increased by $28.6 billion, or 40%, to $100.3 billion at December 31, 1997, from $71.7 billion at December 31, 1996, including assets managed on behalf of other business units of the Company of $13.9 billion ($10.3 billion at December 31, 1996). Net sales in all five of MFS's product lines accounted for $11.6 billion of the increase in assets under management, $7.9 billion of which was attributable to the U.S. retail funds product line. A further $12.2 billion of the increase in assets under management was derived from appreciation in the stock and fixed income markets, and the decline in the value of the Canadian dollar against the U.S. dollar in the year accounted for $3.9 billion. Transfers from fixed to variable annuities under the Sun Life of Canada dollar cost averaging product accounted for the remaining $1.0 billion of the increase.

*United States – Sun Life of Canada*

Set forth below is selected financial information for the U.S. Wealth Management Business, excluding MFS:

**U.S. Wealth Management – Sun Life of Canada**
**Selected Financial Information**

| | Revenue Year Ended December 31, | | Net Income (Loss) Year Ended December 31, | | Assets Under Management at December 31, | |
|---|---|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 | 1997 | 1996 |
| | | | (in millions) | | | |
| Annuities | $1,823 | $ 906 | $30 | $29 | $17,384 | $13,576 |
| Pension[1] | 439 | 566 | 30 | 21 | 4,933 | 4,807 |
| Other | 54 | 56 | 2 | 1 | 2,303 | 1,429 |
| Total | $2,316 | $1,528 | $62[2] | $51[2] | $24,620 | $19,812 |

1. In 1997, the Company ceased offering pension products in the U.S. A significant block of group retirement business remains in force, however, aggregating $4.9 billion of assets as at December 31, 1997.
2. Includes an allocation of income of $15 million in 1997 and $6 million in 1996 related to intercompany transactions eliminated on consolidation.

Revenues in the Company's U.S. Wealth Management Business, excluding MFS, increased in 1997 to $2.3 billion from $1.5 billion in 1996, an increase of $788 million, or 52%. The primary contributor to this increase was an increase in sales of annuity products offering a dollar cost averaging feature, which were introduced by the Company in late 1996. Premium revenue on the dollar cost averaging annuity product was $1.2 billion in 1997 compared to $0.1 billion in 1996. Fee income in the U.S. Wealth Management Business, primarily investment management, mortality and expense fees, increased by $29 million, or 19%, in 1997 to $183 million.

Net income in the U.S. Wealth Management Business, excluding MFS, increased by $11 million, or 22%, to $62 million in 1997 with most of the increase attributable to improved profitability in the Company's group pension business. The pension business, primarily group annuities and guaranteed annuity contracts, benefited from increased spreads on an older block of deferred fixed annuity business that more than offset increased expenses and a provision for a bond write down related to a specific exposure. In the individual annuity business in 1997, profit was enhanced due to higher fees related to increased assets under management. Net income for 1996 included a $7 million reserve release due to changes in actuarial assumptions.

Assets under management in the U.S. Wealth Management Business, excluding MFS, increased by $4.8 billion, or 24%, to $24.6 billion in 1997 from $19.8 billion in 1996. Sales of variable annuities, including fixed annuity deposits with the dollar cost averaging feature, were $2.7 billion in 1997, representing an increase of $782 million, or 42%, from 1996. Fluctuations in currency exchange rates accounted for $1.0 billion of the increase in assets under management, with market increases accounting for substantially all of the remaining growth.

*Canada*

**Wealth Management – Canadian Operations**
**Selected Financial Information**

| | Revenue Year Ended December 31, | | Net Income Year Ended December 31, | | Assets Under Management at December 31, | |
|---|---|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 | 1997 | 1996 |
| | | | (in millions) | | | |
| Spectrum United[1] | $ 125 | $ 96 | $12 | $ 9 | $ 6,347 | $ 5,208 |
| McLean Budden[2] | 13 | 5 | 2 | 1 | 12,583 | 4,968 |
| Pension and annuity | 1,228 | 1,455 | 66 | 89 | 12,764 | 12,516 |
| Trust and other | 154 | 175 | 5 | 5 | 2,416 | 2,405 |
| Consolidation adjustments | (16) | (11) | – | – | (3,875) | (4,530) |
| Total | $1,504 | $1,720 | $85 | $104 | $30,235 | $20,567 |

1. Includes $862 million at December 31, 1997 and $726 million at December 31, 1996 of assets managed by MFS and reflected in MFS's assets under management at those dates.
2. McLean Budden was acquired by the Company in August of 1997. Figures for 1996 are for SUNIMCO, a subsidiary of the Company, which was acquired by McLean Budden in 1997.

Revenue in the Company's Canadian Wealth Management Business declined by $216 million, or 13%, from $1.7 billion in 1996 to $1.5 billion in 1997. The decline in revenues was primarily attributable to the shift throughout 1997 from guaranteed investment certificates and fixed annuities to mutual funds and other variable products sold by the Company. In 1996, $200 million of non-recurring annuity revenue was recorded upon the acquisition of the Canadian operations of TIAA-CREF, accounting for most of the decline in group pensions premium revenue in 1997. Total fees in the Company's Canadian Wealth Management Business were $148 million in 1997, an increase of $35 million, or 31%, from $113 million in 1996, which was principally attributable to the significant increase in assets under management. Assets under management grew from $20.6 billion in 1996 to $30.2 billion in 1997, an increase of $9.6 billion, or 47%. Assets under management at December 31, 1997 included $8.7 billion attributable to McLean Budden, which was acquired in August 1997, and $3.8 billion attributable to SUNIMCO. The total assets under management of $12.5 billion included assets of $3.4 billion managed on behalf of the Company.

Assets under management at Spectrum United grew from $5.2 billion to $6.3 billion in 1997, an increase of $1.1 billion, or 21%. Net new sales of mutual funds contributed $572 million of this increase, with market appreciation in funds under management accounting for $161 million and transfers accounting for $8 million. Fee income at Spectrum United grew by $28 million, or 29%, to $125 million from $96 million in 1996 principally as a result of the increase in assets under management. Net income at Spectrum United increased to $12 million in 1997, reflecting an increase of $3 million, or 33%, from $9 million in 1996. Results in 1996 reflected the $5 million benefit of the application of a tax loss carry-forward which did not recur in 1997. Combined operating expenses increased by only $16 million, from $87 million in 1996 to $103 million in 1997, contributing to the improvement in the underlying profitability at Spectrum United during the year.

Net income in the pension and annuity business declined by $23 million, or 26%, from $89 million in 1996 to $66 million in 1997. As indicated above, this business experienced a shift by consumers away from fixed annuities and GICs into mutual funds and other variable products. Due to the fact that interest rates were lower than those guaranteed in the surrendered contracts, market value adjustments were paid to customers as they shifted out of contracts, accounting for a significant portion of the decline in net income. The decline in interest rates in the year also had the effect of decreasing the spread on new business during the year in the pension and annuity business, further adding to the decline in net income in this business.

Net income at Sun Life Trust increased to $6 million in 1997, from $5 million in 1996, primarily due to lower taxes and modest improvement in interest rate margins.

*United Kingdom*

**Wealth Management – U.K. Operations**
**Selected Financial Information**

| | Revenue Year Ended December 31, | | Net Income (Loss) Year Ended December 31, | | Assets Under Management at December 31, | |
|---|---|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 | 1997 | 1996 |
| | | | (in millions) | | | |
| Pension and Annuity | $686 | $610 | $(111) | $70 | $ 9,446 | $ 7,374 |
| SLOCUM (unit trust) | 28 | 22 | 3 | 4 | 1,206 | 873 |
| SLC Asset Management | 39 | 29 | (3) | – | 4,393 | 5,094 |
| Sun Bank | 125 | 91 | 6 | 5 | 1,697 | 1,511 |
| Consolidation adjustment | (19) | (11) | – | – | – | – |
| Total | $859 | $741 | $(105) | $79 | $16,742 | $14,852 |

Total revenues in the U.K. Wealth Management Business increased by $118 million, or 16%, to $859 million in 1997, from $741 million in 1996. Fee income in 1997 increased by $41 million, or 37%, from $111 million in 1996 to $152 million in 1997. The increase in fee income is primarily explained by the growth in assets under management, particularly in the pension and annuity and unit trust businesses. Sun Bank's revenue was $125 million in 1997, an increase of $34 million, or 37%, over 1996. This increase was primarily attributable to increased net investment income as a result of the acquisition of Exeter Trust during the year which added $143 million of loan assets to Sun Bank's balance sheet as well as $57 million of deposits.

The U.K. Wealth Management Business recorded a net loss in 1997 of $105 million, compared to net income of $79 million in 1996. These results principally reflected an after-tax provision of $141 million for Pension Sales Provisions, compared to an after-tax provision of $16 million in 1996. In addition, reserve increases were required due to poor mortality experience in 1997 in the pension business. Net income was adversely impacted by $31 million

increase in Annuity Rate Provisions to provide for the cost of guaranteed annuities in certain pension contracts ($35 million in 1996). See "– Certain Items Affecting Net Income – United Kingdom Adjustments".

Net income at SLOCUM was essentially the same in 1997 as in 1996, with increases in fee income offset by increased selling and administrative expenses. The net income at Sun Bank improved in spite of the integration costs of $2 million associated with the acquisition of Exeter Trust. The improved underlying profit for the bank was attributable to a higher net interest margin reflecting, in part, higher spreads earned in the acquired business as well as a decrease in the provision for bad debts.

The overall increase in assets under management, from $14.9 billion in 1996 to $16.7 billion in 1997, representing an increase of 12%, was primarily attributable to growth in the U.K. stock market as well as net new sales in each of the business operating units during the year.

***Results of Operations – Protection***

*United States*

**Protection – U.S. Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income Year Ended December 31, | |
|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 |
| | (in millions) | | | |
| Individual Life | $1,059 | $1,001 | $ 96 | $ 32 |
| Group Life | 192 | 205 | 12 | 7 |
| Group Health | 281 | 238 | 8 | 4 |
| Individual Disability | 72 | 69 | 4 | (20) |
| Total | $1,604 | $1,513 | $120 | $ 23 |

Total premium revenue for the U.S. Protection Business was $1.6 billion in 1997, representing an increase of $91 million, or 6%, from $1.5 billion in 1996. Premium revenue in the individual life insurance business increased by $58 million in 1997 to $1.1 billion. The overall increase in premiums in the individual insurance business was due to an increase in renewal premiums of $72 million. Within individual life premium revenue, first year premiums decreased 22% to $102 million in 1997 from $131 million in 1996, with all of the decline occurring in the participating line. The decline in first year premiums was primarily the result of the Company's decision to restructure its U.S. distribution system in 1997, resulting in lower sales activity in that year. The decline in first year premiums in the U.S. individual life business was also partly explained by a reduction in sales of corporate-owned life insurance to $22 million in 1997 from $48 million in 1996. Premiums on non-participating life insurance, primarily universal life, accounted for $280 million, or 26%, of total individual life insurance premiums in this segment in 1997, representing an increase of $5 million, or 2%, compared to 1996.

Total premium revenue in the group life and health business was $473 million, representing an increase of 7% from $443 million in 1996. Group life and health premiums were reduced by $53 million due to the Company's decision to withdraw from the federal and state employee group life insurance market, referred to above, with this decrease more than offset by increased group health premiums during 1997.

Total net income in the U.S. Protection Business rose by $97 million, or 422%, in 1997, to $120 million from $23 million in 1996. The results in 1996 were adversely affected by the need to establish reserves for the expected cost of resolving the premium offset litigation in the United States. See "Legal Matters". In addition, the Company's individual disability business improved in 1997, with earnings of $4 million compared to a loss of $20 million in 1996, primarily as a result of improved morbidity. Favourable morbidity in the Company's group health business, favourable mortality in the non-participating individual insurance business, as well as a reduction in the effective tax rate for the Company's U.S. branch operations, also contributed to the earnings improvement in 1997. Results in 1997 included a one time charge of $33 million incurred in connection with the restructuring of the U.S. distribution system.

*Canada*

**Protection – Canadian Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income Year Ended December 31, | |
|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 |
| | (in millions) | | | |
| Individual Life | $ 466 | $ 446 | $ 71 | $(29) |
| Group Life | 265 | 265 | 25 | 19 |
| Group Health | 660 | 643 | 8 | 20 |
| Total | $1,391 | $1,354 | $104 | $ 10 |

Premium revenue in the Canadian Protection Business was $1,391 million in 1997, representing an increase of $37 million, or 3%, from $1,354 million in 1996. Premiums on individual participating insurance increased by $5 million, or 1%, from $392 million in 1996 to $397 million in 1997. Premiums for non-participating individual life insurance increased by $15 million, or 28%, from $54 million in 1996 to $69 million in 1997. This overall rate of growth in individual life insurance premiums in Canada reflects the rate of growth in the market during the year. In addition, the Company's decision to restructure its individual agency distribution force in 1997 resulted in some fall-off in new business.

Group life premiums in Canada in 1997 of $265 million remained unchanged from 1996. Group health premiums increased by $17 million, or 3%, to $660 million in 1997 from $643 million in 1996. Most of the increase was attributable to price increases in the long term disability line in response to adverse morbidity and the decline in Canadian interest rates. Fee income earned on administration services only business in the group health line increased by $7 million, or 39% in 1997 compared to 1996, increasing to $25 million from $18 million. The slower growth rates in premiums in the group health business is explained in part by the increase in fee income in that business. The fee income was generated under contracts where the Company does not assume insurance risk but provides administrative services only to clients who self-insure employee health risk.

Net income in the Canadian Protection Business increased by $94 million, from $10 million in 1996 to $104 million in 1997. In 1996, net income was adversely affected by actuarial liabilities established to provide for premium offset litigation in Canada. See "Legal Matters". The non-recurrence of these provisions in 1997 accounted for a significant portion of the improvement in net income in that year. The improvement in net income in the group life business was primarily due to improved mortality experience in 1997 as compared to 1996. The decline in net income of the group health insurance business was primarily due to higher long-term disability claims in 1997 compared to 1996 as well as increased expenditures due to the growth in the administration services only health business.

*United Kingdom*

**Protection – U.K. Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income (Loss) Year Ended December 31, | |
|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 |
| | (in millions) | | | |
| Individual Life | $511 | $465 | $12 | $39 |
| Group Life and Health | 294 | 276 | 43 | 11 |
| Total | $805 | $741 | $55 | $50 |

Premium revenue in the U.K. increased by $64 million, or 9%, to $805 million in 1997 compared to $741 million in 1996. Individual life insurance premiums increased by $46 million, or 10%, to $511 million in 1997. Most of this increase was attributable to increases in renewal premiums, which contributed $28 million, and an increase in single premiums of $15 million. Group life and health insurance premiums increased by $18 million, or 7%, to $294 million in 1997, all of which was attributable to the appreciation of the U.K. pound against the Canadian dollar.

The U.K. Protection Business realized net income of $55 million in 1997, representing an increase of $5 million, or 10%, from net income of $50 million in 1996. The decline in individual life profitability was more than offset by a significant improvement in the group life and health business. The decline in net income in the individual life business was primarily attributable to an increase of $41 million in the actuarial liabilities set up for the payment of future dividends on participating policies. See "– Certain Items Affecting Net Income – United Kingdom Adjustments – Change in Actuarial Liabilities". This was partly offset by improvements in net investment income attributable to strong stock market performance in the United Kingdom during 1997 as well as improvement in mortality in the individual life insurance business during the year. The improvement in profitability of the group life and health business was primarily attributable to favourable claims experience in both the life and health segments. In the group health business, a factor contributing to the favourable claims experience was improvement in the Company's claims handling procedures, which resulted in shorter average claims duration in 1997 compared to 1996.

*Asia*

**Protection – Asia Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income Year Ended December 31, | |
|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 |
| | (in millions) | | | |
| Asia | $250 | $226 | $37 | $37 |

Premium revenue in the Asia Business operating area increased by $24 million, or 11%, to $250 million in 1997, from $226 million in 1997, despite difficult economic conditions in these markets in the last quarter of 1997, particularly in Indonesia. The increase in premium revenue was attributable to increases in each of the three markets in which the Company operates in Asia. Premium revenue in the Philippines increased $8 million, or 5%, to $161 million in 1997 from $153 million in 1996. Hong Kong premium revenue increased $11 million in 1997, or 18% over 1996, and the Hong Kong operation returned a small profit after suffering losses in the previous year.

In late 1997, the Company increased its share of its Indonesian joint venture operation PT Asuransi Modern Sun Life of Canada, since renamed PT Asuransi Sun Life Indonesia, ("SLI") from 60% to 80%. The Company's total investment in SLI as at December 31, 1997 was at $22.6 million. The Company's share of premium revenue from SLI increased to $17 million in 1997 from $12 million in 1996. The severe crisis experienced in the Indonesian economy in 1997 did not have a material effect on results for that year.

Net income for Asia in 1997 was $37 million, unchanged from 1996, with the decline in Philippines stock prices offsetting the progress reported in the Hong Kong operation.

*Reinsurance*

**Protection – Reinsurance Operations**
**Selected Financial Information**

| | Premium Revenue Year Ended December 31, | | Net Income (Loss) Year Ended December 31, | |
|---|---|---|---|---|
| | 1997 | 1996 | 1997 | 1996 |
| | (in millions) | | | |
| Accident and Health | $262 | $214 | $(30) | $– |
| Life | 171 | 147 | 27 | 3 |
| Financial Reinsurance | – | – | 1 | 3 |
| | $433 | $361 | $ (2) | $6 |

The Company's reinsurance operations in A&H, life and financial reinsurance and retrocession suffered from poor morbidity in the health line in 1997. The Company's overall reinsurance operation lost $2 million in 1997, compared to a profit of $6 million in 1996. The Company's A&H reinsurance operations lost $30 million in 1997 after breaking even in 1996. This was due to adverse claims experience in the entire A&H reinsurance market in 1997, compared to 1996, with higher claims in non-cancellable individual disability and group major medical insurance representing the largest

contributors to the decline. This was partly offset by improved mortality experience in the life retrocession line which contributed to an increase in profit to $27 million in 1997, compared to $3 million in 1996.

Premium revenue in the Company's reinsurance business was $433 million in 1997, an increase of $72 million, or 20%, over 1996, with $48 million of the increase attributable to the A&H reinsurance operations and the remaining $24 million increase attributable to the life reinsurance business. The fee based financial reinsurance business, which earns no premium revenue, produced a profit of $1 million in 1997, compared to $3 million in 1996.

### *Results of Operations – Corporate and Other*

The Corporate and Other Business reported a net income of $81 million compared to a net income of $66 million in 1996. This net income reflects net earnings on capital not allocated to the Company's other business units.

## Liquidity and Capital Resources

### *Financial Services*

Financial Services' principal requirements for liquidity will be for operating expenses, to satisfy debt obligations, if any, and to pay dividends to its shareholders. See "Dividend Policy of Financial Services". As a holding company, Financial Services' principal source of funds will be dividends from its operating subsidiaries. The payment of dividends to Financial Services from those subsidiaries is subject to certain regulatory restrictions. See "Risk Factors – Holding Company Structure and Restrictions on Dividends". In general, the Company will seek to maintain a conservative liquidity position and actively manage its capital levels, asset liability matching and the diversification, duration and credit quality of its investments to ensure that it is able to meet its obligations.

Based on Sun Life of Canada's historic cash flow and current financial results, management believes that the cash flow from the Company's operating activities over the next year will provide sufficient liquidity for the operations of Financial Services and will provide sufficient funds to enable Financial Services to make dividend payments, as described in "Dividend Policy of Financial Services", to satisfy debt service obligations, if any, and to pay other operating expenses. However, there can be no assurances that the net cash provided primarily by dividends from the Company's operating subsidiaries will provide funds for Financial Services to do so.

### *Operating Subsidiaries*

The principal sources of funds for the Company's operating subsidiaries are premiums, investment management fees and net investment income, as well as maturities and sales of invested assets. These funds are used primarily to pay policy benefits, dividends to policyholders, claims, operating expenses, interest, commissions and, subject to regulatory restrictions, dividends to Financial Services, as well as to purchase new investments. In addition, the Company's operating subsidiaries may borrow from time to time or issue securities to finance growth, acquisitions or other needs. At June 30, 1999, the Company had available lines of credit in an aggregate amount of $1,348 million and had drawn an aggregate of $362.8 million as at that date. As at June 30, 1999, Sun Life of Canada had aggregate subordinated debt of $737 million and $876 million of Cumulative Capital Securities.

The Company's annuity products involve liabilities that, to a certain extent, are uncertain as to payout timing and may be subject to unexpected increases in surrenders, which can result in increased liquidity needs. Accordingly, asset/liability management is important to maintaining appropriate liquidity for the Company's operations. See "Risk Management – Asset and Liability Management".

The Company maintained cash and short-term investments totalling $2.9 billion and $2.6 billion as of June 30, 1999 and December 31, 1998 respectively, and believes that, following demutualization, it will have adequate resources to support its liquidity needs.

### *MCCSR Requirements and Other Capital Ratios*

OSFI requires that minimum levels of capital be maintained, on a consolidated basis, by insurance companies to provide assurance with respect to future solvency. For this purpose, OSFI has established Minimum Continuing Capital and Surplus Requirements ("MCCSR") as a minimum guideline. The MCCSR ratio is the ratio of the available capital of a life insurance company to its required capital, each as calculated under OSFI's published guidelines. The MCCSR formula was designed to measure the capital adequacy of a company and is one of several indicators used by OSFI to assess financial condition. See "Regulatory Matters – Canada – Minimum Continuing Capital and Surplus Requirements". While the MCCSR ratio should not be used in isolation for ranking and rating companies, it does provide some insight into a company's financial strength. OSFI has established varying levels below which it will intervene and require a company to provide detailed plans for raising capital. OSFI will require Financial Services to maintain a minimum consolidated MCCSR of 150% or greater, based on the risk profile of the Company.

The available capital of a company under the OSFI guidelines consists of Tier 1 Capital (typically equity or "core" type capital) and Tier 2 capital, subdivided into Tiers 2A, 2B and 2C depending on its permanency and other characteristics. Each type of capital involves certain deductions, limits and restrictions, with the more permanent, equity-like capital being recognized as higher quality in the overall MCCSR ratio calculation.

The calculation of required capital under the MCCSR guidelines involves the analysis and summation of components relating to asset default risk, mortality/morbidity and lapse risk, interest margin pricing risk and changes in interest rate environment risk. The required capital of Sun Life Assurance as at December 31, 1998 was $3.0 billion, compared with $2.8 billion at December 31, 1997 and $2.5 billion at December 31, 1996.

The following table sets forth Sun Life of Canada's MCCSR ratios as at June 30, 1999 and as at December 31 in each of 1998, 1997 and 1996:

## Minimum Continuing Capital and Surplus Requirements

| | As at June 30, | As at December 31, | | |
|---|---|---|---|---|
| | 1999 | 1998 | 1997[1] | 1996[2] |
| | | ($ in millions) | | |
| **MCCSR Ratio:** | | | | |
| Tier 1 Capital: | | | | |
| Surplus | $ 5,772 | $6,081 | $ 5,715 | $ 5,153 |
| Deferred Net Realized Gains/Losses Backing Surplus | 747 | 906 | 631 | 588 |
| Less Appropriations/Other[3] | (761) | (963) | (1,194) | (1,463) |
| Net Tier 1 Capital | $ 5,758 | $6,024 | $ 5,152 | $ 4,278 |
| Tier 2 Capital: | | | | |
| Tier 2A | $ — | $ — | $ — | $ — |
| Tier 2B[4] | 1,613 | 1,694 | 1,586 | 723 |
| Tier 2C | 1,409 | 1,769 | 1,953 | 1,189 |
| Net Tier 2 Capital | $ 3,022 | $3,463 | $ 3,539 | $ 1,912 |
| Less: | | | | |
| Investments in Controlled Non-Life Financial Corporations and Other[5] | $(1,018) | $ (940) | $ (678) | $ (577) |
| **Total MCCSR Capital Available** | $ 7,762 | $8,547 | $ 8,013 | $ 5,613 |
| **Total MCCSR Capital Required** | $ 2,888 | $3,005 | $ 2,787 | $ 2,533 |
| **MCCSR Ratio** | 269% | 284% | 288% | 222% |

1. Certain comparative figures have been reclassified to conform with the presentation adopted in 1998.
2. Certain 1996 amounts have been restated to reflect prior period adjustments made in 1997.
3. Of these amounts, goodwill was $2 million for the six-month period ended June 30, 1999, $3 million in 1998, $225 million in 1997 and $241 million in 1996.
4. Includes subordinated debt plus, for all periods after 1996, Cumulative Capital Securities.
5. Investments in controlled non-life financial corporations were $772 million at June 30, 1999, $916 million at December 31, 1998, $638 million at December 31, 1997 and $536 million at December 31, 1996.

The relatively small decrease in the MCCSR ratio of Sun Life Assurance from 1997 to 1998 was the result of offsetting large positive and negative changes in the individual components of the calculation. Factors having a positive impact on the MCCSR ratio in 1998 included increases in Tier 1 and Tier 2 available capital caused by (i) currency translation effects resulting from a weak Canadian dollar throughout 1998 and (ii) increases in net deferred realized gains on bonds and stocks. Factors having a negative impact on the MCCSR ratio in 1998 included increases in the asset default risk component and the mortality and morbidity risk component, as well as an increase in the deduction for investments in controlled non-life financial corporations, which is a deduction to available capital. The increase in the ratio from 1996 to 1997 resulted from the issuance of Cumulative Capital Securities in May 1997, adding $858 million to available capital. In addition, $933 million of reserves for terminal dividends, representing 50% of total U.K. reserves for these dividends, was included in available capital in 1997 (nil in 1996), contributing to the large increase in the ratio.