The Company expects that, following demutualization, as a public company with share capital it will have access to additional sources of capital and, accordingly, believes that it may not be necessary to maintain its MCCSR ratio at the high levels experienced in the past. The Company's ratio of surplus to general fund liabilities, a common measure of capital adequacy used by analysts and rating agencies, was 13.1% at December 31, 1998 compared with 13.5% at December 31, 1997 and 13.0% at December 31, 1996.

To assess its capital adequacy and financial strength under adverse conditions, the Company completes Dynamic Capital Adequacy Testing on an annual basis. The process analyzes the Company's potential future financial condition over a 5-year period by reviewing the impact of a variety of adverse business scenarios which include declining interest rates and stock market performances, worsening mortality and morbidity rates, increased expenses, and other conditions identified by management as requiring specific review. For each scenario, the Company's MCCSR ratio and net income are calculated to gauge the impact of the declining conditions. The results of the testing completed in 1998 confirmed the Company's financial strength and its ability to withstand significant adversity. In all scenarios tested, the MCCSR ratios remained well above statutory requirements.

## Year 2000 Issues

### *Vulnerability to Issue*

The Company makes extensive use of information systems in the operations of its various businesses, including for the exchange of financial data and other information with customers, suppliers and other counterparties. The Company also uses software and information systems provided by third parties in its accounting, business and investment systems. Accordingly, the Company is heavily dependent on a variety of computer systems in its business operations.

The Year 2000 issue refers to the problems arising from the use of two digits to represent the year portion of a date in some corporate software programs. This date protocol has resulted in some systems being unable to differentiate between the year 1900 and 2000. Prior to the initiation of the Company's Year 2000 project, many software applications and hardware used by the Company contained programs written with this date protocol. Failure to remedy the effects of this problem could result in systems failures or miscalculations causing disruptions of operations, including among other things, a temporary inability to process transactions, send premium billing notices, make claims payments or engage in other normal business activities.

In each of its business units including mutual fund management, investment management, brokerage, individual and group insurance, the Company is reliant upon services and information provided by third parties, each of whom may have its own Year 2000 compliance issues. It is conceivable that the Company's business relationships with third parties who have not adequately addressed their own Year 2000 issues could give rise to related risks such as asset default, counterparty risk under derivatives contracts and other operational risks.

Due to the high level of uncertainty associated with the Year 2000 issue, in part due to the uncertainty regarding the Year 2000 preparedness of the Company's service providers, distributors and customers, the Company may experience material problems and costs that may have a material and adverse impact on the Company's results of operations, liquidity and financial condition. The Company's information technology systems are customized and as a result may be difficult to replace.

### *Evaluation of Company's Situation*

The Company's strategy for dealing with Year 2000 issues was initiated in 1995, commencing with a full inventory of all proprietary and third party products which are supported by the Company's information services group. For the purposes of this project, third-party systems supported internally by the Company are treated in the same manner as proprietary systems in terms of analyzing and determining the need for remediation. Detailed assessments were made of the date sensitivities for all systems. A system is not certified by the Company as being Year 2000 compliant until successful completion of the last phase of testing, including running future dated data to test the ability of systems to progress from 1999 to 2000 without error or disruption. Inquiries were made of all significant third party vendors to determine the extent of their efforts to achieve Year 2000 compliance, and to the extent possible, their plans were assessed in the context of whether they had the requisite resources to meet their objectives.

Where appropriate, the Company is working with third party suppliers and distributors to determine their preparedness for Year 2000, and to anticipate and plan for any problems which the Company could experience as a result of their non-compliance. In particular, the Company is communicating with securities custodians, depositories, clearing agencies and other industry-wide service providers to mitigate the Year 2000 exposure from these sources. The Company is also working with clients and business partners with whom it has systems interfaces to identify any Year 2000 problems. The Company has undertaken a process of identifying and, to the extent possible, performing due diligence on these clients and business partners. However, the Company is reliant on the information provided by third parties and is not in a position to independently verify the representations made by these third parties.

During 1998 and 1999, dedicated task-forces in all national offices and subsidiaries continued the effort to determine the ability for all business systems to meet the Year 2000 compliance targets. Where necessary, external resources have been retained to supplement the efforts of internal staff.

Senior management of the Company has been active in providing strategic direction to the Year 2000 task force in each business unit, and is formally updated on project progress on a regular basis. The board of directors of Sun Life Assurance is provided with a progress update at each meeting, supplemented by regular reports to the audit committee of the board of directors of Sun Life Assurance by the head of Sun Life of Canada's Internal Audit Department. This provides an objective review of the progress of the project and an assessment of the reasonableness of the timetable to completion.

### *Status of Company's Compliance Plan*

As at August 31, 1999, 98% of the Company's nearly 3,000 worldwide systems had been tested and, based on these tests, certified compliant by the Company. The remainder are expected to be completed by October 1999.

As the number of systems achieving certified compliance increased during the year, an increasing focus of the project management teams has been on contingency planning. Contingency planning refers to the process of developing plans that describe how the Company will deal with various issues that may occur during the Year 2000. In the event that several systems or interfaces fail at once, contingency planning is designed to identify those which are business-critical and therefore receive remediation first. Another important element of the Company's contingency planning will be to retest certain systems in the fourth quarter of 1999 to identify problems which might have emerged after certification due to the introduction of new products on a business system or systems infrastructure changes. The Company will defer all but absolutely essential changes to its systems until after the end of the fourth quarter of 1999. The Company has developed contingency plans for all critical functions. However, there can be no assurance that the Company's contingency planning will fully mitigate the risks and uncertainties associated with the Year 2000 issue.

### *Costs of Compliance*

Total expenditures on Year 2000 to June 30, 1999 were $122 million, of which $77 million was incurred and expensed in 1998 and $22 million was incurred and expensed in the six-month period ended June 30, 1999. The expected cost of completing the remainder of the project is $20 million. However, there can be no guarantee that these estimates will be achieved and the actual cost could exceed the current estimate for completion.

## INVESTMENTS OF THE COMPANY

### *Investment Policies*

Due to the diversity of the Company's operations and the differing investments required to support various products in different territories, Sun Life of Canada does not have a uniform, enterprise-wide investment policy. Instead, the Company maintains separate investment policies which it believes to be appropriate for its different areas of operation. The board of directors of Sun Life Assurance reviews and approves investment policies which set prudent standards and procedures for the investment of the Company's general fund assets. These policies include aggregate limits for interest rate, credit, liquidity, concentration, currency and derivative risks. The policies are reviewed on an ongoing basis and compliance with the policies is monitored by the Company's internal audit department. In addition, management is required to advise the Board annually, in writing, of adherence to the policies.

The Company's investment policies focus on maintaining a high quality, well-diversified investment portfolio, having regard to the Company's liabilities, to ensure that investments are properly allocated and liquidity requirements properly managed. In particular, the Company's policy is to match the duration of assets and liabilities within prescribed limits in order to limit the potential for losses arising from future fluctuations in interest rates. The Company has established limits for exposure to single issuers and groups of related issuers which apply across all asset types. The Company seeks to select investments in each of the various categories (other than equity securities and real estate, whose returns cannot be predicted) in order to earn a spread above the rate at which the relative liabilities accrue or are payable. These investment policies will apply following demutualization. See also "Risk Management".

Following demutualization, the Company intends to manage the investment of its funds relating to its shareholders' account in the manner described above. The Company's segregated funds and the funds relating to participating policies issued by the Company will be separately invested based on appropriate investment policies. The investment of the Company's general funds is described below.



SL-0452

***Investment Profile***

The Company had total consolidated general fund invested assets of $49.9 billion at December 31, 1998 and $48.6 billion at June 30, 1999. The investment portfolio is broadly diversified by asset type as indicated in the following table:

## Investments

| | At June 30, 1999 | | At December 31, 1998 | | 1997 | | 1996 | |
|---|---|---|---|---|---|---|---|---|
| | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total |
| | ($ in millions) | | | | | | | |
| Bonds | $24,852 | 51.2% | $26,153 | 52.4% | $23,514 | 51.5% | $21,098 | 50.2% |
| Stocks | 4,295 | 8.9 | 4,413 | 8.8 | 4,365 | 9.6 | 3,719 | 8.8 |
| Commercial mortgages | 6,414 | 13.2 | 6,525 | 13.1 | 6,069 | 13.3 | 6,544 | 15.6 |
| Residential mortgages | 5,300 | 10.9 | 5,454 | 10.9 | 5,156 | 11.3 | 5,332 | 12.7 |
| Real estate | 2,451 | 5.0 | 2,440 | 4.9 | 2,207 | 4.8 | 2,228 | 5.3 |
| Policy loans | 1,214 | 2.5 | 1,222 | 2.4 | 1,066 | 2.3 | 1,008 | 2.4 |
| Cash and equivalent investments | 2,934 | 6.0 | 2,602 | 5.2 | 2,811 | 6.2 | 1,703 | 4.1 |
| Other invested assets | 1,099 | 2.3 | 1,138 | 2.3 | 466 | 1.0 | 385 | 0.9 |
| Total Carrying Value | $48,559 | 100.0% | $49,947 | 100.0% | $45,654 | 100.0% | $42,017 | 100.0% |
| Total Market Value | $51,485 | | $54,890 | | $49,584 | | $44,493 | |

Investment income derived from the Company's assets represents an important contribution to the results of operations. In keeping with the underlying nature of its policy obligations, the Company invests the majority of its general funds in medium to long-term fixed income obligations such as bonds and mortgages. The relationship between the future expected cash flows of investments and of policy liabilities is closely monitored and managed. Surplus is invested in a variety of assets including bonds, equity securities, mortgages, real estate and other assets.

The following table sets out the Company's net investment income for the periods indicated:

## Net Investment Income

| | Six Months Ended June 30, 1999 | Year Ended December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| Interest income | $1,522 | $3,140 | $3,012 | $2,910 |
| Dividend income | 88 | 145 | 146 | 156 |
| Real estate income (net) | 103 | 176 | 167 | 141 |
| Amortization of deferred realized gains and losses | 212 | 367 | 262 | 210 |
| Amortization of unrealized gains and losses | 71 | 187 | 217 | 116 |
| Other items (net) | 87 | 126 | 97 | 89 |
| | 2,083 | 4,141 | 3,901 | 3,622 |
| Provisions for losses | (6) | 16 | (12) | (44) |
| Investment expenses and taxes | (31) | (60) | (53) | (52) |
| Net investment income | $2,046 | $4,097 | $3,836 | $3,526 |

***Bonds***

Over the past three years, the Company's bond portfolio has increased from 50.2% of invested assets to 52.4% of invested assets at December 31, 1998 and 51.2% of invested assets at June 30, 1999. At June 30, 1999, 77.4% of the bond portfolio was rated "A" or higher and 98.7% was rated "BBB" or higher.

The Company's investment strategy includes continuous adjustments to the bond portfolio in order to improve yield and quality while optimizing matching of asset cash flows with estimated liability requirements. At June 30, 1999, the bond portfolio had a book value of $24.9 billion and a market value of $26.5 billion.



SL-0453

The quality of the Company's bond portfolio is illustrated in the following table:

## Bond Type and Credit Quality

| | At June 30, 1999 | | At December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1998 | | 1997 | | 1996 | |
| | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total |
| | | | ($ in millions) | | | | | |
| AAA [1] | $ 7,711 | 31.0% | $ 7,883 | 30.1% | $ 6,928 | 29.4% | $ 6,028 | 28.5% |
| AA | 3,900 | 15.7 | 4,278 | 16.4 | 4,160 | 17.7 | 4,021 | 19.1 |
| A | 7,624 | 30.7 | 8,119 | 31.0 | 7,493 | 31.9 | 6,768 | 32.1 |
| BBB | 5,297 | 21.3 | 5,411 | 20.7 | 4,579 | 19.5 | 3,959 | 18.8 |
| BB and Lower | 320 | 1.3 | 462 | 1.8 | 354 | 1.5 | 322 | 1.5 |
| Total | $24,852 | 100.0% | $26,153 | 100.0% | $23,514 | 100.0% | $21,098 | 100.0% |
| Government[2] | 8,042 | 32.4% | $ 8,207 | 31.4% | $ 7,342 | 31.2% | $ 6,505 | 30.8% |
| Corporate | 16,810 | 67.6 | 17,946 | 68.6 | 16,172 | 68.8 | 14,593 | 69.2 |
| Total | $24,852 | 100.0% | $26,153 | 100.0% | $23,514 | 100.0% | $21,098 | 100.0% |

1. Ratings are those as assigned by independent rating agencies where available or by the Company on a basis comparable to that used by an independent rating agency where no independent rating is available.
2. Includes federal, provincial, government-backed, and government agency bonds. Excludes municipal government bonds.

At December 31, 1998 and 1997 the Company held $7.7 billion and $6.9 billion, respectively, of non-public bonds, ($7.5 billion at June 30, 1999) which constituted 29.3% and 29.1%, respectively, of the Company's overall bond portfolio (30.0% at June 30, 1999). Of such amounts, non-public bonds rated "A" or its equivalent or higher represented 60.5% and 59.9% respectively, of total non-public bonds (58.4% at June 30, 1999), and non-public bonds rated "BBB" or its equivalent or higher represented 97.0% and 96.3% of total non-public bonds at such dates (97.0% at June 30, 1999). These ratings are those assigned by independent rating agencies where available or by the Company on a basis comparable to that used by an independent rating agency where no independent rating is available. In general, the Company determines its ratings based on National Association of Insurance Commissioners standards for U.S. issued bonds and its own internal criteria for other bonds.

The following table sets forth the contractual maturities of the Company's bond portfolio by aggregate amount and as a percentage of the Company's bond portfolio and total invested assets at June 30, 1999. Bonds having periodic or amortizing principal repayments, which are in addition to any bullet repayments at maturity, have been included in the table based on the year of final maturity. Actual maturities may differ from contractual maturities because of the Company's right to call or the borrower's right to prepay obligations, with or without call or prepayment penalties. Asset-backed securities, which are not due at a single maturity date, are shown separately.

## Bond Maturities

| | Aggregate of Bonds Maturing | % of Total Bond Portfolio | % of Total Invested Assets |
|---|---|---|---|
| | ($ in millions) | | |
| Due between July 1, 1999 and December 31, 1999 | $ 549 | 2.2% | 1.1% |
| Due between January 1, 2000 and December 31, 2004 | 5,354 | 21.5 | 11.0 |
| Due between January 1, 2005 and December 31, 2009 | 4,661 | 18.8 | 9.6 |
| Due after January 1, 2010 | 12,695 | 51.1 | 26.2 |
| Asset-backed securities[1] | 1,593 | 6.4 | 3.3 |
| Total | $24,852 | 100% | 51.2% |

1. Principally mortgage-backed securities ($374 million at June 30, 1999) and collateralized mortgage obligations ($580 million at June 30, 1999).

The Company's bond portfolio is also diversified by country. The following table sets forth the geographic diversification of the Company's bond portfolio as at June 30, 1999 according to the jurisdiction of incorporation of the issuer:

## Bond Portfolio by Issuer Country

| | At June 30, 1999 | |
|---|---|---|
| | ($ in millions) | % of Total Bond Portfolio |
| Canada | $ 8,999 | 36.2% |
| U.S. | 8,865 | 35.7 |
| U.K. | 6,059 | 24.4 |
| Other | 929 | 3.7 |
| Total | $24,852 | 100.0% |

Bond investments are carried at amortized cost, net of any allowances for losses. Bonds are classified as non-performing where any payment is 90 days past due. When a bond is classified as non-performing, allowances are established and interest ceases to be accrued, with interest previously accrued being reversed. Allowances are also established where, in the opinion of management, there is reasonable doubt concerning the ultimate collectibility of the principal or interest. Allowances for losses against bonds are increased by provisions for losses charged against income, and are reduced by write-offs of specific investments. Allowances are reversed only if there is reasonable assurance that the conditions that caused the impairment no longer exist. Realized gains and losses on the sales of bonds are deferred and brought into income, on a constant yield basis, over the remaining period to maturity of the investments sold.

As at June 30, 1999, the Company had invested $374 million in mortgage backed securities, $371 million of which originated in the United States and $3 million in the Philippines which are included in the bond portfolio.

### *Stocks*

At December 31, 1998, the Company's equity portfolio represented 8.8% of invested assets (8.9% at June 30, 1999). The Company's equity portfolio consists of common and preferred shares, 99% of which are quoted on recognized stock exchanges. As at June 30, 1999, stocks had a book value of $4.3 billion compared with a market value of $5.0 billion.

The Company's equity portfolio is diversified by country. At June 30, 1999, $813 million, or 18.9%, of the Company's equity portfolio related to Canadian issuers, $779 million, or 18.2%, to U.S. issuers, $2,213 million, or 51.5%, to U.K. issuers and $490 million, or 11.4%, to issuers from other jurisdictions.

The portfolio is also diversified by industry classification and issuer. At June 30, 1999, the issuer representing the largest percentage of the Canadian portfolio represented 7.3% of the total market value of those securities. The comparable figures for the U.S. and the U.K. were 3.3% and 4.8%, respectively, at that date. The largest industry sector holdings at June 30, 1999 were consumer products and financial services at 22.2% and 16.3%, respectively, of the market value of the Company's consolidated equity holdings.

Stocks are originally recorded at cost, and the carrying value is adjusted annually by 15% of the difference between market value at year end and previously adjusted carrying value. Realized gains and losses on sales of stocks are deferred and brought into income at an annual rate of 15% of the unamortized balance.

### *Mortgages*

At December 31, 1998, mortgage investments represented 24% of invested assets, with commercial mortgages accounting for 13.1% of the invested assets and residential mortgages accounting for 10.9% of invested assets. Mortgage investments represented 24% of invested assets at June 30, 1999, with commercial mortgages accounting for 13.2% and residential mortgages accounting for 10.9% of invested assets. The Company carries on its mortgage operations through offices located in major cities across Canada and its investment office and Sun Bank in the United Kingdom. It is also represented by mortgage correspondents in a number of locations in the United States. The Company's mortgage portfolio, 49% of which related to real property located in Canada, totalled approximately $12 billion at December 31, 1998 ($11.7 billion at June 30, 1999, of which 48% related to real property located in Canada). While the Company continues to make investments in mortgages, over the past two years the proportion of its total invested assets in mortgages has decreased somewhat and the Company expects that it may continue to decrease slightly over the next few years.

The Company invests almost entirely in first mortgages. Generally, the Company does not participate in development lending and does not invest in participating mortgages. While the Company generally requires a maximum loan to value ratio of 75%, the Company may invest in mortgages with a higher loan to value ratio in Canada and the United Kingdom where the mortgage is insured or upon renewals of certain mortgages.

Mortgages are carried at amortized cost, net of any allowances for losses. Non-insured mortgages are classified as non-performing where payment of interest or principal is 90 days past due, foreclosure procedures have commenced or other circumstances warrant such classification. When a mortgage (other than an insured mortgage) is classified as non-performing, allowances are established and interest ceases to be accrued and interest previously accrued is reversed. Allowances are also established where, in the opinion of management, there is reasonable doubt concerning the ultimate collectibility of the principal or interest. Allowances for losses against mortgages are increased by provisions for losses charged against income, and are reduced by write-offs on specific investments. Allowances are reversed only if reasonable assurance exists that the conditions that caused the impairments no longer exist. Realized gains and losses on the sales of mortgages are deferred and brought into income, on a constant yield basis, over the remaining period to maturity.

The following table sets out the Company's total mortgage portfolio by region for the periods indicated:

## Mortgage Portfolio – Regional Distribution

| | At June 30, 1999 | | At December 31, 1998 | | 1997 | | 1996 | |
|---|---|---|---|---|---|---|---|---|
| | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total |
| | | | | ($ in millions) | | | | |
| Ontario | $ 2,665 | 22.8% | $ 2,725 | 22.7% | $ 2,848 | 25.4% | $ 3,191 | 26.9% |
| British Columbia | 1,233 | 10.5 | 1,326 | 11.1 | 1,350 | 12.0 | 1,375 | 11.6 |
| Other Western Provinces | 952 | 8.1 | 1,041 | 8.7 | 986 | 8.8 | 935 | 7.9 |
| Quebec | 681 | 5.8 | 693 | 5.8 | 636 | 5.7 | 688 | 5.8 |
| Other | 95 | 0.8 | 84 | 0.7 | 101 | 0.9 | 109 | 0[illegible] |
| Total Canada | $ 5,626 | 48.0% | $ 5,869 | 49.0% | $ 5,921 | 52.8% | $ 6,298 | 5[illegible] |
| U.S. Pacific | 723 | 6.2 | 758 | 6.3 | 721 | 6.4 | 840 | 7.1 |
| U.S. Mid-Atlantic | 754 | 6.4 | 773 | 6.5 | 754 | 6.7 | 929 | 7.8 |
| U.S. North Central | 710 | 6.1 | 702 | 5.9 | 665 | 5.9 | 720 | 6.1 |
| U.S. New England | 846 | 7.2 | 868 | 7.2 | 735 | 6.5 | 798 | 6.7 |
| Other | 1,108 | 9.5 | 1,075 | 9.0 | 885 | 7.9 | 971 | 8.2 |
| Total United States | $ 4,141 | 35.4% | $ 4,176 | 34.9% | $ 3,760 | 33.4% | $ 4,258 | 35.9% |
| United Kingdom[1] | 1,944 | 16.6 | 1,930 | 16.1 | 1,541 | 13.8 | 1,317 | 11.0 |
| Other countries[2] | 3 | 0.0 | 4 | 0.0 | 3 | 0.0 | 3 | 0.0 |
| Total | $11,714 | 100.0% | $11,979 | 100.0% | $11,225 | 100.0% | $11,876 | 100.0% |

1. Includes Republic of Ireland.

2. Principally Bermuda.

The Company's mortgages by property type and region are set forth in the following table for the periods indicated:

## Mortgage Portfolio – Property Type and Regional Distribution

| | At June 30, 1999 | | At December 31, 1998 | | 1997 | | 1996 | |
|---|---|---|---|---|---|---|---|---|
| | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total |
| | ($ in millions) | | | | | | | |
| **Canada:** | | | | | | | | |
| Retail | $ 962 | 17.1% | $ 960 | 16.4% | $ 944 | 15.9% | $ 965 | 15.3% |
| Office | 594 | 10.5 | 662 | 11.3 | 667 | 11.3 | 716 | 11.4 |
| Industrial | 580 | 10.3 | 544 | 9.3 | 558 | 9.4 | 619 | 9.8 |
| Other | 26 | 0.5 | 31 | 0.5 | 30 | 0.5 | 35 | 0.5 |
| Bank/trust commercial | 59 | 1.0 | 83 | 1.4 | 108 | 1.8 | 137 | 2.2 |
| Commercial sub-total | 2,221 | 39.4 | 2,280 | 38.9 | 2,307 | 38.9 | 2,472 | 39.2 |
| Multi-unit residential[1] | 1,838 | 32.7 | 1,946 | 33.1 | 1,989 | 33.6 | 2,085 | 33.1 |
| Single family residential | 15 | 0.3 | 14 | 0.2 | 28 | 0.5 | 51 | 0.8 |
| Bank/trust residential | 1,552 | 27.6 | 1,629 | 27.8 | 1,597 | 27.0 | 1,690 | 26.9 |
| Total | $5,626 | 100.0% | $5,869 | 100.0% | $5,921 | 100.0% | $6,298 | 100.0% |
| **U.S.:** | | | | | | | | |
| Retail | $1,629 | 39.3% | $1,636 | 39.2% | $1,371 | 36.5% | $1,576 | 37.0% |
| Office | 1,197 | 28.9 | 1,133 | 27.1 | 1,008 | 26.8 | 1,126 | 26.4 |
| Industrial | 688 | 16.6 | 840 | 20.1 | 823 | 21.9 | 931 | 21.9 |
| Other | 83 | 2.0 | – | – | – | – | – | – |
| Bank/trust commercial | 77 | 1.9 | 74 | 1.8 | 66 | 1.8 | 63 | 1.5 |
| Commercial sub-total | 3,674 | 88.7 | 3,683 | 88.2 | 3,268 | 87.0 | 3,696 | 86.8 |
| Multi-unit residential[1] | 195 | 4.7 | 197 | 4.7 | 216 | 5.7 | 294 | 6.9 |
| Single family residential | – | – | – | – | 1 | 0.0 | 3 | 0.1 |
| Bank/trust residential | 272 | 6.6 | 296 | 7.1 | 275 | 7.3 | 265 | 6.2 |
| Total | $4,141 | 100.0% | $4,176 | 100.0% | $3,760 | 100.0% | $4,258 | 100.0% |
| **U.K.:** | | | | | | | | |
| Retail | $ 90 | 4.6% | $ 100 | 5.2% | $ 95 | 6.2% | $ 93 | 7.1% |
| Office | 107 | 5.5 | 122 | 6.3 | 116 | 7.6 | 118 | 9.0 |
| Industrial | 74 | 3.8 | 90 | 4.7 | 85 | 5.5 | 90 | 6.8 |
| Other | 58 | 3.0 | 69 | 3.6 | 65 | 4.2 | 67 | 5.1 |
| Bank/trust commercial | 187 | 9.6 | 177 | 9.2 | 130 | 8.4 | 5 | 0.4 |
| Commercial sub-total | 516 | 26.5 | 558 | 29.0 | 491 | 31.9 | 373 | 28.4 |
| Multi-unit residential[1] | – | – | – | – | – | – | – | – |
| Single family residential | 6 | 0.3 | 5 | 0.2 | 5 | 0.3 | 7 | 0.5 |
| Bank/trust residential | 1,422 | 73.2 | 1,367 | 70.8 | 1,045 | 67.8 | 937 | 71.1 |
| Total | $1,944 | 100.0% | $1,930 | 100.0% | $1,541 | 100.0% | $1,317 | 100.0% |
| **Other Countries:** | | | | | | | | |
| Commercial | $ 3 | 100.0% | $ 4 | 100.0% | $ 3 | 100.0% | $ 3 | 100.0% |
| Residential | – | – | – | – | – | – | – | – |
| Total | $ 3 | 100.0% | $ 4 | 100.0% | $ 3 | 100.0% | $ 3 | 100.0% |

1. Multiple-unit residential properties, such as condominium and rental apartment buildings.



SL-0457

| | At June 30, 1999 | | At December 31, | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1998 | | 1997 | | 1996 | |
| | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total |
| | | | ($ in millions) | | | | | |
| Consolidated Company: | | | | | | | | |
| Retail | $ 2,681 | 22.9% | $ 2,696 | 22.5% | $ 2,410 | 21.5% | $ 2,634 | 22.2% |
| Office | 1,898 | 16.2 | 1,917 | 16.0 | 1,791 | 16.0 | 1,960 | 16.5 |
| Industrial | 1,342 | 11.4 | 1,474 | 12.3 | 1,466 | 13.1 | 1,640 | 13.8 |
| Other | 170 | 1.5 | 104 | 0.8 | 98 | 0.9 | 105 | 0.9 |
| Bank/trust commercial | 323 | 2.8 | 334 | 2.8 | 304 | 2.7 | 205 | 1.7 |
| Commercial sub-total | 6,414 | 54.8 | 6,525 | 54.4 | 6,069 | 54.2 | 6,544 | 55.1 |
| Multi-unit residential[1] | 2,033 | 17.3 | 2,143 | 17.9 | 2,205 | 19.5 | 2,379 | 20.0 |
| Single family residential | 21 | 0.2 | 19 | 0.2 | 34 | 0.3 | 61 | 0.5 |
| Bank/trust residential | 3,246 | 27.7 | 3,292 | 27.5 | 2,917 | 26.0 | 2,892 | 24.4 |
| Total | $11,714 | 100.0% | $11,979 | 100.0% | $11,225 | 100.0% | $11,876 | 100.0% |

1. Multiple-unit residential properties, such as condominiums and rental apartment buildings.

The following table indicates the scheduled maturities of the Company's mortgage loan portfolio for the period from July 1, 1999 to December 31, 1999 and for the years 2000 through 2003 by aggregate amount and as a percentage of the Company's mortgage loan portfolio and total invested assets at June 30, 1999:

| | Aggregate of Mortgages Maturing | % of Total Mortgage Portfolio | % of Total Invested Assets |
|---|---|---|---|
| | ($ in millions) | | |
| July 1, 1999 – December 31, 1999 | $ 791 | 6.8% | 1.6% |
| 2000 | 1,214 | 10.4 | 2.5 |
| 2001 | 1,065 | 9.1 | 2.2 |
| 2002 | 968 | 8.2 | 2.0 |
| 2003 | 1,006 | 8.6 | 2.1 |

Approximately 43.1% of the Company's mortgage loans mature by December 31, 2003. As mortgage loans are an important part of the Company's investment plan, the Company will seek to refinance, as part of its ongoing investment activities, a significant proportion of those mortgages which meet the Company's investment criteria. In certain circumstances and depending upon market conditions, the Company may have to refinance or restructure some mortgages which it might otherwise have elected not to renew or refinance.

***Real Estate***

At December 31, 1998, 4.9% of the Company's invested assets were held in real estate, with 44% of the portfolio in Canada, 26% in the United Kingdom and 30% in the United States. At June 30, 1999, 5.0% of the Company's invested assets were held in real estate, with 44% of the portfolio in Canada, 25% in the United Kingdom and 31% in the United States.

All of the Company's real estate investment properties are 100%-owned and are diversified by property type and location. In making real estate acquisitions, the Company focuses on high occupancy properties, targeted geographical areas, long-term leases for single tenant properties and varied lease terms for multi-tenant properties, and strong credit requirements for each major tenant. The Company actively manages its real estate portfolio, focusing on acquisitions and dispositions, leasing and rehabilitation, and the management of foreclosed properties.

As at June 30, 1999, the Company held real estate with a carrying value of approximately $2.5 billion and having a market value of approximately $2.7 billion. Holdings included investment properties and land, real estate acquired by foreclosure and real estate for the Company's use located in Canada, the United States and the United Kingdom.

Commercial office properties are the major component of the real estate portfolio, representing approximately 53% of real estate investments at December 31, 1998 (52% at June 30, 1999). The Company, however, is currently seeking to reduce the commercial office component of its portfolio to approximately 50% of its real estate investments, and has announced its intention to sell its interests in certain properties in Canada.



SL-0458

The Company's real estate is located primarily in Canada, the United States and the United Kingdom, as indicated by the following table:

**Real Estate Portfolio – Regional Distribution**

| | At June 30, 1999 | | At December 31, 1998 | | 1997 | | 1996 | |
|---|---|---|---|---|---|---|---|---|
| | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total | Statement Value | % of Total |
| | | | ($ in millions) | | | | | |
| Ontario | $ 482 | 19.8% | $ 476 | 19.5% | $ 429 | 19.4% | $ 427 | 19.2% |
| British Columbia | 145 | 5.9 | 143 | 5.9 | 143 | 6.5 | 143 | 6.4 |
| Other Western Provinces | 234 | 9.5 | 231 | 9.5 | 211 | 9.6 | 210 | 9.4 |
| Quebec | 213 | 8.7 | 210 | 8.6 | 205 | 9.3 | 211 | 9.5 |
| Other | 8 | 0.3 | 8 | 0.3 | 7 | 0.3 | 6 | 0.2 |
| Total Canada | $1,082 | 44.2% | $1,068 | 43.8% | $ 995 | 45.1% | $ 997 | 44.7% |
| U.S. Pacific | 62 | 2.5% | 65 | 2.7% | 77 | 3.5% | 93 | 4.2% |
| U.S. Mid-Atlantic | 45 | 1.8 | 48 | 2.0 | 56 | 2.5 | 50 | 2.3 |
| U.S. North Central | 193 | 7.9 | 205 | 8.4 | 208 | 9.4 | 132 | 5.9 |
| U.S. New England | 82 | 3.3 | 86 | 3.5 | 82 | 3.7 | 103 | 4.6 |
| Other | 377 | 15.4 | 342 | 14.0 | 259 | 11.8 | 248 | 11.1 |
| Total United States | $ 759 | 30.9% | $ 746 | 30.6% | $ 682 | 30.9% | $ 626 | 28.1% |
| United Kingdom | 607 | 24.8% | 623 | 25.5% | 528 | 23.9% | 605 | 27.2% |
| Other Countries | 3 | 0.1 | 3 | 0.1 | 2 | 0.1 | – | – |
| Total | $2,451 | 100.0% | $2,440 | 100.0% | $2,207 | 100.0% | $2,228 | 100.0% |

The following table sets out the Company's real estate portfolio by property type:

**Real Estate Portfolio – Property Type Distribution**

| | At June 30, 1999 | | At December 31, 1998 | | 1997 | | 1996 | |
|---|---|---|---|---|---|---|---|---|
| | Statement Value | % Leased | Statement Value | % Leased | Statement Value | % Leased | Statement Value | % Leased |
| | | | ($ in millions) | | | | | |
| Office | $1,280 | 92.1% | $1,299 | 90.6% | $1,172 | 90.4% | $1,244 | 87.8% |
| Retail commercial | 583 | 96.8 | 526 | 97.7 | 444 | 95.8 | 407 | 95.6 |
| Residential | 5 | – | 5 | – | 11 | – | 11 | – |
| Industrial | 500 | 94.0 | 527 | 94.0 | 524 | 93.6 | 490 | 92.6 |
| Other | 83 | – | 83 | – | 56 | – | 76 | – |
| Total | $2,451 | | $2,440 | | $2,207 | | $2,228 | |

Real estate held for investment is originally recorded at cost. The carrying value is adjusted annually by 10% of the difference between market value and previously adjusted carrying value. Realized gains and losses on sales are deferred and recorded in net investment income at an annual rate of 10% of the unamortized balance. The balance of realized gains and losses on sales of real estate held for investment are reported on the balance sheet as deferred net realized gains and losses.

Unrealized gains or losses on real estate are based on a market value determined by a combination of independent appraisals and values established by professional accredited appraisers who are employees of the Company. All real estate properties are appraised at least every three years with larger holdings being appraised annually. The Company monitors the current values of properties appraised in previous years and seeks to ensure that the market values used, in the aggregate, are not in excess of current values. Approximately 60% of the real estate portfolio, by market value, is appraised each year.

### *Policy Loans*

Policy loans represented 2.4% of invested assets at December 31, 1998 (2.5% at June 30, 1999). Most individual life insurance policies, excluding term insurance, provide the individual policyholder with the right to obtain a policy loan

from Sun Life of Canada. Such loans are made in accordance with the terms of the respective policies and are carried at the unpaid balance.

Policy loans are fully secured by the cash surrender value of the policies on which the respective loans are made. If a policyholder surrenders the policy, the cash value paid by the Company will be the cash surrender value less the amount of the outstanding policy loan. Similarly, upon the death of the policyholder, the death benefit paid by the Company will be the benefit less the amount of the outstanding policy loan. Consequently, the Company has no exposure to default risk on policy loans. The majority of policy loans are made at prime loan interest rates currently prevailing in the market.

### *Non-Performing Invested Assets*

Total net non-performing invested assets were $222 million, or 0.4% of the Company's invested assets and 0.4% of the Company's general fund assets at December 31, 1998 and $174 million, or 0.4% of invested assets and 0.3% of general fund assets, at June 30, 1999. The Company provides both specific and general allowances against non-performing invested assets. The following table provides a breakdown of the non-performing invested assets net of specific allowances by location at December 31, 1998 and at June 30, 1999:

## Net Non-Performing Assets

| | At June 30, 1999 | | | | At December 31, 1998 | | | | At December 31, | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Canada | United States | United Kingdom | Total | Canada | United States | United Kingdom | Total | 1997 Total | 1996 Total |
| | | | | | ($ in millions) | | | | | |
| Non-accrual assets: | | | | | | | | | | |
| Commercial mortgages | $ 62 | $ – | $ 12 | $ 74 | $ 87 | $ – | $ 15 | $102 | $124 | $132 |
| Residential mortgages | 31 | – | 20 | 51 | 27 | 3 | 33 | 63 | 91 | 126 |
| Bonds and other loans | 4 | – | – | 4 | 11 | 7 | – | 18 | 25 | 21 |
| Foreclosed properties held for resale | 25 | 20 | – | 45 | 24 | 15 | – | 39 | 46 | 63 |
| Total non-performing assets, net | $122 | $ 20 | $ 32 | $174 | $149 | $ 25 | $ 48 | $222 | $286 | $342 |
| Total non-performing assets as a % of total invested assets | 0.7% | 0.1% | 0.3% | 0.4% | 0.8% | 0.1% | 0.4% | 0.4% | 0.6% | 0.8% |

### *Mortgage Portfolio Surveillance*

The Company actively manages the asset quality of its commercial mortgage portfolio. In Canada, a specialty group manages problem mortgages. Mortgages are rated using a formal rating system during an appraisal, upon renewal or when identified by mortgage personnel as requiring re-rating. The Company has mortgage offices across Canada, allowing for early identification and review of problem mortgages.

In the U.S., the mortgage portfolio is originated through a correspondent network. A formal rating system is in place. It is the Company's policy that mortgage correspondents review and rate each mortgage annually and provide a written report to the Company's mortgage officers.

Generally, it has been the Company's policy to take power of sale or other available foreclosure action on mortgages in default. However, restructurings ($121 million in 1998 and $112 million for the six-month period ended June 30, 1999) have taken place where there is a financial benefit for the Company to do so. Provisions for losses on restructured mortgages are based upon the lower of the value of the underlying asset or the present value of the expected restructured cash flow, discounted at the original mortgage rate.

The Company deals with its non-performing assets through ongoing collateral reviews and active management, and by ensuring that appropriate provisions and reserves have been established. The following table sets out 90-day arrears at the dates indicated. The percentages indicated represent the outstanding principal amount of delinquent loans in each category as a percentage of total loans in such category. In completing these percentages, the amounts of arrears and the respective total portfolio amounts have not been reduced by related asset loss allowances.

## Non-Performing Mortgages – Commercial and Residential

| | At June 30, 1999 | At December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| Canada | 2.0% | 2.5% | 3.4% | 4.4% |
| United States | 0.1 | 0.1 | 0.3 | 0.3 |
| United Kingdom | 1.8 | 2.8 | 2.4 | 4.2 |
| Total Non-Performing Mortgages | 1.3 | 1.7 | 2.3 | 2.9 |

### *Asset Loss Allowances and Default Provisions*

In addition to loss provisions and allowances established for non-performing bonds and mortgages, provisions are taken if:

i) recovery of the principal balance on a loan and any accrued interest is, in the opinion of management, in doubt and the value of the underlying security has declined below the carrying value of the loan;

ii) a decline in value of a security is considered to be other than temporary;

iii) the value of a foreclosed property held for resale declines below its carrying value; or

iv) the market value of the investment real estate portfolio falls below its carrying value and any such deficiency is other than temporary in nature.

The Company had established aggregate asset loss allowances of $144 million at June 30, 1999 ($169 million at December 31, 1998 and $239 million at December 31, 1997). The following table sets forth asset loss allowances for the periods indicated:

## Asset Loss Allowances

| | Six Months Ended June 30, 1999 | Year Ended December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| Balance at beginning of the period | $169 | $239 | $283 | $299 |
| Provision for (recovery of) losses | 7 | (16) | 12 | 44 |
| Write-downs, net of recoveries | (28) | (57) | (57) | (61) |
| Other | (4) | 3 | 1 | 1 |
| Balance at end of the period | $144 | $169 | $239 | $283 |
| Asset loss allowances by region: | | | | |
| Canada | $ 99 | $124 | $189 | $230 |
| U.S. | 35 | 30 | 34 | 44 |
| U.K. | 10 | 15 | 16 | 9 |
| Total | $144 | $169 | $239 | $283 |

The allowance balance at the beginning of a year is increased by provisions for losses that are charged to income, and reduced by permanent write-downs or write-offs.

In addition, the Company has allowances for possible future asset defaults and the related loss of income in its actuarial liabilities which amounted to $439 million at June 30, 1999 ($461 million as at December 31, 1998 and $435 million as at December 31, 1997). These allowances provide for possible future asset defaults on assets currently owned by the Company. Provisions for asset defaults on assets to be acquired in the future are reflected in expected investment returns on such assets.

### *Provisions for Losses on Invested Assets*

The Company recovered $16 million on invested assets in 1998, primarily reflecting improvements in the Company's Canadian commercial mortgage loan portfolio. In the six-month period ended June 30, 1999, the Company took provisions of $6 million on invested assets. The following table provides a breakdown of provisions for losses or recoveries on invested assets by location for the years ended December 31, 1998, 1997 and 1996 and the six-month period ended June 30, 1999.

## Provision for (recovery of) Losses

| | Six Months Ended June 30, 1999 | Year Ended December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| Commercial mortgages: | | | | |
| Canada | $ — | $(15) | $ 6 | $30 |
| United States | 4 | — | (7) | (2) |
| United Kingdom | (1) | 1 | 1 | 2 |
| Total commercial mortgages | 3 | (14) | — | 30 |
| Residential mortgages: | | | | |
| Canada | — | (2) | — | 6 |
| United States | — | — | — | 2 |
| United Kingdom | — | — | — | — |
| Total residential mortgages | — | (2) | — | 8 |
| Securities and other invested assets | 4 | 4 | 16 | 6 |
| Foreclosures | (1) | (4) | (4) | — |
| Total | $ 6 | $(16) | $12 | $44 |

Bond and mortgage portfolios are reviewed quarterly to identify whether allowances for losses are adequate.

### *Deferred Realized Net Gains*

Deferred realized net gains represent gains and losses that are realized when invested assets are sold. Deferred realized net gains and losses on bonds and mortgages are amortized, on a constant yield basis, over the remaining term to maturity. This accounting method helps to maintain the yield recorded on invested assets on a basis that is consistent with the return assumed in discounting the actuarial liabilities which the assets support. For stocks, deferred realized net gains and losses are amortized at 15% per year, and on real estate at 10% per year, both on a declining balance basis.

Sun Life of Canada recorded the following deferred realized net gains and losses at the dates indicated below:

| | At June 30, 1999 | At December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| Bonds | $1,517 | $1,392 | $ 908 | $ 686 |
| Mortgages | 52 | 50 | 35 | 8 |
| Stocks | 1,557 | 1,344 | 928 | 695 |
| Real estate | 126 | 124 | 100 | 87 |
| Financial derivatives | 33 | 147 | 35 | (5) |
| Total | $3,285 | $3,057 | $2,006 | $1,471 |

### *Market Value Versus Carrying Value of Investments*

The difference between market value and carrying value of investments represents potential unrealized gains and losses which are not recorded on the Company's balance sheet except with respect to stocks and real estate as described below. The Company also does not record the difference between the market value and carrying value of liabilities, such as actuarial liabilities, which these investments support. The market value of the Company's investments differed from their carrying value by the amounts shown in the table below:

## Excess of Market Value Over Carrying Value of Investments

| | At June 30, 1999 | At December 31, 1998 | 1997 | 1996 |
|---|---|---|---|---|
| | (in millions) | | | |
| Bonds | $1,616 | $3,028 | $2,020 | $1,159 |
| Mortgages | 371 | 582 | 524 | 518 |
| Stocks | 702 | 994 | 1,234 | 882 |
| Real estate | 221 | 322 | 133 | (106) |
| Cash and Short-Term Investments | — | 1 | 2 | 6 |
| Other Invested Assets | 16 | 16 | 17 | 17 |
| Total | $2,926 | $4,943 | $3,930 | $2,476 |

A significant portion of any excess or deficiency of market values to carrying values relates to assets that are matched to liabilities as to net yield and duration. Where assets are so matched, if they are disposed of before maturity, the proceeds will be reinvested to maintain sufficient assets to meet the liabilities. Consequently, excesses or deficiencies do not necessarily represent amounts that will be credited to or charged against income.

Market values are established on the basis of quoted market values for bonds and stocks, and on the present value of future payments discounted at current market interest rates for mortgages. The Company monitors the current values of property appraised in previous years annually and ensures that, in the aggregate, the market values used are not in excess of current values. Carrying values for stocks and real estate are determined on a moving average market method of accounting whereby a portion of unrealized gains or losses are included in the carrying value of investments.

## RISK MANAGEMENT

The board of directors of Sun Life Assurance has established a Risk Review Committee which is generally responsible for requiring management to identify and review the major areas of risk in respect of the business activities of the Company and for approving, and reviewing compliance with, the policies implemented for the management and control of risk. Among other things, the Risk Review Committee requires management of each major area within Sun Life of Canada to prepare an annual report identifying its principal business and other risks and risk management techniques.

### *Asset and Liability Management*

The objective of the Company's asset and liability management policy is to minimize exposure to losses from substantial market fluctuations. The Company's insurance liabilities are segmented according to major product type with investment guidelines established for each segment. Asset mix, asset quality, liquidity and interest rate exposure are frequently measured and compared to policy objectives and liability requirements for each product type.

Interest rate risk is the risk of economic loss arising from changes in interest rates and the impact of these changes on the reinvestment or disinvestment of cash flows. The Company, for example, is exposed to this risk when cash flows from assets and the policy obligations they support are mismatched, which could result in maturing asset cash flows being reinvested at unfavourable interest rates relative to the related liability obligation or the need to sell assets to meet policy payment obligations. To control this risk, the Company has set a matching policy for each portfolio of assets and associated liabilities in order to keep disinvestment and reinvestment losses within acceptable limits. The primary approach for managing interest rate risk for interest sensitive business lines (primarily individual and group annuities) is management of the "duration gap" of assets and liabilities. Duration gap analysis measures the sensitivity of assets, liabilities and off-balance sheet instruments to changes in interest rates. Specifically, the Company employs a "key rate duration" technique which examines the duration gap of assets and liabilities at discrete intervals on the yield curve. These gaps are managed within specified tolerance limits, including through the use of derivative instruments. Market risk is the risk that the value of an investment will decrease as a result of adverse changes in market prices caused by factors specific to the individual investment or its issuer, or factors affecting all securities traded in the market. Market risk is most prevalent for the Company's investment in stocks. Investments in stocks and, to a lesser extent, real estate, entails greater volatility in returns over time than other investments. Because of this volatility, the Company's exposure to these investments is contained through established limits relative to the amount of supporting liabilities and surplus. Stock and real estate holdings are also diversified by industry type and by corporate group. In addition, the effect of potential adverse market movements is regularly monitored through Dynamic Capital Adequacy Testing and other portfolio stress testing techniques.

The mix of invested assets supporting actuarial liabilities, surplus and other at June 30, 1999 and at December 31, 1998 is shown in the following tables:

**At June 30, 1999**

| | Bonds % | Mortgages % | Stocks % | Real Estate % | Other % |
|---|---|---|---|---|---|
| Individual Par Life | 37 | 14 | 24 | 12 | 13 |
| Individual Non-par Life | 53 | 22 | 2 | 1 | 22 |
| Group Life | 68 | 22 | 1 | 3 | 6 |
| Individual Annuities | 59 | 27 | – | 1 | 13 |
| Group Annuities | 75 | 22 | – | 3 | – |
| Health | 68 | 25 | 1 | – | 6 |
| Surplus and Other | 32 | 40 | 8 | 4 | 16 |
| Total | 51 | 24 | 9 | 5 | 11 |

**At December 31, 1998**

| | Bonds % | Mortgages % | Stocks % | Real Estate % | Other % |
|---|---|---|---|---|---|
| Individual Par Life | 38 | 13 | 24 | 13 | 12 |
| Individual Non-par Life | 62 | 24 | 2 | 1 | 11 |
| Group Life | 68 | 24 | – | 3 | 5 |
| Individual Annuities | 62 | 29 | – | 2 | 7 |
| Group Annuities | 73 | 24 | – | 3 | – |
| Health | 72 | 24 | 1 | 1 | 2 |
| Surplus and Other | 38 | 34 | 8 | 1 | 19 |
| Total | 52 | 24 | 9 | 5 | 10 |

Among the different lines of the Company's businesses, annuities are the most sensitive to changes in interest rates. At December 31, 1998, the annuity business represented 46% of the Company's total actuarial liabilities. The sensitivity of the Company's annuity business to interest rate changes was such that, at December 31, 1998, an immediate 1% increase in interest rates across the entire yield curve would have resulted in a $20 million increase in actuarial liabilities and a corresponding decrease in net income. An immediate 1% decrease in interest rates at December 31, 1998 would have resulted in an estimated $7 million increase in net income.

### *Claims Risk Management*

Claims risk is the risk that the Company will incur higher than anticipated mortality and morbidity claim losses on any one policy or group of policies. The Company manages this risk through establishing underwriting policies to determine the insurability of applicants and managing its exposure to large claims. The Company follows detailed, uniform underwriting practices and procedures designed to properly assess and qualify risks before issuing coverage to qualified applicants. For example, a prospective life insurance policyholder must submit to a variety of underwriting tests, that, depending upon the amount of the policy, may include medical examinations, electrocardiograms, blood tests, urine tests, saliva tests, treadmill tests, chest X-rays and inspection reports if the policy amount exceeds prescribed limits. Underwriting requirement limits are regularly scrutinized against industry standards to stay abreast of industry trends. At the present time, comprehensive blood and saliva test screening is generally performed on individual life insurance business written with a face amount equal to or greater than $50,000. In certain circumstances, relating particularly to corporate owned life insurance, tailored underwriting arrangements may be made.

The Company evaluates each policy application from every distributor separately. The Company is not obligated to accept any policy or group of policies from any distributor. Every policy is underwritten on its own merits, and no individual policy (other than those issued under special arrangements described above) is issued without having been examined and underwritten individually.

The process for underwriting reinsurance risks includes the review of the financial position and the product pricing, underwriting and claims administration practices of the ceding company.

Group insurance underwriting differs from individual policy underwriting in the sense that groups are underwritten prior to the issue of the policy and again at each annual renewal. The Company's group insurance underwriting methods include risk selection, plan design and rating techniques.

Risk selection includes such considerations as financial stability, job-related hazards, the percentage of employee participation in the plan and varying degrees of individual underwriting. For large groups of participants, individual underwriting is generally used only where the amounts of insurance on particular individuals are very large in relation to amounts on other group members. For very small groups, each individual is underwritten using techniques similar to those used for underwriting individual policies.

Plans are designed to accommodate the needs of most employers and employees without incurring excessive loss ratios or administrative expenses.

Ratings techniques vary according to the size of the group. For the largest groups, the primary consideration is the historical claims experience of the group. For the smallest groups, the industry classification is the primary consideration. Intermediate size groups are rated using a blend of the historical experience and the industry classification.

***Pricing Risk***

The process of pricing products requires estimates of many factors, including future investment yields, mortality and morbidity experience, expenses, rates of policy termination and taxes. Pricing risk is the risk that the actual experience with a product will not develop as estimated in pricing that product. While many products are designed to allow adjustments to premiums or benefits for experience variations, other products do not allow such adjustments.

The Company manages pricing risk by setting standards and guidelines for pricing that address pricing methods and assumptions, setting profit margin objectives, required scenario analysis, documentation and pricing approval processes. These standards and guidelines are intended to ensure that the level of risk borne by the Company is within acceptable limits. The pricing risk management process includes completion of an annual compliance self-assessment by all business units and the internal audit of business unit pricing on a rotating basis.

***Credit Risk Management***

Credit risk is the risk of economic loss resulting from the failure of an obligor of the Company to make any payment of principal or interest when due, in the case of fixed income investments or, in the case of an equity investment, the loss in value of an equity investment resulting from a corporate failure. The Company mitigates credit risk by utilizing detailed credit and underwriting policies, by undertaking comprehensive due diligence on potential investments, and by imposing aggregate counterparty exposure limits within fixed income and equity portfolios. The Company's investment guidelines also require that the risk levels of the various investment sectors be continuously monitored with allocations adjusted accordingly. Provisions for losses on assets that are currently impaired are made through a reduction in the carrying value of the asset. Adjustments in the actuarial liabilities provide allowances for possible future asset defaults on assets currently owned.

***Liquidity Risk Management***

Liquidity risk refers to the ability of the Company to meet its obligations to policyholders or other creditors as they arise. Liquidity management is an important aspect of the Company's operations and recognizes consumers' need for confidence in the ability of financial services providers to meet payment obligations on a timely basis.

The Company maintains, on a consolidated basis and as a matter of policy, liquifiable assets equal to at least 100% of all liabilities payable on demand. In addition, minimum levels of cash and money market investments as a percentage of total investment assets are maintained both on a consolidated level and within each national operation. Standby credit facilities are also maintained with a variety of banks throughout the world.

Within each product line separate investment guidelines are maintained, with liquidity management taking into account the particular liquidity needs of each product line.

***Concentration Risk Management***

Concentration risk is the risk of major losses resulting from an overexposure of investments to a single entity, group of related entities or industry segment. The Company's investment guidelines establish limits on the level of investment which can be made in any single entity or group of related entities and these limits are reviewed and amended, as necessary, at least annually. These limits are consolidated across all investment types to capture total exposure to any single borrower or investment. On a broader industry segment approach, the Company's guidelines establish limits on concentrations in types of investments, such as common shares and real estate.

***Foreign Currency Risk Management***

Foreign currency risk is the risk of loss resulting from changes in currency exchange rates. Fluctuations in exchange rates between the Canadian dollar and other currencies in which the Company does business may affect the Company's results of operations.

Virtually all of the assets and liabilities held in each of the jurisdictions in which the Company does business are denominated in local currencies, providing an effective operational hedge against adverse currency fluctuations. The

Company's non-Canadian operations are accounted for on a self-sustaining basis. This method requires all assets and liabilities to be translated into Canadian dollars at period end rates of exchange. Revenue and expenditure items are translated at average rates of exchange during the period.

The effects of fluctuations in exchange rates between the Canadian dollar and other currencies on the Company's results of operations and surplus cannot be predicted. See "Risk Factors". For example, changes in the market rates of exchange during 1998 caused an increase in net income of $16 million, an increase in total assets of $5.4 billion, and an increase in surplus, through the CTA, of $312 million, compared to an increase in net income of $2 million, an increase in assets of $1.6 billion and in surplus of $52 million in 1997. Foreign exchange controls imposed by jurisdictions in which the Company carries on business do not have a material impact on the Company's business or operations.

### *Derivative Risk Management*

As part of its asset and liability management program, the Company uses derivative instruments, including interest rate swaps, currency swaps, financial futures, options and forward contracts to manage risks associated with currency and interest rate fluctuations, duration mismatch and stock market fluctuations. Guidelines for the use of derivatives specifically prohibit the use of derivative strategies which increase risks beyond the limits established for direct investments.

All hedging instruments put in place by the Company are marked to market on a daily basis with all derivative positions reported monthly to the board of directors of Sun Life Assurance and, following demutualization, to be reported to the Financial Services Board. Each report includes an explanation of the original purpose for entering into the derivative contract and a determination as to whether the position taken is still required for hedging purposes.

The Company generally enters into derivative contracts only with counterparties rated AA or better. In limited circumstances, the Company will enter into transactions with lower rated counterparties if the counterparty obligation can be fully collateralized or if other credit enhancement features are included.

At June 30, 1999, the Company had $6.9 billion notional amount of derivatives outstanding constituting a credit equivalent amount of $269 million. At December 31, 1998, these amounts were $6.3 billion and $211 million, respectively, and at December 31, 1997 these amounts were $3.1 billion and $142 million, respectively. See Note 29 to the Consolidated Financial Statements.

### *Operational Risk Management*

Operational risk is the risk of loss resulting from errors, inefficiencies, or a lack of effectiveness of people, processes or systems. The management of these risks is critical to the success of an organization such as the Company, which is engaged in a number of different business environments.

The Company maintains a human resources department to ensure that effective people are continually placed in key positions. Ongoing training through internal and external programs is designed to prepare staff at all levels for the demands of their positions. Operating and reporting processes are reviewed and updated regularly, with monitoring completed on a yearly basis by the internal audit group. Information systems and technology are reviewed regularly and upgraded where necessary.

The Company maintains a comprehensive insurance program which reviews and provides protection against potential losses. This program may include moderate levels of self-insurance. The Company maintains appropriate insurance on both properties that it owns and those securing its mortgage investments.

The Company's environmental risk management program is designed to ensure compliance with applicable laws and to protect investment assets from losses due to environmental problems. The senior investment officer in each national office is responsible for developing the local environmental policy under the auspices of the corporate office.

### *Insurance and Annuity Actuarial Liabilities*

Most life insurance and annuity policies are for terms of more than one year and extend a company's obligations into the future. Accordingly, the accounting and actuarial principles followed by the life insurance industry are based on this long-term view. The Company's actuarial liabilities are calculated using the policy premium method and accepted actuarial practice, and represent the net present value of estimated future policyholder benefits, dividends and policy maintenance expenses, less future premiums, on insurance and annuity contracts currently in force. The Company's Appointed Actuary is responsible for determining the amount of these liabilities. Reinsurance ceded and reinsurance risk are a small component of the actuarial liabilities of the Company, representing approximately 0.8% of the actuarial liabilities of the Company at December 31, 1998 (1.0% at June 30, 1999).

Due to the long-term nature of life insurance and annuity policies, the Appointed Actuary must make many assumptions with respect to future events and economic conditions. These assumptions include expected future mortality trends, investment yields, asset loss levels, policy lapse and surrender expectations, policy maintenance expenses and renewal premium payments. Because actual experience will not be exactly as expected, a provision, commonly referred to as the "provision for adverse deviations", is included in the calculation of actuarial liabilities. These provisions are based on professional actuarial standards. The assumptions are tested extensively each year to ensure that they are appropriate for expected future conditions.

The valuation methods employed by the Company's Appointed Actuary in the determination of actuarial liabilities are based on standards established by the Canadian Institute of Actuaries. The Appointed Actuary must follow these professional standards and apply knowledge of the Company's assets, future obligations and operations in the determination of these liabilities.

The Company has a policy of minimizing mortality risks above predetermined limits on any one life or pair of lives when a policy is issued. These limits vary by geographic region. The maximum amount of risk retained by the Company on any one life, at policy issuance, is U.S.$7 million and U.S.$10 million for any pair of lives insured under a joint life and last-to-die policy, although policies of up to U.S.$15 million may be issued if the amounts exceeding these limits are reinsured with other participating insurers. Any policies which exceed U.S.$15 million require approval of the Company's President and are reported to the board of directors annually.

## RATINGS

The ratings provided for Sun Life of Canada by four major independent rating agencies as at September 28, 1999, are set forth below:

| Rating Agency | Measurement | Rating |
|---|---|---|
| Duff & Phelps | Claims Paying Ability | AAA |
| A.M. Best Company | Financial Strength | A++ |
| Standard & Poor's | Financial Strength | AA+ |
| Moody's Investors Services | Financial Strength | Aa2 |

Financial strength and claims paying ability ratings reflect a rating agency's opinion of the Company's financial strength, claims paying ability, operating performance and ability to meet its obligations to policyholders and are not directed toward the protection of investors in Financial Services Shares. Such factors are of concern to policyholders, agents and intermediaries. Such ratings are not ratings of securities and should not be relied upon when making a decision to buy, hold or sell Financial Services Shares or any other security.

In addition, the subordinated debt and Cumulative Capital Securities issued by Sun Life of Canada have been rated by the major rating agencies, as at September 28, 1999, as follows:

| Rating Agency | Measurement | Rating |
|---|---|---|
| Duff & Phelps | Subordinated Notes and Cumulative Capital Securities | AA |
| Standard & Poor's | Capital Debentures and Subordinated Notes | AA- |
| | Cumulative Capital Securities | A+ |
| Moody's Investor Services | Subordinated Notes and Cumulative Capital Securities | A1 |

## LEGAL MATTERS

### Proceedings Relating to Unicover

#### *Overview*

In January 1999, Sun Life Assurance advised Unicover that it had terminated an arrangement to participate in the reinsurance of a reinsurance pool and facilities created and managed by Unicover (the "Unicover Treaties"). The members of that pool and those facilities (the "Unicover Reinsurers") provided reinsurance for the health insurance components of workers' compensation insurance policies written by U.S. insurers. In July 1999, Sun Life Assurance commenced an arbitration against Unicover and the Unicover Reinsurers. In the arbitration, Sun Life Assurance is seeking rescission of the Unicover Treaties and damages on the basis that Unicover made material misrepresentations and non-disclosures prior to, during and after the underwriting of those treaties, and on the basis of breaches of contract and bad faith conduct by Unicover in the performance of the treaties. In September 1999, Phoenix Home Life Mutual Insurance Company ("Phoenix Home"), which had participated with Sun Life Assurance in providing the reinsurance under the Unicover Treaties, joined in the arbitration with Sun Life Assurance against Unicover and the

Unicover Reinsurers. If the remedy of rescission were to be granted, it would have the effect of annulling or voiding the Unicover Treaties.

On the basis of its investigation of the facts currently available, and on the advice of counsel, Sun Life Assurance believes that it has strong grounds on which to rescind the Unicover Treaties.

***Reinsurance of Unicover Reinsurers***

The Unicover Treaties commenced on December 1, 1997 for a term of three years. The Company understands that, at various times, the Unicover Reinsurers included Phoenix Home, Life Reassurance Corporation of America, Lincoln National Life Insurance Company, Connecticut General Life Insurance Company, Cologne Life Reinsurance Company ("Cologne"), ReliaStar Life Insurance Company and Reliance Insurance Company.

Under the Unicover Treaties, Sun Life Assurance, Phoenix Home and Cologne were to provide whole account excess-of-loss reinsurance to the Unicover Reinsurers. Pursuant to the Unicover Treaties and certain related arrangements, the Unicover Reinsurers acquired, for what was, in effect, a fixed premium, protection against all losses above U.S. $10,000 and up to U.S. $500,000 per claim. The contracts under the Unicover Treaties contained estimates that the Unicover program would involve premium volume on the underlying workers' compensation policies (known as "subject premium") over the period from December 1, 1997 to November 30, 2000 of U.S. $150 million in the first twelve month period, U.S. $200 million in the second twelve month period and U.S. $250 million in the remaining period.

During 1998, the Company became increasingly concerned that Unicover may have been exceeding its subject premium estimate. On January 25, 1999, Sun Life Assurance advised Unicover that, effective on that date, it regarded the Unicover Treaties as terminated. Sun Life also advised Unicover that it would not accept any further premium in respect of those contracts, and that it reserved all its rights, including, without limitation, to void the contracts entirely and return any associated premium or to claim damages for breaches of contractual or other legal duties owed to Sun Life Assurance by Unicover or its brokers or the Unicover Reinsurers. Unicover has advised the Company that it disputes the right of Sun Life Assurance to terminate the Unicover Treaties.

The Company learned in April 1999 from Unicover documentation that the estimated subject premium under the insurance policies expected to be written over the period from December 1, 1997 to November 30, 2000 by direct insurers which had reinsurance contracts with the Unicover Reinsurers would be approximately U.S. $7.8 billion. The Company understands that this estimate was based in part on information provided by insurance brokers and direct insurers. This amount, however, is an estimate only, and the actual amount of subject premium will depend on the amount of insurance written by the underlying insurers which is covered by reinsurance with the Unicover Reinsurers. The impact on the amount of these policies, if any, of the actions taken by Sun Life Assurance and others in connection with the Unicover Treaties and the Unicover Reinsurers cannot be predicted with certainty. The Company also has learned that the reinsurance policies written by the Unicover Reinsurers were written for terms of up to twenty-seven months, and that some have a "run-off" option, which, if exercised by the underlying insurer, has the effect of extending the reinsurance coverage for up to eighteen months. The Company believes that the latest maturity date of any underlying reinsurance policy, together with its associated "run-off" period, is July 1, 2002.

If the subject premium ultimately amounts to approximately U.S. $7.8 billion and the Unicover Treaties are not rescinded and no other remedy is granted, Sun Life Assurance estimates that the claims to Sun Life Assurance, Phoenix Home and Cologne under the Unicover Treaties, net of reinsurance premiums paid to them, would be approximately U.S. $1.6 billion, before taking into account the exercise of "run-off" options. This estimate is based upon, among other things, the Company's current understanding of the contracts between the direct insurers and the Unicover Reinsurers and the historical underwriting loss ratios for those direct insurers. On this basis, Sun Life Assurance believes that the amount of claims made to it, net of reinsurance premiums paid to it, under the Unicover Treaties could be approximately U.S. $700 million before the exercise of "run-off" options, and that, if these options were to be exercised, that amount could increase by up to approximately 30%.

***Retrocession Arrangements***

Sun Life Assurance has retrocession coverage for the reinsurance provided to the Unicover Reinsurers under retrocession treaties with U.S. and international insurers. These retrocession treaties cover claims to Sun Life Assurance made by the Unicover Reinsurers in all amounts in excess of U.S. $5,000 per claim. Sun Life Assurance believes that application of this coverage would eliminate substantially all of its exposure to loss under the Unicover Treaties. In the event that Sun Life Assurance is not substantially successful in the arbitration against Unicover and the Unicover Reinsurers, the extent to which the Company will be subject to losses will depend upon its ability to enforce this coverage under its retrocession treaties. There is also a risk that Sun Life Assurance may be exposed to additional potential liability in respect of Unicover as a result of the Company's possible direct or indirect participation in arrangements which provide retrocession coverage to the Company's retrocessionaires.

Sun Life Assurance is a defendant in a complaint filed by one of the Company's retrocessionaires, Allianz Life Insurance Company of North America ("Allianz") in the United States District Court, Minnesota in April 1999. The complaint, which also named Phoenix Home and Aon Re, Inc. as defendants, seeks rescission of, or damages with respect to, certain retrocession treaties between Sun Life Assurance and Allianz, including a treaty which would provide Sun Life Assurance with some reinsurance in connection with Unicover-related claims. In the complaint, Allianz alleges, among other things, that, at the time of entering into the treaties, and in the course of ceding Unicover risks to them, misrepresentations were made to Allianz, including in respect of the amount and quality of the reinsurance to be written or written and the ceding of claims related to workers' compensation policies. Allianz also alleges that retrocession treaties were written with it, and the Unicover Treaties agreed to, with the objective of passing on underwriting losses. Allianz, Sun Life Assurance and Phoenix Home have agreed not to proceed further in the legal action until November 1, 1999.

## Matters Relating to Premium Offset

Legal actions, including class action lawsuits, have been filed against a number of insurance companies related to the sale of whole life insurance policies on a "premium offset" basis. Sun Life of Canada was named as a defendant in lawsuits filed in courts in the United States alleging mis-selling issues, and certification as a class action was requested in certain of these cases. In 1996, the class action lawsuits brought against Sun Life of Canada were consolidated into a single amended complaint filed in New Jersey Federal Court. On August 7, 1998, Sun Life of Canada and the plaintiffs filed an agreement to resolve the consolidated lawsuits, and the Court approved the settlement agreement (the "U.S. Settlement Agreement") on December 3, 1998. Prior to the Court's approval of the settlement, the owners of 255 policies opted out of the settlement entirely, thereby preserving their right to pursue independent remedies. Of this group, 15 individual suits have been filed. Under the U.S. Settlement Agreement, policyholders of the approximately 335,000 policies affected may either elect "general policy relief" or pursue an alternative claims process. A policyholder who elects to receive general policy relief may receive a range of benefits, including the right to purchase a new universal life policy or annuity at a discounted premium rate or price or receive enhanced dividends for a period of time on the outstanding policy depending on the nature and status of his or her policy. Alternatively, policyholders may elect to proceed under an alternative claims process pursuant to which their claims will be reviewed by the Company and class counsel and a determination made of the amount to be paid to resolve such claims.

In Canada, a lawsuit proposing a class action based on "premium offset" issues was brought against the Company in the courts of each of British Columbia, Ontario and Quebec. On July 3, 1997, the Company announced that it had reached an agreement to resolve these lawsuits. Following lengthy proceedings (including dismissal by the Supreme Court of Canada on October 22, 1998 of an application by a single objector in the Ontario action for leave to appeal), the necessary court orders were obtained certifying the actions as class proceedings and approving of the settlement agreement (the "Canadian Settlement Agreement") in each of these three provinces. The Canadian Settlement Agreement also permits policyholders in provinces other than British Columbia, Ontario and Quebec to elect to opt in to receive benefits under the Agreement.

The Company is proceeding with implementation of the Canadian Settlement Agreement which affects more than 300,000 Sun Life of Canada policies across Canada. Under its terms, policyholders may elect to receive fixed increases to the dividend rate on their policies for a set period of time and/or to the maturity of the policy. Alternatively, policyholders may elect to proceed under an alternative claims process pursuant to which their claims will be reviewed by the Company and, in some cases, by class counsel and by an independent designate. Approximately 900 policyholders have elected to opt out of the Canadian Settlement Agreement which preserves their right to pursue independent remedies. In addition, approximately 39,328 in-force policyholders and 36,362 owners of lapsed policies resident in other provinces did not opt in to the settlement agreement and therefore retain their right to pursue independent remedies.

Based on the information presently known to it, management believes that adequate financial provisions have been made for all of these matters, and that any outcome of the class action litigation in Canada or the United States (including the commitments made in the settlement agreements in Canada and the United States) will not have a material adverse effect on the consolidated financial position of the Company. See "Risk Factors — Class Action Litigation Against the Company".

## Other Matters

In addition, the Company and its subsidiaries are engaged in litigation arising in the ordinary course of business. None of this litigation, however, is expected to have a material adverse effect on the consolidated financial position of the Company.

## RISK FACTORS

In addition to the other information contained in this Policyholder Information Circular, eligible policyholders should consider carefully the following important factors relating to owning Financial Services Shares.

### *United Kingdom Operations*

In recent years, the Company's United Kingdom Wealth Management Business has experienced significant losses arising out of certain pension sales practices and guaranteed annuity products which are described in more detail below. During 1996, 1997 and 1998, the potential liabilities arising from these practices and products required the Company to make total pre-tax provisions of $946 million and to write off $260 million in goodwill remaining from the acquisition of Confederation Life's U.K. operations. In the six-month period ended June 30, 1999, the Company made additional provisions of $354 million with respect to potential liabilities relating to pension sales practices.

These losses and the United Kingdom regulatory requirements related to these losses have necessitated significant infusions of capital into the Company's U.K. operations. In 1998, Sun Life Assurance invested approximately $1.3 billion in its U.K. operations. At December 31, 1998 and June 30, 1999, 33% and 28%, respectively, of the Company's consolidated surplus was invested in the United Kingdom operations.

In addition to the liabilities arising from pension sales practices and guaranteed annuity products, the Company faces significant ongoing operating issues in the United Kingdom. As a consequence of increasing competition in the United Kingdom, decreased market share and high expense levels in certain product lines, the introduction of stakeholder pensions and increasing regulation of product pricing, design and sales practices, certain products being sold by the Company's U.K. operations are generating losses and the long-term profitability of these products is uncertain.

The Company has taken steps to address the problems in the United Kingdom, including by the introduction of a new senior management team, a major review of its U.K. operations and the development of a new strategic plan for the United Kingdom. See "Management's Discussion and Analysis of Financial Condition and Results of Operations – Challenges in United Kingdom Operations." No assurances can be given that prior or current financial or operational issues or difficulties will not give rise to further material liabilities.

### *United Kingdom Pension Sales Practices Liabilities*

In recent years, the Company has been required to record substantial Pension Sales Provisions in the United Kingdom as a result of liabilities to customers arising out of sales of individual pension plans from 1988 to 1994. The Company made Pension Sales Provisions of $196 million and $347 million in 1997 and 1998, respectively. The Company increased its Pension Sales Provisions in the first two quarters of 1999, resulting in an aggregate increase to these provisions of $354 million in the six-month period ended June 30, 1999. This increase in Pension Sales Provisions was based on revised regulatory guidance and the Company's experience to date. As at June 30, 1999, total Pension Sales Provisions were $755 million. In October 1998, the FSA also announced a review of sales practices in connection with FSAVC and similar products. As at December 31, 1998, the Company had established aggregate provisions of $45 million for these and similar products. Proposals for conducting the review are yet to be finalized and at present the Company is unable to quantify the cost of any review and any compensation payable by it as a result. See "Management's Discussion and Analysis of Financial Condition and Results of Operations – Certain Items Affecting Net Income – United Kingdom Adjustments – Provisions for Prior U.K. Pension Sales".

There can be no assurance that the Company's existing Pension Sales Provisions will ultimately prove sufficient to cover all liabilities to its personal pension customers in the United Kingdom. A number of different factors could cause the Company's liabilities to these customers to increase materially, including: (i) an expansion by the FSA and PIA of the class of customers entitled to compensation, (ii) an unfavourable change in the required method of determining compensation, (iii) the Company's estimates may turn out to be incorrect, including with respect to the number of customers ultimately requesting compensation and the average amount of compensation due to each customer and (iv) adverse changes in interest rate levels and the performance of equity markets. Accordingly, there can be no assurance that the Company will not experience further material losses in its U.K. Wealth Management Business in connection with personal pension selling practices compensation.

### *Guaranteed Annuity Option Liabilities*

The Company has established significant Annuity Rate Provisions against future losses in its U.K. Wealth Management Business in connection with certain guaranteed annuities issued prior to 1994 by Confederation Life (U.K.). The cumulative amount of such Annuity Rate Provisions was $502 million at December 31, 1998. See "Management's Discussion and Analysis of Financial Condition and Results of Operations – Certain Items Affecting Net Income – United Kingdom Adjustments – Provisions for Annuity Rate Guarantees in the U.K.".

The Company has instituted a hedging program with the objective of limiting losses that would otherwise arise upon further declines in interest rates in the United Kingdom. This program provides a substantial, although not complete, hedge against declines in interest rates which, however, becomes less effective as rates decline further. There can be no assurance that material additional reserves will not be required in the future as a result of a number of different factors, including: (i) more conservative reserving requirements arising from changes in regulations, (ii) significant interest rate reductions or shifts in the yield curve, against which the Company's current hedges would have reduced effectiveness, (iii) increases in the pool of pension assets entitled to the guaranteed annuity option and (iv) further unanticipated adverse changes in mortality experience.

### *Other Sales Practice Issues in the United Kingdom*

The Company offers a variety of endowment products in the United Kingdom. Endowment policies are generally sold to provide customers with a method of repaying mortgage debt after the term of a mortgage. The sale of endowment policies by life insurance companies has recently attracted criticism from the press and politicians in the United Kingdom.

The FSA has announced that it is monitoring the situation and in August 1999 issued a press release noting that, with the sharp decline in inflation in recent years, the expected future returns on insurance companies' endowment funds may decline. The Association of British Insurers has announced plans to require its member companies to make regular premium reviews for their mortgage endowment products. There can be no guarantee that the FSA will not in future require providers of endowment products to bear some or all of the additional costs required to ensure that such policies meet their targets.

### ***Reinsurance Liabilities Related to Unicover***

In July 1999 Sun Life Assurance commenced an arbitration against Unicover and the Unicover Reinsurers seeking rescission of the Unicover Treaties. See "Legal Matters – Proceedings Related to Unicover". The Unicover Treaties commenced December 1, 1997 and Sun Life Assurance advised Unicover that it was terminating its participation in them in January 1999. Under the Unicover Treaties, Sun Life Assurance, Phoenix Home and Cologne provided whole account excess-of-loss reinsurance to the Unicover Reinsurers for losses under health reinsurance contracts written by the Unicover Reinsurers. In September 1999, Phoenix Home joined with Sun Life Assurance in the arbitration against Unicover and the Unicover Reinsurers.

While Sun Life Assurance believes that it has strong grounds on which to rescind the Unicover Treaties, the outcome of the arbitration is uncertain. The arbitration is at an early stage, it will likely involve an extensive discovery process through which the Company should gain access to additional information and the timing of the resolution of the arbitration is uncertain. Accordingly, there is a risk that the arbitration will not result in any material reduction in the potential liability of the Company to the Unicover Reinsurers.

In the event that Sun Life Assurance is not substantially successful in the arbitration against Unicover and the Unicover Reinsurers, the extent to which the Company will be subject to losses will depend upon its ability to enforce its coverage under its retrocession treaties. Given the unanticipated magnitude of the subject premium relating to Unicover, the Company's retrocessionaires may seek to avoid payment of amounts under these retrocession treaties. One of the Company's retrocessionaires, Allianz, has commenced litigation against Sun Life Assurance seeking rescission of certain retrocession treaties with Sun Life Assurance, including a retrocession treaty which would cover some of the Unicover-related claims. Retrocessionaires other than Allianz may seek to assert similar or other defences to the enforcement of their retrocession treaties. This may result in additional litigation or arbitration involving Sun Life Assurance, the outcome of which is uncertain. Accordingly, there is a risk that the retrocession treaties will not be enforced so as to cover any material liability of the Company to the Unicover Reinsurers.

If the subject premium under the Unicover Treaties ultimately amounts to U.S. $7.8 billion, and if the Unicover Treaties are not rescinded, no other remedy is granted and Sun Life Assurance cannot enforce its retrocession treaties, Sun Life Assurance believes that the amount of its liability under claims made to it, net of reinsurance premiums paid to it, under the Unicover Treaties could be approximately U.S. $700 million, before the exercise of "run-off" options in the underlying contracts. If all such "run-off" options are exercised, Sun Life Assurance believes that amount could increase to as much as approximately U.S. $910 million.

There is a risk that Sun Life Assurance may be exposed to additional potential liability in respect of Unicover as a result of the Company's possible direct or indirect participation in arrangements which provide retrocession coverage to the Company's retrocessionaires. It is also possible that Sun Life Assurance may become involved in additional litigation relating to Unicover, and such litigation may be protracted and costly.

Accordingly, there can be no assurance that the Company will not incur material losses in connection with the Unicover Treaties.

### *Holding Company Structure and Restrictions on Dividends*

As a holding company, Financial Services' ability to pay operating expenses and dividends depends primarily on the receipt of sufficient funds from its principal operating subsidiaries. The inability of the operating subsidiaries to pay dividends to Financial Services in an amount sufficient to pay operating expenses and dividends and meet other obligations would have a material adverse effect on Financial Services.

The payment of dividends by the operating subsidiaries is subject to restrictions set forth in the insurance, securities and corporate laws and regulations of the various jurisdictions in which those subsidiaries are domiciled. In particular, the insurance subsidiaries and branches of the Company are required to maintain solvency and capital standards in the jurisdictions in which they operate. These standards effectively restrict the amount of dividends, distributions or other payments that may be made by such subsidiaries and branches to Financial Services or other subsidiaries. See "Regulatory Matters". As discussed above under "– United Kingdom Operations", over one-third of the Company's surplus was invested in the Company's United Kingdom operations at June 30, 1999. This capital cannot be made available to Financial Services in the form of dividends, or otherwise, until the contingent liabilities and regulatory provisions that the capital supports are reduced. The laws of certain other jurisdictions where the Company's subsidiaries are domiciled may also limit the payment of dividends to a parent company such as Financial Services. As a result of such regulatory requirements, certain assets of Financial Services' subsidiaries and branches may not be available to Financial Services. Payment of dividends by foreign subsidiaries of Financial Services may also be subject to withholding tax or other similar charges.

### *Obligations to Participating Policyholders*

Following demutualization, the Company's principal subsidiary, Sun Life Assurance, may be required, in certain circumstances, to transfer money from its shareholders' account to cover certain shortfalls experienced by the sub-accounts for SLC Pre-Demutualization Participating Policies and SLC Post-Demutualization Participating Policies. In particular, if, at any time, the liabilities in any sub-account for SLC Pre-Demutualization Participating Policies are, in the opinion of the Appointed Actuary, greater than the assets in that sub-account, the Company will be required to transfer sufficient assets from the shareholders' account into that sub-account to prevent it from falling into a deficit. The Company's insurance subsidiaries may also be required from time to time to transfer assets from their respective shareholders' accounts in order to protect policyholders' interests. See "Restructuring of Participating and Other Accounts on Demutualization".

### *Certain Restrictions on Take-overs and Other Transactions*

Following demutualization, Sun Life Assurance's participating policyholders will have the right to vote as a separate class on certain significant corporate transactions, and as a result, may have an effective veto right on transactions which Financial Services, as the sole shareholder of Sun Life Assurance, may otherwise approve. See "Corporate Governance of Sun Life Assurance".

The Canadian Insurance Act and the regulations thereunder contain restrictions on the purchase or other acquisition, issue, transfer and voting of the shares of a demutualized insurance company or, when a holding company structure is used, of the holding company. Pursuant to these restrictions as currently enacted, no person is permitted to acquire any shares of Financial Services if the acquisition would cause the person to have a "significant interest" in any class of shares of Financial Services. In addition, Financial Services is not permitted to record any transfer or issue of its shares if the transfer or issue would cause the person to have a significant interest in Financial Services. No such person who has a significant interest in Financial Services may exercise any voting rights attached to the shares held by such person. If a person contravenes any of these restrictions, the Minister of Finance of Canada may, by order, direct such person to dispose of all or any portion of those shares. For these purposes, a person has a significant interest in a class of shares of Financial Services where the aggregate of any shares of that class beneficially owned by that person, any entity controlled by that person and by any person acting jointly or in concert with that person exceeds 10% of all the outstanding shares of that class of shares. The Canadian government has issued a policy paper proposing to modify the restrictions to increase the 10% limit to 20% for each class of voting shares and 30% for each class of non-voting shares, subject to a fit and proper test. The Canadian government has also announced that, during a two-year transitional period after demutualization, mergers with or an acquisition of another demutualized insurance company would not be permitted. See "Regulatory Matters – Canada – Canadian Government's Proposed Reforms to the Financial Services Sector" and "Constraints on Ownership of Holding Shares".

In addition, the insurance laws and regulations of the states in which the Company's U.S. insurance subsidiaries are domiciled may delay or impede a business combination involving the Company that the stockholders might consider in their best interests. Such insurance laws and regulations require the approval of the insurance commissioner of the states in which the Company's U.S. insurance subsidiaries are domiciled for any transaction which would result in a person acquiring control of such subsidiaries. For these purposes, control is generally presumed to exist where any person directly or indirectly owns, controls, holds the power to vote, or holds proxies representing 10% or more of the

outstanding voting stock of Financial Services. As a result, such laws and regulations could require approval by the relevant insurance commissioners for a business combination in which a person acquired 10% or more of the outstanding common shares of Financial Services.

### *Certain Factors Affecting the Wealth Management Industry*

#### *Effect of Changes in Market Conditions on Fee Income*

The Company derives a substantial portion of its net income from fees generated by the Wealth Management Business, including, in particular, MFS. The Company intends to continue expanding its Wealth Management Business in the future. The fees earned from the Wealth Management Business are generally assessed as a percentage of assets under management and therefore vary directly with the value of such assets. Accordingly, fluctuations in the market value of such assets may result in fluctuations in the Company's Wealth Management revenue. Thus, a general rise in interest rates could reduce the value of securities held in mutual funds offered by the Company or the Company's variable annuity products, with a corresponding reduction in fee income from these products. Similarly, a general drop in share prices could reduce the value of shares held in equity mutual funds offered by the Company or the equity portfolios of the Company's variable annuity products, with a corresponding reduction in fee income from these products.

The level of assets under management in the Wealth Management Business and amount of fee income derived from those assets are also affected by other factors. The investment management business is highly competitive, with the amount of assets under management dependent in large part on types and performance of products, fees charged and the strength of distribution channels. A decline in market values of investments or an increase in asset withdrawals (which could occur as a result of volatile markets, changes in public perceptions about certain investment classes, poor investment performance, changes in the regulation of certain products, a weakening of distribution channels or other factors) could materially adversely affect the Company's level of fee income.

Significant growth in the retirement-oriented investment market and uncommonly strong stock and bond market appreciation have been material factors in the growth of the Company's assets under management and its ability to generate sales of its Wealth Management products in recent years. There can be no assurance, however, that these economic and market trends will continue. Adverse economic conditions and other factors, including a protracted or precipitous decline in the stock market and other economic factors, could affect the popularity of the Company's products and services or result in investors withdrawing from the markets or decreasing their rate of investment, any of which could adversely affect the Company's Wealth Management Business. The growth of the Company's Wealth Management Business is dependent to some degree upon the ability of the mutual funds it underwrites and distributes and the variable annuities it offers to attract and retain customer assets, and could be impaired in an adverse economic environment.

#### *Impact of Performance of Funds*

Success in the investment management and mutual fund businesses is dependent on the investment performance of the Company's wealth management products. Good performance stimulates sales of these products and, in the case of mutual funds, tends to keep redemptions low. Sales of mutual funds generate higher management fees and distribution revenues (which are based on the amount of the mutual funds assets). Good performance also attracts private institutional accounts to the Company's Wealth Management Business. Conversely, relatively poor performance tends to result in decreased sales, increased redemptions of the mutual funds, and the loss of private institutional accounts, with corresponding decreases in revenues to the Company. Failure of the Company's Wealth Management Business products to perform well could, therefore, have a material adverse effect on the Company.

#### *Key Employee Retention*

The future success of the Wealth Management Business depends, in part, on the Company's ability to attract and retain qualified personnel to conduct its fund management and investment advisory business. Failure to do so could have a material adverse impact on the Company's financial condition and results of operations.

#### *Interest Rate Risk*

In addition to risks arising from the effects of interest rate changes on fee income described above, movements in interest rates also create several interest risks for the Company's Protection business and the fixed annuity portion of the Wealth Management Business. Many of the Company's annuity products contain express or implied guarantees and, if long-term interest rates fall below these guaranteed rates, the Company may be required to increase reserves against losses, thereby adversely affecting the Company's results of operations. Interest rate changes can also cause compression of the Company's net spread between interest earned on investments and interest credited on insurance policies or fixed annuities, thereby adversely affecting the Company's results of operations. Rapid changes in interest



SL-0473

rates may result in, among other things, increased asset calls, mortgage prepayments or policy withdrawals and reinvestment at significantly lower yields, which could adversely affect earnings. Interest rate changes can also produce an unanticipated increase in transfers to separate account (variable) options or surrenders by holders of the Company's fixed annuity products, which may force the Company to sell investment assets at a loss in order to fund such transfers or surrenders.

### Spread Compression

The Company will experience spread compression when it is unable or chooses not to maintain its target margin between investment earnings and its crediting rates. When interest rates rise, the Company may not be able to replace the assets in its investment portfolio with higher yielding assets that will be necessary to fund the higher crediting or policy dividend rates necessary to keep its Protection and fixed annuities products competitive. As a result, the Company may experience either a decrease in sales and an increase in transfers to variable annuity products or withdrawals if its chooses to maintain its spread by not raising its crediting rates, or spread compression if it does increase its crediting rates. Conversely, when interest rates fall, the Company would have to reinvest the cash received from its investments (i.e., interest and payments of principal upon maturity or redemption) in the lower yielding instruments then available. If the Company were unable (e.g., due to guaranteed minimum or fixed crediting rates or limitations on the frequency of crediting rate resets) or chose not to reduce policy dividends or the crediting rates on its fixed annuities or acquire relatively higher risk investments yielding higher rates of return, spread compression would occur.

### Increase in Withdrawals

If, as a result of interest rate increases, the Company were unable or chose not to raise its policy dividend rates or crediting rates to keep them competitive, the Company may experience an increase in transfers to variable annuity products or withdrawals. If the Company lacked sufficient liquidity, the Company might have to sell investment securities to fund associated payments. As the value of such securities would likely have decreased in response to the increase in interest rates, the Company could realize a loss on the sales. Although certain of the Company's protection and fixed annuity products contain market value adjustment features which transfer an approximation of such loss to the customer upon a surrender of the policy or annuity in certain circumstances, there can be no assurance that the Company would be fully insulated from realizing any losses on sales of its securities. In addition, regardless of whether the Company realizes an investment loss, the withdrawals would produce a decrease in invested assets, with a resulting adverse effect on future earnings therefrom. Finally, premature withdrawals may also cause the Company to accelerate amortization of deferred policy acquisition costs which would otherwise be amortized over a longer period, thereby adversely affecting the Company's results of operations, although the impact of such acceleration generally would be offset to some extent by surrender charge fees.

The Company attempts to mitigate the negative impact of interest rate changes through asset/liability management, including purchasing non-callable bonds where practical and investing in private placement bonds and mortgage loans which provide prepayment protection. See "Investments of the Company – Investment Policies" and "Risk Management – Liquidity Risk Management". There can be no assurance that management of the Company will be able to manage successfully the negative impact of interest rate changes.

## *Class Action Litigation Against the Company*

In recent years Sun Life Assurance has been a defendant in class action litigation in the United States and Canada concerning "premium offset" whole life insurance policies. The litigation in both countries has been settled, but the total liability in respect of this litigation has not been established and is subject to ongoing claims administration. The cost of settling this litigation following demutualization will not be funded from the Participating Policyholders' Account of Sun Life Assurance. While the Company has made provisions for these settlement costs, no assurances can be given that the Company's actual settlement costs will not materially exceed the provisions established. In addition, policyholders in Canada who were not parties to the Canadian class action litigation may choose to not participate in the settlement of this litigation and could commence litigation against the Company based on the same theories of liability advanced by the class action plaintiffs. See "Legal Matters – Matters Relating to Premium Offset".

## *Potential U.S. Tax Liabilities*

In January 1998, MFS received an examination report from the Internal Revenue Service (the "IRS") proposing adjustments for MFS's 1992 and 1993 tax years. The proposed adjustments relate primarily to the tax accounting treatment of commissions paid by MFS to dealers on behalf of individuals who invest in certain mutual funds distributed by MFS. MFS recorded these commissions as an expense for tax purposes in accordance with the IRS' national office position. The proposed adjustments seek additional federal taxes of U.S. $28 million to U.S. $35 million for 1992 and 1993 combined. Although such amounts are currently provided for in future income taxes, penalties and interest, if



SL-0474