# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 27. UNCERTAINTY DUE TO THE YEAR 2000 ISSUE (Continued)

the impact on operations and financial reporting may range from minor errors to significant systems failure which could affect an entity's ability to conduct normal business operations. It is not possible to be certain that all aspects of the year 2000 issue affecting the Company, including those related to efforts of customers, suppliers, or other third parties, will be fully resolved.

## 28. SEGMENTED INFORMATION

The Company's reportable segments are determined by the Company's management structure and internal financial reporting. Each of these segments has its own management. All of these segments operate in the financial services industry. They derive their revenues principally from wealth management operations (mutual funds, investment management, annuities, trust operations and banking) and protection services (life and health insurance). Corporate and other represents amounts not attributed to wealth management and protection. It primarily includes investments of a corporate nature and earnings on capital not attributed to the strategic business units.

Other operations include those operations for which management responsibility resides in head office. Included in this category under protection services are the Company's reinsurance operations. The net income in this category is shown net of certain expenses borne centrally.

The revenue by major product category includes premiums, net investment income (which is detailed in Note 22) and fee income. Inter-segment revenue consists of interest of $102 in 1998 ($75 in 1997 and $42 in 1996) and fee income of $28 in 1998 ($23 in 1997 and $26 in 1996). The major non-cash item is the change in actuarial liabilities which is separately disclosed. Interest expense includes interest on borrowings, claims and deposits.

Transactions occurring between segments consist primarily of internal financing agreements. Inter-segment transactions are measured at market values prevailing when the arrangements were negotiated.

The results of the segments' operations are described in the Management Discussion and Analysis. The unusual actuarial liability changes referred to in Note 16 are included in United Kingdom wealth management for the minimum annuity rate guarantees, and United Kingdom protection for the individual life policies change. The write-off of goodwill referred to in Note 14 is primarily

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

### 28. SEGMENTED INFORMATION (Continued)

included in United Kingdom corporate and other. The cost of provisions for prior pension sales referred to in Note 26 are included in United Kingdom wealth management.

| | 1998 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | United States | | | | | | |
| | Canada | Sun Life | MFS | United Kingdom | Asia Pacific | Other | Consolidation Adjustments | Total |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| **Revenue** | | | | | | | | |
| Wealth management | 1,463 | 2,289 | 1,306 | 1,055 | – | 1 | (28) | 6,086 |
| Protection | 2,147 | 2,483 | – | 1,523 | 344 | 834 | – | 7,331 |
| Corporate and other | 21 | 64 | – | 23 | – | 273 | (102) | 279 |
| | 3,631 | 4,836 | 1,306 | 2,601 | 344 | 1,108 | (130) | 13,696 |
| Change in actuarial liabilities | (52) | (287) | – | 625 | 87 | 100 | – | 473 |
| Interest expense | 159 | 122 | 23 | 159 | 21 | 47 | (102) | 429 |
| Taxes | 141 | 61 | 88 | 31 | 14 | (25) | – | 310 |
| **Net income** | | | | | | | | |
| Wealth management | 100 | 59 | 113 | (531) | – | 1 | (21) | (279) |
| Protection | 111 | 201 | – | 170 | 30 | (74) | – | 438 |
| Corporate and other | 55 | (15) | – | (235) | – | 69 | 21 | (105) |
| | 266 | 245 | 113 | (596) | 30 | (4) | – | 54 |
| **Assets** | | | | | | | | |
| General fund assets | | | | | | | | |
| Wealth management | 9,827 | 8,377 | 1,285 | 6,897 | – | 182 | – | 26,568 |
| Protection | 8,308 | 8,446 | – | 6,700 | 1,220 | 1,544 | – | 26,218 |
| Corporate and other | 282 | 762 | – | (119) | – | 1,637 | (1,198) | 1,364 |
| | 18,417 | 17,585 | 1,285 | 13,478 | 1,220 | 3,363 | (1,198) | 54,150 |
| Segregated fund assets | | | | | | | | |
| Wealth management | 6,053 | 19,745 | – | 11,206 | – | – | – | 37,004 |
| Protection | – | 176 | – | 2,033 | – | – | – | 2,209 |
| Corporate and other | – | – | – | – | – | – | – | – |
| | 6,053 | 19,921 | – | 13,239 | – | – | – | 39,213 |
| Other assets under management | | | | | | | | |
| Wealth management | 19,007 | 2,114 | 151,915 | 3,861 | – | – | (19,823) | 157,074 |
| Protection | – | – | – | – | – | – | – | – |
| Corporate and other | – | – | – | – | – | – | – | – |
| | 19,007 | 2,114 | 151,915 | 3,861 | – | – | (19,823) | 157,074 |



SL-0534

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

### 28. SEGMENTED INFORMATION (Continued)

| | 1997 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | United States | | | | | | |
| | Canada | Sun Life | MFS | United Kingdom | Asia Pacific | Other | Consolidation Adjustments | Total |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| **Revenue** | | | | | | | | |
| Wealth management | 1,504 | 2,316 | 909 | 859 | – | – | (23) | 5,565 |
| Protection | 2,047 | 2,125 | – | 1,419 | 346 | 502 | – | 6,439 |
| Corporate and other | 11 | 59 | – | 22 | – | 184 | (75) | 201 |
| | 3,562 | 4,500 | 909 | 2,300 | 346 | 686 | (98) | 12,205 |
| Change in actuarial liabilities | (147) | 132 | – | 556 | 83 | 86 | – | 710 |
| Interest expense | 169 | 107 | 14 | 127 | 22 | 40 | (75) | 404 |
| Taxes | 98 | 73 | 69 | 12 | 16 | 1 | – | 269 |
| **Net income** | | | | | | | | |
| Wealth management | 85 | 62 | 86 | (105) | – | – | (15) | 113 |
| Protection | 104 | 120 | – | 55 | 37 | 1 | – | 317 |
| Corporate and other | 60 | (26) | – | (22) | – | 54 | 15 | 81 |
| | 249 | 156 | 86 | (72) | 37 | 55 | – | 511 |
| **Assets** | | | | | | | | |
| General fund assets | | | | | | | | |
| Wealth management | 10,190 | 8,638 | 783 | 4,715 | – | – | – | 24,326 |
| Protection | 7,686 | 6,711 | – | 5,712 | 896 | 1,195 | – | 22,200 |
| Corporate and other | 476 | 983 | – | 191 | – | 1,990 | (602) | 3,038 |
| | 18,352 | 16,332 | 783 | 10,618 | 896 | 3,185 | (602) | 49,564 |
| Segregated fund assets | | | | | | | | |
| Wealth management | 4,958 | 14,157 | – | 9,363 | – | – | – | 28,478 |
| Protection | – | 134 | – | 1,907 | – | – | – | 2,041 |
| Corporate and other | – | – | – | – | – | – | – | – |
| | 4,958 | 14,291 | – | 11,270 | – | – | – | 30,519 |
| Other assets under management | | | | | | | | |
| Wealth management | 15,087 | 1,825 | 100,312 | 2,664 | – | – | (13,853) | 106,035 |
| Protection | – | – | – | – | – | – | – | – |
| Corporate and other | – | – | – | – | – | – | – | – |
| | 15,087 | 1,825 | 100,312 | 2,664 | – | – | (13,853) | 106,035 |

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 28. SEGMENTED INFORMATION (Continued)

| | 1996* | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | United States | | | | | | |
| | Canada | Sun Life | MFS | United Kingdom | Asia Pacific | Other | Consolidation Adjustments | Total |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| **Revenue** | | | | | | | | |
| Wealth management | 1,720 | 1,528 | 686 | 741 | – | – | (26) | 4,649 |
| Protection | 1,932 | 1,961 | – | 1,216 | 317 | 417 | – | 5,843 |
| Corporate and other | 9 | 48 | – | 77 | – | 148 | (42) | 240 |
| | 3,661 | 3,537 | 686 | 2,034 | 317 | 565 | (68) | 10,732 |
| Change in actuarial liabilities | 246 | 121 | – | 420 | 72 | 72 | – | 931 |
| Interest expense | 195 | 78 | 8 | 104 | 18 | 37 | (42) | 398 |
| Taxes | 63 | 72 | 54 | 92 | 16 | 7 | – | 304 |
| **Net income** | | | | | | | | |
| Wealth management | 104 | 51 | 68 | 79 | – | – | (6) | 296 |
| Protection | 10 | 23 | – | 50 | 37 | 8 | – | 128 |
| Corporate and other | 40 | (39) | – | (24) | – | 83 | 6 | 66 |
| | 154 | 35 | 68 | 105 | 37 | 91 | – | 490 |
| **Assets** | | | | | | | | |
| General fund assets | | | | | | | | |
| Wealth management | 10,468 | 8,400 | 536 | 3,568 | – | – | – | 22,972 |
| Protection | 7,013 | 5,603 | – | 5,483 | 902 | 979 | – | 19,980 |
| Corporate and other | 653 | 581 | – | 357 | – | 1,276 | (221) | 2,646 |
| | 18,134 | 14,584 | 536 | 9,408 | 902 | 2,255 | (221) | 45,598 |
| Segregated fund assets | | | | | | | | |
| Wealth management | 4,452 | 10,403 | – | 9,508 | – | – | – | 24,363 |
| Protection | – | 118 | – | 1,769 | – | – | – | 1,887 |
| Corporate and other | – | – | – | – | – | – | – | – |
| | 4,452 | 10,521 | – | 11,277 | – | – | – | 26,250 |
| Other assets under management | | | | | | | | |
| Wealth management | 5,647 | 1,009 | 71,658 | 1,776 | – | – | (10,270) | 69,820 |
| Protection | – | – | – | – | – | – | – | – |
| Corporate and other | – | – | – | – | – | – | – | – |
| | 5,647 | 1,009 | 71,658 | 1,776 | – | – | (10,270) | 69,820 |

* As restated.

The segments reported have been updated in 1998 reflecting the growth in Massachusetts Financial Services Company (MFS) and changes in the Company's reporting structure. Prior year information has been restated.

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 28. SEGMENTED INFORMATION (Continued)

The following table shows revenue, net income and assets by territory for the Company's other operations:

| | 1998<br>$ | 1997<br>$ | 1996<br>$ |
|---|---|---|---|
| **Revenue:** | | | |
| Canada | | | |
| United States | 104 | 57 | 47 |
| Other countries | 722 | 439 | 364 |
| Corporate | 9 | 6 | 6 |
| | 273 | 184 | 148 |
| | 1,108 | 686 | 565 |
| **Net Income:** | | | |
| Canada | | | |
| United States | 3 | (10) | 3 |
| Other countries | (84) | 7 | 1 |
| Corporate | 8 | 4 | 4 |
| | 69 | 54 | 83 |
| | (4) | 55 | 91 |
| **Assets:** | | | |
| General funds: | | | |
| Canada | | | |
| United States | 235 | 165 | 122 |
| Other countries | 1,246 | 978 | 827 |
| Corporate | 245 | 52 | 30 |
| | 1,637 | 1,990 | 1,276 |
| | 3,363 | 3,185 | 2,255 |

## 29. DERIVATIVE FINANCIAL INSTRUMENTS

The Company uses derivative instruments, including interest rate swaps, currency swaps, financial futures, options and forward contracts, to manage risks associated with currency and interest rate fluctuations, duration mismatch and stock market fluctuations. The outstanding notional amounts and fair values are shown in the following tables.

The main focus of the Company's derivative management is on using:

- interest rate swaps to manage its exposure to interest rate fluctuations by exchanging one set of interest flows for another in addition to managing duration mismatches in interest-sensitive portfolios;
- currency swaps to reduce exposure to foreign exchange fluctuations associated with cross-currency investments and debt;
- financial futures and options to reduce exposure to stock market fluctuations; and
- financial futures to manage the duration between assets and liabilities.

During 1998, the Company entered into a dynamic hedging strategy using interest rate contracts, interest rate futures and options, in the United Kingdom to hedge against the impact of downward interest rates associated with the minimum annuity rate guarantees.

Models are utilized by the Company to ensure the continuing effectiveness of hedging strategies. The Company monitors the gap in duration between assets and liabilities for specific insurance and annuity business segments. That gap is managed within defined tolerance limits, including through the use of derivative instruments. Hedging instruments put in place by the Company are marked to market values and derivative positions are reported to the Board of Directors of the Company monthly.

Since counterparty failure in a derivative transaction could render it ineffective for hedging purposes, the Company will only enter into derivative contracts with counterparties rated AA or better. In limited circumstances, the Company will enter into transactions with lower rated counterparties if credit enhancement features are included.



SL-0537

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 29. DERIVATIVE FINANCIAL INSTRUMENTS (Continued)

The positive fair value, which is the maximum credit risk, as well as the netted positive and negative fair value of derivative financial instruments at December 31 are as follows:

| | 1998 Fair Value Positive | 1998 Fair Value Net | 1997 Fair Value Positive | 1997 Fair Value Net |
|---|---|---|---|---|
| | $ | $ | $ | $ |
| Interest rate contracts | 419 | 382 | 35 | 16 |
| Foreign exchange contracts | 1 | (101) | 3 | (42) |
| Equity and other contracts | 65 | 61 | 23 | 23 |
| | 485 | 342 | 61 | (3) |

Fair value of interest rate contracts and foreign exchange contracts is determined by discounting expected future cash flows using current market interest and exchange rates for similar instruments. Fair value of options and financial futures is based on the value of underlying securities or indices, or the quoted market price.

The Company has the following amounts outstanding at December 31:

| | Term to Maturity: Under 1 year | Term to Maturity: One to 5 years | Term to Maturity: Over 5 years | Total Notional Amount | Credit Equivalent Amount | Risk-Weighted Amount |
|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ |
| **1998** | | | | | | |
| Interest rate contracts | 3,378 | 1,340 | 743 | 5,461 | 104 | 2 |
| Foreign exchange contracts | 120 | 69 | 327 | 516 | 13 | – |
| Equity and other contracts | 75 | 306 | – | 381 | 94 | 1 |
| | 3,573 | 1,715 | 1,070 | 6,358 | 211 | 3 |
| **1997** | | | | | | |
| Interest rate contracts | 759 | 879 | 797 | 2,435 | 71 | 2 |
| Foreign exchange contracts | 96 | 51 | 286 | 433 | 28 | – |
| Equity and other contracts | 12 | 249 | – | 261 | 43 | 1 |
| | 867 | 1,179 | 1,083 | 3,129 | 142 | 3 |

The notional amount is the face value of the underlying asset or liability from which the value of the derivative is derived. The credit risk exposure, if the counterparties were to default, is indicated by the cost of replacing, at current market rates, all contracts with a positive fair value as shown above. The credit equivalent amount is the credit risk exposure plus an amount for potential future credit exposure. The risk-weighted amount is a measure of credit risk, which represents the credit equivalent amount weighted according to the nature of the derivative and the creditworthiness of the counterparty. This measure is used to determine the amount of capital necessary to support derivative transactions for certain Canadian regulatory purposes. The credit equivalent and risk-weighted amounts have been determined in accordance with guidelines provided by the Office of the Superintendent of Financial Institutions Canada.

## 30. MORTGAGE SECURITIZATION

The Company has sold for cash, with limited recourse, residential and non-residential mortgages. The maximum recourse on these mortgages is less than 10% of the proceeds. The Company has also sold for cash, without recourse, an undivided interest in pools of residential mortgages insured under the Canadian National Housing Act.

When the mortgages are sold, they are removed from the Company's balance sheet and the amortized gains are recognized in net investment income.



SL-0538

## 30. MORTGAGE SECURITIZATION (Continued)

Outstanding balances of sold mortgages are as follows:

| | 1998 | 1997 |
|---|---|---|
| | $ | $ |
| With limited recourse | 567 | 597 |
| Without recourse | 213 | 241 |
| | 780 | 838 |

## 31. COMPARATIVE FIGURES

Certain comparative figures have been reclassified to conform with the presentation adopted in 1998.

## 32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES

The Company's Consolidated Financial Statements are prepared in accordance with accounting principles generally accepted in Canada (Cdn. GAAP), including the requirements of the Office of the Superintendent of Financial Institutions Canada. These accounting principles differ in certain material respects from accounting principles generally accepted in the United States (U.S. GAAP). The differing basis of accounting changes the incidence of profit recognition over the life of an insurance contract. Regardless of the accounting basis chosen, the total profit recognized over the life of an insurance contract will not change. The financial statement impact and a description of the material differences follow.

**(a) Reconciliation of selected Cdn. GAAP financial statement information to U.S. GAAP:**

***(i) Consolidated balance sheet:***

| | 1998 | | 1997 | |
|---|---|---|---|---|
| | Cdn. GAAP | U.S. GAAP | Cdn. GAAP | U.S. GAAP |
| **ASSETS** | $ | $ | $ | $ |
| Bonds | 26,153 | | 23,514 | |
| Bonds – available for sale | | 27,443 | | 24,269 |
| Bonds – trading | | 1,697 | | 1,443 |
| Mortgages | 11,979 | 11,974 | 11,225 | 11,222 |
| Stocks | 4,413 | | 4,365 | |
| Stocks – available for sale | | 1,854 | | 2,389 |
| Stocks – trading | | 3,553 | | 3,210 |
| Real estate | 2,440 | 2,054 | 2,207 | 1,854 |
| Policy loans | 1,222 | 1,222 | 1,066 | 1,066 |
| Cash and short-term securities | 2,602 | | 2,811 | |
| Cash and cash equivalents | | 1,465 | | 1,965 |
| Short-term investments | | 1,137 | | 970 |
| Other invested assets | 1,138 | 670 | 466 | 423 |
| **Invested assets** | 49,947 | 53,069 | 45,654 | 48,811 |
| **Deferred acquisition costs** | 936 | 5,350 | 589 | 4,374 |
| **Future income taxes*** | 460 | – | 507 | – |
| **Other assets** | 2,807 | 3,377 | 2,814 | 3,220 |
| **Segregated funds assets**** | – | 40,136 | | 30,910 |
| **Total consolidated assets** | 54,150 | 101,932 | 49,564 | 87,315 |
| **Segregated funds net assets** | 39,213 | | 30,519 | |



SL-0539

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES (Continued)

| | 1998 | | 1997 | |
|---|---|---|---|---|
| | Cdn. GAAP | U.S. GAAP | Cdn. GAAP | U.S. GAAP |
| | $ | $ | $ | $ |
| **LIABILITIES AND EQUITY** | | | | |
| Actuarial liabilities | 34,498 | 30,608 | 32,018 | 26,335 |
| Contract holder deposits | – | 11,292 | – | 11,730 |
| Amounts on deposit | 5,457 | 5,420 | 4,840 | 4,831 |
| Future income taxes* | 328 | 1,082 | 287 | 806 |
| Deferred net realized gains | 3,057 | – | 2,006 | – |
| Other liabilities | 3,035 | 3,481 | 3,112 | 3,546 |
| **Total consolidated liabilities** | 46,375 | 51,883 | 42,263 | 47,248 |
| **Subordinated debt** | 764 | 764 | 728 | 728 |
| **Cumulative capital securities of a subsidiary** | 930 | 930 | 858 | 858 |
| **Segregated funds liabilities**** | | 39,668 | | 30,867 |
| **Equity** | 6,081 | 8,687 | 5,715 | 7,614 |
| **Total consolidated liabilities and equity** | 54,150 | 101,932 | 49,564 | 87,315 |
| **Segregated funds contract liabilities**** | 39,213 | | 30,519 | |

* U.S. GAAP terminology is deferred income tax.

** U.S. GAAP terminology is separate accounts.

*(ii) Consolidated statement of operations:*

| | 1998 | | 1997 | |
|---|---|---|---|---|
| | Cdn. GAAP | U.S. GAAP | Cdn. GAAP | U.S. GAAP |
| | $ | $ | $ | $ |
| **REVENUE** | | | | |
| Premiums | 7,582 | 5,298 | 6,939 | 4,641 |
| Net investment income | 4,097 | 4,101 | 3,836 | 4,112 |
| Net realized gains | – | 1,066 | – | 610 |
| Fee income | 2,017 | 2,078 | 1,430 | 1,533 |
| | 13,696 | 12,543 | 12,205 | 10,896 |
| **POLICY BENEFITS AND EXPENSES** | | | | |
| Payments to policyholders, beneficiaries and depositors | 8,391 | 5,269 | 7,234 | 4,560 |
| Increase in actuarial liabilities | 473 | 2,408 | 710 | 2,040 |
| Acquisition expense amortization | 169 | 377 | 102 | 286 |
| Other expenses** | 3,199 | 2,577 | 2,622 | 2,067 |
| Policyholder dividends | 764 | 749 | 711 | 677 |
| Cumulative capital securities dividends | 76 | 76 | 46 | 46 |
| Confederation Life goodwill write-off | 260 | 312 | – | – |
| | 13,332 | 11,768 | 11,425 | 9,676 |
| **Income before income taxes** | 364 | 775 | 780 | 1,220 |
| Taxes* | 310 | 293 | 269 | 430 |
| **Income before extraordinary item** | 54 | 482 | 511 | 790 |
| Extraordinary item – demutualization expenses | – | (34) | – | – |
| **Net income** | 54 | 448 | 511 | 790 |

* Includes premium taxes under Cdn. GAAP.

** Includes premium taxes under U.S. GAAP.

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES (Continued)

***(iii) Comprehensive income:***

U.S. GAAP includes the concept of comprehensive income. Comprehensive income is a measure of changes in the equity of the Company during the year. It includes both net income and other comprehensive income. Other comprehensive income for the year includes such items as the movement in the foreign currency translation account and the unrealized gains and losses on available for sale securities. Other comprehensive income also includes the changes to deferred acquisition costs and other liabilities, as well as the income tax impact arising from the unrealized gains and losses on available for sale securities.

| | 1998 | 1997 |
|---|---|---|
| | $ | $ |
| **Net income based on U.S. GAAP** | 448 | 790 |
| Other comprehensive income: | | |
| Foreign currency translation account movement for the year | 411 | 75 |
| Unrealized gains and losses for the year on: | | |
| Available for sale bonds | 697 | 639 |
| Available for sale stocks | (326) | 55 |
| Changes to deferred acquisition costs and other liabilities | (210) | (412) |
| Other | 64 | (4) |
| Income taxes | (54) | (109) |
| **Total other comprehensive income** | 582 | 244 |
| **Comprehensive income** | 1,030 | 1,034 |

***(iv) Consolidated statement of equity:***

| | 1998 | | 1997 | |
|---|---|---|---|---|
| | Cdn. GAAP | U.S. GAAP | Cdn. GAAP | U.S. GAAP |
| | $ | $ | $ | $ |
| **SURPLUS (excluding currency translation account)** | | | | |
| Balance, January 1 | 5,271 | 6,246 | 4,760 | 5,449 |
| Subsidiary Equity Transaction | – | 43 | – | 7 |
| Net income | 54 | 448 | 511 | 790 |
| Balance, December 31 | 5,325 | 6,737 | 5,271 | 6,246 |
| **CURRENCY TRANSLATION ACCOUNT** | | | | |
| Balance, January 1 | 444 | 467 | 392 | 392 |
| Effect of changes in currency exchange rates | 312 | 411 | 52 | 75 |
| Balance, December 31 | 756 | 878 | 444 | 467 |
| **UNREALIZED GAINS AND LOSSES** | | | | |
| Balance, January 1 | – | 901 | – | 732 |
| Changes for the year | – | 171 | – | 169 |
| Balance, December 31 | – | 1,072 | – | 901 |
| TOTAL EQUITY | 6,081 | 8,687 | 5,715 | 7,614 |

## NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

**32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES (Continued)**

***(v) Effect of material differences between Cdn. GAAP and U.S. GAAP net income:***

For the material differences between Cdn. GAAP and U.S. GAAP net income listed below, please refer to the following section for a description of the differences in accounting policies.

| | 1998 $ | 1997 $ |
|---|---|---|
| **Net income in accordance with Cdn. GAAP** | 54 | 511 |
| Adjustments related to: | | |
| Investments: | | |
| Bonds | 626 | 334 |
| Stocks | 354 | 492 |
| Derivative instruments | 154 | 12 |
| Real estate | (2) | 39 |
| | 1,132 | 877 |
| Deferred acquisition costs: | | |
| Deferred acquisition costs – deferred | 548 | 543 |
| Deferred acquisition costs – amortization and interest | (214) | (184) |
| | 334 | 359 |
| Actuarial liabilities & other policyholder revenues and expenses: | | |
| Premium and fees revenue | (2,059) | (2,100) |
| Payments to policyholders, beneficiaries and depositors | 3,122 | 2,674 |
| Actuarial liabilities | (1,920) | (1,296) |
| | (857) | (722) |
| Other | (75) | (10) |
| Confederation Life goodwill write-off | (52) | - |
| Income tax effect of above adjustments | (54) | (225) |
| Extraordinary demutualization expense | (34) | - |
| **Net income in accordance with U.S. GAAP** | 448 | 790 |

**(b) The following describes the material accounting policy differences between Cdn. GAAP and U.S. GAAP applicable to the Company:**

For a complete description of Cdn. GAAP accounting and actuarial policies, please refer to notes 1 and 2, respectively.

***(i) Bonds:*** Under Cdn. GAAP, bonds are carried at amortized cost. Realized gains and losses are deferred and amortized to income using the constant yield method over the remaining period to maturity. Under U.S. GAAP, bonds are carried at market value. The bonds are classified as available for sale or trading and unrealized gains and losses are included in other comprehensive income if classified as available for sale, and included in net income if classified as trading. Realized gains and losses are included in net income when realized.

For purposes of U.S. GAAP, at December 31, 1998 and 1997, the Company has classified as available for sale bonds with an amortized cost of $24,886 and $22,479, respectively, and fair value of $27,443 and $24,269, respectively. Gross realized gains and gross realized losses on available for sale bonds of $442 and $26, respectively, in 1998 and $276 and $55, respectively, in 1997 are included in U.S. GAAP net realized gains. For bonds classified as trading, the change in net unrealized gains and losses for the years ended December 31, 1998 and 1997 of $318 and $183, respectively, are included in U.S. GAAP net investment income.

***(ii) Stocks:*** Under Cdn. GAAP, stocks are originally recorded at cost. The carrying value is adjusted annually by 15% of the difference between market value and previously adjusted carrying value. Realized gains and losses are deferred and amortized into income at the rate of 15% per year. Under U.S. GAAP, stocks are carried at market value. The stocks are classified as available for sale or trading and unrealized gains and losses are included in other comprehensive income if classified as available for sale, and included in net income if classified as trading. Realized gains and losses are included in net income when realized.

For purposes of U.S. GAAP, at December 31, 1998 and 1997, the Company has classified as available for sale investments in stocks with a cost of $1,555 and $1,788, respectively, and fair value of $1,854 and $2,389, respectively. Gross realized gains and gross realized losses on available for sale stocks of $527 and $82, respectively, in 1998 and $364 and $42, respectively, in 1997 are



SL-0542

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

**32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES (Continued)**

included in U.S. GAAP net realized gains. For stocks classified as trading, the change in net unrealized gains and losses for the years ended December 31, 1998 and 1997 of $308 and $554, respectively, are included in U.S. GAAP net investment income.

***(iii) Real estate:*** Under Cdn. GAAP, real estate held for investment is originally recorded at cost. The carrying value is adjusted annually by 10% of the difference between market value and previously adjusted carrying value. Realized gains and losses on sales are deferred and recognized into income at the rate of 10% per year. Under U.S. GAAP, real estate held for investment is carried at depreciated cost. Realized gains and losses on sales are reflected in income when realized.

Accumulated depreciation on real estate was $418 and $391 at December 31, 1998 and 1997, respectively. Depreciation expense was $44 in 1998 and $40 in 1997.

***(iv) Cash and cash equivalents, short-term investments:*** Under Cdn. GAAP, cash and short-term securities include highly liquid investments with an original maturity of one year or less. Under U.S. GAAP, highly liquid investments with an original maturity greater than three months, but less than one year, are classified under short-term investments on the balance sheet.

***(v) Derivatives:*** Under Cdn. GAAP, all the Company's derivatives are eligible for hedge accounting. Realized gains and losses are treated in a manner consistent with realized gains and losses of the underlying hedged asset. Under U.S. GAAP, market value adjustments are recognized in income for non-hedges, or on the same basis as the underlying asset for hedges.

***(vi) Deferred acquisition costs:*** Under Cdn. GAAP, costs of acquiring new insurance and annuity business, primarily commissions, underwriting, issue expenses and agency expenses, are implicitly recognized in actuarial liabilities by the policy premium method. The effect is to recognize these expenses over the premium paying period. U.S. GAAP requires the explicit deferral of acquisition costs. Amortization of such costs is dependent on the product to which the costs relate. For participating life insurance contracts, except for participating policies in the United Kingdom, amortization is based on a constant percentage of gross margin. For universal life and investment-type contracts, amortization is based on a constant percentage of gross profit. For participating policies in the United Kingdom as well as non-participating products, including term, group and disability insurance, amortization is based on a constant percentage of premium. In cases where amortization is based on gross profit or margin, and available for sale bonds or stocks are used to support the underlying contract liability or actuarial reserve, a portion of the unrealized gains and losses balance is removed from equity and netted against the deferred acquisition cost balance.

Deferred acquisition costs under U.S. GAAP amount to $5,350 at December 31, 1998 ($4,374 at December 31, 1997). Amortization charged to income was $377 in 1998 and $286 in 1997.

***(vii) Future income tax asset and liability*:*** Under both Cdn. and U.S. GAAP, the Company provides for future income taxes on temporary differences between book and tax assets and liabilities. Differences between Cdn. GAAP and U.S. GAAP arise



SL-0543

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES (Continued)

from differing accounting policies for assets and liabilities and the use of a valuation allowance in U.S. GAAP for future tax assets. Differences are as follows:

| | 1998 | | | |
|---|---|---|---|---|
| | Future income tax asset* | | Future income tax liability* | |
| | Cdn. GAAP | U.S. GAAP | Cdn. GAAP | U.S. GAAP |
| | $ | $ | $ | $ |
| Investments | 70 | – | 138 | 1,354 |
| Actuarial liabilities | (190) | – | 362 | (1,006) |
| Deferred acquisition costs | 109 | – | 205 | 1,492 |
| Operating loss carryforwards | 347 | – | (378) | (950) |
| Other | 124 | – | 1 | 93 |
| Future tax asset/liability before valuation allowance | 460 | – | 328 | 983 |
| Valuation allowance for future tax assets | – | – | – | 99 |
| Total | 460 | – | 328 | 1,082 |

| | 1997 | | | |
|---|---|---|---|---|
| | Future income tax asset* | | Future income tax liability* | |
| | Cdn. GAAP | U.S. GAAP | Cdn. GAAP | U.S. GAAP |
| | $ | $ | $ | $ |
| Investments | 151 | – | 169 | 1,100 |
| Actuarial liabilities | (63) | – | 138 | (1,275) |
| Deferred acquisition costs | 87 | – | 163 | 1,228 |
| Operating loss carryforwards | 264 | – | (40) | (391) |
| Other | 68 | – | (143) | 57 |
| Future tax asset/liability before valuation allowance | 507 | – | 287 | 719 |
| Valuation allowance for future tax assets | – | – | – | 87 |
| Total | 507 | – | 287 | 806 |

* U.S. GAAP terminology is deferred income tax.

*(viii) Actuarial liabilities and contract holder deposits:* Under Cdn. GAAP, actuarial liabilities are calculated in accordance with the policy premium method. This method uses best estimate assumptions for future experience factors adjusted to provide modest margins for adverse deviation in each experience factor. Under U.S. GAAP, actuarial liabilities for participating life policies, except those in the United Kingdom, are computed using a net level premium method with interest and mortality assumptions based primarily upon those assumptions used for establishing the cash surrender values in the contract. For universal life and investment-type contracts, contract holder deposits represent account balances. The account values represent an accumulation of gross deposits received plus credited interest less withdrawals, expenses and mortality charges. Non-participating products, include term, group and disability insurance, as well as participating contracts in the United Kingdom. For these products, a net level premium method is used with assumptions locked in at time of issue, unless the business is in a loss position, in which case, a best estimate gross premium valuation is used.

*(ix) Deferred net realized gains:* Cdn. GAAP defers and amortizes realized gains and losses on sales of invested assets. Under U.S. GAAP, realized gains and losses are recognized in income immediately.

*(x) Premium revenue, fee income, maturities and surrenders, and interest on claims and deposits:* Under Cdn. GAAP, premiums for universal life and other investment-type contracts are recorded as revenue, and a liability for future policy benefits is established as a charge to income. Interest accrued on contracts is shown as an increase in actuarial liabilities. Payments to contract holders upon maturity are reflected as an expense with an offsetting reduction to the increase in actuarial liabilities. Under U.S. GAAP, amounts received for universal life and investment-type contracts are not included in the income

# NOTES TO THE CONSOLIDATED FINANCIAL STATEMENTS

(Amounts in millions of Canadian dollars)

## 32. SUMMARY OF MATERIAL DIFFERENCES BETWEEN ACCOUNTING PRINCIPLES GENERALLY ACCEPTED IN CANADA AND IN THE UNITED STATES (Continued)

statement but are reported as deposits to contract holder account balances. Revenues from these contracts are limited to amounts assessed against policyholders' account balances for mortality, policy administration and surrender charges, and are included in fee income when earned. Interest accrued on contracts is included in interest on claims and deposits. Payments upon maturity or surrender are reflected as reductions to the contract holder deposits on the balance sheet. Other payments in excess of the account value, such as death claims, are reflected as an expense.

***(xi) Confederation Life goodwill write-off:*** Under Cdn. GAAP, goodwill is amortized on a straight line basis. Under U.S. GAAP, certain components of goodwill are amortized on a gross profits basis. The higher unamortized balance for Confederation Life goodwill was written-off under U.S. GAAP in 1998.

***(xii) Segregated funds*:*** Under Cdn. GAAP, assets and liabilities of segregated funds are shown separately from general assets and liabilities of the Company. U.S. GAAP requires these separate accounts to be included within the financial statements of the Company. Under Cdn. GAAP, the Company's investment in segregated funds are included in other invested assets. Under U.S. GAAP, any excess of the separate account assets over separate account liabilities represents the Company's investment in segregated funds. Under Cdn. GAAP, the Company's segregated fund liabilities to policyholders are measured at surrender value. Under U.S. GAAP, the Company's separate account liabilities to policyholders are carried at an amount equal to the accumulated separate account assets attributable to policyholders.

* U.S. GAAP terminology is separate account.

***(xiii) Extraordinary item – demutualization expense:*** For 1998, under Cdn. GAAP certain demutualization costs were capitalized. Under U.S. GAAP these costs are treated as an extraordinary item, net of tax.

**(c) Statement of cash flow:**

Under Cdn. GAAP, cash flows are reconciled to the balance of cash and short-term securities. Deposits, maturities and withdrawals related to investment-type contracts and universal life contracts are included in operating activities. Increases and decreases in long-term investments are shown net. Under U.S. GAAP, cash flows are reconciled to the balance of cash and cash equivalents. Deposits, maturities and withdrawals are reflected as financing activities, and increases and decreases in long-term investments are not netted; these cash flow items under U.S. GAAP are as follows:

| | 1998 | 1997 |
|---|---|---|
| | $ | $ |
| Deposits and withdrawals reclassified to financing activities: | | |
| Deposit to policyholders' accounts | 1,995 | 1,870 |
| Withdrawals from policyholders' accounts | 3,796 | 3,247 |

| | Proceeds from sale | | Purchases | |
|---|---|---|---|---|
| | 1998 | 1997 | 1998 | 1997 |
| | $ | $ | $ | $ |
| Changes in long-term investments: | | | | |
| Bonds – available for sale | 12,588 | 13,086 | 13,461 | 14,845 |
| Bonds – trading | 624 | 751 | 515 | 766 |
| Mortgages | 2,073 | 2,511 | 2,336 | 1,491 |
| Stocks – available for sale | 1,554 | 1,017 | 770 | 739 |
| Stocks – trading | 944 | 516 | 752 | 774 |
| Real estate | 172 | 264 | 239 | 196 |

**(d) U.S. generally accepted accounting standard not yet adopted by the Company:**

The adoption of this new U.S. standard may or may not give rise to material differences with our current Canadian accounting principles.

SFAS No. 133 "Accounting for Derivative Instruments and Hedging Activities", must be adopted by 2001 for U.S. reporting purposes. This statement includes accounting and reporting standards for derivative instruments and hedging activities. It requires that all derivatives be recognized as either assets or liabilities and measured at fair values. The Company is in the process of evaluating the potential impact of the new standard on this note.

# UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS AT AND FOR THE SIX MONTHS ENDED JUNE 30, 1999

## CHIEF FINANCIAL OFFICER'S REPORT

The Consolidated Balance Sheets of Sun Life Assurance Company of Canada as at June 30, 1999 and 1998 and the Consolidated Statements of the Company's Operations and Surplus and Cash Flow for the six-month periods ended June 30, 1999 and 1998 have not been audited but have, in all material respects, been prepared in accordance with generally accepted accounting principles applicable to the preparation of Consolidated Financial Statements, including the accounting requirements of the Superintendent of Financial Institutions.

Toronto, Canada
September 28, 1999

(Signed) MICHAEL A. HASLEY
Senior Vice-President, Finance
Sun Life Assurance Company of Canada

# UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS AT AND FOR THE SIX MONTHS ENDED JUNE 30, 1999

## CHIEF FINANCIAL OFFICER'S REPORT

The Consolidated Balance Sheets of Sun Life Assurance Company of Canada as at June 30, 1999 and 1998 and the Consolidated Statements of the Company's Operations and Surplus and Cash Flow for the six-month periods ended June 30, 1999 and 1998 have not been audited but have, in all material respects, been prepared in accordance with generally accepted accounting principles applicable to the preparation of Consolidated Financial Statements, including the accounting requirements of the Superintendent of Financial Institutions.

Toronto, Canada
September 28, 1999

(Signed) Michael A. Hasley
Senior Vice-President, Finance
Sun Life Assurance Company of Canada

# UNAUDITED CONSOLIDATED FINANCIAL STATEMENTS

## Summary Consolidated Balance Sheet

| | June 30, 1999 | June 30, 1998 |
|---|---|---|
| | (in millions of Canadian dollars) | |
| **ASSETS** | | |
| Bonds | $24,852 | 24,786 |
| Mortgages | 11,714 | 11,333 |
| Stocks | 4,295 | 4,661 |
| Real Estate | 2,451 | 2,294 |
| Policy Loans | 1,214 | 1,123 |
| Cash and short-term securities | 2,934 | 2,035 |
| Other invested assets | 1,099 | 675 |
| **Invested Assets** | 48,559 | 46,907 |
| Other assets | 4,804 | 4,072 |
| **Total general funds assets** | $53,363 | $50,979 |
| **Segregated funds net assets** | $39,880 | $35,825 |
| **LIABILITIES AND SURPLUS** | | |
| Actuarial liabilities | $33,260 | $32,793 |
| Amounts on deposit | 5,315 | 5,069 |
| Borrowed funds | 408 | 290 |
| Deferred net realized gains | 3,285 | 2,513 |
| Other liabilities | 3,710 | 3,160 |
| **Total general fund liabilities** | 45,978 | 43,825 |
| **Subordinated debt** | 737 | 737 |
| **Cumulative capital securities of a subsidiary** | 876 | 876 |
| **Surplus** | 5,772 | 5,541 |
| **Total general funds liabilities and surplus** | $53,363 | $50,979 |
| **Segregated funds contract liabilities** | $39,880 | $35,825 |



SL-0548

## Summary Unaudited Consolidated Statement of Operations and Surplus

| | Six Months Ended June 30, 1999 | 1998 |
|---|---|---|
| | (in millions of Canadian dollars) | |
| **Revenue** | | |
| Premiums | $4,440 | $3,557 |
| Net investment income | 2,046 | 2,074 |
| Fee income | 1,239 | 967 |
| | 7,725 | 6,598 |
| **Policy benefits and expenses** | | |
| Payments to policyholders, beneficiaries and depositors * | 3,700 | 3,418 |
| Net transfers to segregated funds | 965 | 781 |
| Increase in actuarial liabilities | 568 | 234 |
| Commissions | 679 | 598 |
| Operating expenses | 1,098 | 961 |
| Interest on borrowings | 43 | 54 |
| Taxes | 179 | 119 |
| | 7,232 | 6,165 |
| **Operating income** | 493 | 433 |
| Policyholder dividends | 405 | 374 |
| Cumulative capital securities dividends | 38 | 37 |
| Confederation Life goodwill write off | – | 260 |
| **Net income** | $ 50 | $ (238) |
| **Statement of surplus** | | |
| Opening surplus, beginning of period | $6,081 | $5,715 |
| Net Income | 50 | (238) |
| Effect of changes in currency exchange rates | (359) | 64 |
| Ending surplus, end of period | $5,772 | $5,541 |

* As restated.



SL-0549

## Unaudited Condensed Consolidated Statement of Cash Flow

| | Six Months Ended June 30, 1999 | 1998 |
|---|---|---|
| | (in millions of Canadian dollars) | |
| **Cash Flows provided by Operating Activities** | | |
| Net Income | $ 50 | $ (238) |
| Adjustments for items not affecting cash | 513 | 290 |
| Net cash provided by operating activities | 563 | 52 |
| **Cash Flows provided by (used in) Financing Activities** | | |
| Borrowed Funds | 136 | (168) |
| | 136 | (168) |
| **Cash Flows provided by (used in) Investing Activities** | | |
| Investments | (192) | (509) |
| Dispositions | 35 | – |
| Acquisitions | (48) | (170) |
| | (205) | (679) |
| **Increase (Decrease) in Cash and Cash Equivalents** | 494 | (795) |
| Cash and cash equivalents, beginning of period | 1,465 | 1,841 |
| Changes due to fluctuations in exchange rates | (166) | 38 |
| **CASH AND CASH EQUIVALENTS, end of period** | 1,793 | 1,084 |
| **SHORT TERM INVESTMENTS, end of period** | 1,141 | 951 |
| **CASH AND SHORT-TERM SECURITIES, end of period** | $2,934 | $2,035 |



SL-0550

# CONDENSED NOTES TO THE INTERIM CONSOLIDATED FINANCIAL STATEMENTS

SIX MONTHS ENDED JUNE 30, 1999
(in millions of Canadian dollars)
(Unaudited)

## 1. SEGMENTED INFORMATION

The Company's reportable segments reflect the Company's management structure and internal financial reporting. Each of these segments has its own management. All of these segments operate in the financial services industry. They derive their revenues principally from wealth management operations (mutual funds, investment management, annuities, trust operations and banking) and protection services (life and health insurance). Corporate and other represents amounts not attributed to wealth management and protection. It primarily includes investments of a corporate nature and earnings on capital not attributed to the strategic business units.

Other operations include those operations for which management responsibility resides in head office. Included in this category under protection services are the Company's reinsurance operations. The net income in this category is shown net of certain expenses borne centrally. Transactions occurring between segments consist primarily of internal financing agreements. Inter-segment transactions are measured at market values prevailing when the arrangements were negotiated. Inter-segment revenue consists of interest of $47 in 1999 ($44 in 1998) and fee income of $15 in 1999 ($13 in 1998).

**Six months ended June 30, 1999**

| | Canada $ | United States Sun Life $ | United States M.F.S. $ | United Kingdom $ | Asia Pacific $ | Other $ | Consolidation Adjustments $ | Total $ |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Wealth management | 746 | 1,636 | 854 | 544 | – | 4 | (15) | 3,769 |
| Protection | 1,122 | 1,211 | – | 804 | 190 | 519 | – | 3,846 |
| Corporate and other | 16 | 48 | – | 10 | – | 83 | (47) | 110 |
| | 1,884 | 2,895 | 854 | 1,358 | 190 | 606 | (62) | 7,725 |
| **Net income (loss)** | | | | | | | | |
| Wealth management | 38 | 35 | 82 | (302) | (1) | 4 | (12) | (156) |
| Protection | 51 | 83 | – | 26 | 34 | (35) | – | 159 |
| Corporate and other | 10 | 12 | – | 39 | – | (26) | 12 | 47 |
| | 99 | 130 | 82 | (237) | 33 | (57) | – | 50 |
| **Assets** | | | | | | | | |
| General fund assets | 18,765 | 16,366 | 1,426 | 13,561 | 1,331 | 3,041 | (1,127) | 53,363 |
| Segregated fund assets | 6,789 | 20,619 | – | 12,472 | – | – | – | 39,880 |
| Other assets under management | 19,770 | 1,944 | 167,990 | 3,472 | – | – | (20,861) | 172,315 |

**Six months ended June 30, 1998**

| | Canada $ | United States Sun Life $ | United States M.F.S. $ | United Kingdom $ | Asia Pacific $ | Other $ | Consolidation Adjustments $ | Total $ |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| Wealth management | 765 | 931 | 603 | 506 | – | (1) | (13) | 2,791 |
| Protection | 1,062 | 1,242 | – | 765 | 150 | 385 | – | 3,604 |
| Corporate and other | 13 | 34 | – | 13 | – | 187 | (44) | 203 |
| | 1,840 | 2,207 | 603 | 1,284 | 150 | 571 | (57) | 6,598 |
| **Net income (loss)** | | | | | | | | |
| Wealth management | 59 | 28 | 46 | (446) | – | (1) | (10) | (324) |
| Protection | 30 | 72 | – | 64 | 18 | (2) | – | 182 |
| Corporate and other | 27 | (6) | – | (198) | – | 71 | 10 | (96) |
| | 116 | 94 | 46 | (580) | 18 | 68 | – | (238) |
| **Assets** | | | | | | | | |
| General fund assets | 18,398 | 16,379 | 1,071 | 11,375 | 991 | 3,200 | (435) | 50,979 |
| Segregated fund assets | 5,942 | 17,344 | – | 12,539 | – | – | – | 35,825 |
| Other assets under management | 18,686 | 2,053 | 128,077 | 3,399 | – | – | (17,226) | 134,989 |

# CONDENSED NOTES TO THE INTERIM CONSOLIDATED FINANCIAL STATEMENTS
(Continued)

SIX MONTHS ENDED JUNE 30, 1999
(in millions of Canadian dollars)
(Unaudited)

**1. SEGMENTED INFORMATION (Continued)**

The reportable segments have changed because of the growth in Massachusetts Financial Services Company (M.F.S.) and changes in the Company's reporting structure. Prior period information has been restated.

**2. CHANGE IN ACCOUNTING POLICY**

The Company has adopted the new standard for Cash Flow Statements, CICA Handbook section 1540.

**3. ACQUISITION AND DISPOSAL**

Effective February 5, 1999, the Company sold its United States individual disability insurance subsidiary, Massachusetts Casualty Insurance Company (MCIC). Proceeds from the sale, net of applicable taxes, recovered MCIC's carrying value.

Effective May 19, 1999, the Company acquired a 50.001% interest in a new marketing and distribution company, a 50% interest in a mutual fund management company, a 50% interest in the trustee of the Birla Mutual Fund, and a 49% interest in a securities brokerage company, all located in India. The acquisition is accounted for by the purchase method and there is additional contingent consideration of $7 payable upon certain criteria being achieved. Results are included in the consolidated statement of operations from the date of acquisition. The acquisition is summarized below:

| | $ |
|---|---|
| Balance sheet assets acquired | 21 |
| Balance sheet liabilities acquired | 13 |
| Net balance sheet assets acquired | 8 |
| Cost of acquisition | 43 |
| Goodwill | 35 |
| Goodwill amortization period | 15 years |

**4. CONTINGENCIES**

*Certain Reinsurance Arrangements*

In 1997, the Company entered into an arrangement to participate in the reinsurance of a risk-sharing pool and related facilities, managed by Unicover Managers, Inc. (Unicover), which provided reinsurance for U.S. workers' compensation benefits. Many other companies are directly or indirectly involved in the entire program, including the insurers, the pool members, the reinsurers and the retrocessionaires. In keeping with its normal practice, the Company had also arranged reinsurance protections for its benefit to manage the Company's exposure to losses.

During 1998, the premium attributable to the underlying workers' compensation policies sold and then partially or wholly reinsured by Unicover materially exceeded expectations. Claims attributable to the entire program are expected to be substantial. Consequently, the Company has undertaken an extensive review of the Unicover program and the Company's reinsurances. In conducting its review, the Company retained the services of independent actuaries, forensic auditors, and legal counsel in the United States, the United Kingdom and Bermuda. The Company believes that most other companies involved are also reviewing the Unicover program.

Based upon its review, and upon the advice of counsel, on July 15, 1999 the Company delivered a notice of arbitration to all participants in the Unicover pool and related facilities seeking rescission of its December 1, 1997 contracts with the Unicover pool and facility members, or damages. If the remedy of rescission were granted in this case, it would have the effect of annulling or voiding the Company's contracts with Unicover. It is possible that the arbitration proceedings will be lengthy and the outcome of those proceedings not known for quite some time. Based on the information known to it at this time, the Company believes that it has strong grounds for rescission.

On April 26, 1999 one of the Company's reinsurers, Allianz Life Insurance Company of North America (Allianz), initiated legal proceedings against the Company (and others) seeking rescission of certain reinsurance treaties with the Company, including the treaty that would provide reinsurance of losses from the Company's contracts with Unicover. Allianz, the Company and the other parties to the litigation have agreed to a temporary "stand-still" of those proceedings.

## CONDENSED NOTES TO THE INTERIM CONSOLIDATED FINANCIAL STATEMENTS (Continued)

## SIX MONTHS ENDED JUNE 30, 1999
(in millions of Canadian dollars)
(Unaudited)

**4. CONTINGENCIES (Continued)**

***Legal Proceedings***

Sun Life and its subsidiaries are engaged in litigation arising in the ordinary course of business. None of this litigation is expected to have a material adverse effect on the consolidated financial position of Sun Life.

***Provisions for Prior Pension Sales***

In the United Kingdom, the life insurance industry is being required to compensate certain policyholders under the Financial Services Authority guidelines on sales of pension products. The compensation is for sales which occurred from 1988 to 1994. These guidelines have been significantly expanded in the past year for the second phase of required compensation, which has required the entire industry to significantly increase its provisions. The Financial Services Authority is continuing to provide more specific guidance for this compensation. The liability has been determined by the use of estimates derived from the regulatory guidance or the Company's prior experience. The Company's future experience may be different from these estimates and consequently there is still uncertainty in measuring its ultimate costs. The Company increased its provisions by $354 in the six-month period ended June 30, 1999 ($237 increase in the six-month period ended June 30, 1998). During the six-month period ended June 30, 1999, the Company paid compensation of $81 ($94 in the six-month period ended June 30, 1998). At June 30, 1999, the Company had provisions of $755 ($484 as at June 30, 1998) for future compensation payments.

## AUDITORS' REPORT

The Board of Directors,
Sun Life of Canada Holdings Corp.

We have audited the Balance Sheet of Sun Life of Canada Holdings Corp. as at September 28, 1999. This financial statement is the responsibility of the Company's management. Our responsibility is to express an opinion on this financial statement based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform an audit to obtain reasonable assurance whether the financial statement is free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statement. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.

In our opinion, the Balance Sheet presents fairly, in all material respects, the financial position of the Company as at September 28, 1999 in accordance with Canadian generally accepted accounting principles, including the accounting requirements of the Superintendent of Financial Institutions Canada.

Toronto, Canada
September 28, 1999

(Signed) Deloitte & Touche LLP
Chartered Accountants

# BALANCE SHEET OF SUN LIFE OF CANADA HOLDINGS CORP.

| | September 28, 1999 (in millions of Canadian dollars) |
|---|---|
| ASSETS | |
| Cash and short-term securities . . . . . . . . . . . . . . . . . . . . | $10 |
| LIABILITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ – |
| SHAREHOLDER'S EQUITY . . . . . . . . . . . . . . . . . . . . . . . . | $10 |

On behalf of the Board:

(Signed) Alfred Powis
Director

(Signed) William W. Stinson
Director

## SUN LIFE OF CANADA HOLDINGS CORP.
## NOTES TO THE BALANCE SHEET

**1. Description of Business**

Sun Life of Canada Holdings Corp. was incorporated on August 5, 1999 under the *Insurance Companies Act* (Canada).

**2. Share Capital**

**Common Shares**

| | |
|---|---|
| **Authorised** | Unlimited |
| **Issued** | 1 share, issued on September 28, 1999 |

**Class A Shares**

| | |
|---|---|
| **Authorised** | Unlimited |
| **Issued** | 100,000 shares, issued on September 28, 1999 |

**Class B Shares**

| | |
|---|---|
| **Authorised** | Unlimited |
| **Issued** | Nil |

## PART 2 GLOSSARY

*See the Part 1 Glossary for an explanation of certain other terms used in this Policyholder Information Circular and not defined in the Part 2 Glossary.*

***"actuarial liabilities"*** (also called **"insurance and annuity reserves"** or **"policy reserves"**) – estimates made by an actuary of amounts which together with future premiums and investment income will be sufficient to pay future benefits, dividends and policy maintenance expenses on insurance and annuity contracts; these reserves are recorded as liabilities on the Company's balance sheet

***"actuary"*** – a fellow of the Canadian Institute of Actuaries, or comparable body, who is professionally qualified in actuarial science including the mathematics and technical aspects of insurance and related fields, particularly in the calculation of premiums, reserves and other values

***"administration services only arrangement"*** – an arrangement under which an insurer does not underwrite any insurance risk, but merely administers a self-insured benefit plan provided by an employer to its employees. As an insurer assumes no insurance risk when providing administration services only, it is not required to provide capital support for such services under the MCCSR

***"Ancillary Sub-Fund"*** – a special sub-fund relating to liabilities other than those associated with individual life insurance policies in each territorial sub-account for SLC Pre-Demutualization Participating Policies

***"annuity"*** – a contract that provides income payments at regular intervals, usually for a specified period (an annuity certain) or for the lifetime of the annuitant (a life annuity). Annuity contracts are offered on both an immediate and a deferred basis. Under immediate annuities, the payment of income commences at, or very shortly after, the date of issue of the contract. Under deferred annuity contracts, the payment of income commences on some specified future date, such as five years after the contract is issued. Annuity contracts can be fixed or variable (also see "guaranteed rate products" and "variable insurance contract")

***"Benefits Canada"*** – a Canadian monthly journal focused on pension fund investment and employee benefit issues

***"Canadian GAAP" or "Cdn. GAAP"*** – Canadian generally accepted accounting principles as promulgated by the Canadian Institute of Chartered Accountants, including the accounting requirements of the Superintendent of Financial Institutions (Canada)

***"career agent"*** – an agent who represents one life insurance company exclusively for the purpose of soliciting applications, collecting initial premiums and servicing insurance contracts

***"cash value"*** (also called **"cash surrender value"**) – the amount which, pursuant to an insurance or annuity contract, is available in cash upon voluntary termination of that contract by its owner before it becomes payable upon death or maturity

***"cede"*** – to transfer an insurance risk from a company originally issuing an insurance policy to another insurance company, typically known as the reinsurer

***"commercial mortgage"*** – a mortgage secured by underlying security such as a commercial office property, industrial property, retail property or a development loan on any of the aforementioned properties

***"CompCorp"*** – Canadian Life and Health Insurance Compensation Corporation, a consumer protection agency established and funded by the Canadian life insurance industry to protect policyholders against losses due to the failure of a Canadian life insurance company

***"compulsory purchase annuity"*** – an annuity which by law must be purchased with the proceeds of a vested defined contribution pension plan

***"CTA"*** – the currency translation account of the Company

***"DALBAR"*** – a U.S. company that provides specialized market research, consulting services and computer systems designs

***"deferred annuity"*** – an annuity that (i) can be paid either with a single premium or a series of instalments and (ii) includes a schedule of periodic income benefits to commence after an accumulation period

***"defined benefit plan"*** – a pension plan that specifies the benefit that the plan promises to pay to a plan participant on retirement

***"defined contribution plan"*** – a pension plan that does not guarantee specific retirement benefits. The amount of the retirement benefit paid depends on the amount of contributions and their earnings performance

***"endowment insurance"*** – a life insurance policy that pays the face value of the policy at the earlier of death or a pre-determined maturity date

***"ERC Frankona"*** – a subsidiary of Employers Re International, an international reinsurer

***"Financial Services Act"*** – means the Financial Services Act 1986 of the United Kingdom

***"FSA"*** – means the Financial Services Authority, which administers the *Financial Services Act* and supervises the activities of firms carrying on investment business in the United Kingdom

***"401(k)"*** – a retirement savings plan which has tax preferred treatment under Section 401(k) of the United States Internal Revenue Code of 1986, as amended

***"general account"*** – all the assets and liabilities of an insurance company, other than those allocated to a segregated fund. The insurer bears the investment risk on the invested assets of the general account

***"GIC"*** – see "guaranteed investment contracts"

***"group health insurance"*** – an insurance policy which provides coverage for medical and dental costs, and income replacement for disabilities, to a group of people under a master contract; this type of policy is typically used by employers to provide coverage for their employees

***"group life insurance"*** – a life insurance policy which insures the lives of a group of people under a master contract; this type of policy is typically used by employers to provide coverage for their employees

***"guaranteed investment contracts"*** (or "GICs") – certificates of deposit on which guaranteed interest is payable or compounded annually and which has a specified term to maturity, usually from one to five years

***"guaranteed rate products"*** – products on which returns do not depend on the performance of any underlying assets but rather on specified interest rates stipulated by the policy

***"in force"*** – the total face amount of insurance coverage under contracts that have not expired

***"individual life insurance"*** – a life insurance policy which pays a stipulated sum in the event of the death of a named individual

***"Individual Sub-Fund"*** – a special sub-fund relating to individual life insurance policies in each territorial sub-account for SLC Pre-Demutualization Participating Policies

***"LIMRA"*** – Life Insurance Marketing Research Association, a life insurance industry marketing association

***"Lipper"*** – Lipper Analytical Services Inc., a U.S.-based independent provider of investment data

***"MCCSR"*** – the OSFI guideline for Minimum Continuing Capital Surplus Requirements for federally regulated life insurance companies

***"morbidity rate"*** – the relative incidence of sickness or disability due to disease or physical impairment

***"Morningstar"*** – Morningstar, Inc., a U.S.-based independent publisher of investment data

***"mortality rate"*** – the relative incidence of death of life insureds or annuitants

***"mutual insurance company"*** – an insurance company without shareholders, the management of which is directed by a board of directors, elected in most cases by holders of participating policies

***"NAIC"*** – the National Association of Insurance Commissioners, an association of the chief insurance supervisory officials of each state of the United States, the District of Columbia and the four U.S. territories

***"non-participating insurance"*** – a life insurance policy which does not entitle the policyholder to share in any distributable surplus of the life insurance company

***"PFADS"*** – actuarially determined provisions for adverse deviation

***"PIA"*** – means the Personal Investment Authority, which regulates marketing activities in the investment management industry in the United Kingdom

***"participating permanent endowment insurance"*** – a product that combines life insurance protection with a savings/accumulation feature that offers a guaranteed lump sum with bonuses on maturity

***"participating policy"*** – a life insurance policy which entitles its holder to participate in the profits of the issuing company

***"Participating Policyholders' Account"*** – an account for the benefit of holders of participating policies of Sun Life Assurance, kept separate from the accounts maintained for the benefit of holders of non-participating policies and other businesses of the Company

***"policy loan"*** – a loan made by a life insurance company to a policyholder based on the security of the cash value of a policy

***"policy premium method"*** – the method of calculating actuarial liabilities prescribed in the Canadian Insurance Act and defined by the Canadian Institute of Actuaries

***"policyholder"*** – the person who owns an insurance or annuity policy; although the policyholder is usually the insured, in the case of group insurance the policyholder is typically the employer rather than the employees or members of the group

***"policyholder dividend"*** – a payment to the policyholder of participating life insurance based on any distributable surplus established by a life insurance company's board of directors; policyholder dividends are not guaranteed and are established at the discretion of the board of directors of a life insurance company

***"premium"*** – the payment, or one of the periodic payments, a policyholder is required to make to the insurer under an insurance policy

***"premium offset"*** – an optional payment feature on participating whole life insurance policies which allows policyowners to use dividends and certain cash values associated with a policy as a result of past dividends, rather than cash, to pay premiums at some time in the future

***"reinsurance"*** – the acceptance by one or more insurers, called reinsurers, of a portion of the risk underwritten by another insurer who has directly contracted to provide the coverage; the legal rights of the policyholder are not affected by the reinsurance transaction and the insurer issuing the insurance contract remains primarily liable to the policyholder for payment of policy benefits

***"reserves"*** – liabilities established by insurers that generally represent the estimated discounted present value of the net cost of claims, payments or contract liabilities and the related expenses that the insurer will ultimately be required to pay in respect of insurance or annuities it has written

***"retrocession"*** – the process by which a portion of the risk accepted by a reinsurer is ceded to another reinsurer known as a retrocessionaire

***"retrocessionaire"*** – an institution which provides a form of reinsurance whereby a portion of the risk accepted by a reinsurer is assumed by another reinsurer

***"segregated fund"*** – a fund, having its own portfolio of investments, kept separate from the general funds of a life insurance company in connection with a policy or policies of insurance and annuities under which the company's liability to the policyholders and/or unitholders varies with the performance of the fund

***"SLC Post-Demutualization Participating Policy"*** – a participating policy sold by Sun Life Assurance in Canada, the United States or Bermuda after the date of demutualization

***"SLC Pre-Demutualization Participating Policy"*** – a participating policy sold by Sun Life Assurance in any country other than the United Kingdom, Ireland, the Channel Islands and Hong Kong before the date of demutualization

***"stakeholder pension"*** – a qualifying pension scheme in the United Kingdom under the proposed Welfare Reform and Pensions Bill. It is anticipated that stakeholder pension schemes will be second tier pension schemes intended to supplement current state pensions and which will require regulatory approval and will have to meet certain minimum standards relating to, among other things, charging structure, contribution levels, transfer of funds and annual reporting on individual pension fund values

***"Strategic Insight"*** – a U.S.-based mutual fund industry monitoring organization

***"surplus"*** – the excess of assets over liabilities and other obligations in a mutual life insurance company's financial statements

***"term life insurance"*** – a life insurance policy which pays a stipulated sum on the death of the individual life insured, provided that death occurs within a specified number of years; there is usually no cash surrender value

***"Transferred Participating Policies"*** – participating policies transferred from Sun Life Assurance to Sun Life of Canada (U.K.) or Sun Life of Canada (International)

***"underwriting"*** – the process by which an insurance company assesses the risk inherent in an application for insurance prior to acceptance and issuance of the policy

***"Unicover"*** – Unicover Managers, Inc.

***"Unicover Reinsurers"*** – members of the reinsurance pool and facilities created and managed by Unicover

***"Unicover Treaties"*** – the arrangement to participate in the reinsurance of the reinsurance pool and facilities created and managed by Unicover

***"unit-linked policy"*** – an insurance contract offered in the United Kingdom where the savings portion of the premium earns a return which is based on the investment performance of a unit trust or segregated fund

***"unit trust"*** – the U.K. equivalent of an open-end mutual fund

***"universal life insurance"*** – a life insurance policy in which premiums, less expense charges, are credited to a policy account from which periodic charges for life insurance are deducted and to which interest and investment income are credited; usually, the policyholder can vary the amount and timing of premium payments and change the amount of insurance coverage; universal life insurance accumulates a cash value

***"U.S. GAAP"*** – U.S. generally accepted accounting principles applicable to life insurance companies with share capital

***"VARDs"*** – Variable Annuity Research Data Services, a U.S.-based independent provider of variable annuity sales and asset data, and commentaries about variable annuity trends

***"variable annuity"*** – an annuity in which values and benefits may vary. The value fluctuates in accordance with the investment experience of a separate account. Variable annuity contracts typically include a general account guaranteed interest investment option. At the time of the payment of benefits to the annuitant, the annuitant can generally elect from a number of payment options which provide either fixed or variable benefit payments

***"variable life insurance"*** – life insurance under which the benefits payable upon death or surrender typically vary to reflect the investment experience of the separate account supporting such policies; variable life insurance policies typically include a general account guaranteed interest investment option

***"variable insurance contract"*** (also called a **"variable product"**) – an annuity or life insurance contract for which the reserves and/or benefits may vary in amount with the market value of a specified group of assets held in a separate fund

***"whole life insurance"*** – a permanent life insurance policy payable at the death of the insured, with a fixed premium and accumulating cash values; whole life insurance policies are available in participating or non-participating form

## CERTIFICATE OF SUN LIFE OF CANADA HOLDINGS CORP.

DATED: September 28, 1999

This certificate is provided solely for the benefit of policyholders in Québec pursuant to the provision of the *Securities Act* (Québec). This document, which constitutes a prospectus under the *Securities Act* (Québec), contains no misrepresentation.

(Signed) DONALD A. STEWART
Chief Executive Officer

(Signed) MICHAEL A. HASLEY
Senior Vice-President, Finance

On behalf of the Board of Directors

(Signed) ALFRED POWIS
Director

(Signed) WILLIAM W. STINSON
Director

***If you have questions about the proposed demutualization, please call Sun Life of Canada at one of the following numbers:***

| If calling within the country | If calling from outside the country |
|---|---|
| **Canada** | |
| 1 800 SUN-LIFE (1 800 786-5433) | 1 506 862-2197 |
| **United States** | |
| 1 888 891-8145 | 1 617 483-4207 |
| **United Kingdom** | |
| 0845 606 6622 | 44 117 980 7258 |
| **Philippines** | |
| 878-9800 (Metro Manila) | 632 878-9800 |
| 1-800-1-888-8786 (Provinces) | |
| **Hong Kong** | |
| 2103-8988 | 852 2103-8188 |

You can also send an e-mail to Sun Life of Canada through our Web site at www.sunlifeofcanada.com.

The paper used in this document is manufactured in compliance with the standards SFS-EN ISO 14001 and ISO 9706, and is fully recyclable.
The pulp used comes from sustainable and constantly renewed forests where timber is procured and regenerated on a farmed basis.

Pour vous procurer la version française de la présente circulaire d'information des titulaires de contrats, veuillez communiquer avec le centre de réception des appels de la Sun Life du Canada de votre région, au numéro indiqué en troisième de couverture.

本保單持有人資料通函亦備有中文版。請您致電您本地的加拿大永明人壽轉換體系熱線（封底內頁列有電話號碼）索取保單持有人資料通函的中文版。

Sun Life Assurance Company of Canada

EXPANDING OUR HORIZONS