Sun Life

News Release

FOR IMMEDIATE RELEASE

# SUN LIFE DEVELOPING DEMUTUALIZATION PLAN

(TORONTO, January 27, 1998) - Sun Life Assurance Company of Canada announced today that its Board of Directors has requested management to develop a plan to convert from a mutual life insurance company into a publicly traded stock company through demutualization.

Management has put in place a full time task force which, together with a worldwide team of actuarial, financial and legal advisers, has begun work. The Board will decide later this year whether to proceed with demutualization, following the completion of the plan. Demutualization would require regulatory and policyholder approval.

"Management believes that demutualization can provide significant benefits to our one million participating policyholders worldwide and would set the stage for Sun Life's continued growth and success into the next century", said John D. McNeil, Chairman and Chief Executive Officer of Sun Life. "Becoming a publicly traded company can provide substantial value for our policyholders and unlock our capital base, allowing the Company to compete effectively in the global financial services marketplace. Participating policyholders would receive shares representing ownership of the Company that could be traded on stock exchanges, and they would retain the contractual benefits of their existing policies. Sun Life would gain the flexibility to raise capital to take advantage of domestic and international opportunities for growth."

"Sun Life has enjoyed great success under its current structure", added Mr. McNeil. "However, as the financial services industry continues to evolve, we need a structure that positions us to respond to the changing needs of our customers and helps us achieve continued prosperity."

Sun Life is a leading international financial services company, currently operating in seven countries and with policyholders in many others. Some of these countries already have well-developed demutualization rules. Canadian regulations enabling the conversion of large mutual life insurance companies are anticipated to be in force by mid-1998. Implementation of demutualization would require the coordinated approval of Canadian and other regulators. If the Board approves the demutualization plan, it would be submitted to voting policyholders for their approval at a meeting, which is expected to be held in 1999.

PENGAD-Bayonne, N. J. JOINT EXHIBIT 2

PENGAD-Bayonne, N.J. DEFENDANT'S EXHIBIT 2

- more -

Shares to be issued to eligible policyholders pursuant to the demutualization plan would be allocated on a fair and equitable basis, which will be set out in the plan. Eligible policyholders would be those holding participating policies that are in force on January 27, 1998 and that continue to be in force on a later date to be specified in conjunction with the implementation of the demutualization. Anyone applying for a participating policy after January 27, 1998 would not be paid any material compensation as a result of the demutualization. Full details of eligibility would be finalized in conjunction with other components of the demutualization plan.

"Sun Life is in the enviable position of building for the future from a foundation of a strong balance sheet and profitability, its diversified business mix and geographic scope and its leadership position in many markets. Despite the substantial complexity of developing and implementing an international demutualization plan, our on-going commitment to serving our customers remains paramount," said Mr. McNeil.

Sun Life commenced business in 1871 and has grown to become a diversified global financial services company with total assets under management of $Cdn 174 billion and a surplus of $Cdn 5.5 billion, as at September 30, 1997. Sun Life of Canada's worldwide staff of more than 9,500 and agents and distributors numbering more than 65,000, offer a broad range of financial products to individuals and groups through operations in Canada, the United States, the United Kingdom, Hong Kong, the Philippines, Indonesia and Bermuda.

Sun Life receives the highest rankings for claims paying ability/financial strength from such established rating agencies as Standard & Poor's, A.M. Best and Duff & Phelps Credit Rating Company.

For further information, please contact:

| | | |
|---|---|---|
| **Canada:** | Cynthia A. Martin (English) | (416) 408-7574 |
| | Nathalie Hamel (French) | (514) 866-2561 |
| **United States:** | Paul D. Vaskas | (617) 446-1183 |
| **United Kingdom:** | H. Anthony Heath | 01256 849210 |
| | Brian Morley | 01256 303206 |
| **Philippines:** | Caesar Altarejos | 632-845-87-36 |
| **Hong Kong:** | Tommy Ng | 852-2103-8822 |

-30-