# In The United States Court of Federal Claims

No. 04-1726T

(Filed: May 17, 2007)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 16, 2007, the parties filed electronically a joint stipulation of facts, to which were attached 23 separate Adobe PDF files. The joint stipulation of facts is hereby stricken, as it does not comply with United States Court of Federal Claims General Order 42A, Part I.4. On or before May 21, 2007, the parties shall refile the joint stipulation of facts, combining the contents of each Adobe PDF file so as to minimize the total number of attachments filed (while keeping within the 2 megabyte maximum file size requirement).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge