***No. 04-1726 T***
***(Judge Francis M. Allegra)***

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

**EUGENE A. FISHER, Trustee,**
**SEYMOR P. NAGAN IRREVOCABLE TRUST,**
**for itself and as Representative of**
**all similarly situated taxpayers,**

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

DEFENDANT'S PRE-TRIAL MEMORANDUM OF
CONTENTIONS OF FACT AND LAW

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BENJAMIN C. KING, JR.
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

**Page**

**TABLE OF CONTENTS**


Defendant's Pre-trial Memorandum of Contentions of Fact and Law . . . . . . . . . . . . . . . . . . . . . 1

I. SUMMARY OF THE ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. CONTENTIONS OF FACT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

A. *The operation of a mutual company* . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

B. *Voting and liquidation rights associated with a mutual policy* . . . . . . . . . 6

C. *The distinction between stock dividends and mutual dividends* . . . . . . . . 8

D. *The Sun Life demutualization* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

E. *The voting and liquidation rights had no value in 1990* . . . . . . . . . . . . . 12

III. CONTENTIONS OF LAW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

A. *The Trust's burden of proof* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

B. *Treas. Reg. § 1.61-6(a)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

C. *Pierce and Inaja Land do not apply to this case* . . . . . . . . . . . . . . . . . . . 16

D. *Sections 301, 305, 307, and 355 do not apply to this case* . . . . . . . . . . . 18

E. *The voting and liquidation rights are not property and can have no basis.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20




2473523.1

**Page**

## TABLE OF AUTHORITIES

**Cases:**

*Burnet v. Logan*, 283 U.S. 404 (1931) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*Fasken v. Commissioner*, 71 T.C. 650 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4, 17

*Gladden v. Commissioner*, 262 F.3d 851 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . 2, 4, 16

*Inaja Land Co., Ltd. v. Commissioner*, 9 T.C. 727 (1947) . . . . . . . . . . . . . . . . . . . 17, 18

*Iske v. Commissioner,* T.C. Memo 1980-61, 1980 WL. 3916 (1980) . . 3, 4, 15, 16, 17, 18

*Karara v. Commissioner*, T.C. Memo 1999-253, 1999 WL. 549462 (1999),
*aff'd*, 214 F.3d 1358 (11th Cir. 2000), *cert. denied*, 531 U.S. 180 (2000) . . . . . . . 4, 16

*Medlin v. Commissioner*, T.C. Memo 2003-224, 2003 WL. 21743513 at
32 (2003), *aff'd*, 138 Fed. Appx. 298 (11th Cir. 2003),
*cert. denied*, 126 S.Ct. 146, 163 L.Ed.2d 72 (2005) . . . . . . . . . . . . . . . . . . 3, 4,15, 16

*Estate of Henry Hill Pierce v. United States*, 99 Ct. Cl. 355 (1943) . . . . . . . . . . . . . 16, 18

*Ordower v. OTS*, 999 F.2d 1184 (7th Cir. 1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Paulsen v. Commissioner*, 469 U.S. 131 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Plow Realty Co. v. Commissioner*, 4 T.C. 600 (1945) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Society for Savings v. Bower*, 349 U.S. 143 (1955) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*Sleiman v. Commissioner*, 187 F.3d 1352 (11th Cir. 1999) . . . . . . . . . . . . . . . . . . . 3, 4, 16

*Tanredi v. Metropolitan Life Insurance Company*, 149 F.Supp.2d 80, (S.D.N.Y. 2001),
*aff'd* 316 F.3d 308 (2d Cir. 2003), *cert. denied*, 539 U.S. 942 (2003) . . . . . . . . . 19, 20

*York v. Federal Home Loan Bank Board*, 624 F.2d 495 (4th Cir. 1980)
*cert. denied*, 449 U.S. 1043 (1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**Page**

**Statutes:**

Internal Revenue Code of 1986 (26 U.S.C.):

§ 301 . . . . . . . . . . 18

§ 305 . . . . . . . . . . 18, 19

§ 307 . . . . . . . . . . 18, 19

§ 354 . . . . . . . . . . 11

§ 355 . . . . . . . . . . 18, 19

§ 368 . . . . . . . . . . 11

§ 1012 . . . . . . . . . . 4, 5

28 U.S.C., § 1983 . . . . . . . . . . 19

M.C.L.A. § 500.5905(1) . . . . . . . . . . 8

**Miscellaneous:**

LTR 200020048, 2000 WL. 19305347 . . . . . . . . . . 11

Rev. Rul. 59-60, 1959-1 C.B. 237 . . . . . . . . . . 12

Treas. Reg. § 1.61-6(a) . . . . . . . . . . 2, 4, 15, 16, 17

S. Rep. No. 96-1000, 1980-1 C.B. 494, 506-7 . . . . . . . . . . 17