IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

DEFENDANT'S LIST OF WITNESSES

Pursuant to RCFC Appendix A, defendant, the United States, submits the following list of witnesses it will call at the trial of the above-captioned case.

1. Raymond Scanlon
   11 John McQuinn Circle
   Framingham, Massachusetts

Mr. Scanlon will be testifying as a fact witness. Mr. Scanlon is an actuary and is vice-president for business development of Sun Life Financial, the successor to Sun Life of Canada. Mr. Scanlon was head of the United States portion of the task force executing Sun Life's demutualization plan in 2000. Mr. Scanlon will testify regarding the operation of Sun Life before and after the demutualization, the manner in which the company priced its policies, and the demutualization of Sun Life. It is anticipated that Mr. Scanlon's direct testimony will take one and a half hours.

2. James Reiskytl
   12423 N. Center Dr.
   Mequon, Wisconsin 53092-2655

Mr. Reiskytl will be testifying as an expert witness on the mutual insurance industry. Mr. Reiskytl is an actuary and is a former vice-president of Northwestern Mutual Life, where he was involved in the demutualization of that mutual life insurance company. Mr. Reiskytl will testify about the nature and extent of the voting and liquidation rights at issue and the operation of mutual insurance companies. It is anticipated that Mr. Reiskytl's direct testimony will take one and a half hours.

3. J. Mark Penny
   Managing Director
   Hempstead & Company, Inc.
   807 Haddon Ave.
   Haddonfield, New Jersey 08033

Mr. Penny will be testifying as an expert witness in the field of valuation of businesses and business interests. Mr. Penny will testify as to the value of the voting and liquidation rights in light of the nature and extent of those rights as set forth by Mr. Scanlon and Mr. Reiskytl. It is anticipated that Mr. Penny's testimony will take less than an hour.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

May 22, 2007