# In The United States Court of Federal Claims

No. 04-1726T

(Filed: August 8, 2007)

---

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On June 18, 2007, trial was held in this case in Phoenix, Arizona. At the close of trial, the record remained open pending the receipt of the transcript of trial proceedings. The court received a copy of the trial transcript on July 19, 2007. Proof in this case is now closed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge