# In The United States Court of Federal Claims

No. 04-1726T

(Filed: August 8, 2007)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

As agreed upon by the parties at the close of trial, post-trial briefing is hereby ordered as follows:

1. On or before September 24, 2007, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before October 24, 2007, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

3. The court will contact the parties telephonically to arrange a date for closing argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge