IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 04-1726 T

(Judge Francis M. Allegra)

EUGENE A. FISHER, Trustee,
SEYMOR P. NAGAN IRREVOCABLE TRUST,
for itself and as Representative of
all similarly situated taxpayers,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant, the United States, moves this Court for an enlargement of 4 days, from September 24, 2007, to and including September 28, 2007, of the deadline set forth in the Court's August 8, 2007, Order, for the parties to file their opening post-trial briefs. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted counsel for the plaintiffs who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, defendant's counsel has been advised by the reviewer assigned to this case that, due to other commitments, he will be unable to review the post-trial brief in this

case by the current due date. Defendant requests a brief enlargement so the reviewer assigned to this case, who has reviewed all other filings and is fully familiar with the details involved in the above-captioned case, can review the defendant's post-trial brief. This enlargement will not require any adjustment to the other deadlines set forth in the Court's August 8, 2007, Order.

WHEREFORE, the defendant requests that the deadline for the parties to file their opening post-trial briefs be enlarged to September 28, 2007.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/David Gustafson

Of Counsel

September 13, 2007