# In The United States Court of Federal Claims

No. 04-1726T

(Filed: September 14, 2007)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On September 14, 2007, defendant filed an unopposed motion for extension of time of four days to file the parties opening post-trial briefs. The motion is hereby **GRANTED.** Accordingly:

1. On or before September 28, 2007, the parties shall simultaneously file post-trial briefs. Initial post-trial briefs shall not exceed 50 pages.

2. On or before October 29, 2007, the parties shall simultaneously file replies to the initial post-trial briefs. The reply briefs shall not exceed 25 pages.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge