***No.04-1726 T***
***(Judge Allegra)***

---

***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

**EUGENE A. FISHER, Trustee,**
**SEYMOR P. NAGAN IRREVOCABLE TRUST,**
**for itself and as Representative of**
**all similarly situated taxpayers,**

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

DEFENDANT'S POSTAL TRIAL MEMORANDUM

---

RICHARD T. MORRISON
Acting Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
BENJAMIN C. KING, JR.
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

---

**Page**

## TABLE OF CONTENTS


Defendant's Post Trial Memorandum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

I. Summary of the Argument . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

II. Findings of Fact . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

A. The operation of a mutual company . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

B. Voting and liquidation rights associated with a mutual policy . . . . . . . . . 8

C. The Sun Life demutualization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

D. The voting and liquidation rights had no value in 1990 . . . . . . . . . . . . . 10

III. Legal Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

A. The Trust's burden of proof . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

B. Treas. Reg. § 1.61-6(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19


## TABLE OF AUTHORITIES

**Cases:**


*Biltmore Homes, Inc. v. Commissioner*, 288 F.2d 336 (4th Cir. 1961),
*cert denied*, 368 U.S. 825 (1961) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 16

*Fasken v. Commissioner*, 71 T.C. 650 (1979) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 3

*Fisher v. United States*, 98 A.F.T.R.. 2d 2006-7807 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

*Gladden v. Commissioner*, 262 F.3d 851 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . 3, 16,17

*Iske v. Commissioner*, T.C. Memo 1980-61, 1980 WL. 3916 at 9 (1980) . . . . . 2, 3, 16, 17

**Page**

**Cases (Continuation):**

*Karara v. Commissioner*, T.C. Memo 1999-253, 1999 WL. 549462 at 4 (1999), *aff'd*, 214 F.3d 1358 (11th Cir. 2000), *cert. denied*, 531 U.S. 980 (2000) . . . . . . . . . . . . . . . . . . . . . . . 16

*Medlin v. Commissioner*, T.C. Memo 2003-224, 2003 WL. 21743513 at 32 (2003), *aff'd*, 138 Fed. Appx. 298 (11th Cir. 2003), *cert. denied*, 126 S.Ct. 146, 163 L. Ed. 2d . . . . . . . . . . . . . . . . . . . . 2, 3,16,17

*Moore v. Commissioner*, 425 F.2d 713 (9th Cir. 1970) . . . . . . . . . . . . . . . . . 2,3,16,17,18

*Plow Realty Co. v. Commissioner*, 4 T.C. 600 (1945) . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Sleiman v. Commissioner*, 187 F.3d 1352 (11th Cir. 1999) . . . . . . . . . . . . . . . . . . . 2, 3,15

*United States v. Vittaly*, 2006 WL. 1883330 (N.D. Cal. 2006) . . . . . . . . . . . . 2,15, 16, 17

**Statutes:**

Internal Revenue Code of 1986 (26 U.S.C.):

§ 354 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

§ 368 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

§ 1012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

**Miscellaneous:**

Treasury Regulations (26 C.F.R.):

IRS LTR 200020048, 2000 WL. 19305347 at 14 . . . . . . . . . . . . . . . . . . . . . . . . 10

Rev.Rul. 59-60, 1959-1 C.B. 237 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Treas. Reg. § 1.61-6(a) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16,17