# In The United States Court of Federal Claims

No. 04-1726T

(Filed: November 13, 2007)

EUGENE A. FISHER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Closing argument will be held in this case on Wednesday, January 16, 2008, at 10:30 a.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge