# In the United States Court of Federal Claims

**No. 04-1726 T**

**EUGENE A. FISHER, Trustee,**
**SEYMOUR P. NAGAN IRREVOCABLE**
**TRUST**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed August 6, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $5,725.00, plus such interest as provided by law.

John S. Buckley
Acting Clerk of Court

**August 8, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.