# In The United States Court of Federal Claims

No. 04-1726T

(Filed: March 25, 2010)

_____

EUGENE A. FISHER,

              Plaintiff,

v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

Oral argument regarding attorney's fees will be held in this case on Wednesday, April 7, 2010, at 2:00 p.m. (EDT). The parties should be prepare to discuss, in detail, whether plaintiff has sufficiently exhausted its administrative remedies pursuant to 26 U.S.C. § 7430(b)(1) and 26 C.F.R. § 301.7430-1 – in particular, whether this case falls within one of the exceptions provided by 26 C.F.R. § 7430-1(f). Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge