# In The United States Court of Federal Claims

No. 04-1726T

(Filed: April 8, 2010)

_____

EUGENE A. FISHER,

           Plaintiff,

  v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On Wednesday, April 7, 2010, a telephonic argument was held in this case. Participating in the argument were Burgess J. W. Raby, on behalf of plaintiff, and Benjamin C. King, Jr., on behalf of defendant. In accordance with the discussions held therein, the court adopts the following supplemental briefing schedule in this matter:

1. On or before April 30, 2010, plaintiff shall file a supplemental motion for attorneys' fees and costs, attaching additional documentation for its claimed fees and costs, and further addressing the standard for the court's exercise of discretion in awarding fees and costs under 26 U.S.C. § 7430;

2. On or before June 2, 2010, defendant shall file a response to plaintiff's supplemental motion; and

3. On or before June 21, 2010, plaintiff shall file a reply in support of its supplemental motion.

**IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra  
                                                       Francis M. Allegra  
                                                       Judge