# In The United States Court of Federal Claims

No. 04-1726T

(Filed: April 21, 2010)

_____

EUGENE A. FISHER,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On April 20, 2010, the parties filed a joint motion seeking suspension of proceedings in this case for 60 days while plaintiff's settlement offer is reviewed by defendant. The court shall treat this request as a motion for enlargement, and modifies the supplemental briefing schedule set forth in its April 8, 2010, order accordingly:

1. On or before June 29, 2010, plaintiff shall file a supplemental motion for attorneys' fees and costs, attaching additional documentation for its claimed fees and costs, and further addressing the standard for the court's exercise of discretion in awarding fees and costs under 26 U.S.C. § 7430;

2. On or before August 2, 2010, defendant shall file a response to plaintiff's supplemental motion; and

3. On or before August 20, 2010, plaintiff shall file a reply in support of its supplemental motion.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge