# In The United States Court of Federal Claims

No.  04-1726T

(Filed:  June 25, 2010)

_____

EUGENE A. FISHER,

           Plaintiff,

   v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On April 21, 2010, the court granted the parties a 60-day enlargement of their supplemental briefing schedule while plaintiff's settlement offer was reviewed by defendant.  On June 24, 2010, the parties filed a joint motion for a further extension of this schedule, stating that the defendant had accepted plaintiff's settlement proposal but that payment of the settlement amount was not anticipated until after the deadline set forth in the Court's April 21, 2010, order.  The parties' motion is hereby **GRANTED**. Upon effectuation of the settlement, the parties shall file the appropriate notice with the court.

    **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge