# In The United States Court of Federal Claims

No. 04-1726T

(Filed: July 19, 2010)

_____

EUGENE A. FISHER,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On July 12, 2010, the parties filed a joint motion to dismiss plaintiff's motions for attorneys' fees and expenses, stating that the parties have entered into an agreement to settle the claims for attorneys' fees and expenses set forth in plaintiff's original and supplemental motions filed on October 2, 2008, and December 11, 2009, respectively. The parties further state that the payment agreed upon in the parties' settlement agreement has been received by plaintiff's counsel, and that this payment has fully satisfied any claim plaintiff has to recover attorneys' fees and expenses in this matter. Accordingly, the parties' motion is hereby **GRANTED**, and plaintiff's pending motions are hereby dismissed with prejudice

      **IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge